GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
Charles H. Linehan (#307439)
Pavithra Rajesh (#323055)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email:  lportnoy@glancylaw.com

*Counsel for Movants Amyris
Investor Group*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, Individually and On Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>            v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>                          Defendants. | Case No. 4:19-cv-01765-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF MOVANTS THE AMYRIS INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Hearing Date: July 9, 2019<br>Time: 2:00 p.m.<br>Ctrm: 1, 4th Floor (Oakland) |

DECLARATION OF LESLEY F. PORTNOY

I, Lesley F. Portnoy, declare as follows:

1.      I am a partner with the law firm of Glancy Prongay & Murray LLP, [proposed] lead counsel for [proposed] lead plaintiffs Shane Mulderrig, Rony Devorah and Cody Onufrock (the "Amyris Investor Group" or "Movants") and for the class in the above-captioned action. I make this declaration in support of Movants' Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Notice published in *Business Wire* on April 3, 2019, announcing the pendency of the securities class action against defendants herein: *Mulderrig, et al., v. Amyris, Inc., et al.*, Case No. 4:19-cv-01765-YGR;

Exhibit B:    Signed PSLRA Certification of Movants;

Exhibit C:    Table of Movants' calculated losses, as a result of transactions in Amyris, Inc.'s securities; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP;

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of June 2019, at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy

DECLARATION OF LESLEY F. PORTNOY
1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On June 3, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 3, 2019, at Los Angeles, California.


                                        *s/ Lesley F. Portnoy*
                                        Lesley F. Portnoy