# EXHIBIT A



# Glancy Prongay & Murray LLP Files a Securities Class Action on Behalf of Amyris, Inc. Investors (AMRS)

April 03, 2019 05:07 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Northern District of California, captioned *Mulderrig v. Amyris, Inc. et al.*, (Case No. 3:19-cv-01765), on behalf of persons and entities that purchased or otherwise acquired Amyris, Inc. (NASDAQ: AMRS) ("Amyris" or the "Company") securities between **March 15, 2018, and March 19, 2019**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

On March 19, 2019, Amyris announced was unable to file its annual report for fiscal year ended December 31, 2018 on time due to "the significant time and resources that were devoted to the accounting for and disclosure of the significant transactions with Koninklijke DSM N.V. that closed in November 2018." The Company also disclosed that it was "in the process of completing its evaluation of internal control over financial reporting."

On this news, Amyris' share price fell $0.78, or nearly 20% to close at $3.10 per share on March 20, 2019, thereby injuring investors.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company lacked sufficient resources to accurately account for certain transactions; (2) that, as a result, there was a material weakness in the Company's internal controls over financial reporting; (3) that, as a result, the Company would be unable to timely file its annual report; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased Amyris securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los

Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay and Murray LLP, Los Angeles

Lesley Portnoy, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

## #Hashtags

#CLASSACTION   #FRAUD   #INVESTORS

## $Cashtags

$AMRS