# EXHIBIT B

## SWORN CERTIFICATION OF PLAINTIFF

Amyris, Inc., **SECURITIES LITIGATION**

I, Shane Mulderrig, certify:

1. I have reviewed the complaint and authorized its filing and/or adopted its allegations.

2. I did not purchase Amyris, Inc., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Amyris, Inc., during the class period set forth in the Complaint are as follows:

   See Attached Transactions

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

   ___ ☐ Check here if you are a current employee or former employee of the defendant Company.

   I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: 3/22/19

(Please Sign Your Name Above)

(REDACTED)

**Shane Mulderrig's Transactions in Amyris, Inc.  (AMRS)**

### Account #1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/14/2019 | Bought | 91 | $4.8600 |
| 2/15/2019 | Bought | 5,590 | $4.9200 |

### Account #2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/26/2019 | Bought | 4,000 | $4.6500 |

### Account #3

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/11/2019 | Bought | 400 | $5.1690 |
| 2/11/2019 | Bought | 1,698 | $5.1651 |
| 2/11/2019 | Bought | 200 | $5.2356 |
| 2/11/2019 | Bought | 2,838 | $5.2354 |
| 2/11/2019 | Bought | 4,000 | $5.2850 |
| 2/11/2019 | Bought | 164 | $5.1000 |
| 2/11/2019 | Bought | 8,659 | $5.1070 |
| 2/26/2019 | Bought | 3,191 | $4.6900 |

**SWORN CERTIFICATION OF PLAINTIFF**

**AMYRIS, INC. SECURITIES LITIGATION**

I, Rony Devorah individually, and/or in my capacity as trustee and/or principal for accounts listed on Schedule A, certify that:

1.  I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.  I did not purchase the Amyris, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Amyris, Inc. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:


6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.


I declare under penalty of perjury that the foregoing are true and correct statements.


3/25/2019
_____
Date

DocuSigned by:

C51D167E454C4EE...
_____
Rony Devorah

**Rony Devorah's Transactions in Amyris, Inc. (AMRS)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/5/2019 | Bought | 670 | $5.5482 |
| 2/5/2019 | Bought | 330 | $5.1167 |
| 2/6/2019 | Bought | 1,670 | $5.1167 |
| 2/6/2019 | Bought | 1,385 | $5.1698 |
| 2/6/2019 | Bought | 1,115 | $5.1700 |
| 2/6/2019 | Bought | 1,000 | $5.4301 |
| 2/6/2019 | Bought | 430 | $5.4299 |
| 2/6/2019 | Bought | 200 | $5.4150 |
| 2/6/2019 | Bought | 100 | $4.9450 |
| 2/6/2019 | Bought | 35 | $4.9500 |
| 2/6/2019 | Bought | 33 | $4.9401 |
| 2/6/2019 | Bought | 32 | $4.9467 |
| 2/7/2019 | Bought | 1,000 | $5.5490 |
| 2/8/2019 | Bought | 8,300 | $5.5800 |
| 2/8/2019 | Bought | 1,000 | $5.4859 |
| 2/8/2019 | Bought | 900 | $5.5700 |
| 2/8/2019 | Bought | 800 | $5.5600 |
| 2/8/2019 | Bought | 300 | $5.4800 |
| 2/8/2019 | Bought | 200 | $5.4764 |
| 2/8/2019 | Bought | 200 | $5.4832 |
| 2/8/2019 | Bought | 100 | $5.4773 |
| 2/8/2019 | Bought | 100 | $5.4771 |
| 2/8/2019 | Bought | 100 | $5.4900 |
| 2/11/2019 | Bought | 5,000 | $5.4887 |
| 2/11/2019 | Bought | 4,200 | $5.5564 |
| 2/11/2019 | Bought | 715 | $5.5500 |
| 2/11/2019 | Bought | 85 | $5.5599 |
| 2/13/2019 | Bought | 2,000 | $4.7174 |
| 2/13/2019 | Bought | 500 | $4.6917 |
| 2/13/2019 | Bought | 500 | $4.6952 |
| 2/13/2019 | Bought | 100 | $4.6298 |

## SWORN CERTIFICATION OF PLAINTIFF

### Amyris, Inc., SECURITIES LITIGATION

I, Cody Onufrock, certify:

1.  I have reviewed the complaint and authorized its filing and/or adopted its allegations.

2.  I did not purchase Amyris, Inc., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Amyris, Inc., during the class period set forth in the Complaint are as follows:

    See Attached Transactions

5.  I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

    ___ ☐ Check here if you are a current employee or former employee of the defendant Company.

    I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: 3/22/19

_____
(Please Sign Your Name Above)

(REDACTED)

**Cody Onufrock's Transactions in Amyris, Inc.  (AMRS)**
**Common Stock**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/16/2018 | Bought | 450 | $5.7200 |
| 3/16/2018 | Sold | -500 | $5.7301 |
| 3/19/2018 | Sold | -100 | $5.7500 |
| 3/19/2018 | Sold | -100 | $5.7500 |
| 3/19/2018 | Sold | -250 | $5.7210 |
| 3/20/2018 | Bought | 100 | $6.4290 |
| 3/20/2018 | Bought | 100 | $6.4299 |
| 3/20/2018 | Bought | 100 | $6.4300 |
| 3/20/2018 | Sold | -100 | $6.5200 |
| 3/20/2018 | Sold | -300 | $6.5501 |
| 3/20/2018 | Sold | -900 | $6.5200 |
| 3/21/2018 | Sold | -100 | $6.4800 |
| 3/21/2018 | Sold | -100 | $6.5110 |
| 3/21/2018 | Sold | -100 | $6.6300 |
| 3/21/2018 | Sold | -100 | $6.6300 |
| 3/21/2018 | Sold | -100 | $6.6300 |
| 3/21/2018 | Sold | -100 | $6.6300 |
| 3/21/2018 | Sold | -100 | $6.6300 |
| 3/21/2018 | Sold | -300 | $6.5110 |
| 3/21/2018 | Sold | -300 | $6.5110 |
| 3/21/2018 | Sold | -300 | $6.5110 |
| 3/21/2018 | Sold | -400 | $6.3300 |
| 3/21/2018 | Sold | -500 | $6.5810 |
| 3/21/2018 | Sold | -600 | $6.3300 |
| 3/21/2018 | Sold | -900 | $6.4801 |
| 3/21/2018 | Sold | -1,000 | $6.3610 |
| 3/21/2018 | Sold | -1,000 | $6.5510 |
| 3/22/2018 | Sold | -100 | $6.6800 |
| 3/22/2018 | Sold | -200 | $6.6801 |
| 3/22/2018 | Sold | -600 | $6.6810 |
| 3/22/2018 | Sold | -1,000 | $6.4210 |
| 3/23/2018 | Sold | -8 | $6.8000 |
| 3/23/2018 | Sold | -50 | $6.8000 |
| 3/23/2018 | Sold | -142 | $6.8000 |
| 3/23/2018 | Sold | -300 | $6.8000 |
| 3/23/2018 | Sold | -500 | $6.8201 |
| 3/28/2018 | Sold | -1 | $6.8100 |
| 3/28/2018 | Sold | -1 | $6.8100 |
| 3/28/2018 | Sold | -3 | $6.8100 |

| Date | Action | Quantity | Price |
|---|---|---|---|
| 3/28/2018 | Sold | -15 | $6.8100 |
| 3/28/2018 | Sold | -80 | $6.8100 |
| 3/28/2018 | Sold | -100 | $6.7910 |
| 3/28/2018 | Sold | -100 | $6.8000 |
| 3/28/2018 | Sold | -100 | $6.8000 |
| 3/28/2018 | Sold | -100 | $6.8100 |
| 3/28/2018 | Sold | -100 | $6.8100 |
| 3/28/2018 | Sold | -100 | $6.8100 |
| 3/28/2018 | Sold | -100 | $6.8100 |
| 3/28/2018 | Sold | -500 | $6.7810 |
| 3/28/2018 | Sold | -500 | $6.8310 |
| 3/28/2018 | Sold | -700 | $6.7910 |
| 4/2/2018 | Bought | 100 | $6.6500 |
| 4/2/2018 | Bought | 100 | $6.6500 |
| 4/2/2018 | Bought | 100 | $6.6500 |
| 4/2/2018 | Bought | 100 | $6.6600 |
| 4/2/2018 | Bought | 100 | $6.6600 |
| 4/2/2018 | Bought | 100 | $6.6600 |
| 4/2/2018 | Bought | 100 | $6.6600 |
| 4/2/2018 | Bought | 300 | $6.6490 |
| 4/2/2018 | Bought | 700 | $6.6490 |
| 4/2/2018 | Bought | 1,000 | $6.6490 |
| 4/2/2018 | Bought | 1,300 | $6.6600 |
| 4/2/2018 | Bought | 2,000 | $6.6600 |
| 4/2/2018 | Bought | 2,500 | $6.6490 |
| 4/3/2018 | Bought | 500 | $6.3899 |
| 4/3/2018 | Bought | 500 | $6.4099 |
| 4/5/2018 | Sold | -100 | $6.7700 |
| 4/5/2018 | Sold | -100 | $6.7700 |
| 4/5/2018 | Sold | -100 | $6.7700 |
| 4/5/2018 | Sold | -700 | $6.7600 |
| 4/9/2018 | Sold | -1,000 | $7.2300 |
| 4/10/2018 | Bought | 1,000 | $6.8400 |
| 4/11/2018 | Bought | 500 | $6.7699 |
| 4/12/2018 | Sold | -28 | $7.0000 |
| 4/12/2018 | Sold | -100 | $6.9800 |
| 4/12/2018 | Sold | -100 | $6.9800 |
| 4/12/2018 | Sold | -100 | $6.9800 |
| 4/12/2018 | Sold | -100 | $6.9800 |
| 4/12/2018 | Sold | -100 | $6.9800 |
| 4/12/2018 | Sold | -100 | $6.9801 |
| 4/12/2018 | Sold | -100 | $7.0000 |
| 4/12/2018 | Sold | -100 | $7.0000 |

| Date | Action | Quantity | Price |
|---|---|---|---|
| 4/12/2018 | Sold | -200 | $6.9800 |
| 4/12/2018 | Sold | -200 | $6.9800 |
| 4/12/2018 | Sold | -272 | $7.0000 |
| 4/12/2018 | Sold | -500 | $7.0000 |
| 4/12/2018 | Sold | -500 | $7.0310 |
| 4/13/2018 | Sold | -10 | $6.9900 |
| 4/13/2018 | Sold | -100 | $6.9800 |
| 4/13/2018 | Sold | -100 | $6.9900 |
| 4/13/2018 | Sold | -100 | $6.9900 |
| 4/13/2018 | Sold | -100 | $6.9950 |
| 4/13/2018 | Sold | -290 | $6.9800 |
| 4/13/2018 | Sold | -300 | $6.9900 |
| 4/16/2018 | Bought | 100 | $6.8500 |
| 4/16/2018 | Bought | 100 | $6.8500 |
| 4/16/2018 | Bought | 100 | $6.8500 |
| 4/16/2018 | Bought | 100 | $6.8700 |
| 4/16/2018 | Bought | 100 | $6.8700 |
| 4/16/2018 | Bought | 100 | $6.8700 |
| 4/16/2018 | Bought | 100 | $6.8700 |
| 4/16/2018 | Bought | 100 | $6.8700 |
| 4/16/2018 | Bought | 1,200 | $6.8800 |
| 4/17/2018 | Sold | -1 | $6.7300 |
| 4/17/2018 | Sold | -10 | $6.7000 |
| 4/17/2018 | Sold | -10 | $6.7000 |
| 4/17/2018 | Sold | -10 | $6.7300 |
| 4/17/2018 | Sold | -13 | $6.7000 |
| 4/17/2018 | Sold | -20 | $6.7000 |
| 4/17/2018 | Sold | -100 | $6.7000 |
| 4/17/2018 | Sold | -100 | $6.7000 |
| 4/17/2018 | Sold | -100 | $6.7300 |
| 4/17/2018 | Sold | -300 | $6.7000 |
| 4/17/2018 | Sold | -336 | $6.7000 |
| 4/17/2018 | Sold | -1,000 | $6.7301 |
| 4/17/2018 | Sold | -1,000 | $6.7301 |
| 4/17/2018 | Sold | -1,000 | $6.7310 |
| 4/18/2018 | Sold | -1 | $6.4800 |
| 4/18/2018 | Sold | -1 | $6.4800 |
| 4/18/2018 | Sold | -98 | $6.4800 |
| 4/18/2018 | Sold | -100 | $6.4800 |
| 4/18/2018 | Sold | -100 | $6.4810 |
| 4/18/2018 | Sold | -200 | $6.4810 |
| 4/18/2018 | Sold | -200 | $6.5910 |
| 4/18/2018 | Sold | -300 | $6.5910 |

| Date | Action | Quantity | Price |
|---|---|---|---|
| 4/18/2018 | Sold | -500 | $6.5901 |
| 4/19/2018 | Sold | -100 | $6.5410 |
| 4/19/2018 | Sold | -200 | $6.5410 |
| 4/19/2018 | Sold | -200 | $6.5410 |
| 4/19/2018 | Sold | -500 | $6.4502 |
| 4/19/2018 | Sold | -500 | $6.4901 |
| 4/19/2018 | Sold | -500 | $6.5801 |
| 4/19/2018 | Sold | -500 | $6.6502 |
| 4/19/2018 | Sold | -500 | $6.6603 |
| 4/20/2018 | Sold | -100 | $6.5000 |
| 4/20/2018 | Sold | -100 | $6.5000 |
| 4/20/2018 | Sold | -100 | $6.5000 |
| 4/20/2018 | Sold | -100 | $6.5000 |
| 4/23/2018 | Bought | 10 | $6.1900 |
| 4/23/2018 | Bought | 300 | $6.2500 |
| 4/23/2018 | Bought | 450 | $6.2899 |
| 4/23/2018 | Bought | 700 | $6.2500 |
| 4/24/2018 | Bought | 1,000 | $6.2800 |
| 4/24/2018 | Sold | -100 | $6.3200 |
| 4/24/2018 | Sold | -100 | $6.3200 |
| 4/24/2018 | Sold | -200 | $6.3210 |
| 4/24/2018 | Sold | -460 | $6.2702 |
| 4/24/2018 | Sold | -500 | $6.2901 |
| 4/24/2018 | Sold | -500 | $6.2901 |
| 4/24/2018 | Sold | -600 | $6.3210 |
| 4/24/2018 | Sold | -1,000 | $6.2910 |
| 5/2/2018 | Bought | 750 | $6.6290 |
| 5/3/2018 | Sold | -50 | $6.6800 |
| 5/3/2018 | Sold | -100 | $6.6800 |
| 5/3/2018 | Sold | -100 | $6.6800 |
| 5/3/2018 | Sold | -100 | $6.6800 |
| 5/3/2018 | Sold | -100 | $6.6800 |
| 5/3/2018 | Sold | -100 | $6.6800 |
| 5/3/2018 | Sold | -100 | $6.6800 |
| 5/3/2018 | Sold | -100 | $6.6800 |
| 5/10/2018 | Bought | 1 | $5.5900 |
| 5/10/2018 | Bought | 4 | $5.5800 |
| 5/10/2018 | Bought | 10 | $5.5891 |
| 5/10/2018 | Bought | 25 | $5.5890 |
| 5/10/2018 | Bought | 28 | $5.8400 |
| 5/11/2018 | Bought | 6 | $5.6100 |
| 5/11/2018 | Sold | -74 | $5.6004 |
| 5/14/2018 | Bought | 9 | $5.7600 |

| Date | Action | Quantity | Price |
|---|---|---|---|
| 5/14/2018 | Bought | 17 | $5.6790 |
| 5/21/2018 | Bought | 3 | $5.3589 |
| 5/21/2018 | Bought | 46 | $5.1500 |
| 5/21/2018 | Bought | 50 | $5.4390 |
| 5/21/2018 | Bought | 100 | $5.1800 |
| 5/21/2018 | Bought | 118 | $5.2499 |
| 5/22/2018 | Bought | 30 | $5.2898 |
| 5/22/2018 | Bought | 40 | $5.3290 |
| 5/23/2018 | Bought | 10 | $5.2197 |
| 5/24/2018 | Bought | 3 | $5.4400 |
| 5/24/2018 | Bought | 426 | $5.3210 |
| 6/7/2018 | Bought | 2 | $5.2500 |
| 6/7/2018 | Bought | 10 | $5.2600 |
| 6/8/2018 | Bought | 15 | $5.3297 |
| 6/11/2018 | Sold | -27 | $5.5800 |
| 6/18/2018 | Bought | 3 | $5.4598 |
| 6/22/2018 | Sold | -3 | $5.5801 |
| 6/28/2018 | Bought | 2 | $6.1690 |
| 7/2/2018 | Bought | 180 | $6.3400 |
| 7/5/2018 | Bought | 10 | $6.2500 |
| 7/5/2018 | Bought | 12 | $6.3700 |
| 7/5/2018 | Bought | 100 | $6.2600 |
| 7/5/2018 | Bought | 118 | $6.3500 |
| 7/9/2018 | Sold | -422 | $6.2601 |
| 7/12/2018 | Bought | 1 | $6.5097 |
| 7/16/2018 | Bought | 2 | $6.7600 |
| 7/24/2018 | Bought | 3 | $6.3699 |
| 7/25/2018 | Sold | -6 | $6.6303 |
| 8/9/2018 | Bought | 1 | $6.9899 |
| 8/15/2018 | Bought | 2 | $7.5600 |
| 8/15/2018 | Bought | 2 | $7.5600 |
| 8/17/2018 | Bought | 294 | $7.4500 |
| 8/20/2018 | Sold | -299 | $7.5020 |
| 8/22/2018 | Bought | 1 | $6.7400 |
| 8/30/2018 | Bought | 20 | $7.6893 |
| 9/7/2018 | Bought | 79 | $8.4500 |
| 9/7/2018 | Bought | 100 | $8.3500 |
| 9/10/2018 | Bought | 1 | $8.2590 |
| 9/10/2018 | Sold | -200 | $8.5200 |
| 9/14/2018 | Bought | 14 | $7.9499 |
| 9/17/2018 | Bought | 85 | $7.7494 |
| 9/17/2018 | Bought | 288 | $7.6399 |
| 9/17/2018 | Bought | 500 | $7.6399 |

| Date | Action | Quantity | Price |
|---|---|---|---|
| 9/18/2018 | Bought | 22 | $7.5000 |
| 9/18/2018 | Bought | 112 | $7.5400 |
| 9/19/2018 | Sold | -100 | $7.4001 |
| 9/19/2018 | Sold | -400 | $7.4001 |
| 9/19/2018 | Sold | -522 | $7.3708 |
| 9/25/2018 | Bought | 14 | $7.9097 |
| 10/2/2018 | Bought | 7 | $8.0000 |
| 10/5/2018 | Bought | 180 | $7.6090 |
| 10/5/2018 | Bought | 200 | $7.5699 |
| 10/5/2018 | Bought | 279 | $7.5699 |
| 10/9/2018 | Bought | 44 | $8.1099 |
| 10/9/2018 | Sold | -500 | $8.0003 |
| 10/10/2018 | Sold | -224 | $7.8205 |
| 10/23/2018 | Bought | 4 | $7.9992 |
| 10/23/2018 | Bought | 8 | $7.5999 |
| 10/25/2018 | Bought | 2 | $7.3400 |
| 10/25/2018 | Bought | 5 | $7.0090 |
| 10/25/2018 | Bought | 86 | $7.3400 |
| 10/25/2018 | Bought | 100 | $7.3400 |
| 10/25/2018 | Bought | 200 | $7.2400 |
| 10/25/2018 | Bought | 300 | $7.0898 |
| 10/25/2018 | Bought | 300 | $7.3400 |
| 10/26/2018 | Sold | -1,000 | $7.5001 |
| 11/9/2018 | Bought | 250 | $6.8600 |
| 11/9/2018 | Bought | 150 | $6.8900 |
| 11/9/2018 | Bought | 550 | $6.9000 |
| 11/9/2018 | Bought | 300 | $6.9000 |
| 11/9/2018 | Bought | 995 | $7.1400 |
| 11/13/2018 | Sold | -1,000 | $5.8700 |
| 11/13/2018 | Sold | -500 | $5.8900 |
| 11/13/2018 | Sold | -500 | $5.8900 |
| 11/13/2018 | Sold | -250 | $5.8600 |
| 11/14/2018 | Bought | 6 | $4.2600 |
| 11/23/2018 | Bought | 14 | $3.8900 |
| 12/7/2018 | Bought | 4 | $4.3500 |
| 12/7/2018 | Bought | 3 | $4.5800 |
| 12/7/2018 | Bought | 187 | $4.3800 |
| 12/10/2018 | Bought | 161 | $4.4400 |
| 12/11/2018 | Bought | 13 | $4.3600 |
| 12/11/2018 | Bought | 58 | $4.4400 |
| 12/12/2018 | Bought | 4 | $4.3200 |
| 12/13/2018 | Bought | 1 | $4.2100 |
| 12/13/2018 | Bought | 40 | $4.2100 |

| Date | Action | Quantity | Price |
|---|---|---|---|
| 12/13/2018 | Bought | 9 | $4.3100 |
| 12/14/2018 | Bought | 50 | $4.1800 |
| 12/18/2018 | Bought | 145 | $3.7400 |
| 12/18/2018 | Bought | 4 | $3.8100 |
| 12/18/2018 | Bought | 200 | $3.7900 |
| 12/18/2018 | Bought | 49 | $4.0000 |
| 12/18/2018 | Bought | 1 | $4.0000 |
| 12/19/2018 | Bought | 51 | $3.8400 |
| 12/20/2018 | Bought | 147 | $3.4000 |
| 12/20/2018 | Bought | 18 | $3.5800 |
| 12/20/2018 | Bought | 125 | $3.5800 |
| 12/20/2018 | Bought | 175 | $3.5900 |
| 12/21/2018 | Bought | 57 | $3.1000 |
| 12/21/2018 | Bought | 100 | $3.1000 |
| 12/21/2018 | Bought | 100 | $3.2700 |
| 12/21/2018 | Bought | 19 | $3.2700 |
| 12/31/2018 | Sold | -223 | $3.3600 |
| 1/2/2019 | Sold | -17 | $3.4000 |
| 1/2/2019 | Sold | -1 | $3.4000 |
| 1/3/2019 | Sold | -200 | $3.7000 |
| 1/3/2019 | Sold | -300 | $3.7000 |
| 1/3/2019 | Sold | -1,000 | $3.7000 |
| 2/5/2019 | Bought | 9 | $4.3300 |
| 2/6/2019 | Bought | 2 | $5.2200 |
| 2/6/2019 | Bought | 1 | $5.6100 |
| 2/8/2019 | Bought | 9 | $5.8900 |
| 2/8/2019 | Bought | 110 | $5.9000 |
| 2/8/2019 | Bought | 5 | $5.8900 |
| 2/11/2019 | Sold | -136 | $5.3500 |
| 2/13/2019 | Bought | 233 | $4.6700 |
| 2/14/2019 | Bought | 5 | $4.4300 |
| 2/15/2019 | Sold | -238 | $4.8700 |
| 2/20/2019 | Bought | 10 | $4.5300 |
| 2/20/2019 | Bought | 1 | $4.5300 |
| 2/20/2019 | Bought | 1 | $4.5300 |
| 2/20/2019 | Bought | 6 | $4.5300 |
| 2/21/2019 | Sold | -30 | $4.5800 |
| 2/21/2019 | Bought | 16 | $4.4800 |
| 2/22/2019 | Bought | 60 | $4.8400 |
| 2/22/2019 | Bought | 100 | $4.8400 |
| 2/22/2019 | Sold | -1,000 | $4.8800 |
| 2/22/2019 | Bought | 8 | $4.7800 |
| 2/22/2019 | Bought | 111 | $4.7500 |

| Date | Action | Quantity | Price |
|---|---|---|---|
| 2/22/2019 | Bought | 885 | $4.7300 |
| 2/25/2019 | Bought | 10 | $4.8800 |
| 2/25/2019 | Bought | 175 | $4.8800 |
| 2/25/2019 | Bought | 100 | $4.8800 |
| 2/25/2019 | Bought | 25 | $4.8800 |
| 2/25/2019 | Bought | 100 | $4.8800 |
| 2/25/2019 | Bought | 100 | $4.8800 |
| 2/25/2019 | Sold | -168 | $4.9200 |
| 2/26/2019 | Sold | -400 | $4.6700 |
| 2/26/2019 | Bought | 28 | $4.6800 |
| 2/26/2019 | Sold | -140 | $4.8300 |
| 2/26/2019 | Bought | 20 | $4.8100 |
| 2/26/2019 | Bought | 10 | $4.8800 |
| 2/27/2019 | Sold | -30 | $4.7200 |
| 2/27/2019 | Bought | 2 | $4.7600 |
| 2/28/2019 | Bought | 550 | $4.6800 |
| 2/28/2019 | Bought | 200 | $4.6800 |
| 2/28/2019 | Bought | 250 | $4.6900 |
| 3/1/2019 | Sold | -500 | $4.6500 |
| 3/1/2019 | Sold | -500 | $4.7000 |
| 3/4/2019 | Bought | 34 | $4.7700 |
| 3/4/2019 | Sold | -500 | $4.5800 |
| 3/4/2019 | Bought | 500 | $4.5900 |
| 3/5/2019 | Bought | 29 | $4.6800 |
| 3/5/2019 | Bought | 1 | $4.7400 |
| 3/6/2019 | Bought | 35 | $4.5000 |
| 3/6/2019 | Bought | 71 | $4.5400 |
| 3/6/2019 | Bought | 27 | $4.5500 |
| 3/6/2019 | Bought | 42 | $4.5700 |
| 3/6/2019 | Bought | 10 | $4.5700 |
| 3/6/2019 | Bought | 50 | $4.5800 |
| 3/6/2019 | Bought | 19 | $4.5800 |
| 3/6/2019 | Bought | 87 | $4.5800 |
| 3/6/2019 | Bought | 136 | $4.6600 |
| 3/7/2019 | Bought | 97 | $4.3800 |
| 3/7/2019 | Bought | 3 | $4.4200 |
| 3/7/2019 | Sold | -608 | $4.3000 |
| 3/7/2019 | Bought | 3 | $4.3500 |
| 3/7/2019 | Bought | 70 | $4.3100 |

| 3/8/2019 | Bought | 7 | $4.2500 |
| 3/11/2019 | Bought | 24 | $4.3200 |
| 3/11/2019 | Bought | 1 | $4.4300 |
| 3/12/2019 | Sold | -132 | $4.4800 |
| 3/15/2019 | Bought | 3 | $4.0500 |

Note: Client's brokerage changed reporting in November, 2018. As such, dates referenced in the above schedule A are settlement dates if reported before 11/9/2018, and trade dates if reported on or after 11/9/20198

**Cody Onufrock's Transactions in Amyris, Inc. (AMRS) Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 3/19/2018 | Sold | Call | Mar 16, 2018 / $5.00 | -21 | $1.5000 |
| 3/19/2018 | Sold | Call | Mar 16, 2018 / $5.00 | -29 | $1.5000 |
| 3/19/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 1 | $1.6000 |
| 3/19/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 2 | $1.6000 |
| 3/19/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 2 | $1.6000 |
| 3/19/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 21 | $1.6000 |
| 3/19/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 21 | $1.6000 |
| 3/19/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 40 | $1.6000 |
| 3/20/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 3 | $1.6500 |
| 3/20/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 9 | $1.5000 |
| 3/20/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 10 | $1.5000 |
| 3/20/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 25 | $1.6000 |
| 3/20/2018 | Bought | Call | Sept 21, 2018 / $7.5 | 49 | $0.6500 |
| 3/20/2018 | Bought | Call | Sept 21, 2018 / $7.5 | 100 | $0.6000 |
| 3/21/2018 | Bought | Call | Sept 21, 2018 / $7.5 | 30 | $0.6000 |
| 3/21/2018 | Bought | Call | Sept 21, 2018 / $7.5 | 45 | $0.7500 |
| 3/22/2018 | Bought | Call | Sept 21, 2018 / $7.5 | 50 | $0.8000 |
| 3/23/2018 | Bought | Call | Sept 21, 2018 / $7.5 | 40 | $0.8500 |
| 4/2/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 9 | $1.5000 |
| 4/20/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 16 | $1.3500 |
| 4/20/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 17 | $1.3500 |
| 4/23/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 7 | $1.3500 |
| 4/23/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 10 | $1.3500 |
| 4/24/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -6 | $1.4500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -1 | $1.5500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -1 | $1.5500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -2 | $1.5500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -4 | $1.5500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -5 | $1.5500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -5 | $1.5500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -5 | $1.5500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -5 | $1.5500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -5 | $1.5500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -6 | $1.5500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -8 | $1.5500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -10 | $1.5500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -11 | $1.5500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -20 | $1.5500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -62 | $1.5500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -112 | $1.5500 |
| 4/25/2018 | Sold | Call | Jun 15, 2018 / $5.00 | -99 | $1.5500 |
| 4/25/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 5 | $0.6800 |

| Date | Action | Type | Expiration / Strike | Qty | Price |
|---|---|---|---|---|---|
| 4/26/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 100 | $0.7000 |
| 4/27/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 35 | $0.7000 |
| 4/27/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 50 | $0.7000 |
| 4/27/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 53 | $0.7000 |
| 4/27/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 92 | $0.7000 |
| 4/27/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 200 | $0.7000 |
| 4/30/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 32 | $0.7500 |
| 4/30/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 33 | $0.7300 |
| 4/30/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 60 | $0.7000 |
| 5/1/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 40 | $0.7000 |
| 5/3/2018 | Bought | Call | Jun 15, 2018 / $7.50 | 80 | $0.2500 |
| 5/7/2018 | Bought | Call | Jun 15, 2018 / $7.50 | 1 | $0.2500 |
| 5/7/2018 | Bought | Call | Jun 15, 2018 / $7.50 | 19 | $0.2500 |
| 5/8/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 30 | $1.6000 |
| 5/9/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 1 | $0.9000 |
| 5/9/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 1 | $0.9000 |
| 5/9/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 2 | $0.9500 |
| 5/9/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 3 | $1.2500 |
| 5/9/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 8 | $0.9000 |
| 5/9/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 19 | $1.0400 |
| 5/9/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 22 | $0.9000 |
| 5/9/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 29 | $1.0400 |
| 5/9/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 10 | $0.5000 |
| 5/9/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 40 | $0.5000 |
| 5/10/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 4 | $0.8500 |
| 5/10/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 5 | $0.8300 |
| 5/10/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 9 | $0.7500 |
| 5/10/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 12 | $0.8000 |
| 5/10/2018 | Bought | Call | Jun 15, 2018 / $7.50 | 1 | $0.0900 |
| 5/10/2018 | Bought | Call | Jun 15, 2018 / $7.50 | 2 | $0.0900 |
| 5/10/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 1 | $0.4500 |
| 5/11/2018 | Bought | Call | May 18, 2018 / $5.00 | 45 | $0.6500 |
| 5/15/2018 | Sold | Call | May 18, 2018 / $5.00 | -10 | $1.2500 |
| 5/15/2018 | Sold | Call | May 18, 2018 / $5.00 | -10 | $1.2500 |
| 5/18/2018 | Sold | Call | May 18, 2018 / $5.00 | -2 | $0.2000 |
| 5/18/2018 | Sold | Call | May 18, 2018 / $5.00 | -7 | $0.2000 |
| 5/18/2018 | Sold | Call | May 18, 2018 / $5.00 | -16 | $0.2000 |
| 5/29/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 1 | $0.3000 |
| 5/29/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 2 | $0.3000 |
| 6/11/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 6 | $0.5000 |
| 6/11/2018 | Bought | Call | Jun 15, 2018 / $5.00 | 20 | $0.5000 |
| 6/15/2018 | Expired | Call | Jun 15, 2018 / $7.50 | -103 | $0.0000 |
| 6/15/2018 | Bought | Call | Sept 21, 2018 / $5.00 | 50 | $1.0000 |
| 6/15/2018 | Bought | Call | Dec 21, 2018 / $5.00 | 3 | $1.2500 |
| 6/15/2018 | Bought | Call | Dec 21, 2018 / $5.00 | 20 | $1.2000 |

| | | | | | |
|---|---|---|---|---|---|
| 6/15/2018 | Bought | Call | Dec 21, 2018 / $5.00 | 20 | $1.2000 |
| 6/15/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 18 | $0.5500 |
| 6/15/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 31 | $0.5500 |
| 6/20/2018 | Bought | Call | Sept 21, 2018 / $5.00 | 1 | $0.9000 |
| 6/20/2018 | Bought | Call | Sept 21, 2018 / $5.00 | 9 | $0.9000 |
| 6/21/2018 | Bought | Call | Sept 21, 2018 / $5.00 | 5 | $1.0000 |
| 6/21/2018 | Bought | Call | Sept 21, 2018 / $5.00 | 5 | $1.0000 |
| 6/21/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 1 | $0.5000 |
| 6/21/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 1 | $0.5000 |
| 6/21/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 2 | $0.5000 |
| 6/27/2018 | Sold | Call | Sept 21, 2018 / $5.00 | -10 | $1.4100 |
| 6/29/2018 | Sold | Call | Sept 21, 2018 / $5.00 | -2 | $1.5600 |
| 6/29/2018 | Sold | Call | Sept 21, 2018 / $5.00 | -4 | $1.5600 |
| 6/29/2018 | Sold | Call | Sept 21, 2018 / $5.00 | -4 | $1.5600 |
| 6/29/2018 | Sold | Call | Sept 21, 2018 / $5.00 | -5 | $1.5500 |
| 6/29/2018 | Sold | Call | Sept 21, 2018 / $5.00 | -5 | $1.5500 |
| 6/29/2018 | Sold | Call | Sept 21, 2018 / $5.00 | -10 | $1.6500 |
| 6/29/2018 | Sold | Call | Sept 21, 2018 / $5.00 | -10 | $1.6500 |
| 7/6/2018 | Sold | Call | Dec 21, 2018 / $5.00 | -1 | $1.5500 |
| 7/6/2018 | Sold | Call | Dec 21, 2018 / $5.00 | -1 | $1.5500 |
| 7/6/2018 | Sold | Call | Dec 21, 2018 / $5.00 | -3 | $1.5500 |
| 7/6/2018 | Sold | Call | Dec 21, 2018 / $5.00 | -5 | $1.5500 |
| 7/6/2018 | Sold | Call | Dec 21, 2018 / $5.00 | -13 | $1.5500 |
| 7/6/2018 | Sold | Call | Dec 21, 2018 / $5.00 | -20 | $1.5500 |
| 7/9/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 16 | $0.6000 |
| 7/9/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 21 | $0.6000 |
| 7/9/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 21 | $0.6000 |
| 7/9/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 21 | $0.6000 |
| 7/9/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 21 | $0.6000 |
| 7/9/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 21 | $0.6000 |
| 7/9/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 21 | $0.6000 |
| 7/9/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 21 | $0.6000 |
| 7/10/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 20 | $0.7000 |
| 7/11/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 1 | $0.7000 |
| 7/13/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 8 | $0.8500 |
| 7/20/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 2 | $0.8000 |
| 7/25/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 1 | $0.8000 |
| 7/27/2018 | Bought | Call | Dec 21, 2018 / $7.5 | 1 | $0.9000 |
| 7/31/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 1 | $1.0200 |
| 8/1/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 1 | $1.1000 |
| 8/1/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 2 | $1.0000 |
| 8/1/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 2 | $1.1500 |
| 8/8/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -3 | $0.3000 |
| 8/8/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -4 | $0.3000 |
| 8/8/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -7 | $0.3000 |

| | | | | | |
|---|---|---|---|---|---|
| 8/8/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -9 | $0.3000 |
| 8/8/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -9 | $0.3000 |
| 8/8/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -10 | $0.3000 |
| 8/8/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -16 | $0.3000 |
| 8/8/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -22 | $0.3000 |
| 8/8/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -40 | $0.3000 |
| 8/8/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 8 | $1.2000 |
| 8/8/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 13 | $1.2500 |
| 8/9/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -4 | $0.5000 |
| 8/9/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -4 | $0.5000 |
| 8/9/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -72 | $0.5000 |
| 8/20/2018 | Bought | Call | Sept 21, 2018 / $7.5 | 1 | $0.1500 |
| 8/20/2018 | Bought | Call | Sept 21, 2018 / $7.5 | 3 | $0.2000 |
| 8/20/2018 | Bought | Call | Sept 21, 2018 / $7.5 | 11 | $0.2000 |
| 8/20/2018 | Bought | Call | Sept 21, 2018 / $7.5 | 12 | $0.2000 |
| 8/20/2018 | Bought | Call | Sept 21, 2018 / $7.5 | 15 | $0.2000 |
| 8/20/2018 | Bought | Call | Sept 21, 2018 / $7.5 | 25 | $0.2000 |
| 8/20/2018 | Bought | Call | Sept 21, 2018 / $7.5 | 28 | $0.2000 |
| 8/20/2018 | Bought | Call | Sept 21, 2018 / $7.5 | 28 | $0.2000 |
| 8/20/2018 | Bought | Call | Sept 21, 2018 / $7.5 | 28 | $0.2000 |
| 8/20/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 1 | $0.9500 |
| 8/20/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 1 | $0.8500 |
| 8/20/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 1 | $0.8500 |
| 8/20/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 2 | $0.9500 |
| 8/20/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 4 | $0.8500 |
| 8/20/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 6 | $0.9500 |
| 8/20/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 10 | $0.9500 |
| 8/21/2018 | Bought | Call | Sept 21, 2018 / $7.5 | 3 | $0.1500 |
| 8/27/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -1 | $0.4000 |
| 8/27/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -8 | $0.4000 |
| 8/27/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -11 | $0.4000 |
| 8/27/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -12 | $0.4000 |
| 8/27/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -16 | $0.4000 |
| 8/27/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -16 | $0.4000 |
| 8/27/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -18 | $0.4000 |
| 8/27/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -18 | $0.4000 |
| 8/27/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -54 | $0.4500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -1 | $0.3500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -1 | $0.3500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -1 | $0.3500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -1 | $0.3500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -1 | $0.3500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -2 | $0.3500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -2 | $0.3500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -3 | $0.3500 |

| | | | | | |
|---|---|---|---|---|---|
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -3 | $0.3500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -5 | $0.3500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -7 | $0.3500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -8 | $0.3500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -11 | $0.3500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -12 | $0.3500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -16 | $0.3500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -16 | $0.3500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -23 | $0.3500 |
| 8/30/2018 | Sold | Call | Sept 21, 2018 / $7.5 | -1 | $0.3500 |
| 8/30/2018 | Sold | Call | Mar 15, 2019 / $7.50 | -1 | $1.2500 |
| 8/30/2018 | Sold | Call | Mar 15, 2019 / $7.50 | -1 | $1.2500 |
| 8/30/2018 | Sold | Call | Mar 15, 2019 / $7.50 | -1 | $1.2500 |
| 8/30/2018 | Sold | Call | Mar 15, 2019 / $7.50 | -2 | $1.3000 |
| 8/30/2018 | Sold | Call | Mar 15, 2019 / $7.50 | -47 | $1.3000 |
| 9/5/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -100 | $2.0500 |
| 9/5/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -1 | $1.5000 |
| 9/5/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -1 | $1.5000 |
| 9/5/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -1 | $1.5000 |
| 9/12/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -1 | $1.5000 |
| 9/12/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -3 | $1.5000 |
| 9/12/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -3 | $1.5000 |
| 9/12/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -5 | $1.5000 |
| 9/12/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -5 | $1.5000 |
| 9/12/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -10 | $1.6000 |
| 9/12/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -10 | $1.5000 |
| 9/17/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 10 | $1.3200 |
| 9/17/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 33 | $1.3200 |
| 9/18/2018 | Sold | Call | Mar 15, 2019 / $7.50 | -3 | $1.3500 |
| 9/21/2018 | Expired | Call | Sept 21, 2018 / $5.00 | -20 | $0.0000 |
| 9/24/2018 | Bought | Call | Dec 21, 2018 / $10.00 | 19 | $0.3000 |
| 9/24/2018 | Bought | Call | Dec 21, 2018 / $10.00 | 20 | $0.3000 |
| 9/24/2018 | Bought | Call | Mar 15, 2019 / $10.00 | 145 | $0.5500 |
| 9/25/2018 | Bought | Call | Dec 21, 2018 / $10.00 | 61 | $0.4000 |
| 9/25/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 1 | $1.5000 |
| 9/25/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 1 | $1.5000 |
| 9/25/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 8 | $1.5000 |
| 9/25/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 30 | $1.5000 |
| 10/1/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -40 | $1.1500 |
| 10/1/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 10 | $1.4000 |
| 10/1/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 10 | $1.4000 |
| 10/4/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 2 | $1.2000 |
| 10/4/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 10 | $1.1500 |
| 10/4/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 10 | $1.1500 |
| 10/4/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 10 | $1.2000 |

| 10/4/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 18 | $1.2000 |
|---|---|---|---|---|---|
| 10/4/2018 | Bought | Call | Mar 15, 2019 / $7.50 | 20 | $1.2000 |
| 10/5/2018 | Bought | Call | Dec 21, 2018 / $10.00 | 1 | $0.3000 |
| 10/5/2018 | Bought | Call | Dec 21, 2018 / $10.00 | 3 | $0.3000 |
| 10/5/2018 | Bought | Call | Dec 21, 2018 / $10.00 | 3 | $0.3000 |
| 10/12/2018 | Bought | Call | Dec 21, 2018 / $10.00 | 10 | $0.4500 |
| 10/15/2018 | Bought | Call | Oct 19, 2018 / $7.50 | 40 | $0.5000 |
| 10/15/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -10 | $1.0100 |
| 10/15/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -10 | $1.0100 |
| 10/22/2018 | Bought | Call | Oct 19, 2018 / $7.50 | -19 | $0.1500 |
| 10/22/2018 | Bought | Call | Oct 19, 2018 / $7.50 | -21 | $0.3000 |
| 10/22/2018 | Bought | Call | Jan 17, 2020 / $10.00 | 6 | $1.4500 |
| 10/23/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -1 | $0.8000 |
| 10/23/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -3 | $0.8000 |
| 10/23/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -4 | $0.8000 |
| 10/23/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -4 | $0.8000 |
| 10/23/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -4 | $0.8000 |
| 10/23/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -10 | $0.8000 |
| 10/23/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -11 | $0.8000 |
| 10/23/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -11 | $0.8000 |
| 10/23/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -11 | $0.8000 |
| 10/23/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -20 | $0.8000 |
| 10/23/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -21 | $0.8000 |
| 10/23/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -100 | $0.8000 |
| 10/23/2018 | Sold | Call | Dec 21, 2018 / $7.5 | -100 | $0.8000 |
| 10/24/2018 | Bought | Call | Jan 17, 2020 / $10.00 | 1 | $1.2500 |
| 10/24/2018 | Bought | Call | Jan 17, 2020 / $10.00 | 49 | $1.3000 |
| 10/24/2018 | Bought | Call | Jun 21, 2019 / $7.5 | 45 | $1.3500 |
| 10/29/2018 | Bought | Call | Jan 17, 2020 / $10.00 | 14 | $1.2000 |
| 10/29/2018 | Bought | Call | Jun 21, 2019 / $7.5 | 12 | $1.3000 |
| 10/29/2018 | Bought | Call | Jun 21, 2019 / $7.5 | 14 | $1.3000 |
| 10/29/2018 | Bought | Call | Jun 21, 2019 / $7.5 | 18 | $1.3000 |
| 10/29/2018 | Bought | Call | Jun 21, 2019 / $7.5 | 20 | $1.3000 |
| 10/29/2018 | Bought | Call | Jun 21, 2019 / $7.5 | 35 | $1.3000 |
| 11/5/2018 | Bought | Call | Jun 21, 2019 / $7.5 | 1 | $1.3000 |
| 11/5/2018 | Bought | Call | Jun 21, 2019 / $7.5 | 1 | $1.3000 |
| 11/5/2018 | Bought | Call | Jun 21, 2019 / $7.5 | 4 | $1.3000 |
| 11/6/2018 | Sold | Call | Mar 15, 2019 / $7.50 | -10 | $1.0500 |
| 11/6/2018 | Sold | Call | Mar 15, 2019 / $7.50 | -10 | $1.0500 |
| 11/6/2018 | Sold | Call | Jan 17, 2020 / $10.00 | -10 | $1.4000 |
| 11/6/2018 | Sold | Call | Jun 21, 2019 / $7.5 | -8 | $1.3500 |
| 11/6/2018 | Sold | Call | Jun 21, 2019 / $7.5 | -10 | $1.3500 |
| 11/6/2018 | Sold | Call | Jun 21, 2019 / $7.5 | -10 | $1.4000 |
| 11/9/2018 | Bought | Call | Jan 17, 2020 / $10.00 | 40 | $1.4000 |
| 11/9/2018 | Bought | Call | Jun 21, 2019 / $7.5 | 10 | $1.4000 |

| 12/6/2018 | Bought | Call | Jun 21, 2019 / $7.5 | 4 | $0.2500 |
|---|---|---|---|---|---|
| 12/7/2018 | Bought | Call | Jun 21, 2019 / $7.5 | 2 | $0.3500 |
| 12/7/2018 | Bought | Call | Jun 21, 2019 / $7.5 | 4 | $0.3500 |
| 12/21/2018 | Expired | Call | Dec 21, 2018 / $7.5 | -500 | $0.0000 |
| 12/21/2018 | Expired | Call | Dec 21, 2018 / $10.00 | -117 | $0.0000 |
| 1/8/2019 | Sold | Call | Jun 21, 2019 / $7.50 | -15 | $0.6500 |
| 1/8/2019 | Sold | Call | Jun 21, 2019 / $7.50 | -21 | $0.2500 |
| 1/9/2019 | Sold | Call | Mar 15, 2019 / $7.50 | -43 | $0.0500 |
| 1/9/2019 | Sold | Call | Mar 15, 2019 / $7.50 | -107 | $0.0500 |
| 1/9/2019 | Sold | Call | Jan 17, 2020 / $10 | -10 | $0.4000 |
| 1/9/2019 | Sold | Call | Jan 17, 2020 / $10 | -20 | $0.4000 |
| 1/9/2019 | Sold | Call | Jan 17, 2020 / $10 | -7 | $0.4000 |
| 1/9/2019 | Sold | Call | Jan 17, 2020 / $10 | -4 | $0.4000 |
| 1/9/2019 | Sold | Call | Jan 17, 2020 / $10 | -10 | $0.4000 |
| 1/9/2019 | Sold | Call | Jan 17, 2020 / $10 | -10 | $0.4000 |
| 1/9/2019 | Sold | Call | Jan 17, 2020 / $10 | -10 | $0.4000 |
| 1/9/2019 | Sold | Call | Jan 17, 2020 / $10 | -25 | $0.4000 |
| 1/9/2019 | Sold | Call | Jan 17, 2020 / $10 | -5 | $0.4000 |
| 1/9/2019 | Sold | Call | Jan 17, 2020 / $10 | -10 | $0.4000 |
| 1/9/2019 | Sold | Call | Mar 15, 2019 / $7.50 | -43 | $0.0500 |
| 1/9/2019 | Sold | Call | Mar 15, 2019 / $7.50 | -107 | $0.0500 |
| 1/9/2019 | Sold | Call | Jun 21, 2019 / $7.50 | -200 | $0.2000 |
| 1/9/2019 | Sold | Call | Jun 21, 2019 / $7.50 | -77 | $0.2000 |
| 1/9/2019 | Sold | Call | Jun 21, 2019 / $7.50 | -14 | $0.2000 |
| 1/9/2019 | Sold | Call | Jun 21, 2019 / $7.50 | -10 | $0.2000 |
| 1/9/2019 | Sold | Call | Jun 21, 2019 / $7.50 | -9 | $0.2000 |
| 1/9/2019 | Sold | Call | Jun 21, 2019 / $7.50 | -50 | $0.2000 |
| 1/9/2019 | Sold | Call | Jun 21, 2019 / $7.50 | -3 | $0.2000 |
| 1/9/2019 | Sold | Call | Jun 21, 2019 / $7.50 | -5 | $0.2000 |
| 1/9/2019 | Sold | Call | Jun 21, 2019 / $7.50 | -10 | $0.2000 |
| 1/9/2019 | Sold | Call | Jun 21, 2019 / $7.50 | -10 | $0.2000 |
| 1/9/2019 | Sold | Call | Jun 21, 2019 / $7.50 | -1 | $0.2000 |
| 1/9/2019 | Sold | Call | Jun 21, 2019 / $7.50 | -11 | $0.2000 |
| 2/5/2019 | Sold | Call | Mar 15, 2019 / $10.00 | -1 | $0.1500 |
| 2/5/2019 | Bought | Call | Mar 15, 2019 / $5 | 10 | $0.5000 |
| 2/5/2019 | Bought | Call | Mar 15, 2019 / $5 | 12 | $0.4500 |
| 2/5/2019 | Bought | Call | Mar 15, 2019 / $5 | 5 | $0.5000 |
| 2/5/2019 | Sold | Call | Mar 15, 2019 / $10 | -1 | $0.1500 |
| 2/6/2019 | Sold | Call | Mar 15, 2019 / $10.00 | -7 | $0.1000 |
| 2/6/2019 | Sold | Call | Mar 15, 2019 / $10.00 | -5 | $0.1000 |
| 2/6/2019 | Sold | Call | Mar 15, 2019 / $10.00 | -1 | $0.1000 |
| 2/6/2019 | Sold | Call | Mar 15, 2019 / $10.00 | -1 | $0.1000 |
| 2/6/2019 | Sold | Call | Mar 15, 2019 / $10.00 | -100 | $0.1000 |
| 2/6/2019 | Sold | Call | Mar 15, 2019 / $10.00 | -20 | $0.1000 |
| 2/6/2019 | Sold | Call | Mar 15, 2019 / $10.00 | -10 | $0.1000 |

| Date | Action | Type | Expiration / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 2/6/2019 | Bought | Call | Mar 15, 2019 / $5 | 7 | $0.9500 |
| 2/6/2019 | Bought | Call | Mar 15, 2019 / $5 | 8 | $0.9500 |
| 2/6/2019 | Bought | Call | Mar 15, 2019 / $5 | 4 | $0.9000 |
| 2/6/2019 | Sold | Call | Mar 15, 2019 / $10 | -7 | $0.1000 |
| 2/6/2019 | Sold | Call | Mar 15, 2019 / $10 | -5 | $0.1000 |
| 2/6/2019 | Sold | Call | Mar 15, 2019 / $10 | -1 | $0.1000 |
| 2/6/2019 | Sold | Call | Mar 15, 2019 / $10 | -1 | $0.1000 |
| 2/6/2019 | Sold | Call | Mar 15, 2019 / $10 | -100 | $0.1000 |
| 2/6/2019 | Sold | Call | Mar 15, 2019 / $10 | -20 | $0.1000 |
| 2/6/2019 | Sold | Call | Mar 15, 2019 / $10 | -10 | $0.1000 |
| 2/7/2019 | Sold | Call | Mar 15, 2019 / $5 | -46 | $0.9500 |
| 2/8/2019 | Bought | Call | Feb 15, 2019 / $5 | 3 | $1.0000 |
| 2/8/2019 | Bought | Call | Feb 15, 2019 / $5 | 5 | $0.9800 |
| 2/8/2019 | Bought | Call | Feb 15, 2019 / $5 | 79 | $1.1000 |
| 2/8/2019 | Bought | Call | Feb 15, 2019 / $5 | 1 | $1.1000 |
| 2/11/2019 | Sold | Call | Feb 15, 2019 / $5 | -44 | $0.4500 |
| 2/11/2019 | Sold | Call | Feb 15, 2019 / $5 | -44 | $0.4500 |
| 2/14/2019 | Bought | Call | Jan 17, 2020 / $5 | 2 | $1.4000 |
| 2/15/2019 | Bought | Call | Jan 17, 2020 / $5 | 1 | $1.5000 |
| 2/15/2019 | Bought | Call | Jan 17, 2020 / $5 | 8 | $1.5000 |
| 2/19/2019 | Bought | Call | Jan 17, 2020 / $5 | 10 | $1.4500 |
| 2/19/2019 | Bought | Call | Jan 17, 2020 / $5 | 8 | $1.5000 |
| 2/19/2019 | Bought | Call | Jan 17, 2020 / $5 | 1 | $1.5000 |
| 2/19/2019 | Bought | Call | Jan 17, 2020 / $5 | 1 | $1.5000 |
| 2/20/2019 | Bought | Call | Jan 17, 2020 / $5 | 1 | $1.2000 |
| 2/20/2019 | Bought | Call | Jan 17, 2020 / $5 | 1 | $1.2000 |
| 2/21/2019 | Bought | Call | Jan 17, 2020 / $5 | 1 | $1.2500 |
| 2/21/2019 | Bought | Call | Jan 17, 2020 / $5 | 2 | $1.1500 |
| 2/22/2019 | Bought | Call | Jan 17, 2020 / $5 | 5 | $1.3500 |
| 2/22/2019 | Bought | Call | Jan 17, 2020 / $5 | 13 | $1.3500 |
| 2/22/2019 | Bought | Call | Jan 17, 2020 / $5 | 13 | $1.3500 |
| 2/22/2019 | Bought | Call | Jan 17, 2020 / $5 | 13 | $1.3500 |
| 2/22/2019 | Bought | Call | Jan 17, 2020 / $5 | 20 | $1.3500 |
| 2/22/2019 | Bought | Call | Apr 18, 2019 / $5 | 66 | $0.6000 |
| 2/22/2019 | Bought | Call | Apr 18, 2019 / $5 | 5 | $0.6000 |
| 2/22/2019 | Bought | Call | Apr 18, 2019 / $5 | 5 | $0.6000 |
| 2/22/2019 | Bought | Call | Apr 18, 2019 / $5 | 5 | $0.6000 |
| 2/22/2019 | Bought | Call | Apr 18, 2019 / $5 | 9 | $0.6000 |
| 2/22/2019 | Bought | Call | Apr 18, 2019 / $5 | 6 | $0.5000 |
| 2/22/2019 | Bought | Call | Apr 18, 2019 / $5 | 1 | $0.5000 |
| 2/22/2019 | Bought | Call | Apr 18, 2019 / $5 | 1 | $0.5000 |
| 2/22/2019 | Bought | Call | Apr 18, 2019 / $5 | 1 | $0.5000 |
| 2/22/2019 | Bought | Call | Apr 18, 2019 / $5 | 1 | $0.5000 |
| 2/25/2019 | Bought | Call | Apr 18, 2019 / $5 | 16 | $0.6500 |
| 2/25/2019 | Bought | Call | Apr 18, 2019 / $5 | 14 | $0.7000 |

| 2/27/2019 | Bought | Call | Jan 17, 2020 / $5 | 2 | $1.3500 |
| 2/28/2019 | Bought | Call | Jan 17, 2020 / $5 | 1 | $1.2500 |
| 2/28/2019 | Bought | Call | Jan 17, 2020 / $5 | 5 | $1.2000 |
| 2/28/2019 | Bought | Call | Jan 17, 2020 / $5 | 1 | $1.2500 |
| 2/28/2019 | Bought | Call | Jan 17, 2020 / $5 | 1 | $1.2500 |
| 3/4/2019 | Bought | Call | Jan 17, 2020 / $5 | 5 | $1.4000 |
| 3/5/2019 | Bought | Call | Jan 17, 2020 / $5 | 2 | $1.3500 |
| 3/5/2019 | Bought | Call | Jan 17, 2020 / $5 | 1 | $1.3500 |
| 3/6/2019 | Bought | Call | Jan 17, 2020 / $5 | 2 | $1.3000 |
| 3/7/2019 | Bought | Call | Jan 17, 2020 / $5 | 2 | $1.2000 |
| 3/7/2019 | Bought | Call | Jan 17, 2020 / $5 | 1 | $1.2000 |
| 3/7/2019 | Bought | Call | Jan 17, 2020 / $5 | 1 | $1.2000 |
| 3/11/2019 | Bought | Call | Jan 17, 2020 / $5 | 2 | $1.2000 |
| 3/11/2019 | Bought | Call | Jan 17, 2020 / $5 | 4 | $1.2000 |
| 3/11/2019 | Bought | Call | Jan 17, 2020 / $5 | 1 | $1.2000 |
| 3/11/2019 | Bought | Call | Jan 17, 2020 / $5 | 6 | $1.2000 |
| 3/15/2019 | Bought | Call | Jan 17, 2020 / $5 | 1 | $1.0000 |
| 3/15/2019 | Bought | Call | Jan 17, 2020 / $5 | 1 | $1.0000 |
| 3/15/2019 | Bought | Call | Jan 17, 2020 / $5 | 1 | $0.9900 |