Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
gnecf@classcounsel.com

*Proposed Liaison Counsel for Plaintiffs*

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com

*Proposed Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>Defendants. | Case No.:  4:19-cv-01765-YGS<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER DENYING AMYRIS INVESTOR GROUP'S MOTION APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL**<br><br>Date:  July 9, 2019<br>Time:  2:00 p.m.<br>Courtroom:  1<br>Judge:  Hon. Yvonne Gonzalez Rogers |

Having considered the Motion of Rob Jansen to be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff's Choice of Counsel and Memorandum of Law in Support, and his Opposition to Amyris Investor Group's Motion to Appoint Lead Plaintiff and Lead Counsel,

IT IS HEREBY ORDERED THAT:

1. The Motion of the Amyris Investor Group to appoint lead Plaintiff is denied.

2. Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995 ("PLSRA") Rob Jansen is appointed to serve as Lead Plaintiff for the Class of purchasers of Amyris, Inc.'s common stock during the period of March 15, 2018 through March 19, 2019, inclusive, (the "Class Period").

3. The law firm of Federman & Sherwood is approved as Lead Counsel and the law firm of Green & Noblin, P.C. is approved as Liaison Counsel. Lead Counsel shall provide general supervision of the activities of plaintiff's counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

a. To brief and argue motions;

b. To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel and the preparation of written interrogatories, requests for admissions and requests for production of documents;

c. To direct and coordinate the examination of witnesses in depositions;

d. To act as spokesperson at pretrial conferences;

e. To call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

f. To initiate and conduct settlement negotiations with counsel for defendants;

1

[Proposed] Order Denying Amyris Investor Group's Motion Appointing
Lead Plaintiff and Approving Lead Plaintiff's Selection of Lead and Liaison
Counsel                                                          FILE NO. 4:19-cv-01765-YGS

g.      To provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

h.      To consult with and employ experts;

i.      To receive and review periodic time reports of all attorneys on behalf of plaintiffs and to determine if the time is being spent appropriately and for the benefit of plaintiffs; and,

j.      To perform such other duties as may be expressly authorized by further order of this Court.

4.      No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

5.      Counsel in any related action that is consolidated with this Action shall be bound by this organization of plaintiffs' counsel.

6.      A new complaint shall be filed by Lead Plaintiff and Lead Counsel within sixty (60) days of the date of this Order.

IT IS SO ORDERED.

DATED: _____

_____
JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF CALIFORNIA

2

[Proposed] Order Denying Amyris Investor Group's Motion Appointing
Lead Plaintiff and Approving Lead Plaintiff's Selection of Lead and Liaison
Counsel                                                          FILE NO. 4:19-cv-01765-YGS