1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

15
16
17
18
19
20
21
22
23
24

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>        Defendants. | Case No.: 4:19-cv-01765-YGR<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL<br><br>*As Modified by the Court* |

25
26
27
28

[Proposed] Order Appointing Lead Plaintiff and
Approving Lead Plaintiff's Selection Of Counsel                                 FILE NO. 3:19-cv-01765-YGS

Having considered the Motion of Rob Jansen to be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff's Choice of Counsel and Memorandum of Law in Support,

IT IS HEREBY ORDERED THAT:

1. Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995 ("PLSRA") Rob Jansen is appointed to serve as Lead Plaintiff for the Class of purchasers of Amyris, Inc.'s common stock during the period of March 15, 2018 through March 19, 2019, inclusive, (the "Class Period").

2. The law firm of Federman & Sherwood is approved as Lead Counsel and the law firm of Green & Noblin, P.C. is approved as Liaison Counsel. Lead Counsel shall provide general supervision of the activities of plaintiff's counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

   a. To brief and argue motions;

   b. To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel and the preparation of written interrogatories, requests for admissions and requests for production of documents;

   c. To direct and coordinate the examination of witnesses in depositions;

   d. To act as spokesperson at pretrial conferences;

   e. To call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

   f. To initiate and conduct settlement negotiations with counsel for defendants;

   g. To provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and

1

[Proposed] Order Appointing Lead Plaintiff and
Approving Lead Plaintiff's Selection Of Counsel                FILE NO. 3:19-cv-01765-YGS

|   |   |   |
|---|---|---|
| | | efficient prosecution of this litigation and to avoid duplication or unproductive effort; |
| | h. | To consult with and employ experts; |
| | i. | To receive and review periodic time reports of all attorneys on behalf of plaintiffs and to determine if the time is being spent appropriately and for the benefit of plaintiffs; and |
| | j. | To perform such other duties as may be expressly authorized by further order of this Court. |

3. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

4. Counsel in any related action that is consolidated with this Action shall be bound by this organization of plaintiffs' counsel.

5. A new complaint shall be filed by Lead Plaintiff and Lead Counsel ~~within sixty (60) days of the date of this Order.~~ by August 23, 2019. Defendants' response shall be filed by October 4, 2019. This Order terminates Docket Number 12. The Court VACATES the hearing scheduled for July 9, 2019.

IT IS SO ORDERED.

DATED: June 28, 2019

~~JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA~~

Hon. Yvonne Gonzalez Rogers
United States District Court Judge

2

[Proposed] Order Appointing Lead Plaintiff and
Approving Lead Plaintiff's Selection Of Counsel          FILE NO. 3:19-cv-01765-YGS