GIBSON, DUNN & CRUTCHER LLP
Michael D. Celio, SBN 197998
mcelio@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5326
Facsimile:  650.849.5026

GIBSON, DUNN & CRUTCHER LLP
Shireen A. Barday (*pro hac vice*)
sbarday@gibsondunn.com
200 Park Avenue
New York, New York 10166-0193
Telephone:  212.351.2621
Facsimile:  212.817.9421

GIBSON, DUNN & CRUTCHER LLP
ELIZABETH A. DOOLEY, SBN 292358
edooley@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8342
Facsimile:  415.393.8469

*Attorneys for Defendants Amyris Inc. et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>Defendants. | Case No. 4:19-cv-01765-YGR (First Filed Case)<br>Related Case No. 3:19-cv-03621-EMC<br><br>**DECLARATION OF MICHAEL D. CELIO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Date First Action Filed: April 3, 2019<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

## DECLARATION OF MICHAEL D. CELIO

I, Michael D. Celio, declare as follows:

1.      I am an attorney admitted to practice law before all courts of the State of California and in the United States District Court for the Northern District of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys primarily responsible for the representation of Defendants in *Mulderrig v. Amyris, Inc., et al.* ("*Mulderrig*") and Defendants in *Bonner v. Doerr, et al.* ("*Bonner*"), Case No. 3:19-cv-03621-EMC.  Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.      This declaration is submitted in compliance Civil Local Rules 3-12(b) and 7-11 in support of Defendants' Administrative Motion To Consider Whether Cases Should be Related.

3.      On July 2, 2019, Gibson Dunn emailed counsel for the Lead Plaintiff in *Mulderrig*, William B. Federman, and counsel for the Plaintiff in *Bonner*, Steve Wedeking, explaining that Defendants intended to file an administrative motion to consider whether *Bonner* should be related to *Mulderrig* and asking whether counsel for plaintiffs in both actions would sign a joint stipulation in support of the motion as referenced under Local Civil Rule 7-12.

4.      On July 10, 2019, Steve Wedeking informed us by email that Plaintiff in the *Bonner* action does not oppose the relief sought by the administrative motion, i.e. relation of *Bonner* to *Mulderrig*, but does not adopt any of Defendants' arguments in the motion.

5.      On July 10, 2019, William B. Federman informed us by email that the Lead Plaintiff in *Mulderrig* opposes the relation of the cases because "among other issues, the cases seek different relief and have different defendants."

6.      The foregoing are the reasons why a stipulation could not be obtained.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 12th day of July 2019 in, Palo Alto, California.

*/s/ Michael D. Celio*
Michael D. Celio

1
DECLARATION OF MICHAEL D. CELIO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED; CASE NO.  4:19-CV-01765-YGR