Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Proposed Liaison Counsel for Plaintiffs*

William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: 405-235-1560
Facsimile: 405-239-2112
wbf@federmanlaw.com

*Proposed Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>Defendants. | Case No.: 4:19-cv-01765-YGR<br><br>CLASS ACTION<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED PARTIES** |

1    Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Lead Plaintiff Rob Jansen and Plaintiff Vincent Carbone (collectively "Plaintiffs") certify that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

    1.    Lead Plaintiff Rob Jansen;

    2.    Plaintiff Vincent Carbone;

    3.    Federman & Sherwood;

    4.    Green & Noblin, P.C.; and

    5.    A class, consisting of all those who purchased or otherwise acquired securities of Amyris, Inc. between March 15, 2018 and April 11, 2019, inclusive, and who were damaged thereby.

Dated: September 13, 2019                    Respectfully submitted,

/s/William B. Federman
William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Tel: (405) 235-1560/Fax: (405) 239-2112
-and-
212 W. Spring Valley Road
Richardson, TX  75081
wbf@federmanlaw.com

*Lead Counsel for Plaintiffs*

Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700/Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, CA 90804
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Friday, September 13, 2019.

/s/William B. Federman
William B. Federman