GIBSON, DUNN & CRUTCHER LLP
Michael D. Celio, SBN 197998
mcelio@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5326
Facsimile:  650.849.5026

GIBSON, DUNN & CRUTCHER LLP
Shireen A. Barday (*pro hac vice*)
sbarday@gibsondunn.com
200 Park Avenue
New York, New York 10166-0193
Telephone:  212.351.2621
Facsimile:  212.817.9421

GIBSON, DUNN & CRUTCHER LLP
ELIZABETH A. DOOLEY, SBN 292358
edooley@gibsondunn.com
PIPER M. PEHRSON, SBN 324031
ppehrson@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8342


*Attorney for Defendants Amyris Inc., et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>Defendants. | Case No. 4:19-cv-01765-YGR (First Filed Case)<br>Related Case No. 3:19-cv-06230-WHO<br><br>**DECLARATION OF MICHAEL D. CELIO IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Date First Action Filed: April 3, 2019<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

## DECLARATION OF MICHAEL D. CELIO

I, Michael D. Celio, declare as follows:

1.    I am an attorney admitted to practice law before all courts of the State of California and in the United States District Court for the Northern District of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys primarily responsible for the representation of Defendants in *Mulderrig v. Amyris, Inc., et al.* ("*Mulderrig*") and Defendants in *Carlson v. Doerr, et al.* ("*Carlson*"), Case No. 3:19-cv-06230-WHO.  Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.    This declaration is submitted in compliance Civil Local Rules 3-12(b) and 7-11 in support of Defendants' Unopposed Administrative Motion To Consider Whether Cases Should be Related.

3.    On October 29, 2019, I emailed counsel for the Lead Plaintiff in *Mulderrig*, William B. Federman, and counsel for the Plaintiff in *Carlson*, W. Scott Holleman, explaining that Defendants intended to file an administrative motion to consider whether *Carlson* should be related to *Mulderrig* and requesting their position on the matter.

4.    On October 29, 2019,  W. Scott Holleman informed me by email that Plaintiff in the *Carlson* action agrees that *Carlson* should be related to *Mulderrig*.

5.    On October 29, 2019, William B. Federman informed me by email that the Lead Plaintiff in *Mulderrig* takes "no position" on the relation of the cases.

6.    The foregoing are the reasons why a stipulation was not appropriate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 31st day of October 2019 in, Palo Alto, California.

*/s/ Michael D. Celio*
Michael D. Celio

1
DECLARATION OF MICHAEL D. CELIO IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CASE NO.  4:19-CV-01765-YGR