GIBSON, DUNN & CRUTCHER LLP
Michael D. Celio, SBN 197998
mcelio@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5326
Facsimile:  650.849.5026

GIBSON, DUNN & CRUTCHER LLP
Shireen A. Barday (*pro hac vice*)
sbarday@gibsondunn.com
200 Park Avenue
New York, New York 10166-0193
Telephone:  212.351.2621
Facsimile:  212.817.9421

GIBSON, DUNN & CRUTCHER LLP
ELIZABETH A. DOOLEY, SBN 292358
edooley@gibsondunn.com
PIPER M. PEHRSON, SBN 324031
ppehrson@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8342

*Attorney for Defendants Amyris Inc., et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, individually and on behalf of all those similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>  Defendants. | CASE NO. 4:19-cv-01765-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed: April 3, 2019 |

Gibson, Dunn &
Crutcher LLP

On October 31, 2019, Defendants Amyris Inc., et al. ("Defendants") filed an Unopposed Administrative Motion to Consider Whether Cases Should be Related (the "Administrative Motion"). Having considered the Administrative Motion and accompanying Declaration of Michael D. Celio in support of the Administrative Motion, the Court finds that the above-captioned action and the later filed action, *Carlson v. Doerr, et al.*, No. 3:19-cv-06230-WHO, are "related cases" pursuant to Civil Local Rule 3-12. Good cause having been shown, the Court hereby GRANTS the Defendants' Administrative Motion, ORDERS that the aforementioned cases be deemed related, and directs the Clerk to reassign the *Carlson* Action to this Court, notifying the parties and the affected Judges accordingly. *See* Civ. L.R. 3-12.

**IT IS SO ORDERED.**

Dated:  _____          _____

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

Gibson, Dunn &
Crutcher LLP

1
[PROPOSED] ORDER GRANTING MOTION TO RELATE ACTIONS
CASE NO. 4:19-CV-01765-YGR