Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

William B. Federman (admitted *pro hac vice*)
A. Brooke Murphy (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com
abm@federmanlaw.com

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK, <br><br> Defendants. | Case No.:  3:19-cv-01765-YGR <br><br> CLASS ACTION <br><br> **DECLARATION OF A. BROOKE MURPHY IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> Date:  January 21, 2020 <br> Time:  2:00 p.m. <br> Courtroom:  1 <br> Judge:  Hon. Yvonne Gonzalez Rogers |

Declaration of A. Brooke Murphy in Support of Plaintiffs'
Memorandum of Law in Opposition to Defendants' Motion to Dismiss          FILE NO. 3:19-cv-01765-YGR

I, A. Brooke Murphy, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of Oklahoma and am admitted *pro hac vice* in this case.  I am a member of the law firm Federman & Sherwood, Lead Counsel for Plaintiffs.

2.      Attached hereto as Exhibit A are true and correct copies of relevant pages of Amyris Inc.'s ("Amyris") Form 10-K for 2018, filed with the SEC on October 1, 2019.  This document was obtained by accessing the U.S. Security and Exchange Commission's (the "SEC") Electronic Data Gathering, Analysis and Retrieval system ("EDGAR") on November 22, 2019.  A complete copy of Amyris's Form 10-K for 2018 is available at:

https://www.sec.gov/Archives/edgar/data/1365916/000117184319006229/f10k_032919p.htm.

3.      Attached hereto as Exhibit B are true and correct copies of relevant pages of Amyris's Proxy Statement for 2018, filed with the SEC on October 10, 2019.  This document was obtained by accessing EDGAR on November 22, 2019.  A complete copy of Amyris's Proxy Statement for 2018 is available at:

https://www.sec.gov/Archives/edgar/data/1365916/000114420419047973/tv530365-def14a.htm.

4.      I declare under the penalty of perjury that the foregoing is true and correct and that this Declaration was executed on November 22, 2019 in Oklahoma City, Oklahoma.

/s/A. Brooke Murphy
A. Brooke Murphy

Declaration of A. Brooke Murphy in Support of Plaintiffs'
Memorandum of Law in Opposition to Defendants' Motion to Dismiss          FILE NO. 3:19-cv-01765-YGR