# EXHIBIT A

10-K 1 f10k_032919p.htm FORM 10-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

_____

# FORM 10-K
_____

(Mark One)

**x   ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2018

OR

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from ____ to ____

Commission File Number: 001-34885

_____

# AMYRIS, INC.
(Exact name of registrant as specified in its charter)

_____

| **Delaware** | **55-0856151** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**5885 Hollis Street, Suite 100, Emeryville, California 94608**
(Address of principal executive offices and Zip Code)

**(510) 450-0761**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.0001 par value per share | AMRS | Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act:
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes ☐  No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.  Yes ☐  No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☐  No ☒

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).  Yes ☐  No ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See definitions of "large accelerated filer", "accelerated filer", "smaller reporting company", and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐ Accelerated filer ☒ Non-accelerated filer ☐ Smaller reporting company ☒ Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ☐  No ☒

As a result of the restatement and associated non-reliance on previously issued financial information, we have become subject to a number of additional expenses and risks, including unanticipated expenses for accounting and legal fees in connection with or related to the restatement. Likewise, the attention of our management team has been diverted by these efforts. In addition, we could also be subject to additional shareholder, governmental, regulatory or other actions or demands in connection with the restatement or other matters. Any such proceedings will, regardless of the outcome, consume a significant amount of management's time and attention and may result in additional legal, accounting, insurance and other expenses. If we do not prevail in any such proceeding, we could be required to pay damages or settlement costs. In addition, the restatement and related matters could impair our reputation or could cause our customers, shareholders, or other counterparties to lose confidence in us. Any of these occurrences could have a material adverse effect on our business, results of operations, financial condition and stock price.

***We have identified material weaknesses in our internal control over financial reporting which, if not corrected, could affect the reliability of our consolidated financial statements and have other adverse consequences.***

Our management is responsible for establishing and maintaining adequate internal control over financial reporting, as defined in Rule 13a-15(f) under the Exchange Act. Section 404 of the Sarbanes-Oxley Act of 2002 (Section 404) and related SEC rules require management to assess the effectiveness of our internal control over financial reporting. Based on the assessment as of December 31, 2018, our management believes that our internal control over financial reporting was not effective at that date due to material weaknesses we identified. A material weakness is a deficiency, or combination of control deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of our annual or interim financial statements will not be prevented or detected on a timely basis.

Based on management's assessment, we have identified the following material weaknesses:

- Our control environment is not effective because we lack a sufficient number of trained resources with assigned responsibility and accountability over the application of generally accepted accounting principles and financial reporting and related internal controls over complex, significant non-routine transactions and routine transactions;

- We did not have an effective risk assessment process to identify and analyze necessary changes in business operations resulting from complex significant non-routine transactions and completeness and adequacy of required disclosures;

- We did not have an effective internal and external information and communication process to ensure that relevant and reliable information was communicated timely across the organization, to enable financial personnel to effectively carry out their financial reporting and internal control roles and responsibilities; and

- The Company did not design, implement and operate effective monitoring activities over complex, significant non-routine transactions and the accounting for income taxes to ascertain whether the processes and internal controls were present and functioning.

As a consequence of the ineffective control environment, risk assessment, information and communication and monitoring activities components, we did not design, implement, and maintain effective control activities at the transaction level over all significant accounts to mitigate the risk of material misstatement in financial reporting, specifically:

- We did not retain the required documentation to demonstrate the consistent and timely operation of the controls at a sufficient level of precision to prevent and detect potential misstatements; and

- We did not design and operate effective controls over account reconciliations, review and approval of manual journal entries, complex, significant non-routine transactions related to licenses and royalty revenue recognition, derivative liabilities, currency translation adjustments and the completeness and accuracy and timely preparation of financial statement presentation and disclosures, including earnings per share.

The control deficiencies contributed to the restatement of our audited consolidated financial statements for the year ended December 31, 2017 and resulted in material errors to our interim condensed consolidated financial statements for the quarterly and year-to-date periods ended March 31, 2017, June 30, 2017, September 30, 2017, March 31, 2018, June 30, 2018 and September 30, 2018, as described above, and material and immaterial misstatements to the preliminary consolidated financial statements as of and for the year ended December 31, 2018. Material misstatements were corrected prior to the issuance of the consolidated financial statements as of and for the year ended December 31, 2018. However, the control deficiencies resulted in the restatement discussed above and create a reasonable possibility that a further material misstatement of our annual or interim consolidated financial statements would not be prevented or detected on a timely basis. Furthermore, the control deficiencies contributed to a delay in the timely filing of our periodic reports. Therefore, we concluded that these control deficiencies are material weaknesses and our internal control over financial reporting is not effective as of December 31, 2018.

13

*Condensed Consolidated Statements of Operations*

| Three Months Ended | Three Months Ended September 30, 2018 | | | | Nine Months Ended September 30, 2018 | | | |
|---|---|---|---|---|---|---|---|---|
| (In thousands, except shares and per share amounts) | As Previously Reported | Corrections | Ref | As Restated | As Previously Reported | Corrections | Ref | As Restated |
| Renewable products | $ 9,639 | $ – | | $ 9,639 | $ 21,467 | $ – | | $ 21,467 |
| Licenses and royalties | 142 | – | | 142 | 18,466 | (10,882) | ab | 7,584 |
| Grants and collaborations | 5,085 | (551) | ac | 4,534 | 21,125 | (2,943) | ac | 18,182 |
| Total revenue | 14,866 | (551) | | 14,315 | 61,058 | (13,825) | | 47,233 |
| Cost and operating expenses | | | | | | | | |
| Cost of products sold | 8,574 | – | | 8,574 | 19,873 | 550 | ad | 20,423 |
| Research and development | 16,445 | – | | 16,445 | 50,545 | (606) | ae | 49,939 |
| Sales, general and administrative | 21,026 | 6,213 | af | 27,239 | 59,972 | 4,821 | af | 64,793 |
| Total cost and operating expenses | 46,045 | 6,213 | | 52,258 | 130,390 | 4,765 | | 135,155 |
| Loss from operations | (31,179) | (6,764) | | (37,943) | (69,332) | (18,590) | | (87,922) |
| Other income (expense) | | | | | | | | |
| (Loss) gain on divestiture | – | – | | – | – | (1,778) | ag | (1,778) |
| Interest expense | (8,658) | (522) | ah | (9,180) | (25,687) | (3,051) | ah | (28,738) |
| (Loss) gain from change in fair value of derivative instruments | (25,048) | 251 | ai | (24,797) | (64,596) | 3,432 | ai | (61,164) |
| Gain upon extinguishment of derivative liability | (1,782) | 1,782 | aj | – | 75 | (75) | aj | – |
| Loss upon extinguishment of debt | – | – | | – | (26) | – | | (26) |
| Other income (expense), net | (1,654) | (879) | al | (2,533) | 1,282 | (3,291) | al | (2,009) |
| Total other expense, net | (37,142) | 632 | | (36,510) | (88,952) | (4,763) | | (93,715) |
| Loss before income taxes | (68,321) | (6,132) | | (74,453) | (158,284) | (23,353) | | (181,637) |
| Provision for income taxes | – | – | | – | – | – | | – |
| Net loss attributable to Amyris, Inc. | (68,321) | (6,132) | | (74,453) | (158,284) | (23,353) | | (181,637) |
| Less deemed dividend related to proceeds discount and issuance costs upon conversion of Series D preferred stock | – | (6,852) | at | (6,852) | – | (6,852) | at | (6,852) |
| Less cumulative dividends on Series A and Series B preferred stock | (279) | 279 | aw | – | (1,073) | 1,073 | aw | – |
| Add: losses allocated to participating securities | – | 4,491 | au | 4,491 | (67) | 12,891 | au | 12,824 |
| Net loss attributable to Amyris, Inc. common stockholders | $ (68,600) | $ (8,214) | | $ (76,814) | $ (159,424) | $ (16,241) | | $ (175,665) |
| Loss per share attributable to common stockholders: | | | | | | | | |
| Basic and diluted | $ (1.13) | $ (0.13) | | $ (1.26) | $ (2.86) | $ (0.29) | | $ (3.15) |
| Weighted-average shares of common stock outstanding used in computing loss per share of common stock: | | | | | | | | |
| Basic and diluted | 60,966,071 | | | 60,966,071 | 55,735,571 | | | 55,735,571 |

Restatement adjustments:

ab. (i) Ginkgo partnership obligation and promissory note issuance recorded as reduction to revenue, (ii) reversal of revenue in connection with shares received in satisfaction of customer invoice, and (iii) shift in timing of revenue recognized in connection with a royalty arrangement, (iv) partly offset by a revenue increase as the result of reclassification of revenue by type to conform to the Company's current presentation.

ad. Adjustment to uninvoiced receipts liability.

ae. Write-off of unrecoverable receivable in connection with facilities subleased to a related party.

af. Expense incurred in connection with May 2017 equity offering, and reclassification of amounts from related party services revenue to expense offset.

ag. Loss incurred in 2018 on December 2017 divestiture of Amyris Brasil Ltda.

ah. Interest expense in connection with Ginkgo partnership obligation.

ai. Adjustments to change in fair value of derivative liabilities in connection with May and August 2017 equity offerings.

aj. Correction to extinguishment accounting for a make-whole equity instrument, and loss on extinguishment of related party debt in connection with May 2017 equity offering.

al. Revision to accounting for shares received in satisfaction of a 2017 revenue arrangement, equity issuance costs recorded as expense, and adjustment to gain (loss) on change in accumulated other comprehensive income.

Case 4:19-cv-01765-YGR Document 52-3 Filed 11/22/19 Page 5 of 5

at. Correction to record deemed dividend in connection with discounts and freestanding instruments related to preferred stock offerings.

au. Correction in the computation of net loss per share to reflect participating securities.

aw. Correction in the computation of net loss per share related to make-whole deemed dividends.

167