# EXHIBIT B

DEF 14A 1 tv530365-def14a.htm DEF 14A
TABLE OF CONTENTS

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**SCHEDULE 14A**
**(RULE 14a-101)**

**INFORMATION REQUIRED IN PROXY STATEMENT**

**SCHEDULE 14A INFORMATION**

**Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934**
**(Amendment No.     )**

Filed by the Registrant  ☒

Filed by a Party other than the Registrant  ☐

Check the appropriate box:
☐   Preliminary Proxy Statement
☐   **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**
☒   Definitive Proxy Statement
☐   Definitive Additional Materials
☐   Soliciting Material Pursuant to §240.14a-12

# AMYRIS, INC.

(Name of Registrant as Specified in its Charter)

(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)

Payment of Filing Fee (Check the appropriate box):
☒   No fee required.
☐   Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

(1)   Title of each class of securities to which transaction applies:

(2)   Aggregate number of securities to which transaction applies:

(3)   Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

(4)   Proposed maximum aggregate value of transaction:

(5)   Total fee paid:

☐   Fee paid previously with preliminary materials.
☐   Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

(1)   Amount Previously Paid:

(2)   Form, Schedule or Registration Statement No.:

(3)   Filing Party:

(4)   Date Filed:

*Degree of Difficulty in Achieving Performance Goals.*  The LDCC considered the likelihood of achievement when recommending and approving, respectively, the Company and individual performance goals and bonus plan structures for each of the 2018 cash bonus plan periods, but it did not undertake a detailed statistical analysis of the difficulty of achievement of each measure. For 2018, the Committee considered the 70% weighted average achievement level to be attainable with normal effort, 100% to be challenging but achievable with significant effort, requiring circumstances to align as predicted, and any amounts in excess of 100% to be difficult to achieve, requiring additional sources of revenue, breakthroughs in technology, manufacturing operations, process development or business development, and exceptional levels of effort on the part of the executive team, as well as favorable external conditions.

*2018 Quarterly and Annual Bonus Plan Funding and Award Decisions.*  In each of May 2018, August 2018, November 2018 and February 2019, the LDCC determined that our quarterly and annual performance goals were achieved as follows:

| Company Performance Goal | Weight | Weighted Achievement Level | Funding Level |
|---|---|---|---|
| **Q1** | | | |
| GAAP Revenue | 50% | 62% | |
| Gross Margin | 50% | 51% | |
| **Total Q1** | **100.0%** | **113%** | **121.7%** |
| **Q2** | | | |
| GAAP Revenue | 50% | 0% | |
| Gross Margin | 50% | 65% | |
| **Total Q2** | **100.0%** | **65%** | **0%** |
| **Q3** | | | |
| GAAP Revenue | 50% | 0% | |
| Gross Margin | 50% | 0% | |
| **Total Q3** | **100.0%** | **0%** | **75.0%**[1] |
| **Q4** | | | |
| GAAP Revenue | 50% | 43% | |
| Gross Margin | 50% | 57% | |
| **Total Q4** | **100.0%** | **100%** | **100.0%** |
| **ANNUAL** | | | |
| GAAP Revenue | 50% | 0% | |
| Gross Margin | 50% | 62% | |
| EBITDA | +/-20% | -20% | |
| **Total Annual** | **100.0%** | **50%** | **71.2%**[2] |

(1)  In November 2018, the LDCC approved bonus funding for the third quarter of 2018 at 75% of target for all eligible employees, except our CEO, notwithstanding the Company's failure to meet the funding threshold for such quarter.

(2)  In February 2019, the LDCC approved bonus funding for the annual period of 2018 at 71.2% of target for all eligible employees, notwithstanding the Company's failure to meet the funding threshold for such period.

In April 2019, we announced that we would restate our interim condensed consolidated financial statements for the quarterly and year-to-date periods ended March 31, 2018, June 30, 2018 and September 30, 2018, included in our Quarterly Reports on Form 10-Q for the fiscal quarters ended

50

March 31, 2018, June 30, 2018 and September 30, 2018 (the "2018 10-Qs"), respectively. We have restated such financial statements in our Annual Report on Form 10-K for the fiscal year ended December 31, 2018. The LDCC is in the process of reviewing its determinations regarding the achievement of our quarterly and annual performance goals under the 2018 cash bonus plan in light of such restatement.

*Individual Performance Goals.*

For the annual portion of the 2018 cash bonus plan tied to individual performance, the Committee considered several factors, including the following:

- For our CEO, the achievement of growing GAAP revenue, gross margin and EBITDA, improving employee engagement, maintaining a safe work environment, executive leadership and living our values.

- For Ms. Valiasek, the achievement of meeting quarterly financial targets, developing a corporate tax strategy and debt reduction plan, improving finance department performance, executive leadership and living our values.

- For Dr. Cherry, the achievement of assisting in developing new technology projects, managing operating expenses, growing our technology leadership, improving R&D employee engagement, meeting technical targets, executive leadership and living our values.

- For Mr. Alvarez, the achievement of meeting our production and fulfillment plan, managing costs, overseeing construction of a new production facility in Brazil, taking on additional operational roles and accountabilities, executive leadership and living our values.

- For Ms. Kelsey, the achievement of managing legal elements of global expansion, developing a corporate intellectual property policy, improving board organization and financial disclosure processes, improving legal department performance, executive leadership and living our values.

The Committee considered a variety of factors in determining, in its discretion, to award payouts under the 2018 cash bonus plan. In addition to the levels of company achievement (for the quarterly and annual portions) and individual performance (for the annual portion) categories, the Committee considered our cash needs as well as the level of performance of each named executive officer in achieving company results and their respective assigned individual goals. Based on the foregoing, and taking into account the factors described above, the Committee approved the following cash bonus awards under the 2018 cash bonus plan:

| Name | 2018 Cumulative Quarterly Bonus Payouts ($) | 2018 Annual Portion Bonus Payout ($) | 2018 Aggregate Annual and Quarterly Bonus Payouts ($) | Annual Bonus Target ($) | 2018 Actual Bonus Earned as a % of Target Bonus |
|---|---|---|---|---|---|
| John Melo | 166,275 | 192,240 | 358,515 | 600,000 | 60 |
| Kathleen Valiasek | 105,447 | 97,562 | 203,009 | 304,500 | 67 |
| Joel Cherry | 69,542 | 73,425 | 142,967 | 187,500 | 76 |
| Eduardo Alvarez | 148,350 | 156,640 | 304,990 | 400,000 | 76 |
| Nicole Kelsey | 58,601 | 50,624 | 109,225 | 158,000 | 69 |

We believe that the payment of these awards was appropriate because the 2018 cash bonus plan appropriately held our named executive officers accountable for achievement of company and individual goals, and the payouts were reasonable and appropriate in light of our progress towards our business objectives.

In April 2019, we announced that we would restate our interim condensed consolidated financial statements for the quarterly and year-to-date periods ended March 31, 2018, June 30, 2018 and September 30, 2018, included in the 2018 10-Qs. We have restated such financial statements in our Annual Report on Form 10-K for the fiscal year ended December 31, 2018. The LDCC is in the process of reviewing its determinations regarding the awards paid to our named executive officers under the 2018 cash bonus plan in light of such restatement.

51