UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, individually and on behalf of all those similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>        Defendants. | CASE NO. 4:19-cv-01765-YGR<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER TO ESTABLISH SUR-REPLY BRIEFING SCHEDULE** |

[PROPOSED] ORDER TO ESTABLISH
SUR-REPLY BRIEFING SCHEDULE

4:19-CV-01765-YGR

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. Plaintiffs shall file a sur-reply, limited to four (4) pages of text, that addresses the three issues which Plaintiffs contend were raised for the first time in Defendants' Reply, on or before January 9, 2020.

2. Defendants shall file a response to Plaintiffs' sur-reply, limited to four (4) pages of text, that addresses those issues raised in Plaintiff's sur-reply, on or before January 15, 2020.

Dated: _____, 2020

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge

1