UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, individually and on behalf of all those similarly situated, | CASE NO. 4:19-cv-01765-YGR |
| Plaintiffs, | CLASS ACTION |
| v. | [~~PROPOSED~~] ORDER TO ESTABLISH SUR-REPLY BRIEFING SCHEDULE AND CONTINUING HEARING ON MOTION TO DISMISS |
| AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK, | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

1.      Plaintiffs shall file a sur-reply, limited to four (4) pages of text, that addresses the three issues which Plaintiffs contend were raised for the first time in Defendants' Reply, on or before January 9, 2020.

2.      Defendants shall file a response to Plaintiffs' sur-reply, limited to four (4) pages of text, that addresses those issues raised in Plaintiff's sur-reply, on or before January 15, 2020.

The hearing currently set for January 21, 2020, is **CONTINUED** to  February 18, 2020, at 2:00 p.m.

IT IS SO ORDERED.

Dated: ___January 8_____, 2020

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge

1

ORDER TO ESTABLISH SUR-REPLY
BRIEFING SCHEDULE                                                                    4:19-CV-01765-YGR