United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANE MULDERRIG, et al.,

      Plaintiffs,

    v.

AMYRIS, INC., et al.,

      Defendants.

Case No.  19-cv-01765-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, August 30, 2021 at 2:00 p.m. |
| REFERRED FOR PRIVATE MEDIATION TO BE COMPLETED BY: | July 12, 2021 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | only with Court approval for good cause by Motions under FRCP Rule 16(b)(4) to be filed no later than September 10, 2021. |
| NON-EXPERT DISCOVERY CUTOFF: | December 10, 2021. The pandemic-related reason for selecting this date shall not be a basis for a future request for continuance |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: January 21, 2022<br>    Response : March 4, 2022 ; Rebuttal: (if any) April 4, 2022(Notice for Rebuttal Reports: March 11, 2022) |
| EXPERT DISCOVERY CUTOFF: | May 4, 2022 if there are no Rebuttal Reports. If there are Rebuttal Reports, Expert Discovery Cutoff : June 3, 2022 |

| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS Heard | On 35 day notice; filed July 8, 2022 |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference.

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by December 18, 2020 by filing a JOINT Notice. A compliance deadline regarding shall be held on Friday, December 22, 2020 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By December 18, 2020, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: 11/23/2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California