Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

William B. Federman (admitted *pro hac vice*)
A. Brooke Murphy (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com
abm@federmanlaw.com

*Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>Defendants. | Case No.:  4:19-cv-01765-YGR<br><br>**DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:  September 7, 2021<br>Time:  2:00 p.m.<br>Location: Courtroom 1 (via Zoom)<br>Judge:  Hon. Yvonne Gonzalez Rogers |

Declaration of William B. Federman
In Support of Motion for Class Certification

Case No. 4:19-cv-01765-YGR

I, William B. Federman, declare under penalty of perjury as follows:

1.    I am an attorney duly admitted to the Bars of several states, including Oklahoma, Texas, and New York, and I am admitted *pro hac vice* in this case.  I am a member of the law firm Federman & Sherwood.  I am counsel for plaintiffs Rob Jansen and Vincent Carbone and am Lead Counsel for Plaintiffs in the above referenced action.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Declaration and Expert Report of Cynthia L. Jones, CFA.

3.    Attached hereto as Exhibit 2 is a true and correct copy of Defendant Amyris, Inc.'s Responses and Objections to Plaintiff's First Set of Interrogatories, with relevant highlighting added by Lead Counsel for Plaintiffs.

4.    Attached hereto as Exhibit 3 are the true and correct copies of the Plaintiff's Certification of Investment in: Amyris, Inc. (NASDAQ: AMRS) as executed by plaintiff Rob Jansen and plaintiff Vincent Carbone.

Dated: July 30, 2021                    Respectfully submitted,


*/s/William B. Federman*
William B. Federman (admitted *pro hac vice*)
A. Brooke Murphy (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Tel: (405) 235-1560/Fax: (405) 239-2112
-and-
212 W. Spring Valley Road
Richardson, TX  75081
abm@federmanlaw.com
wbf@federmanlaw.com

*Lead Counsel for Plaintiffs and Proposed Class Counsel*

Declaration of William B. Federman
In Support of Motion for Class Certification              1              Case No. 4:19-cv-01765-YGR

Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700/Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, CA 90804
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Friday, July 30, 2021.

*/s/William B. Federman*
William B. Federman

Declaration of William B. Federman
In Support of Motion for Class Certification        2        Case No. 4:19-cv-01765-YGR