# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>Defendants. | Case No.: 4:19-cv-01765-YGR |

**DECLARATION AND EXPERT REPORT OF CYNTHIA L. JONES, CFA**

# Table of Contents

I.      Introduction.................................................................................................................. 1

II.     Qualifications................................................................................................................ 2

III.    Summary of Opinions.................................................................................................. 3

IV.     Defining an Efficient Market....................................................................................... 4

V.      AMRS Common Stock ................................................................................................ 8

VI.     Examination of Market Efficiency Factors for AMRS Common Stock............................... 9

        A.      AMRS Common Stock Was Actively Traded by Numerous Participants .............. 10

        B.      There Was Consistent Coverage by Research Analysts During the Class Period... 11

        C.      AMRS Common Stock Traded Through Numerous Market Makers During the
                Class Period ............................................................................................................. 13

        D.      AMRS was Eligible to File a Form S-3 Registration Statement During the Class
                Period ....................................................................................................................... 15

        E.      AMRS's Bid-Ask Spread Was Narrow ................................................................. 16

        F.      Amyris's Equity Market Capitalization During the Class Period Averaged
                Approximately $335 Million ................................................................................... 19

        G.      AMRS Common Stock Was Widely Held ............................................................. 21

        H.      Empirical Facts Show a Cause-and-Effect Relationship Between Unexpected
                Corporate Events and a Rapid Response in AMRS's Stock Price .......................... 23

VII.    Class-wide Damages Are Subject to A Common Methodology ........................................ 33

VIII.   Summary and Conclusions ........................................................................................ 35

I, Cynthia L. Jones, do hereby declare and state as follows:

## I.      Introduction

1.      I am a Senior Manager with DLA, LLC ("DLA") in its Forensics, Valuation and Litigation Services Group.  DLA is an accounting and advisory firm founded in 2001.  My office is located in Shrewsbury, New Jersey.  DLA's senior staff provides forensic and financial analysis and related consulting to its clients.  DLA personnel have frequently been called upon to prepare reports and to testify as experts in actions brought pursuant to Federal and State securities laws on matters including: (1) market efficiency; (2) the materiality of information; (3) loss causation and damages; (4) the valuation of publicly traded and privately held securities; and (4) the quantum of economic damages sustained by investors.

2.      I have been asked by Counsel to analyze the market for the common stock of Amyris, Inc. ("AMRS" or "the Company") during the period March 15, 2018 through March 19, 2019 ("the Class Period") and to determine whether AMRS's common stock traded in an efficient market.  A graph of the daily closing stock price and reported trading volume appears on Exhibit No. 1.[1]

3.      I have also been asked whether a common damage methodology could be applied to compensate purchasers of AMRS common stock on a class-wide basis, assuming Defendants are found liable for alleged violations of the Securities Exchange Act of 1934 ("Exchange Act").

4.      A summary of the materials that I have reviewed and rely upon appear in Exhibit No. 2.  These documents include, but are not limited to:

    a.   The Amended Class Action Complaint ("Complaint") filed in this action;

---

[1] Price and volume source is Bloomberg LP.

1

b.  Public disclosures made by the Company, including press releases and quarterly and annual reports to shareholders;

c.  News articles in the general and financial press about AMRS;

d.  Reports issued by security analysts following the Company and investor presentations by AMRS management; and

e.  Various market data for the Company's stock.

5.  DLA is being compensated in this matter based on the number of hours expended at the rates charged for personnel, which range from $175 to $400 per hour, plus out-of-pocket expenses.  My hourly rate is $400, and my compensation is not in any way contingent upon the outcome of this matter.

## II.    Qualifications

6.  I graduated from North Carolina State University with a Bachelor's degree in Economics and Business Management and hold a Master's of Business Administration in Finance from Rutgers University.

7.  I have been professionally active as a financial analyst for more than twenty-five years.  I have achieved the professional designation of Chartered Financial Analyst ("CFA") and am a member of the CFA Institute.  The CFA program is a globally recognized standard for measuring the competence and integrity of financial analysts. Its curriculum develops and reinforces a fundamental knowledge of investment principles. The curriculum includes Ethical and Professional Standards, Quantitative Methods, Economics, Financial Statement Analysis, Corporate Finance, Analysis of Debt Investments, Analysis of Equity Investments, Analysis of Derivatives, Analysis of Alternative Investments, Portfolio Management and Performance Measurement and Attribution.  A candidate's ability to apply these principles at a professional

level is measured through three levels of examination which must be passed in succession. I participate in the CFA Institute's continuing education program, and I am a member of the CFA Society New York and CFA Society Philadelphia. A copy of my curriculum vitae is attached as Exhibit No. 3.

8.    The past 25 years of my career has largely been dedicated to capital markets consulting and expert analytics in securities and commercial litigation matters, including valuation and economic damages. I have been retained to provide opinions on the value of equity securities, corporate debt securities, mutual funds, real estate investment trusts, and other financial instruments. I have been found qualified to testify on matters including market efficiency, materiality, causation and damages. A complete list of matters in which I have provided oral or written testimony is attached as Exhibit No. 4.

### III.    Summary of Opinions

9.    Based upon my professional knowledge and experience, as well as my review and analyses of the documents and data listed in Exhibit No. 2, it is my opinion that during the Class Period: (1) the market in which AMRS's common stock traded was open and well-developed; (2) information about the Company was readily available and widely disseminated to investors; and (3) the price of AMRS common stock rapidly reflected new, relevant publicly available information concerning the Company. Therefore, it is my opinion that the market for AMRS common stock during the Class Period can properly be characterized as efficient.

10.    As discussed below, courts often rely on a number of factors to assess the efficiency of the market for common stocks, including the five factors outlined in Cammer v. Bloom, 711 F. Supp. 1264, (D.N.J. 1989) ("Cammer"). In addition to the Cammer factors, courts have recognized three other indicators that the market for a security is efficient: market capitalization,

3

public float, and the bid-ask spread.[2]  I have set forth a summary of the various factors that I

considered in analyzing the efficiency of the market for AMRS common stock in Exhibit No. 5.  It

is generally agreed that no single factor or characteristic of a security can either affirmatively

qualify or disqualify the market for a security from being defined as "efficient" or "inefficient" but

rather each factor should be weighed accordingly in making an overall assessment of market

efficiency.

> *In line with the reasoning of many courts, we believe that no single factor by itself is determinative of market efficiency for a stock and that the determination should be based on the preponderance of combined evidence from the various indicators of efficiency discussed above. Likewise, no single factor provides sufficient evidence to conclude market inefficiency.*[3]

11.    It is also my opinion that should a trier of fact find Defendants liable for damages as

alleged in the Complaint, class-wide damages are subject to a common methodology to

compensate purchasers of the Company's common stock.

## IV.    Defining an Efficient Market

12.    The concept of an "efficient" market evolved from the Ph.D. dissertation of Eugene

Fama.[4]  Dr. Fama made the argument that, in an active market that includes many well-informed

and intelligent investors, securities prices will reflect all available information.  If the market is

efficient, an investment methodology for choosing a portfolio of securities cannot be expected to

*consistently* outperform an appropriate comparative benchmark – for example, a randomly selected

portfolio of securities with a similar risk profile.

---

[2] Krogman v. Sterritt, 202 F.R.D. (D. Tex 2001) (hereafter, "Krogman").
[3] Bhole, Surana, and Torchio, "Benchmarking Market Efficiency Factors For Securities Litigation," *Univ. Illinois Law Review Online 96*, May 4, 2020 (hereafter, "Bhole, et. al"), p.113.
[4] Fama, Eugene F., "Random Walks in Stock Market Prices," *Financial Analysts Journal*, Vol. 21, September/October 1965, pp. 55-60.

4

13.    According to The Efficient Market Hypothesis (the "EMH") there are three forms of market efficiency -- weak, semi-strong and strong.  The three forms of efficient markets are distinguished by the degree of information that is reflected in securities prices.

14.    The weak form postulates that security prices reflect information about their past prices, and therefore it is impossible to earn *consistent* profits by studying past returns, alone.  The market is said to "have no memory" regarding past prices.[5]  One common methodology for determining whether the market for a security is at least weak-form efficient is to statistically analyze whether there is independence in successive price changes.  If a security is weak-form efficient, there should be no statistically significant relationship between today's price change and yesterday's price change.  If a significant relationship does exist, it is a condition known as "autocorrelation," and may be a sign of inefficiency.  However, the mere presence of autocorrelation alone does not render a market inefficient.  The non-random price return patterns must be persistent, and large enough to be considered "economically meaningful" where one could consistently earn superior returns, after transactions costs, to that of a simple buy-and-hold strategy.[6]

15.    A common methodology for determining whether the market for a security is *weak-form* efficient is to statistically analyze whether there is independence in successive price changes, meaning that yesterday's price movement is not predictive of today's price movement.  I performed a regression analysis of AMRS's daily stock price returns (the "y", or dependent variable) against its one-day lag returns (the "x", or independent variable) during the Class Period to test whether the returns were random or whether the previous day's return was a reliable

---

[5] See, *e.g.*, Malkiel, Burton G., "The Efficient Market Hypothesis and Its Critics," *Journal of Economic Perspectives*, Vol.17, No. 1 (2003), pp. 59-82.
[6] See, *e.g.*, Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, Vol. 25, No. 2, Papers and Proceedings of the Twenty-eighth Annual Meeting of the American Finance Association New York, N.Y. December 28-30, 1969 (May, 1970), pp. 383-417.

5

predictor of today's return.[7] The results of this regression analysis indicated no significant correlation, as shown in the statistical summary below. In other words, AMRS's stock price followed a "random walk" and satisfied the criteria for weak-form efficiency.

| Regression Statistics | | | Coefficients | Standard Error | t Stat | P-value |
|---|---|---|---|---|---|---|
| Multiple R | 0.059 | Intercept | 0.000 | 0.004 | 0.075 | 0.940 |
| R Square | 0.003 | Rtn - 1 | 0.059 | 0.063 | 0.941 | 0.348 |
| Adj. R Square | (0.000) | | | | | |
| Standard Error | 0.066 | | | | | |
| Observations | 254 | | | | | |

16.     The "Multiple R," commonly expressed as "r," is the correlation coefficient and measures the strength of the relationship between two variables. It assumes a value of -1 (perfect negative correlation) to +1 (perfect positive correlation), thus values around zero show no meaningful correlation.[8] In this case, the correlation is only 0.059, indicating weak correlation. The "R-square" shown in the preceding table is the measure of the "goodness of fit" of the model and defines how much of the variation in AMRS's stock price return each day is explained by the variation in the price return on the previous day. It assumes a value between 0, indicating no predictive value in the equation, and 1, indicating perfect predictive value. In this case, the R-square was 0.003, or 0.3 percent, indicating that less than one half of one percent of the variability in AMRS's daily stock price returns was explained by its return on the prior day. The absolute value of the t-statistic for the one-day lag return coefficient (x variable) of 0.941 is substantially less than 1.96, which is the threshold for statistical significance at the five percent confidence level, meaning the one-day lag returns are not a reliable predictor of the daily returns. Thus, based on this analysis, there is sufficient empirical evidence to conclude that AMRS's successive price

---

[7] My analysis uses the daily and one-day lag returns for the Class Period, a methodology consistent with a test for autocorrelation set forth in the previously cited Fama article, "Efficient Capital Markets: A Review of Theory and Empirical Work."

[8] https://statistics.laerd.com/statistical-guides/pearson-correlation-coefficient-statistical-guide.php.

6

changes were independent and therefore the market for AMRS common stock was at least weak-form efficient during the Class Period.

17.    At the other end of the spectrum is the perfectly efficient market, also known as "strong-form efficient," where prices reflect all information about a security, including non-public information.  Market participants and academics generally agree that strong-form efficiency is an ideal, with very little real-world existence.[9]  I will therefore turn my attention to the issue of whether the market for AMRS common stock was *semi-strong form* efficient, the applicable foundation for the Fraud on the Market Theory.

18.    In markets that are semi-strong efficient, security prices reflect all *publicly available* information.[10]  The speed with which security prices adjust to new information depends upon the nature of the new information and how quickly investors can digest the implications of the information.  I agree with Dr. Fama and others that the rapid inclusion of new, relevant information in the price of a security is a reliable indication of market efficiency:

> *The typical result in event studies on daily data is that, on average, stock prices seem to adjust within a day to event announcements. The result is so common that this work now devotes little space to market efficiency. The fact that quick adjustment is consistent with efficiency is noted, and then the studies move on to other issues.[11]*

19.    The remainder of my discussions and opinions regarding the efficiency of the market for AMRS common stock during the Class Period refer to efficiency in the semi-strong form.  As discussed in detail below, it is my opinion that during the Class Period, the market for AMRS

---

[9] Jensen, Michael C. "Some Anomalous Evidence Regarding Market Efficiency." *Journal of Financial Economics*, Vol. 6, Nos. 2/3 (1978), pp. 95-101.

[10] Fama, Eugene F. "Efficient Capital Markets: A Review of Theory and Empirical Work," p.383.

[11] Fama, Eugene F. "Efficient Capital Markets II." *Journal of Finance,* Vol 46, No. 5 (1991), pp. 1575–1617.

7

common stock met the criteria for semi-strong efficiency.  In the next section, I will discuss

AMRS in general and the market for its common stock.

### V.    AMRS Common Stock

20.    AMRS described itself as a "leading industrial biotechnology company that applies

its technology platform to engineer, manufacture and sell high performance, natural, sustainably

sourced products into the Health & Wellness, Clean Skincare, and Flavors & Fragrance

markets."[12]  Within the Health & Wellness segment of its business, AMRS's products included

vitamins, a zero-calorie natural sweetener made from sugarcane, and human nutrition products.  As

of August 2018, the Company expected that revenue from this market would grow by 71% from

2018 – 2022.[13]  The Company's clean skincare and cosmetics brand, Biossance™ is derived from

natural, sustainable ingredients and available at the retailer Sephora.  Revenue from the Clean

Beauty market was expected to grow by 49% from 2018 – 2022.[14]  AMRS develops and

commercializes Flavors & Fragrances ingredients used in products such as perfumes and laundry

detergents.  The Company expected revenue from this market to grow by 41% from 2018 –

2022.[15]  AMRS was incorporated in California in 2003 under the name Amyris Biotechnologies,

Inc., and reincorporated in Delaware as Amyris, Inc. in 2010.  Its principal executive offices are

located in Emeryville, California.

21.    From 2015 to 2017, AMRS's revenue grew from $34 million to $67 million in 2016,

and $143 million in fiscal year 2017.  During the Class Period, Company management estimated

that revenue for 2018 would be in the range of $185 - $195 million. AMRS also advertised that it

---

[12] Amyris SEC Form 10-K for the year ended December 31, 2017.
[13] Amyris Corporate Presentation, August 7, 2018.
[14] Id.
[15] Id.

8

had the most profitable product portfolio in the industry with an anticipated gross profit margin of approximately 70% for 2018.[16]

22.    During the Class Period, AMRS common stock was listed for trading on the NASDAQ Global Select Market ("NASDAQ GSM"), which is the highest tier of the NASDAQ stock market.  According to NASDAQ's website,

> *NASDAQ Global Select Market is a tier of The Nasdaq Stock Market LLC, which has the highest initial listing standards of any stock market in the world.  Companies listed on the Global Select market must meet financial and liquidity requirements and satisfy corporate governance and disclosure requirements on both an initial and ongoing basis.*[17]

23.    The Company had approximately 43 million common shares outstanding at the beginning of the Class Period and 77 million shares at the end of the Class Period.[18]

### VI.    Examination of Market Efficiency Factors for AMRS Common Stock

24.    Many courts have relied upon the existence of certain criteria that are indicative of an efficient market for a particular security.  For example, the court in Cammer, discussed five characteristics, applicable to common stock, that were positively related to an inference of market efficiency:

a.    an active trading market; turnover measured by average weekly trading of two percent or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; one percent would justify a substantial presumption;

b.    a significant number of securities analysts following and reporting on the subject security;

c.    the presence of numerous market makers;

d.    the ability of the Company to file a Form S-3 Registration Statement in connection with public offerings; and

---

[16] Company Presentation at BioDisrupt Conference, May 22, 2018.
[17] https://listingcenter.nasdaq.com/Material_Search.aspx?cid=34&mcd=LQ.
[18] See, *e.g.*: Exhibit No. 6.

9

e.    the existence of empirical facts showing a cause-and-effect relationship between unexpected corporate events and financial releases and an immediate response in the stock price.

25.    In my opinion, the first four factors are descriptive of the structural foundation for liquidity and the availability of information about the subject company.  While direct evidence of a cause-and-effect relationship is not always necessary,[19] financial economists generally find it to be an important factor.  The fifth factor tests the cause-and-effect relationship between the dissemination of new, relevant information and changes in the price of the security.

26.    Various courts have considered three more factors in addition to the five Cammer factors when determining efficiency:[20]

a.    the Company's market capitalization;

b.    float, the percentage of shares held by the public rather than insiders; and

c.    the size of the bid-ask spread.

27.    The remainder of this report will discuss the efficiency of the market for AMRS common stock during the Class Period in the context of these eight factors.

**A.    AMRS Common Stock Was Actively Traded by Numerous Participants**

28.    For measuring turnover in common stocks, Cammer sets forth certain thresholds, measured by average weekly trading volume as a percentage of total shares outstanding, that are indicative of market efficiency.  It states that turnover of two percent or more of the outstanding

---

[19] In re Petrobras Sec. Litig., 312 F.R.D. 354,367 (S.D.N.Y. 2016); and Strougo et al. v. Barclays PLC et al., case number 16-1912, in the U.S. Court of Appeals for the Second Circuit, Opinion, dated November 6, 2017.

[20] In Teamsters Local 445 Freight Division Pension Fund v. Bombardier, Inc., 2006 U.S. Dist. LEXIS 52991, at *22-24 (S.D. N.Y. Aug. 1, 2006), Judge Scheindlin observed that courts "typically consult some or all" of the 5 Cammer factors and 3 additional factors from the economic literature in determining market efficiency.  On appeal, the Second Circuit Court of Appeals also referred to these 8 factors as being "routinely applied," while pointing out that it has not adopted a particular test for market efficiency. Teamsters Local 445 Freight Division Pension Fund v. Bombardier, Inc., 2008 U.S. App. LEXIS 21498.

10

shares would justify a *strong presumption* that the market for the security is an efficient one; and that one percent would justify a *substantial presumption*.[21] I use these as guidelines in analyzing the turnover of AMRS common stock.

29. I examined the weekly trading volume of the common stock during the Class Period, including the 54 weeks ended March 16, 2018 through March 22, 2019.[22] I calculated turnover as the weekly trading volume divided by the total shares outstanding. During the Class Period AMRS had an average weekly trading volume of approximately 7.1 million shares. As previously mentioned, the number of the Company's outstanding shares increased substantially during the Class Period, increasing from approximately 43 million to 77 million. I calculated turnover each week based on the average weekly trading volume divided by the number of shares outstanding at the end of each week. On average, turnover in AMRS's shares was 11.1%, exceeding the Cammer threshold for a "strong presumption" of market efficiency. I noticed unusually high trading volume for the week ended February 8, 2019, when turnover exceeded 100% of shares outstanding. I excluded this observation and recalculated turnover for the Class Period. This resulted in turnover of 9.2%, which still substantially exceeded the Cammer threshold of 2% for a "strong presumption" of market efficiency. A table of these results is set forth in Exhibit No. 6 and a graphical display is attached as Exhibit No. 7.

30. It is my opinion that the robust turnover in the Company's common shares during the Class Period supports a finding that the market was active and efficient.

**B.      There Was Consistent Coverage by Research Analysts During the Class Period**

31. I obtained a compendium of analyst reports that were issued during the relevant period, and archived by Refinitiv, a list of which is included in Exhibit No. 8. These reports

---

[21] Cammer v. Bloom, 711 F. Supp. 1264, (D.N.J. 1989) (hereafter, "Cammer"), p. 1286.
[22] Data source: Bloomberg LP.

11

contain information about the Company's earnings, financial condition, corporate events and stock price.  Exhibit No. 8 shows that more than 40 research reports were published during the Class Period about Amyris, by 11 different firms.  Of those, there were primarily two research analysts that were closely following the Company and active during the Class Period in issuing reports and/or earnings estimates and price targets on AMRS stock.  Those included the analysts from H.C. Wainwright and B. Riley Financial FBR.  In particular, the analyst from H.C. Wainwright published 15 reports throughout the Class Period, ensuring that there were no lapses in analyst coverage of the Company's significant events and earnings reports.

32.     The Company also hosted regular conference calls with the investment community in conjunction with the release of its quarterly financial results throughout the Class Period. Numerous analysts and professional investors participated in the Q&A sessions, posing questions regarding the Company's earnings, financial condition, and product development, among other things, as evidenced by the transcripts of these calls, on the following dates:

| Earnings Period | Teleconference Date |
|---|---|
| Fourth Quarter fiscal year 2017 | 3/15/2018 |
| First Quarter fiscal year 2018 | 5/14/2018 |
| Second Quarter fiscal year 2018 | 8/6/2018 |
| Third Quarter fiscal year 2018 | 11/13/2018 |
| Fourth Quarter fiscal year 2018 | 3/18/2019 |

33.     Members of the Company's executive management team, including its Chief Executive Officer, John Melo, hosted and participated in investor conferences, some of which were sponsored by investment firms including Roth Capital Partners, Jefferies Group, and H.C. Wainwright.  The transcripts of these events provide evidence that management discussed Company specific goals for new products as well as revenue and earnings guidance, among other things, with attending investors.  They also fielded questions from analysts and other members of

12

the investment community.  The conference presentations were made available to investors on the Company's website, www.amyris.com.  During the Class Period, Amyris presented at the following investment conferences:

| Date | Conference |
|---|---|
| 4/9/2018 | H.C. Wainsright Global Life Sciences Investor Conference |
| 5/22/2018 | BioDisrupt, Amyris Annual Investor Conference |
| 5/23/2018 | B. Riley Financial FBR 19th Annual Institutional Investor Conference |
| 8/7/2018 | Jefferies Global Industrials Conference |
| 9/5/2018 | Rodman & Renshaw 20th Annual Global Investment Conference |
| 10/4/2018 | B. Riley Financial FBR Annual Consumer & Media Conference |
| 3/19/2019 | 31st Annual Roth Investor Conference |

34.     In my opinion, the consistent coverage of Amyris during the Class Period by certain analysts, as well as pro-active efforts to interact regularly with the investment community through teleconferences and investor presentations, is consistent with a finding of market efficiency for AMRS common stock during the Class Period.

**C.     AMRS Common Stock Traded Through Numerous Market Makers During the Class Period**

35.     Cammer, in quoting Bromberg & Lowenfels states, "We think that, at a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System."[23,24]  As previously discussed, AMRS common stock was listed on the NASDAQ Global Select Market during the Class Period.[25]  Academic research has confirmed that listing on

---

[23] Cammer, p. 79.
[24] Bromberg & Lowenfels, Securities Fraud and Commodities Fraud, § 8.6 (Aug. 1988).
[25] On July 1, 2006 the NASDAQ National Market was renamed the NASDAQ Global Market. At that time, it also created the NASDAQ Global Select Market which has the most stringent initial listing standards of NASDAQ.

13

NASDAQ confers a relative liquidity advantage on a security.[26]

36.     NASDAQ describes itself as, "a unique market organization that provides a competitive trading environment and efficient, low-cost execution of orders. There are multiple market participants, including market makers, order-entry firms and electronic communications networks (ECNs) that utilize NASDAQ's trading services."[27]  Market makers are member firms that buy and sell securities for their own account as well as for customer accounts.

37.     Cammer discussed that for certain securities such as "for the over-the- counter markets without volume reporting," it might be important to weigh the number of market makers in assessing the efficiency of the market.  It provides that ten market makers would justify substantial presumption of efficiency, while five would justify a more modest presumption. Clearly, with a listed security for which price and volume information is readily available, as in the case of AMRS, the quantum of market makers is less relevant.

38.     I obtained a report known as the Broker Activity Summary, or BAS, from Bloomberg.  It lists each of the firms, including broker dealers, market makers, ECNs, and order-entry firms that facilitated trading in AMRS stock during the Class Period.  The firms are listed by what is known as an MPID, or "market participant ID," which is a four-digit alpha numeric code, as well as by firm name.  The BAS report also includes the number of shares purchased and sold by each market participant.  A summary of that report is attached as Exhibit No. 9.

39.     Counting the unique MPID's, I observe that there were 97 firms that made a market, or facilitated trading, in AMRS common stock during the period March 2018 through March 2019,

---

[26] See, for example, Sanger, Gregory C. and McConnell, John J., "Stock Exchange Listings, Firm Value, and Security Market Efficiency: The Impact of NASDAQ," *Journal of Financial and Quantitative Analysis*, Vol. 21, No. 1 March 1986, pp. 1-25.
[27] www.nasdaqtrader.com/Trader.aspx?id=marketmakerprocess.

14

with combined gross volume in excess of 102 million shares.[28]  This figure compares favorably

with the ten market makers cited by Cammer that would justify a substantial presumption of

market efficiency.

40.    In my opinion, the prevalence of competing firms, including market makers in

AMRS common stock during the Class Period weighs in favor of a finding that there was an

efficient market for this security.

**D.    AMRS was Eligible to File a Form S-3 Registration Statement During the Class Period**

41.    One of the Cammer factors indicative of the breadth of information in the market

about a company is the company's ability to file a Form S-3 Registration Statement when it effects

a public offering of its securities.  In 1982, the Securities and Exchange Commission adopted a

comprehensive revision to the rules and forms governing the registration of securities under the

Securities Act of 1933, which allowed certain filers to deliver registration documents on a

"streamlined" basis if sufficient information was already in the public market regarding that

company.[29]

> *Form S-3, **in reliance on the efficient market theory**, allows maximum use of incorporation by reference of Exchange Act reports and requires the least disclosure to be presented in the prospectus and delivered to investors. Generally, the Form S-3 prospectus will present the same transaction-specific information as will be presented in a Form S-1 or S-2 prospectus.  Information concerning the registrant will be incorporated by reference from Exchange Act reports. The prospectus will not be required to present any information concerning the registrant unless there has been a material change in the registrant's affairs which has not been reported in an Exchange Act filing or the Exchange Act reports incorporated by reference do not reflect certain restated financial statements or other financial information.*[30]

(Emphasis added)

---

[28] Reflects only those broker dealers with volume in excess of 1,000 shares.

[29] SEC Release No. 33-6383 (March 3, 1982) [47 FR 11380].

[30] Id.

15

42.    AMRS registered two public securities offerings of common stock during the Class Period, at which time it filed Form S-3 registration statements.  On September 26, 2018 it registered approximately 3.6 million shares of common stock pursuant to a Form S-3 filing.[31] Again on January 8, 2019 it registered approximately 19.5 million shares of common stock pursuant to a Form S-3 filing.[32]

43.    The Company's eligibility to file a Form S-3 Registration Statement when effecting public offerings of its securities is consistent with the market efficiency factor set forth in Cammer and the efficient market theory according to the framework established by the SEC.

**E.      AMRS's Bid-Ask Spread Was Narrow**

44.    The bid-ask spread is a trading cost extracted by liquidity providers in the market for securities.  The bid-ask spread is essentially the difference between the highest price that a buyer is willing to pay for an asset and the lowest price that a seller is willing to accept to sell it. The ask price generally exceeds the bid price.  The difference between the two is known as the bid-ask spread.  The size of the spread often determines the "quality" of the market.[33]  High trading costs, reflected by relatively wider bid-ask spreads, dampen liquidity and reduce market quality.  Narrow bid-ask spreads are a sign that trading costs are low, and the market is liquid and efficient.[34]

45.    I obtained closing bid and ask prices for AMRS common stock during the Class Period from Bloomberg L.P.  I calculated the bid-ask spread using the midpoint of the closing bid and ask prices, as follows:

**Bid-ask spread = (ask price – bid price)/(average of bid and ask price)**

---

[31] Amyris SEC Form S-3, September 26, 2018.
[32] Amyris SEC Form S-3, January 8, 2019.
[33] See, *e.g.*: Bessembinder, Hendrik, and Venkataraman, Kumar, "Bid-Ask Spreads: Measuring Trade Execution Costs in Financial Markets," *Encyclopedia of Quantitative Finance*, March 2009.
[34] "The Functioning of Financial Markets," by Larry Harris, PhD, CFA, CFA Institute Investment Foundations, CFA Institute, (3rd, 2016), Ch. 15; also, Bhole, et. al, p.104.

16

46.    There were 254 observations (*i.e.*, closing bid and ask prices) between March 15, 2018 and March 19, 2019, inclusive.  The average bid-ask spread for AMRS was 0.18%, or less than one-quarter of one percent.  This compares favorably to spreads on NASDAQ-traded stocks, in general.  One academic study, by professors Kee H. Chung and Younsoon Kim, found that the average spread on NYSE and NASDAQ stocks overall was 0.34% and 0.73%, respectively.[35]  It should be noted that the data from this study predated the Class Period, and that bid-ask spreads may change over time.

47.    I wanted to compare the bid-ask spread for AMRS's common stock to a contemporaneous sample of other biotechnology companies that were of a similar size, measured by market capitalization.  Academic research in this area supports that bid-ask spreads are highly correlated with firm size, and that, in general, larger capitalization stocks tend to have relatively lower bid-ask spreads than lower capitalization stocks.[36]

48.    During the Class Period, AMRS common stock was added to the NASDAQ Biotechnology Index ("NBI"), which is a market-capitalization weighted index consisting of more than 200 biotechnology companies that are listed for trading on NASDAQ.[37]  I obtained a list of the constituents of the index as of March 1, 2019 as well as their market capitalization as of that date.  I selected the ten companies that had market capitalizations just larger than, and just smaller than that of AMRS.  Those companies appear in the table below.

---

[35] Chung, Kee H. and Kim, Youngsoo, "Volatility, Market Structure, and the bid-Ask Spread," June 2008. Available at: http://ssrn.com/abstract=1142899.

[36] Chung, K.H., Zhang, H. "A simple approximation of intraday spreads using daily data," *Journal of Financial Markets*, Vol. 17, 2014, pp. 94-120. Available at: http://dx.doi.org/10.1016/j.finmar.2013.02.004.

[37] https://indexes.nasdaqomx.com/Index/Overview/NBI.

| Company Name | Ticker | Market Cap ($millions) |
|---|---|---|
| Strongbridge Biopharma plc | SBBP | 294.08 |
| Kala Pharmaceuticals Inc | KALA | 300.44 |
| Neuronetics Inc | STIM | 306.23 |
| AC Immune SA | ACIU | 307.58 |
| Minerva Neurosciences Inc | NERV | 321.08 |
| Adamas Pharmaceuticals Inc | ADMS | 322.56 |
| OptiNose Inc | OPTN | 327.76 |
| MannKind Corporation | MNKD | 331.60 |
| Chinook Therapeutics Inc | KDNY | 335.58 |
| Concert Pharmaceuticals Inc | CNCE | 353.17 |
| Amyris Inc | AMRS | 355.85 |
| Inovio Pharmaceuticals Inc | INO | 361.37 |
| Dermira Inc | DERM | 361.91 |
| Achillion Pharmaceuticals Inc | ACHN | 370.11 |
| Rigel Pharmaceuticals Inc | RIGL | 374.46 |
| ImmunoGen Inc | IMGN | 375.02 |
| Progenics Pharmaceuticals Inc | PGNX | 382.13 |
| MediciNova Inc | MNOV | 387.98 |
| ArQule Inc | ARQL | 388.02 |
| Cytokinetics Inc | CYTK | 396.11 |
| Corbus Pharmaceuticals Holdings Inc | CRBP | 399.71 |

49.     I obtained the closing bid and ask prices, and calculated the bid-ask spreads, using the same methodology that was applied to AMRS, for the companies listed above.  I then averaged each company's daily historical bid-ask spread for the period March 15, 2018 through March 19, 2019, inclusive.[38]  The highest average bid-ask spread for the peer group was 0.67%, the lowest was 0.09%, and the average was 0.34%.  AMRS's bid-ask spread of 0.18% compares favorably to the average.

50.     In summary, my analysis confirms that the bid-ask spreads for AMRS common stock were smaller in magnitude than NASDAQ spreads, in general, as described in academic literature, and compare favorably to the bid-ask spreads of similarly sized industry peers. Therefore, it is my opinion that trading costs, measured by the bid-ask spread, for AMRS's common stock were relatively small and indicative of an efficient market for this security.

---

[38] One of the peer companies, STIM, did not start trading publicly until June 28, 2018 and therefore has fewer observations than the rest of the group.

18

**F.**    **Amyris's Equity Market Capitalization During the Class Period Averaged Approximately $335 Million**

51.    Market capitalization has been cited by various courts as an indicator of market efficiency, however an objective threshold has not been quantified.  Quoting the court in Krogman, "Market capitalization, calculated as the number of shares multiplied by the prevailing share price, may be an indicator of market efficiency, because there is a greater incentive for stock purchasers to invest in more highly capitalized corporations."[39]  I have examined Amyris's equity market capitalization during the Class Period.  As previously discussed, Amyris's shares were listed for trading on the NASDAQ Global Select Market under the ticker symbol "AMRS."  At the start of the Class Period, the Company's equity market capitalization (shares outstanding multiplied by the market price) was approximately $288 million, rising as high as $500 million in September 2018, and declining to a low of approximately $160 million in March 2019 (see chart below).



52.    During the Class Period AMRS was a member of the Russell 3000® Index, which is a well-known investment benchmark that includes the 3,000 largest U.S. companies by market capitalization.  Approximately one trillion investment dollars are benchmarked directly to the

---

[39] Krogman.

Russell U.S. indices,[40] and certain index mutual funds and Exchange Traded Funds seeking to replicate returns to the index would hold positions in the stocks of companies that are members of the benchmark indices. Academic research has shown that a company's stock trading volume generally increases when added to a benchmark index.[41] The Russell 3000® Index companies are also included in either the Russell 1000® Index, consisting of the largest capitalization constituents, and the Russell 2000® Index, representing small capitalization companies. AMRS was a member of the Russell 2000® Index and was added as a member of the Russell Microcap® Index in June 2018.[42] In 2018, the minimum market capitalization necessary to be added to the Russell indices was $159.2 million.[43]

53.    The Center for Research in Security Prices ("CRSP") performs studies each year of the breakdown in all NYSE, AMEX, and NASDAQ stocks by size. As of year-end 2018, there were approximately 3,100 companies in the CRSP universe. Of those companies, 393 or 12.6%, were considered "large cap" stocks, 633 or 20.3%, were "mid-cap" stocks, and the remaining 2,087 companies, or 67%, were considered "small cap" or "micro-cap" stocks.[44]

54.    AMRS's market capitalization was approximately $335 million, on average, during the Class Period. Based on its size, it was among the majority of companies that comprised all U.S. stocks trading on the NYSE, AMEX, and NASDAQ at the time. The Company's market capitalization was not an impediment to attracting capital. Throughout the Class Period, AMRS completed offerings of its warrants, common stock, and debt securities to investors through private placements and registered public offerings. For example, in July 2018 and December 2018,

---

[40] https://www.nasdaq.com/articles/what-small-caps-should-know-about-the-russell-rebalance-2020-06-22.
[41] National Bureau of Economic Research – "Stock Price Reactions to Index Inclusion," https://www.nber.org/digest/nov13/stock-price-reactions-index-inclusion.
[42] https://www.ftserussell.com/products/indices/russell-us.
[43] https://www.nasdaq.com/articles/what-small-caps-should-know-about-the-russell-rebalance-2020-06-22.
[44] Duff & Phelps 2019 Cost of Capital: Annual U.S. Guidance and Examples, Chapter 7: The CRSP Decile Studies and the Risk Premium Report Studies – A Comparison.

AMRS issued new debt securities for proceeds of $34.4 million and $56.2 million, respectively.[45] The Company increased the number of its common shares outstanding from approximately 43 million to 77 million shares throughout the Class Period. Based on these events, I conclude that AMRS's market capitalization was sufficiently large to attract investment capital.

55. AMRS's ability to obtain capital, and the fact that it was a member of widely followed and benchmarked investment indices, weighs in favor of a finding of efficiency.

**G.    AMRS Common Stock Was Widely Held**

56. It is generally accepted that a high level of public common stock ownership may contribute to a finding of market efficiency.[46] According to Amyris's Proxy Statement, the Company's executive officers and directors as a group held approximately 22.4% of its outstanding shares as of March 31, 2018.[47] Two of the independent directors, John Doerr and Frank Kung, who were professional investors that provided capital to Amyris, owned approximately 21.1% of the shares, thus the remaining directors and executive officers owned just 1.3% of the Company's shares (see Exhibit No. 10). Other shares that may be deemed as non-public include those held by publicly-traded DSM International B.V. ("DSM") and Total Raffinage Chimie S.A. ("Total"), each of which had a commercial and financial relationship with Amyris. Collectively they owned 13.0 million. Including shares held by DSM and Total, and the Company's executive officers and directors, Amyris's public float at the beginning of the Class Period was approximately 22.6 million shares, or 49.4% of its outstanding shares. Conversely, insider ownership at the beginning of the Class Period was approximately 50.6%. Some of the largest companies with higher levels of insider ownership included: Wells Fargo & Co (77.8%);

---

[45] Amyris SEC Form 10-K for the year ended December 31, 2018, p. 52.
[46] Krogman at 478.
[47] Amyris Definitive Proxy Statement, April 27, 2018.

Loews Corp (69.6%); and Metlife, Inc. (61.8%.)[48]  The level of Amyris's public float did not create impediments to share turnover, as discussed in ¶¶ 28-30, above.

57.    Throughout the Class Period, the level of shares in the public float increased due to, among other things, an increase in the level of short interest in Amyris's stock.  Short interest represents shares that are first borrowed from existing investors and then sold short in the marketplace to other investors, creating a temporary increase in the float.  When the short seller purchases shares in the market to cover his or her short position, the public float decreases.[49]  At the start of the Class Period, the aggregate short interest position in AMRS stock was approximately 3.3 million shares.  Short interest steadily increased to a high of 17.6 million shares as of March 29, 2019, indicating that the "temporary" increase in public float shares not only persisted, but grew considerably, adding to the liquidity in the market for Amyris's shares.[50]

58.    Another contributor to the AMRS's increased public float includes the fact that certain investors exercised AMRS warrants to purchase common stock and sold those shares to the public.  For example, in August 2018, investors Foris Ventures and Vivo Capital exercised warrants to purchase 12.6 million shares of stock, for gross proceeds to the Company of $46 million.[51]  Subsequently, 8.8 million shares were sold to the public via a registered secondary offering,[52] increasing Amyris's public float.

59.    In considering whether a company's stock is "widely held," the sophistication level of holders may also be important, as institutional investors, including banks, pension funds, hedge

---

[48] https://finance.yahoo.com/news/16-p-500-stocks-most-161052263.html.
[49] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold, et al., Litigation Services Handbook: The Role of the Financial Expert, edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, Inc., (6th, 2017), Ch. 27, p.23.
[50] Short interest in AMRS stock from Bloomberg LP.
[51] Amyris SEC Form 10-Q for the quarter ended September 30, 2018, p. 21.
[52] "Amyris Announces Successful Closing of Secondary Offering," Dow Jones Newswire, August 21, 2018, 4:30pm.

funds, and mutual funds, are considered to be "professional" investors who deploy significant resources to closely monitor and analyze economic and industry conditions as well as individual companies and their securities.  Large institutional investors are required to file quarterly reports listing their holdings with the SEC, known as Form 13F.[53]  Several capital markets data providers, including Bloomberg LP, compile the Form 13F data for equity securities and make it available to their subscribers.  I obtained a report from Bloomberg of the institutional holdings of AMRS common stock, by quarter.  These data show that as of the quarter ended March 31, 2018, the 20 institutions with the largest holdings of AMRS owned approximately two-thirds of the Company's stock, including Fidelity Management Research, and Vanguard Group.[54]  Sufficiently large ownership by institutional investors, and active participation on their behalf, demonstrates that the market for the common stock was "impersonal" and "well-developed," as described by the United States Supreme Court in Basic, Inc. v. Levinson.[55]

### H.    Empirical Facts Show a Cause-and-Effect Relationship Between Unexpected Corporate Events and a Rapid Response in AMRS's Stock Price

60.     Financial economists generally agree that a telling indication of market efficiency is whether the price of a security responds rapidly to new, relevant information.  For common stocks, relevant information may include earnings announcements, changes in dividend policy, merger and acquisition related information, financing strategies, and other information impacting the

---

[53] Institutional investment managers that use the United States mail (or other means or instrumentality of interstate commerce) in the course of their business and that exercise investment discretion over $100 million or more in Section 13(f) securities (generally exchange-traded (*e.g.*, NYSE, AMEX) or NASDAQ-quoted stocks, equity options and warrants, shares of closed-end investment companies, and certain convertible debt securities) must file Form 13F. See Section 13(f)(1) of the Securities Exchange Act; https://www.sec.gov/divisions/investment/13ffaq.htm.

[54] Foris Ventures and Vivo Capital are 13F filers that also had sitting members of Amyris's Board.  A large percentage of the shares listed as held by these institutions are also listed as being held by the individual Board members.

[55] Basic, Inc. v. Levinson, 485 U.S. 224 (1988), pp. 241, 249 n.28.

23

equity value of the firm.

61.    To test whether the price of AMRS common stock responded rapidly to new information, I conducted an Event Study.  Fama, Fisher, Jensen and Roll pioneered the use of Event Studies in their 1969 paper regarding the adjustment of stock prices to announcements of stock splits.[56]  Event Studies involve the examination of security price behavior following announcements of relevant events.  The subject security's price return is typically compared to a "normal" or "expected" return, which can be defined by a regression equation.  The "residual" or "abnormal" return – that is the actual return minus the expected return – is measured for statistical significance.  If the abnormal return is outside of the expected range of returns, one may conclude that the event of interest contributed to the abnormal price return.

62.    Generally, the first step of an Event Study involves identification of the events of interest and definition of the event window.  For example, A. Craig MacKinlay explains that if one were concerned about the information content of corporate earnings announcements, the event will be the earnings announcement and the event window will be confined to the announcement day.[57]  In my Event Study, I have used daily price returns and limited the "event window" to a single day.

> *When the announcement of an event can be dated to the day, daily data allow precise measurement of the speed of the stock-price response – the central issue for market efficiency.*[58]

63.    The next step involves forming a hypothesis as to whether the information is important enough to change the market's perception as to the value of the security – *i.e.*, is it

---

[56] Fama, Eugene F., Fisher, Lawrence, Jensen, Michael C., and Roll, Richard, "The Adjustment of Stock Prices to New Information," *International Economic Review*, Vol. 10, No. 1 (February 1969).
[57] MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature*, Vol. 35, No. 1 (1997) (hereafter "Mackinlay"), pp. 13-39.
[58] Fama, Eugene F., "Efficient Capital Markets: II," *The Journal of Finance*, Vol. 46, No. 5 (December 1991).

economically significant.  The null hypothesis that is tested is "no significant abnormal return on event days."

64.   The final step involves measuring the abnormal price return.  This is generally done using a market model, in the form of a regression equation, which predicts, based on the relationship between normal price returns and a market or industry index, the security's return on an event day.  The abnormal or residual price return is the difference between the expected return and the actual return.  Finally, the abnormal return is tested to determine whether the null hypothesis of "no significant price change" on event days should be rejected.

65.   In theory, in a properly functioning market, security prices should respond to new, relevant information as it is disclosed, and should show little to no response in the absence of same.  For purposes of testing the price changes in response to news and comparing that to the price response when there is no news, I conducted an analysis of the abnormal returns on news days as compared to "no-news" days.  The premise behind this analysis is set forth in a peer reviewed article in St. John's Law Review.[59]

> *Because stock prices move all the time, one must compare the movements in response to news stories with a control group of prices. One way to do this would be to look at a sample of days in a class period exclusive of those days alleged to be corrective disclosure(s) and perform a news search. An alternative would be to look at a sample just before the class period.  Using whatever sample is chosen, one could then separate out those days on which the company is mentioned in the news from those on which it is not.[60]*

66.   I reviewed a compendium of news articles obtained through a search of the Dow Jones Factiva database in order to get an overview of the events impacting Amyris during the

---

[59] Ferrillo, Paul A., Dunbar, Frederick C., Tabak, David, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs In Fraud-On-The-Market Cases," *St. John's Law Review*, Vol. 78 (Winter 2004), pp. 81 – 129.
[60] Id.

25

Class Period.  I also obtained copies of the Company's press releases, issued during the Class Period, and archived on the Company's website.

67.    I noticed that many of the news articles from Factiva were repetitive with information included in the Company press releases and were often published a day or two after the Company press release.  The untimely release of information to the market would not generally be expected to impact the stock price in an efficient market, as it was already stale.  Therefore, in order to obtain an objective, unbiased methodology for categorizing "news days" and "no-news days", I limited the "news days" to those where the Company issued a press release.  I am not suggesting that there was no relevant news entering the market on days other than press release days, however, if anything, this strict definition of a "news day" biases my analysis in favor of finding "no difference" in price impact on "news days" versus "no-news days."

68.    If the market for AMRS's common stock during the Class Period was efficient, the observance of abnormal returns on "news days" should be significantly greater than the abnormal returns on "no-news days."  Put simply, there should be a higher percentage of "news days" with significant price movements as compared to "no-news days."

69.    The next step involves the creation of a market model (regression equation) which defines the linear relationship between the daily returns to the subject security (the "dependent" variable), and the market in general (the "independent" variable).  This relationship is defined through a regression analysis.  In the present case, I utilized the daily returns to the NASDAQ Biotechnology Index as the independent variable and the daily returns to AMRS common stock as the dependent variable.

26

70.    A market model such as the one that I employed here is a generally accepted, widely used method to obtain estimates of abnormal returns.[61]  I performed a regression analysis of the daily price returns for AMRS against the NASDAQ Biotechnology Index during the period September 14, 2017 – March 15, 2018, otherwise known as the control period.  The control period is typically defined as some period of time preceding the events of interest.[62]  There were 126 observations in the control period.  A statistical summary of the regression equation for this analysis appears below.

| Regression Statistics | | Coefficients | Standard Error | t Stat |
|---|---|---|---|---|
| Multiple R | 0.182 Intercept | 0.004 | 0.003 | 1.210 |
| R Square | 0.033 NBI | 0.554 | 0.269 | 2.057 |
| Adjusted R Square | 0.025 | | | |
| Standard Error | 0.035 | | | |
| Observations | 126 | | | |

71.    The "Multiple R," commonly expressed as "r" is the correlation coefficient and measures the strength of the relationship between two variables.  It assumes a value of -1 (perfect negative correlation) to +1 (perfect positive correlation), thus values around zero show no meaningful correlation.  In this case, the correlation is 0.182, indicating positive correlation between the daily returns to AMRS stock and the industry benchmark.  The "R-Square" shown in the preceding table is the measure of the "goodness of fit" of the model, and defines how much of the variation in AMRS's stock price return each day is explained by the variation in the returns to the NASDAQ Biotechnology Index.  It assumes a value between 0, indicating no predictive value in the equation, and 1, indicating perfect predictive value.  In this case, the R-square was 0.033, or 3.3%.  The t-statistic for the independent variable coefficient, at 2.057 exceeded 1.96, the threshold for statistical significance at the 5 percent level of confidence.  I conclude the market model as

---

[61] MacKinlay, p. 15.
[62] Id.

27

described is statistically reliable as a predictor of the returns to AMRS common stock during the Class Period.

72.    Using the coefficients from the regression equation and the returns to the NASDAQ Biotechnology Index, I calculated a predicted return for each day of the Class Period. I subtracted the actual return from the predicted return to arrive at the abnormal return on each day. I employed standard statistical tests to test for significant abnormal returns, meaning the abnormal return was statistically different from zero. If the abnormal return had a t-statistic with absolute value of 1.96 or greater, I concluded that the abnormal return was statistically significant at the 5 percent level.[63,64] If an abnormal return is statistically significant at the 5 percent level this means that only a 5 percent likelihood exists that the security's normal random price fluctuation could have caused such a large abnormal price movement.[65]

73.    My sample set of data included 254 daily price returns from March 15, 2018 through March 19, 2019. Of the 47 observations categorized as "news days" there were 11 statistically significant abnormal returns, or 23.4% (11/47 = 0.234). I identified 207 days without news. I observe statistically significant abnormal price changes on 14 days, or 6.8% of "no-news days," (14/207 = 0.068). Thus, it was more than three times as likely that a statistically significant abnormal return was observed on days when AMRS issued a press release than on "no-news days." These data appear in a table on Exhibit No. 11.

---

[63] This refers to the two "tails" of data under the far left and far right of a bell-shaped curve. 95 percent of the area under the bell curve occurs within approximately two standard deviations of the mean, with 2.5 percent remaining on the far left and 2.5 percent remaining on the far right.
[64] A t-statistic with absolute value of 1.96 or greater indicates that such a residual return was independent of the benchmark indices with 95 percent confidence.
[65] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold, et al., Litigation Services Handbook: The Role of the Financial Expert, edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, Inc., (6th, 2017), Ch. 27, p.11.

28

74.     I tested the difference between the percentage of significant abnormal returns on "news days" (23.4%) and "no-news days" (6.8%) to determine whether that difference was statistically different from zero.

75.     To briefly summarize the results, the difference between the percentage of statistically significant abnormal returns on "news days" as compared to "no-news days" was 16.6%.  To test whether that difference is large enough to reject the null hypothesis of "no difference" between the two samples, I calculated the Z score and P value.  The P value measures the probability of obtaining a particular Z score when there is, in fact, no difference in the two samples.  The P value is 0.03%, demonstrating that given two random samples of daily returns, one would expect to find such a large difference in abnormal returns only 0.03 percent of the time, or less than one tenth of one percent.  Conversely, the daily price returns demonstrated a significant difference in the occurrence of abnormal returns on "news days," as compared to "no-news days," at greater than 99 percent confidence.  These results appear in a table on Exhibit No. 12.

76.     In my opinion, this analysis provides statistical evidence that AMRS's stock price responded rapidly to information as it entered the market, and did not display significant price changes, overall, in the absence of news.

77.     I also performed an event study to test the price impact of the alleged corrective disclosures.

78.     On November 13, 2018, after the close of trading, Amyris reported financial results for the third quarter of fiscal year 2018 ended September 30, 2018 that were well below management's guidance and the market's expectations.  Revenue for the quarter was $14.9 million, compared to the prior year revenue of $24.2 million, and the market's expectation of

29

$46.7 million.[66] The loss for the quarter was $0.63 per share, compared to the market's expectation for a loss of $0.17 per share. The shortfall was attributed to $15 million in Vitamin E royalties that did not materialize.

79.    In its earnings teleconference with investors following the release of second quarter results on August 6, 2018, management assured the investment community that they were on track to produce annual revenue of $185 million to $195 million for fiscal year 2018.[67] Through the first nine months of the year, the Company reported revenue of just $62.7 million. The Company lowered its revenue guidance during the earnings teleconference on November 13, to $170 million for the year. Following this release, on November 14, 2018, the analyst from H.C. Wainwright reduced his price target on AMRS stock from $15.00 to $11.00 per share, in line with the reduced revenue expectation.

80.    The following day, on November 14, 2018, Amyris's shares declined by 29.8%, from a closing price of $5.90 per share on November 13 to $4.14 per share on November 14, on volume of more than 6.6 million shares. In contrast, the NBI declined by less than 2% that day. The abnormal return based on a regression analysis was -28.3%, which was statistically significant at the 95% level of confidence.[68]

---

[66] Amyris Press Release, November 13, 2018, 16:01; "Amyris Q3 Earnings Outlook," Benzinga Newsdesk, November 13, 2018, 8:17.

[67] Earnings Call Transcript, August 6, 2018, 22:36.

[68] The control period for the regression analysis included daily price returns for AMRS against the NBI for the period May 17, 2018 through November 13, 2018.

30



81.    I also performed an event study on the price impact of Amyris's notification to the SEC that it would be late in filing its Form 10-K for the fiscal year ended December 31, 2018.  The Form NT 10-K was filed on March 19, 2019, after the close of trading.  It provided the following information:

> *Amyris, Inc. (the "Company") was unable to file its Annual Report on Form 10-K for the fiscal year ended December 31, 2018 (the "Form 10-K") within the prescribed time period without unreasonable effort and expense because of the significant time and resources that were devoted to the accounting for and disclosure of the significant transactions with Koninklijke DSM N.V. that closed in November 2018. The Company is also in the process of completing its evaluation of internal control over financial reporting for 2018 and finalizing related disclosures in the Form 10-K. These activities delayed the completion of the Form 10-K.*

> *As previously reported in Part II, Item 9A, "Controls and Procedures" of the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2017, the Company has identified a material weakness in its internal control over financial reporting, which material weakness remains unremediated as of December 31, 2018. The Company is in the process of completing its evaluation of internal control over financial reporting and may have further deficiencies to report. In addition, the Company expects to continue to report that there is substantial doubt about its ability to continue as a going concern.[69]*

---

[69] Amyris SEC Form NT 10-K, March 19, 2019.

31

82.     The following day, by 10:00 am, Amyris's share price was already declining, as reported by Dow Jones Newswire:

*Shares of Amyris Inc. (AMRS) dropped almost 10% to $3.50 after the company said in a filing that it was delaying its annual 10-K filing and that it continues to doubt its ability to continue as a going concern.*

*In a filing Tuesday, the health and wellness company said it was unable to file its fiscal year 2018 report within the prescribed time period due to reporting issues connected to its transactions with Koninklijke DSM N.V. that closed in November 2018.*

*The company said it has identified a material weakness in its internal control over financial reporting which remained unremediated as of Dec. 31. Amyris said it is working on completing its evaluation of the issues and may have further deficiencies to report.*

*Amyris also said it expects to continue to report that there is substantial doubt about its ability to continue as a going concern.[70]*

83.     By the end of the trading day on March 20, 2019, AMRS shares had declined by 20.1%, on trading volume of 6.5 million shares.  In contrast, the NBI declined by less than 1% that day.  The abnormal price change, estimated using a regression analysis, was -19.5%, and was statistically significant at the 95% level of confidence.[71]



---

[70] Dow Jones Institutional News, March 20, 2019, 10:09am.
[71] The control period for the regression analysis included daily price returns for AMRS against the NBI for the period September 14, 2018 through March 19, 2019, and excluded returns for November 14, 2018.

84. The above analyses for two specific events demonstrate that the price of AMRS common stock rapidly incorporated new information, showing "a cause-and-effect relationship between unexpected corporate events and financial releases and an immediate response in the stock price."[72]

85. I have observed no evidence of a lack of price impact to rebut the presumption of reliance, as set forth in *Halliburton II*.[73] The results of my Event Study provide statistical evidence that weighs in favor of a finding of market efficiency.

## VII. Class-wide Damages Are Subject to A Common Methodology

86. I was asked by Counsel to consider whether damages could be calculated on a class-wide basis for purchasers of Amyris's common stock pursuant to violations of §10(b) of the Exchange Act and SEC Rule 10b-5 promulgated thereunder. In my opinion, damages can be calculated using a broadly accepted methodology, known as an "out-of-pocket" loss calculation, based on the amount of artificial inflation in the price of the stock for each day of the Class Period, which resulted directly from the dissemination of allegedly false and misleading information.

87. Artificially inflated stock prices may occur when Defendants affirmatively disseminate false or misleading information to investors; or when material information is omitted or withheld from the investing public. In this case, Plaintiffs allege that Defendants made false and misleading statements and/or omitted material facts about the Company's business operations and financial condition. The amount of artificial inflation can be measured as the residual increase in the price of the stock when affirmative false or misleading statements are made, or the residual decrease in the price of the stock when corrective information enters the market, dissipating the

---

[72] Cammer, p. 1287.

inflation in the stock price.[74]  Gold, et al., [2017] write about how this methodology is generally accepted and widely used:

> *The amount of the security price declines on these curative disclosure dates serve as a basis for measuring the inflation earlier in the class period. The logic of the argument is that when the company disclosed the corrective information on the curative disclosure dates, the security's price declined by an amount of X dollars or Y percent, which indicates the decline that would have occurred had the market known the information earlier in the class period.*[75]

88.     The amount of artificial inflation can be determined on a daily basis using the historical stock price data and the Event Study methodology, previously described herein, which isolates that portion of the price impact that can be attributed to the fraudulent information.  Price impact is the measure of inflation, from the time the misrepresentation(s) was made, through the date(s) that information enters the market correcting the misinformation.  This method creates an inflation ribbon, which can be adjusted during the Class Period, to reflect a) that the amount of artificial inflation dissipates as the truth becomes known to investors; b) the amount of artificial inflation may increase or decrease depending upon the economic significance of the fraudulent information throughout the Class Period.

89.     In some cases, non-fraud related information enters the market on the same day as corrective disclosures, contributing to the price decline.  This is referred to as "confounding information."  Event studies, in combination with fundamental valuation methods, may be applied to isolate only the fraud-related price impact, and to quantify the appropriate amount of inflation.

---

[73] Halliburton Co. v. Erica P. John Fund, Inc., 134 S.Ct. 2398 (2014) ("Halliburton II"), setting forth that, "defendants must be afforded an opportunity before class certification to defeat the presumption [of reliance] through evidence that an alleged misrepresentation did not actually affect the market price of the stock," p. 2417.

[74] "Price impact can be shown either by an increase in price following a fraudulent public statement or a decrease in price following a revelation of the fraud." *Erica P. John Fund, Inc. v. Halliburton Co.*, 718 F.3d 423, 434 (5th Cir. 2013), vacated and remanded on other grounds, *Halliburton II*, 134 S. Ct. 2398 (U.S. 2014).

[75] See, "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold, et al., Litigation Services Handbook; The Role of the Financial Expert, edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, Inc., (6th, 2017), Ch. 27, p.12.

34

90.     Once the amount of artificial inflation is determined for each day of the Class Period, it can be applied to class members' actual purchase and sale transactions using a single common formula, consistent with Plaintiff's theory of liability.  Recoverable damages are subject to limitations imposed by the Private Securities Litigation Reform Act of 1995 ("PSLRA").  Under the PSLRA, damages for shares that were purchased during the Class Period and still held at the end of the 90-day "lookback period" following the Class Period shall not exceed the difference between the purchase price and the 90-day lookback period average price.  Damages for shares that were sold during the 90-day lookback period shall not exceed the difference between the purchase price and the average price of the stock from the end of the Class Period through the date of sale.

91.     Thus, each Class member's damages under Section 10(b) can be computed in the same way, common to all Class members, using readily available daily price information, in accordance with widely used and generally accepted methodologies and the PSLRA.

92.     Based on my review of Plaintiffs' allegations in this case, potential damages sustained by purchasers of AMRS stock during the Class Period can be calculated using a common damages methodology and can be applied on a class-wide basis.

## VIII.     Summary and Conclusions

93.     It is my opinion that the market for AMRS common stock demonstrated the indicia of an efficient market during the Class Period.  My opinion is supported by the analyses and observations detailed above, including that:

      a.  The stock was actively traded, and turnover substantially exceeded the threshold of one to two percent during the Class Period.

35

b.  There was consistent coverage by analysts throughout the Class Period and AMRS management conducted numerous investor presentations and teleconferences which were attended by analysts and members of the investment community.

c.  AMRS was eligible to file a Form S-3 when registering securities and in fact registered securities by way of a "short-form" registration statement on two occasions during the Class Period.

d.  There were numerous Market Participants facilitating trading in AMRS common stock during the Class Period, including large well-known firms such as Morgan Stanley, UBS Securities, and Goldman Sachs.  The number of unique Market Participants with substantial gross volumes well exceeded the benchmark of ten market makers considered adequate to demonstrate an efficient market.

e.  AMRS was a small cap stock during the Class Period, with average equity market capitalization of approximately $335 million.  It was a member of the Russell 2000®, 3000®, and Microcap indices, as well as the NASDAQ Biotechnology Index.  The size of its equity market capitalization did not prevent Amyris from raising investment capital during the Class Period.

f.  A comparative analysis demonstrates that the bid-ask spreads for AMRS common stock were narrow and consistent with the range of bid-ask spreads for similarly sized companies in the NASDAQ Biotechnology Index.

g.  Amyris's common stock was widely held, and its public float was not constrained in any way that would inhibit liquidity and/or trading.

h.  Using an Event Study analysis, the prevalence of statistically significant abnormal returns on days when information about the Company entered the market demonstrated that the common stock rapidly reflected new information.  A comparison of returns on "news days" versus "no-news days" showed the stock price exhibited significant abnormal returns in response to relevant news and did not exhibit significant abnormal returns in the absence of same.

94.    It is also my opinion that class-wide damages, pursuant to violations of §10(b) of the Exchange Act and SEC Rule 10b-5 promulgated thereunder, sustained by purchasers of AMRS common stock during the Class Period, are subject to a common methodology.  Were a finding of liability rendered, class-wide damages can be determined based on an "out of pocket" loss calculation, using the Event Study methodology to determine the amount of artificial inflation in the stock price for each day during the Class Period.  Subject to the PSLRA limitations, the

36

artificial inflation would then be applied to each class member's purchase and sale transactions to determine individual damages using a common formula.

_____

Cynthia L. Jones, CFA
July 29, 2021

37



**EXHIBIT NO. 1**
Amyris, Inc.
Daily Price and Volume
March 1, 2018 - March 29, 2019

**EXHIBIT NO. 2**

**Documents Reviewed/Relied Upon**

*In addition to all materials listed in the footnotes and working papers of the Jones report:*

**<u>Legal</u>**

Amended Class Action Complaint.

<u>Basic, Inc. v. Levinson</u>, 485 U.S. 224 (1988).

Bromberg & Lowenfels, Securities Fraud and Commodities Fraud, § 8.6 (Aug. 1988).

<u>Cammer v. Bloom</u>, 711 F. Supp 1264, 1292 (D.N.J. 1989).

<u>Halliburton Co. v. Erica P. John Fund, Inc.</u>, 134 S.Ct. 2398 (2014).

<u>In re Petrobras Sec. Litig.</u>, 312 F.R.D. 354 (2016).

<u>Krogman v. Sterritt</u>, 202 F.R.D. (D. Tex 2001).

Order Denying Motion of Defendants to Dismiss Amended Class Action Complaint.

SEC Release No. 33-6383 (March 3, 1982) [47 FR 11380].

<u>Strougo et al. v. Barclays PLC et al.</u>, case number 16-1912, in the U.S. Court of Appeals for the Second Circuit, Opinion, dated November 6, 2017.

<u>Teamsters Local 445 Freight Division Pension Fund v. Bombardier, Inc.</u>, 2008 U.S. App. LEXIS 21498.

<u>Teamsters Local 445 Freight Division Pension Fund v. Bombardier, Inc.</u>, (S.D. N.Y. 2006).

**<u>Academic Research and Articles</u>**

Bessembinder, Hendrik, and Venkataraman, Kumar, "Bid-Ask Spreads: Measuring Trade Execution Costs in Financial Markets," *Encyclopedia of Quantitative Finance*, March 2009.

Bhole, Surana, and Torchio, "Benchmarking Market Efficiency Factors For Securities Litigation," *Univ. Illinois Law Review Online 96*, May 4, 2020.

<u>CFA Institute Investment Foundations, 3rd Ed.</u>, CFA Institute, 2016.

Chung, Kee H. and Kim, Youngsoo, "Volatility, Market Structure, and the bid-Ask Spread," (June 2008), available at: http://ssrn.com/abstract=1142899.

Chung, K.H., and Zhang, H. "A simple approximation of intraday spreads using daily data," Journal of Financial Markets (2013), available at: http://dx.doi.org/10.1016/j.finmar.2013.02.004.

Fama, Eugene F. "Efficient Capital Markets II," *Journal of Finance*, Vol 46, No. 5 (1991).

Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, Vol. 25, No. 2, Papers and Proceedings of the Twenty-eighth Annual Meeting of the American Finance Association New York, N.Y. December, 28-30, 1969 (May, 1970).

Fama, Eugene F., Fisher, Lawrence, Jensen, Michael C., and Roll, Richard, "The Adjustment of Stock Prices to New Information," *International Economic Review*, Vol. 10, No. 1, February 1969.

Fama, Eugene F., "Random Walks in Stock Market Prices," *Financial Analysts Journal*, Vol. 21, September/October 1965.

Ferrillo, Paul A., Dunbar, Frederick C., Tabak, David, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs In Fraud-On-The-Market Cases," *St. John's Law Review*, Vol. 78, Winter 2004.

Jensen, Michael C. "Some Anomalous Evidence Regarding Market Efficiency," *Journal of Financial Economics*, Vol. 6, Nos. 2/3 (1978).

Litigation Services Handbook, 6th Ed., The Role of the Financial Expert, Edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, 2017.

MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature* Vol. 35, No. 1 (1997).

Malkiel, Burton G., "The Efficient Market Hypothesis and Its Critics," *Journal of Economic Perspectives*, Vol.17, Number 1, (2003).

Sanger, Gregory C. and McConnell, John J., "Stock Exchange Listings, Firm Value, and Security Market Efficiency: The Impact of NASDAQ," *Journal of Financial and Quantitative Analysis*, Vol. 21, No. 1 (March 1986).

**Websites**

https://finance.yahoo.com/news/16-p-500-stocks-most-161052263.html.

https://indexes.nasdaqomx.com/Index/Overview/NBI.

https://listingcenter.nasdaq.com/Material_Search.aspx?cid=34&mcd=LQ .

https://statistics.laerd.com/statistical-guides/pearson-correlation-coefficient-statistical-guide.php.

https://www.ftserussell.com/products/indices/russell-us

https://www.nasdaq.com/articles/what-small-caps-should-know-about-the-russell-rebalance-2020-06-22

https://www.nber.org/digest/nov13/stock-price-reactions-index-inclusion

https://www.sec.gov/divisions/investment/13ffaq.htm.

www.amyris.com.

www.nasdaqtrader.com/Trader.aspx?id=marketmakerprocess.

**Amyris, Inc. Earnings Teleconferences**

Fourth Quarter 2017 on March 15, 2018.

First Quarter 2018 on May 14, 2018.

Second Quarter 2018 on August 6, 2018.

Third Quarter 2018 on November 13, 2018.

Fourth Quarter 2018 on March 18, 2019.

**Amyris, Inc. Investor Presentations**

H.C. Wainwright Global Life Sciences Investor Conference on April 9, 2018.

BioDisrupt – Amyris Annual Investor Conference on May 22, 2018.

B. Riley Financial FBR 19th Annual Institutional Investor Conference on May 23, 2018.

Jefferies Global Industrials Conference on August 7, 2018.

Rodman & Renshaw 20th Annual Global Investment Conference on September 5, 2018.

B. Riley Financial FBR Annual Consumer & Media Conference on October 4, 2018.

31st Annual Roth Investor Conference on March 19, 2019.

H.C. Wainwright Global Life Sciences Investor Conference on April 8, 2019.

## Amyris, Inc. SEC Filings

Forms 10-K for fiscal years ended December 31, 2017 and 2018.

Forms 10-Q for fiscal quarters ended March 31, 2018, June 30, 2018, September 30, 2018, and March 31, 2019.

Schedules 14-A dated April 27, 2018 and October 10, 2019.

Forms S-3 dated September 26, 2018 and January 8, 2019.

NT/10-K dated March 19, 2019.

Forms 8-K dated April 9, 2019 and April 11, 2019 .

## Amyris, Inc. Analyst Report List (see Exhibit 8)

## Amyris, Inc. Analyst Reports

| Available | Date | Contributor | Title |
|---|---|---|---|
| 4/9/2018 | 4/2/2018 | H.C. Wainwright & Co., LLC | Strong 4Q17 Results Beat; 2018 Guidance Exceeds Expectations; Reiterate Buy |
| 5/22/2018 | 5/15/2018 | H.C. Wainwright & Co., LLC | Margin Strength Begins to Reflect in Financials; 1Q18 Results Overview |
| 6/1/2018 | 5/25/2018 | H.C. Wainwright & Co., LLC | Leveraging DNA Coding Platform to Drive 20x EBITDA Improvement by 2020; BioDisrupt 2018 Update |
| 7/3/2018 | 6/26/2018 | H.C. Wainwright & Co., LLC | Health and Nutrition Partnership in China Announced; Affirm Buy |
| 8/14/2018 | 8/7/2018 | H.C. Wainwright & Co., LLC | 2018 Guidance Maintained; Positioned for a Strong 2H18; Affirm Buy |
| 9/6/2018 | 8/30/2018 | H.C. Wainwright & Co., LLC | Sweetener on Track for 4Q18 Launch; GRAS Designation Received; Reiterate Buy |
| 9/24/2018 | 9/17/2018 | H.C. Wainwright & Co., LLC | Hurricane Florence Not Expected to Impact Squalene Deliveries to Customers; Maintain Buy |
| 10/5/2018 | 9/28/2018 | H.C. Wainwright & Co., LLC | China Push Continues With Announcement of Second Partnership in 2018; Catalyst Heavy 4Q18 Ahead |
| 10/10/2018 | 10/3/2018 | H.C. Wainwright & Co., LLC | Sweetener Commercialization Underway; Reiterate Buy |
| 11/21/2018 | 11/14/2018 | H.C. Wainwright & Co., LLC | 3Q18 Revenues Miss; 2018 Guidance Adjusted; Lowering PT to $11.00 |
| 12/5/2018 | 11/28/2018 | H.C. Wainwright & Co., LLC | Extension of Supply Agreement to Ensure Capacity for Sweetener Production; Affirm Buy |
| 12/11/2018 | 12/4/2018 | H.C. Wainwright & Co., LLC | Zero-Calorie Sweetener Officially Launched; Six Partnerships Announced; Affirm Buy |
| 12/14/2018 | 12/7/2018 | H.C. Wainwright & Co., LLC | Financing Removes Important Overhang; Reduces Debt Servicing Costs; Reiterate Buy |
| 1/7/2019 | 12/31/2018 | H.C. Wainwright & Co., LLC | Important 4Q18 Milestone Achieved; Entering 2019 With Diversified Revenue Streams; Maintain Buy |
| 2/12/2019 | 2/5/2019 | H.C. Wainwright & Co., LLC | Scalable Platform Seeks to Add Cannabinoid End Market |
| 10/8/2018 | 10/1/2018 | Stephens Inc. | Field Trip Recap: CERS, CDXS, PACB, AMRS, CDNA |

## Amyris, Inc. News Articles

"Amyris Q3 Earnings Outlook," Benzinga Newsdesk, November 13, 2018.

News articles about Amyris, sourced from Dow Jones Factiva, during the period March 4, 2018 – May 31, 2019 (Included full text of Earnings Teleconference Transcripts).

## Amyris Press Releases

FEB 26, 2018 : Amyris to Announce Fourth Quarter and Fiscal Year 2017 Financial Results on Thursday, March 15, 2018.

MAR 15, 2018 : Amyris Reports Another Strong Quarter with Solid Operating Performance and 2017 Revenue of $143.4 Million up 113% over 2016.

APR 3, 2018 : Amyris to Present at H.C. Wainwright Global Life Sciences Investment Conference on April 9, 2018.

MAY 3, 2018 : Amyris Collaborates with Firmenich to Develop Disruptive Bio-Based Fragrance Ingredient.

MAY 8, 2018 : Amyris to Announce First Quarter 2018 Financial Results on Monday, May 14, 2018.

MAY 9, 2018 : Amyris Presents Its No Compromise™ Product Portfolio at Techonomy New York.

MAY 10, 2018 : Amyris to Participate in Upcoming Investor Conferences.

MAY 14, 2018 : Amyris Continues Strong Momentum and Execution with 77% Revenue Growth and Exceeds Gross Margin Target.

MAY 17, 2018 : Biossance Launches Mobile Interactive Clean Beauty Consumer Experience.

MAY 18, 2018 : Amyris Sustainable Lubricants Joint Venture Company, Novvi, and Chevron Enter Agreement To Develop and Bring To Market New Renewable Base Oil Technologies.

MAY 21, 2018 : BioDisrupt, Amyris Annual Investor Conference Provides Close-up of Technology & Strategy.

JUN 11, 2018 : Amyris Set to Join Russell Microcap® Index.

JUN 12, 2018 : Amyris Announces Signing of Major UCP in Porto/AICEP Consortium Project Agreement Valued at $50 Million.

JUN 26, 2018 : Amyris and BGI Agree to Joint Venture to Develop Products to Improve Human Health in Greater China.

JUN 27, 2018 : Amyris Expands Production Contract with ADL BioPharma Due to Demand Growth.

JUL 2, 2018 : Amyris Announces Non-Dilutive $36 Million Term Loan to Pay Off Stegodon and Other Short-Term Debt Maturities.

JUL 16, 2018 : Amyris's Biossance Brand leads in Clean Beauty with another record quarter; Expands capability and expertise to accelerate growth.

JUL 20, 2018 : Amyris to Announce Second Quarter 2018 Financial Results on Monday, August 6, 2018.

JUL 30, 2018 : Amyris BIOSSANCE Brand Executes Significant Expansion with Agreement to Launch Across all 668 Sephora Inside JCPenney Stores.

AUG 2, 2018 : Amyris to Participate in Jefferies 2018 Global Industrials Conference.

AUG 6, 2018 : Amyris Delivers Another Quarter of Profitable Growth while Executing well on Strategic Agenda.

AUG 16, 2018 : Amyris Announces Launch of Secondary Offering by Certain Selling Stockholders.

AUG 17, 2018 : Amyris Announces Pricing of Secondary Offering.

AUG 21, 2018 : Amyris Announces Successful Closing of Secondary Offering.

AUG 30, 2018 : Amyris to Present at Rodman & Renshaw 20th Annual Global Investment Conference on September 5, 2018.

AUG 30, 2018 : Amyris Gets Green Light for Commercial Sales of its New, Natural, Zero-Calorie Sweetener.

SEP 12, 2018 : Amyris to Host Launch of its New Zero Calorie Natural Sweetener in New York on December 3, 2018.

SEP 17, 2018 : Amyris Provides Update on Leland, NC Production Facility.

SEP 25, 2018 : Amyris to Present at B. Riley FBR Annual Consumer & Media Conference on October 4, 2018.

SEP 27, 2018 : Amyris Enters into Extensive Collaboration Agreement with Leading Chinese Pharmaceutical Company, Yifan Pharmaceutical Co., Ltd.

OCT 3, 2018 : Amyris Signs First Major Supply and Distribution Agreement for its New, Zero Calorie Sweetener with ASR Group, the World's Largest Cane Sugar Refiner.

OCT 15, 2018 : Amyris Announces Offering of $50 Million of Convertible Senior Notes Due 2019.

OCT 19, 2018 : Amyris Successfully Producing its New Zero Calorie Natural Sweetener at Industrial Scale.

OCT 23, 2018 : Amyris Partners with IPCA Labs to Earn the 2018 CPhI Award for Excellence in Pharma: API Development.

OCT 30, 2018 : Amyris to Announce Third Quarter 2018 Financial Results on Tuesday, November 13, 2018.

NOV 8, 2018 : Amyris Further Expands Relationship with Yifan Pharmaceutical Co., Ltd.

NOV 13, 2018 : Amyris Reports Third Quarter 2018 Financial Results.

NOV 30, 2018 : Amyris Partners with Givaudan to Introduce a Tabletop Application for its Zero Calorie, Naturally Sourced Sweetener.

DEC 3, 2018 : Amyris Partners with Camil Alimentos to Deliver Zero Calorie Sweetener Made from Sugarcane to Brazilian Consumers.

DEC 4, 2018 : Amyris Celebrates Launch of New Zero Calorie, Naturally-Derived Sweetener.

DEC 7, 2018 : Amyris Takes Major Step Forward in Addressing its Convertible Debt.

DEC 10, 2018 : Amyris and ADL Bionatur Solutions Expand Production Agreement to Meet Growing Demand.

DEC 11, 2018 : Amyris Closes on Debt Solution.

DEC 12, 2018 : Amyris Receives GRAS Notification from FDA for its New, Sugarcane-Derived, Zero Calorie Sweetener.

DEC 31, 2018 : Amyris Announces Signing of Nutritional Product Royalty Agreement.

FEB 5, 2019 : Amyris Announces $255 Million Cannabinoid Development, Licensing and Commercialization Agreement − Represents Largest Collaboration Agreement to Date for Amyris.

FEB 11, 2019 : Amyris Appoints Industry Veteran as President, Sweeteners and Ingredients, to Deliver Accelerated Growth.

FEB 12, 2019 : Amyris Is Selected by NIH Grant Recipient, IDRI, to Engineer Molecules for Vaccine Adjuvant Applications.

MAR 5, 2019 : Amyris to Announce Fourth Quarter and Fiscal Year 2018 Financial Results on Monday, March 18, 2019.

MAR 12, 2019 : Amyris to Present at 31st Annual Roth Conference on Tuesday, March 19, 2019.

MAR 18, 2019 : Amyris Finalizes Cannabinoid Development, Licensing and Commercialization Agreement Containing $300 Million of R&D and Milestone Payments and a Long-Term Royalty Stream.

MAR 18, 2019 : Amyris Reports Fourth Quarter and Fiscal Year 2018 Financial Results and Announces Signing of $300 Million Definitive Cannabinoid Agreement.

MAR 25, 2019 : Amyris to Present at H.C. Wainwright Global Life Sciences Conference on April 8, 2019.

MAR 27, 2019 : Amyris to Present April 15 at Paradigm Capital Biosynthesis Conference – Exploring the Most Disruptive Technology in the Cannabis Industry.

MAR 29, 2019 : Amyris Delivers on First CBD Milestone; Earns $10 Million.

APR 9, 2019 : Amyris Receives Notification of Deficiency from Nasdaq Related to Delayed Annual Report on Form 10-K.

APR 15, 2019 : Amyris Provides Update on Resolution of April 2019 Convertible Note Maturity.

APR 16, 2019 : Amyris Repays in Cash April 2019 Convertible Note Debt.

APR 18, 2019 : Amyris Completes Sale of Vitamin E Royalty to DSM.

APR 29, 2019 : Amyris Announces Closing of $34 Million Private Placement.

MAY 14, 2019 : Amyris to Videocast its Exclusive Annual Industry Forum – BioDisrupt 2019.

MAY 15, 2019 : Amyris Retires May 2019 Convertible Note Debt.

MAY 20, 2019 : Amyris Announces Receipt of $10 Million Payment from LAVVAN for Delivering on First Major CBD Milestone.

MAY 20, 2019 : Amyris Receives Notification of Deficiency from Nasdaq Related to Delayed Quarterly Report on Form 10-Q.

MAY 21, 2019 : Amyris Announces the Execution of Strategic Supply Agreements with Raízen, the Largest Sugar Producer in the World.

MAY 21, 2019 : Amyris to Present at B. Riley FBR 20th Annual Institutional Investor Conference on Thursday, May 23, 2019.

MAY 23, 2019 : Amyris Teams Up with Model and Businesswoman Rosie Huntington-Whiteley as Brand Partner for its Pipette Baby Brand.

MAY 24, 2019 : Amyris Appoints Two New Board Members with Significant Experience in Building High Growth Product and Consumer Companies.

JUN 4, 2019 : Amyris Appoints Kathleen Valiasek Chief Business Officer-Appoints Jonathan Wolter as Interim CFO.

JUN 27, 2019 : Jonathan Van Ness Joins BIOSSANCE as First Celebrity Ambassador.


**Historical Market and Pricing Data from Bloomberg LP**

Biotechnology Index during the relevant time period.

Broker Activity Summary for AMRS.

Constituents of NASDAQ Biotechnology Index.

Duff & Phelps 2019 Cost of Capital: Annual U.S. Guidance and Examples, Chapter 7: The CRSP Decile Studies and the Risk Premium Report Studies – A Comparison.

Historical daily closing bid price and ask price for AMRS, as well as the peer companies in the NBI as shown on page 22 of the Report.

Historical daily price and reported trading volume data for AMRS, as well as the NASDAQ Quarterly holdings of AMRS common stock by 13-F Filers (Institutional Investors).

Market Capitalizations for peer companies in NBI.

Monthly AMRS common shares outstanding and short interest.

EXHIBIT NO. 3



# *Internal Audit, Accounting & Corporate Finance Advisors*

## Cynthia L. Jones, CFA

*Senior Manager*
**DLA, LLC**
**Forensics, Valuation & Litigation Support (FVLS)**
*Office: (732) 383-8880 Mobile: (609) 290-9114*
*Email:  Cynthia.Jones@dlallc.com*

## *Professional Summary*

Cynthia Jones is an expert in securities, capital markets, and commercial litigation matters including valuation and economic damages.  She provides expert analyses and opinions in areas including actions brought pursuant to Federal and State securities laws; ERISA litigation; complex business and consumer litigation; shareholder oppression; commercial damages; and mergers and acquisition litigation.  Cynthia prepares valuations of public and private companies, partnerships and assets in a variety of industries for litigation and transactional purposes.  She has been qualified in Federal district court to provide opinions concerning class certification matters, including market efficiency, and has structured financial settlements and developed equitable plans of allocation in conjunction with class action settlements and SEC disgorgement proceedings.  She is frequently called upon to quantify stakeholder damages in financial disputes and to assist in matters related to class certification.

## *Education*

*Rutgers University Graduate School of Management*, New Brunswick, New Jersey
Master of Business Administration (Finance)

*North Carolina State University*, Raleigh, North Carolina
B.A. Economics and Business Management

*Chartered Financial Analyst® Designation*

## *Relevant Experience*

**Monument Economics Group,** Arlington, VA                     2017 - 2021
Vice President
Group leader for Securities and Capital Markets practice group of economic consulting and litigation services firm. Provided consulting and expert analyses and testimony for dispute resolution in matters pursuant to Federal and State securities laws, ERISA litigation, complex commercial litigation, and valuation disputes.

**Management Planning, Inc.,** Princeton, New Jersey          2015 - 2017
Vice President
Project leader for litigation services practice group.  Provided valuations and testimony in connection with commercial and securities litigation matters, shareholder disputes, and other litigation matters.  Prepared valuations of privately held companies in a variety of industries for corporate planning and tax-related purposes.

**Financial Markets Analysis, LLC,** Princeton, New Jersey  2001 – 2015
Senior Consultant
Provided broad range of capital markets consulting, valuation and research including economic and financial valuations and damages for litigation consulting firm.  Served as consulting and testifying expert in numerous securities litigations involving equity and debt securities, REITs, mutual funds, and derivative securities.

**Trilogy Capital Management, LLC**, Princeton, New Jersey          1998 - 2001
Director Marketing and Client Services
Responsible for all aspects of performance attribution and reporting for investment manager and hedge fund. Provided quantitative analyses and assisted portfolio manager with development of new investment products.  Established and facilitated compliance procedures for all areas of the firm in accordance with regulatory mandates.

**Princeton Venture Research**, Princeton, New Jersey          1989 - 1998
Vice President
Project manager responsible for providing financial valuations of securities, as well as public and private companies, for investment banking purposes and financial dispute resolution.  Primary analyst for longest-running Delaware appraisal case, *CEDE & Co. v. Technicolor, Inc*.

**Prudential Securities, Inc.,** Princeton, New Jersey          1988 - 1989
Assistant to Sr. Vice-President
Assisted investment manager in implementing equity, fixed income, and commodity transactions.  Attained FINRA/NFA Series 3 license (National Commodity Futures).

**Merrill Lynch,** Somerset, New Jersey          1987 - 1988
Client Services
Handled inquiries and transactions for investment account which serviced ESOPs of major U.S. corporations. Attained FINRA Series 7 license (General Securities Representative).

## *Professional Affiliations and Activities*

CFA Institute – Member
CFA Society of New York – Member
National Association of Forensic Economists – Member
FINRA Dispute Resolution Arbitrator
American Finance Association - Member

2

EXHIBIT NO. 4

# Cynthia L. Jones, CFA
### *Prior Reports and Testimony*

---

Alan D. Furman v. Cape Bancorp et al.
United States District Court for the District of New Jersey
- March 28, 2016: Declaration in Support of Plaintiff's Motion for Injunctive Relief

Bell & Company, P.C. vs. Marc D. Rosen, et al.
Supreme Court of the State of New York, County of New York
- July 11, 2016 - Rebuttal Report on Damages

Joseph Rahmani et al. vs. Venture Capital Properties LLC et al.
New York County Supreme Court
- September 2016 – Expert Report on Valuation and Damages

In re: Quality Distribution, Inc. Shareholder Litigation
No. 2:14-cv-02066-CBM-E
Circuit Court for Hillsborough County, Florida
- April 17, 2017 - July 11, 2016 – Affidavit in Rebuttal of Objection to Class Certification

Platinum Partners Value Arbitrage Fund, LP and Platinum Partners Liquid Opportunity Fund, LP, vs. The Chicago Board Options Exchange; and The Options Clearing Corporation
No. 10-CH-54472
Circuit Court of Cook County Chancery Division
- October 17, 2017 – Expert Report on Damages
- June 21, 2019 – Expert Report on Damages
- July 23, 2019 - Deposition

The Trustees of the Drywall Acoustic Lathing and Insulation Local 675 Pension Fund and Royce Lee, vs. Barrick Gold Corporation, Aaron W. Regent, Jamie C. Sokalsky, Ammar al-Joundi and Peter Kinver
No. CV-14-502316-00CP
Ontario Superior Court of Justice
- October 31, 2017 – Expert Affidavit on Shareholder Damages
- October 31, 2018 – Reply Affidavit
- April 10, 2019 - Deposition

Michael J. Angley, Individually and on Behalf of All Others Similarly Situated, v. UTi Worldwide, Inc., et al.
No. 2:14-cv-02066-CBM-E
United States District Court Central District of California, Western Division
- January 2, 2018 - Declaration and Expert Report (Class Certification)
- January 31, 2018 – Deposition
- March 9, 2018 – Rebuttal Report


In re Valeant Pharmaceuticals International, Inc. Securities Litigation

**Cynthia L. Jones, CFA**
*Prior Reports and Testimony (continued)*

No. 3:15-cv-07658-MAS-LHG
United States District Court District of New Jersey
- September 21, 2018 – Expert Report in Support of Class Certification (Senior Notes)

In re JPMorgan Chase 401(k) Savings Plan ERISA Litigation
No. 1:17-cv-00563-JMF
United States District Court Southern District of New York
- October 1, 2018 – Declaration (in Support of Class Certification)
- June 21, 2019 – Expert Report on Damages
- August 1, 2019 – Rebuttal Report on Damages
- August 22, 2019 - Deposition

In re Verizon Communications Inc. 401(k) Management Savings Plan ERISA Litigation
No. 1:16-cv-01082-PGG
United States District Court Southern District of New York
- June 28,2019 – Declaration on Damages
- August 15, 2019 - Deposition

Steven B. Brincefield, et. al v. Lance T. Studdard, et. al ESOP Litigation
No. 3:17-cv-00718
United States District Court for the Eastern District of Virginia, Richmond Division
- January 7, 2019 – Expert Report
- February 5, 2019 – Reply Report
- March 4, 2019 – Deposition

Steven Amerio and Andrew Goldberg v. Gregory w. Gray, Jr., et. al (Archipel Capital)
No. 5:15 CV-00538 (DNH/TWD)
United States District Court Northern District of New York
- May 21, 2019 – Expert Report

**EXHIBIT NO. 5**

Amyris, Inc.

Summary of Efficiency Factors for Common Stock

| Factor | Summary of Factor | AMRS Common Stock |
|---|---|---|
| **Cammer I:  Average Weekly Trading Volume** | An active trading market; turnover measured by average weekly trading of two percent or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; one percent would justify a substantial presumption. | AMRS common stock demonstrated turnover of 11.1% for the 54 weeks during the Class Period; and turnover of 9.2% if the week ended 2/8/19, with unusually high volume, is excluded. |
| **Cammer II:  Analyst Coverage** | A significant number of securities analysts following and reporting on the subject security.  Cammer does not specifically quantify what constitutes a "significant" number of analysts. | Refinitiv lists more than 40 archived analyst reports about Amyris issued during the Class Period. A few analysts were providing earnings estimates, price targets, and investment recommendations. Coverage was continuous throughout the Class Period. Management participated in numerous investment conferences that were attended by analysts and the investment community. |
| **Cammer III:  Market Makers** | The presence of numerous market makers. Cammer provides that 10 market makers would justify presumption of efficiency, while five would justify a more modest presumption. | Close to 100 unique Market Participants reported gross volumes of more than 1000 shares, facilitating trading in AMRS common stock during the Class Period. |
| **Cammer IV:  SEC Form S-3 Eligibility** | The ability of the Company to file a Form S-3 in connection with public offerings. | AMRS was eligible to file a Form S-3 during the Class Period, and did so on 9/26/18 and 1/8/19. |
| **Cammer V:  Price Reaction to New Information** | The existence of empirical facts showing cause and effect relationship between unexpected corporate events and financial releases and an immediate response in the stock price. Cammer says this is the "essence of an efficient market and the foundation for the fraud on the market theory." | AMRS common stock exhibited significant abnormal price returns following the release of new information, and did not exhibit significant abnormal price returns in the absence of same. |
| **Market Capitalization** | Market capitalization has been cited by various courts as an indicator of market efficiency, however an objective threshold has not been quantified. | Amyris's market capitlization was $330 million, on average, during the Class Period.  Its size was not an impediment to raising investment capital during the Class Period. |
| **Bid-Ask Spread** | A narrow bid-ask spread signals that trading costs are low, and the market is liquid and efficient.  High trading costs reflect wider spreads and dampen liquidity, reducing the "quality" of the market. | The average bid-ask spread on AMRS common stock was sufficiently narrow, at 0.18%, and compared favorably to the  bid-ask spreads of its NBI peers during the Class Period. |
| **Public Float** | It is generally accepted that a high level of public common stock ownership contributes to a finding of market efficiency due to the notion that the more widely held a stock is the greater likelihood that information about the company is widely disseminated. | AMRS common stock was widely held, with a high level of ownership by professional investors.  An increasing level of short interest during the Class Period added to the public float contributing to the stock's liquidity. |

**EXHIBIT NO. 6**
Amyris, Inc. (AMRS)
Weekly Volume as a Percentage of Shares Outstanding
Source:  Bloomberg LP

| Week Ended | Volume | Shares Out | Turnover % |
|---|---|---|---|
| 3/16/2018 | 9,933,698 | 43,034,000 | 23.1% |
| 3/23/2018 | 4,063,498 | 43,034,000 | 9.4% |
| 3/29/2018 | 1,500,315 | 43,034,000 | 3.5% |
| 4/6/2018 | 3,616,742 | 43,034,000 | 8.4% |
| 4/13/2018 | 2,165,422 | 46,043,000 | 4.7% |
| 4/20/2018 | 3,341,580 | 49,695,000 | 6.7% |
| 4/27/2018 | 2,853,907 | 49,695,000 | 5.7% |
| 5/4/2018 | 2,104,257 | 49,695,000 | 4.2% |
| 5/11/2018 | 5,575,923 | 49,695,000 | 11.2% |
| 5/18/2018 | 5,328,345 | 50,177,000 | 10.6% |
| 5/25/2018 | 2,596,404 | 50,177,000 | 5.2% |
| 6/1/2018 | 1,945,760 | 50,177,000 | 3.9% |
| 6/8/2018 | 2,913,767 | 50,177,000 | 5.8% |
| 6/15/2018 | 3,619,514 | 50,177,000 | 7.2% |
| 6/22/2018 | 5,647,048 | 50,177,000 | 11.3% |
| 6/29/2018 | 5,096,375 | 50,177,000 | 10.2% |
| 7/6/2018 | 2,095,678 | 50,177,000 | 4.2% |
| 7/13/2018 | 2,238,817 | 50,177,000 | 4.5% |
| 7/20/2018 | 2,271,697 | 50,177,000 | 4.5% |
| 7/27/2018 | 2,800,372 | 50,177,000 | 5.6% |
| 8/3/2018 | 2,121,313 | 50,177,000 | 4.2% |
| 8/10/2018 | 5,569,489 | 50,177,000 | 11.1% |
| 8/17/2018 | 8,282,630 | 50,369,000 | 16.4% |
| 8/24/2018 | 4,741,885 | 50,384,000 | 9.4% |
| 8/31/2018 | 6,010,208 | 50,384,000 | 11.9% |
| 9/7/2018 | 4,604,956 | 50,384,000 | 9.1% |
| 9/14/2018 | 5,493,864 | 50,384,000 | 10.9% |
| 9/21/2018 | 5,964,089 | 50,384,000 | 11.8% |
| 9/28/2018 | 4,957,543 | 64,048,000 | 7.7% |
| 10/5/2018 | 5,663,025 | 64,048,000 | 8.8% |
| 10/12/2018 | 8,443,767 | 64,048,000 | 13.2% |
| 10/19/2018 | 5,041,136 | 64,048,000 | 7.9% |
| 10/26/2018 | 3,532,443 | 64,048,000 | 5.5% |
| 11/2/2018 | 3,444,879 | 64,048,000 | 5.4% |
| 11/9/2018 | 4,745,967 | 69,673,000 | 6.8% |
| 11/16/2018 | 16,945,066 | 71,911,000 | 23.6% |
| 11/23/2018 | 5,655,910 | 71,911,000 | 7.9% |
| 11/30/2018 | 7,238,779 | 71,911,000 | 10.1% |
| 12/7/2018 | 8,444,367 | 71,911,000 | 11.7% |
| 12/14/2018 | 4,041,762 | 71,911,000 | 5.6% |
| 12/21/2018 | 7,898,041 | 71,911,000 | 11.0% |
| 12/28/2018 | 3,947,069 | 71,911,000 | 5.5% |
| 1/4/2019 | 5,518,787 | 71,911,000 | 7.7% |
| 1/11/2019 | 3,217,768 | 76,526,000 | 4.2% |
| 1/18/2019 | 3,960,475 | 76,526,000 | 5.2% |
| 1/25/2019 | 2,630,994 | 76,526,000 | 3.4% |
| 2/1/2019 | 5,603,791 | 76,526,000 | 7.3% |
| 2/8/2019 | 84,169,134 | 76,526,000 | 110.0% |
| 2/15/2019 | 17,631,282 | 76,526,000 | 23.0% |
| 2/22/2019 | 8,335,054 | 76,526,000 | 10.9% |
| 3/1/2019 | 7,198,509 | 76,526,000 | 9.4% |
| 3/8/2019 | 5,920,070 | 76,526,000 | 7.7% |
| 3/15/2019 | 6,679,633 | 76,526,000 | 8.7% |
| 3/22/2019 | 26,769,743 | 76,526,000 | 35.0% |

|  |  |
|---|---|
| Average: | 11.1% |
| Average excluding week of 2/08/19: | 9.2% |



**EXHIBIT NO. 7**
Amyris, Inc.
Average Weekly Volume as a Percentage of Shares Outstanding
Weeks ended March 16, 2018 - March 22, 2019

**EXHIBIT NO. 8**
Amyris, Inc.
List of Available Analyst Research Reports from Refinitiv

| Available | Date | Contributor | Title | Pages | Analyst |
|---|---|---|---|---|---|
| 3/15/2018 | 3/16/2018 | Jefferson Research | Jefferson Research Financial Sonar Report. A detailed analysis of the current fundamental performance of AMYRIS INC including Earnings Quality, Cash Flow Quality, Operating Efficiency, Balance Sheet Quality and Valuation. | 11 | Jefferson research team |
| 4/9/2018 | 4/2/2018 | H.C. Wainwright & Co., LLC | Strong 4Q17 Results Beat; 2018 Guidance Exceeds Expectations; Reiterate Buy | 5 | Mr. Amit Dayal |
| 4/11/2018 | 4/12/2018 | Wright Reports | Wright Investors Service Comprehensive Report for Amyris Inc | 68 | Wright Reports |
| 4/27/2018 | 4/27/2018 | Sadif Analytics Prime | Rating Update for Amyris Inc | 3 | SADIF Research |
| 5/13/2018 | 5/14/2018 | ValuEngine, Inc | ValuEngine Rating and Forecast Report for AMRS | 11 | |
| 5/22/2018 | 5/15/2018 | H.C. Wainwright & Co., LLC | Margin Strength Begins to Reflect in Financials; 1Q18 Results Overview | 5 | Mr. Amit Dayal |
| 5/29/2018 | 5/29/2018 | Sadif Analytics Prime | Rating Update for Amyris Inc | 3 | SADIF Research |
| 5/30/2018 | 5/30/2018 | Audit Analytics | Accounting Quality Insights Late Filers with Accounting-Related Issues in Q2 2018 COMPANIES: KLIC, BFR, IMMR, AMRS, PFSW, ITRI, AMR | 4 | Olga Usvyatsky |
| 5/31/2018 | 5/31/2018 | BuySellSignals Research | Amyris crashes 90% in 4 years | 39 | Research Team |
| 6/1/2018 | 5/25/2018 | H.C. Wainwright & Co., LLC | Leveraging DNA Coding Platform to Drive 20x EBITDA Improvement by 2020; BioDisrupt 2018 Update | 5 | Mr. Amit Dayal |
| 6/1/2018 | 6/2/2018 | Wright Reports | Wright Investors Service Comprehensive Report for Amyris Inc | 68 | Wright Reports |
| 6/6/2018 | 6/4/2018 | Sadif Analytics Prime | Is Amyris Inc Worth a Higher Bid? | 12 | SADIF Research |
| 6/11/2018 | 6/11/2018 | GlobalData | Amyris Inc (AMRS) - Financial Analysis Review | 56 | GlobalData |
| 7/3/2018 | 6/26/2018 | H.C. Wainwright & Co., LLC | Health and Nutrition Partnership in China Announced; Affirm Buy | 3 | Mr. Amit Dayal |
| 7/23/2018 | 7/24/2018 | Wright Reports | Wright Investors Service Comprehensive Report for Amyris Inc | 68 | Wright Reports |
| 8/5/2018 | 8/6/2018 | ValuEngine, Inc | ValuEngine Rating and Forecast Report for AMRS | 11 | |
| 8/14/2018 | 8/7/2018 | H.C. Wainwright & Co., LLC | 2018 Guidance Maintained; Positioned for a Strong 2H18; Affirm Buy | 5 | Mr. Amit Dayal |
| 8/23/2018 | 8/23/2018 | BuySellSignals Research | Three-bagger Amyris soars 215% | 38 | Research Team |
| 8/28/2018 | 8/23/2018 | Corporate Watchdog Reports | Watchdog Report: AMRS | 22 | |
| 9/6/2018 | 8/30/2018 | H.C. Wainwright & Co., LLC | Sweetener on Track for 4Q18 Launch; GRAS Designation Received; Reiterate Buy | 3 | Mr. Amit Dayal |
| 9/11/2018 | 9/11/2018 | GlobalData | Amyris Inc (AMRS) - Financial Analysis Review | 59 | GlobalData |
| 9/19/2018 | 9/20/2018 | Wright Reports | Wright Investors Service Comprehensive Report for Amyris Inc | 74 | Wright Reports |
| 9/24/2018 | 9/17/2018 | H.C. Wainwright & Co., LLC | Hurricane Florence Not Expected to Impact Squalene Deliveries to Customers; Maintain Buy | 3 | Mr. Amit Dayal |
| 9/30/2018 | 9/25/2018 | Corporate Watchdog Reports | Watchdog Report: AMRS - Due Diligence | 22 | |
| 10/3/2018 | 10/3/2018 | TheScreener | AMYRIS INCO. sees a downgrade to Slightly Negative on account of less fundamental stars | 6 | |
| 10/5/2018 | 9/28/2018 | H.C. Wainwright & Co., LLC | China Push Continues With Announcement of Second Partnership in 2018; Catalyst Heavy 4Q18 Ahead | 3 | Mr. Amit Dayal |
| 10/8/2018 | 10/1/2018 | Stephens Inc. | Field Trip Recap: CERS, CDXS, PACB, AMRS, CDNA | 8 | Andrew L. Jones |
| 10/10/2018 | 10/3/2018 | H.C. Wainwright & Co., LLC | Sweetener Commercialization Underway; Reiterate Buy | 3 | Mr. Amit Dayal |
| 10/25/2018 | 10/25/2018 | BuySellSignals Research | Amyris is good value by Price/Sales despite 139% price rise | 44 | Research Team |
| 11/12/2018 | 11/13/2018 | ValuEngine, Inc | ValuEngine Rating and Forecast Report for AMRS | 11 | |
| 11/19/2018 | 11/19/2018 | BuySellSignals Research | Amyris shares post worst quarter in five quarters | 43 | Research Team |
| 11/21/2018 | 11/14/2018 | H.C. Wainwright & Co., LLC | 3Q18 Revenues Miss; 2018 Guidance Adjusted; Lowering PT to $11.00 | 5 | Mr. Amit Dayal |
| 11/21/2018 | 11/21/2018 | Wright Reports | Wright Investors Service Comprehensive Report for Amyris Inc | 76 | Wright Reports |
| 12/5/2018 | 11/28/2018 | H.C. Wainwright & Co., LLC | Extension of Supply Agreement to Ensure Capacity for Sweetener Production; Affirm Buy | 3 | Mr. Amit Dayal |
| 12/6/2018 | 12/6/2018 | GlobalData | Amyris Inc (AMRS) - Financial Analysis Review | 64 | GlobalData |
| 12/7/2018 | 12/7/2018 | Sadif Analytics Prime | Rating Update for Amyris Inc | 3 | SADIF Research |
| 12/11/2018 | 12/4/2018 | H.C. Wainwright & Co., LLC | Zero-Calorie Sweetener Officially Launched; Six Partnerships Announced; Affirm Buy | 4 | Mr. Amit Dayal |
| 12/14/2018 | 12/7/2018 | H.C. Wainwright & Co., LLC | Financing Removes Important Overhang; Reduces Debt Servicing Costs; Reiterate Buy | 3 | Mr. Amit Dayal |
| 1/7/2019 | 12/31/2018 | H.C. Wainwright & Co., LLC | Important 4Q18 Milestone Achieved; Entering 2019 With Diversified Revenue Streams; Maintain Buy | 5 | Mr. Amit Dayal |
| 1/14/2019 | 1/9/2019 | Corporate Watchdog Reports | Watchdog Report: AMRS - Red Flags and Warning Signs | 24 | |
| 2/7/2019 | 2/7/2019 | Wright Reports | Wright Investors Service Comprehensive Report for Amyris Inc | 67 | Wright Reports |
| 2/12/2019 | 2/5/2019 | H.C. Wainwright & Co., LLC | Scalable Platform Seeks to Add Cannabinoid End Market | 3 | Mr. Amit Dayal |
| 2/19/2019 | 2/19/2019 | BuySellSignals Research | Amyris falls for a fourth consecutive year, a four-year fall of 85% | 42 | Research Team |
| 2/28/2019 | 2/28/2019 | Sadif Analytics Prime | Rating Update for Amyris Inc | 3 | SADIF Research |
| 3/6/2019 | 3/7/2019 | GlobalData | Amyris Inc (AMRS) - Financial Analysis Review | 59 | GlobalData |
| 3/15/2019 | 3/15/2019 | Sadif Analytics Prime | Rating Update for Amyris Inc | 3 | SADIF Research |

**EXHIBIT NO. 9**
Amyris, Inc.
Broker Activity Summary March 2018 through March 2019
Source:  Bloomberg LP

| Code | Name | Gross Volume |
|------|------|-------------|
| MSCO | MORGAN STANLEY & CO., INCORPOR | 23,002,501 |
| IBKR | INTERACTIVE BROKERS LLC | 9,213,122 |
| UBSS | UBS SECURITIES LLC. | 8,163,272 |
| LEHM | BARCLAYS CAPITAL INC. | 7,032,097 |
| INCA | INSTINET CORPORATION | 7,029,814 |
| TRBT | TRADEBOT SYSTEMS, INC. | 4,857,339 |
| GSCO | GOLDMAN SACHS | 4,685,004 |
| FBCO | CREDIT SUISSE FIRST BOSTON LLC | 4,640,010 |
| DBAB | DEUTSCHE BANK SECURITIES INC. | 4,362,713 |
| NITE | VIRTU AMERICAS LLC | 3,078,302 |
| LIME | LIME BROKERAGE LLC | 2,471,804 |
| TRCM | TRC MARKETS LLC | 2,218,230 |
| JMPT | JUMP TRADING, LLC | 1,678,087 |
| IEQY | CITADEL SECURITIES LLC | 1,503,676 |
| CPEM | CLEARPOOL EXECUTION SERVICES, LLC | 1,315,093 |
| GSCS | GOLDMAN, SACHS & CO. | 1,271,011 |
| NFSC | NATIONAL FINANCIAL SERVICES LL | 1,133,465 |
| ETEJ | ELECTRONIC TRANSACTION CLEARING, INC. | 1,054,644 |
| SBSH | CITIGROUP GLOBAL MARKETS INC. | 888,413 |
| ETRS | E*TRADE CLEARING LLC | 831,445 |
| TSSM | TWO SIGMA SECURITIES | 761,879 |
| MAXM | MAXIM GROUP, LLC | 739,810 |
| DEGS | Dart Executions, LLC | 727,903 |
| WSEA | WOLVERINE SECURITIES | 691,630 |
| JEFF | JEFFERIES & COMPANY, INC. | 653,047 |
| GEBB | GLOBAL EXECUTION BROKERS, LP | 629,137 |
| SPDR | SPEEDROUTE LLC | 593,313 |
| GSLT | GOLDMAN SACHS & CO. LLC | 497,908 |
| ITGI | ITG INC. | 446,531 |
| ETFA | ELECTRONIC TRANSACTION CLEARING, INC. | 427,917 |
| FOMA | AMERITRADE, INC. | 419,379 |
| RILY | B. RILEY AND CO. INC. | 409,316 |
| WEXM | WOLVERINE EXECUTION SERVICES, LLC | 396,511 |
| FRET | Fox River Execution Tehnology, LLC | 393,271 |
| INJX | INSTINET, LLC | 336,955 |
| WCHV | Wells Fargo Securities, LLC | 332,609 |
| WEXX | WOLVERINE EXECUTION SERVICES, | 291,815 |
| ROTH | ROTH CAPITAL PARTNERS, LLC | 265,973 |
| BERN | SANFORD C. BERNSTEIN AND CO. I | 260,225 |
| ETBE | Electronic Transaction Clearing, Inc. | 213,185 |
| GTSZ | GTS SECURITIES LLC | 187,719 |
| CODA | | 187,371 |
| ETDX | ELECTRONIC TRANSACTION CLEARING, INC. | 177,915 |
| DBUL | Deutsche Bank Securities Inc. | 166,245 |
| ETBT | ELECTRONIC TRANSACTION CLEARING, INC. | 109,727 |
| CHAS | CHARLES SCHWAB AND CO. INC. | 98,329 |
| NORT | NORTHLAND SECURITIES, INC. | 93,041 |
| ETDR | ELECTRONIC TRANSACTION CLEARING, INC. | 92,148 |
| CPET | CLEARPOOL EXECUTION SERVICES, LLC | 91,518 |
| ETFO | | 87,776 |

**EXHIBIT NO. 9**

Amyris, Inc.

Broker Activity Summary March 2018 through March 2019

Source: Bloomberg LP

| Code | Name | Gross Volume |
|---|---|---|
| HSBC | HSBC SECURITIES (USA) INC. | 81,418 |
| CTDL | Citadel Derivatives Group Llc | 77,536 |
| LSCI | LEK SECURITIES CORPORATION | 70,351 |
| BAYT | BAYPOINT TRADING LLC | 61,420 |
| CPEX | CLEARPOOL EXECUTION SERVICES | 60,222 |
| PDQM | PDQ ATS. Inc. | 53,946 |
| NQRB | BRUT, LLC | 53,672 |
| LTCO | LADENBURG, THALMANN & CO. INC. | 43,691 |
| SPTD | Stock USA Investments | 40,714 |
| DFIN | ELECTRONIC BROKERAGE SYSTEMS, LLC | 34,417 |
| WEDB | WEDBUSH MORGAN SECURITIES INC. | 34,345 |
| GLPX | ACS EXECUTION SERVICES, LLC | 32,500 |
| FOXB | | 31,092 |
| ETCC | Electronic Transaction Clearing, Inc. | 30,844 |
| SAGL | SAGETRADER, LLC | 27,136 |
| DCHF | Dart Executions, LLC | 26,876 |
| FBRC | FRIEDMAN, BILLINGS, RAMSEY & C | 25,000 |
| LMGP | LIME BROKERAGE LLC | 24,698 |
| SAGC | SAGETRADER, LLC | 23,126 |
| MICA | SPARTAN SECURITIES GROUP LTD | 22,100 |
| VIEW | VIEWTRADE SECURITIES, INC. | 21,200 |
| VERT | THE VERTICAL GROUP, INC. | 20,114 |
| NITP | VIRTU AMERICAS LLC | 17,232 |
| STFL | STIFEL NICOLAUS | 15,967 |
| JONE | JONES AND ASSOCIATES INC. | 14,934 |
| LAFC | R. F. Lafferty & Co., Inc. | 12,500 |
| BKMM | BNY MELLON CAPITAL MARKETS, LLC | 11,958 |
| XPQR | Jump Trading | 10,468 |
| HAPX | HAP Trading, LLC | 9,773 |
| TTUC | | 8,800 |
| BTIG | BTIG, LLC | 7,994 |
| PATH | BENJAMIN & JEROLD BROKERAGE I, LLC | 6,091 |
| ETBA | ELECTRONIC TRANSACTION CLEARING, INC. | 5,360 |
| FILL | TRADESTATION SECURITIES, INC. | 5,325 |
| NEED | NEEDHAM AND CO. | 4,430 |
| FMCO | FIRST MANHATTAN CO | 3,000 |
| LEER | LEERINK SWANN & CO., INC. | 3,000 |
| WABR | WALL STREET ACCESS | 2,520 |
| BMOC | BMO CAPITAL MARKETS | 1,894 |
| EGAW | BATS TRADING, INC. | 1,850 |
| LXBJ | BENJAMIN & JEROLD BROKERAGE I, LLC | 1,700 |
| RHCO | SUNTRUST CAPITAL MARKETS, INC. | 1,676 |
| WBPX | WHITE BAY PT LLC | 1,670 |
| VALX | | 1,500 |
| RHOX | XR Securities LLC | 1,380 |
| DAWA | DAIWA SECURITIES AMERICA INC. | 1,100 |
| ETEI | ELECTRONIC TRANSACTION CLEARING, INC. | 1,100 |
| Count = 97 | | 102,259,785 |

**EXHIBIT NO. 10**

Amyris, Inc.
AMRS Shares Held by Directors and Named Executive Officers
Source: Amyris Definitive Proxy Statement April 2018

**Total Outstanding Shares 3/31/2018**                     **45,845,314**

| Directors and Named Executive Officers | Shares Owned | Options | Restricted | Net Shares Owned | Percent of Class |
|---|---|---|---|---|---|
| John Doerr | 4,884,155 | 5,066 | 1,133 | 4,877,956 | 10.6% |
| Frank Kung | 4,777,034 | 500 | 2,000 | 4,774,534 | 10.4% |
| | | | | | |
| John Melo | 221,611 | 138,439 | 76,332 | 6,840 | 0.0% |
| Geoffrey Duyk | 8,932 | 4,666 | 0 | 4,266 | 0.0% |
| Philip Eykerman (DSM designee) | 4,133 | 1,000 | 3,133 | 0 | 0.0% |
| Christoph Goppelsroeder (DSM designee) | 0 | 0 | 0 | 0 | 0.0% |
| Carole Piwnica | 8,332 | 5,066 | 1,133 | 2,133 | 0.0% |
| Fernando de Castro Reinach | 19,692 | 5,066 | 1,133 | 13,493 | 0.0% |
| His Highness Sheikh Abdullah bin Khalifa Al Thani | 525,754 | 4,666 | 1,133 | 519,955 | 1.1% |
| Christophe Vuillez (Total designee) | 0 | 0 | 0 | 0 | 0.0% |
| R. Neil Williams | 7,132 | 4,266 | 1,133 | 1,733 | 0.0% |
| Patrick Yang | 36,532 | 11,866 | 1,133 | 23,533 | 0.1% |
| Kathleen Valiasek | 23,446 | 8,278 | 12,088 | 3,080 | 0.0% |
| Joel Cherry | 113,560 | 52,215 | 37,715 | 23,630 | 0.1% |
| Eduardo Alvarez | 70,000 | 0 | 70,000 | 0 | 0.0% |
| Nicole Kelsey | 21,000 | 0 | 21,000 | 0 | 0.0% |
| Raffi Asadorian | 4,999 | 0 | 0 | 4,999 | 0.0% |
| All Directors and Named Executive Officers as a Group | 10,726,312 | 241,094 | 229,066 | 10,256,152 | 22.4% |
| Excluding John Doerr (Foris) and Frank Kung (Vivo) | 1,065,123 | 235,528 | 225,933 | 603,662 | 1.3% |

**EXHIBIT NO. 11**
**Amyris, Inc.**
**Analysis of Abnormal Returns on "News Days" and "No-News Days"**

**News Days**

| Date | Volume | Price | Return % | Abnormal Return % | T-stat | Stat. Sig. |
|---|---|---|---|---|---|---|
| 3/16/2018 | 8,199,517 | $6.40 | 14.7% | 14.3% | 4.12 | Y |
| 4/3/2018 | 506,199 | $6.80 | 2.7% | 2.1% | 0.61 | |
| 5/3/2018 | 342,807 | $6.81 | 0.7% | 1.1% | 0.33 | |
| 5/8/2018 | 1,962,860 | $5.97 | -7.2% | -7.2% | (2.08) | Y |
| 5/9/2018 | 1,262,357 | $5.71 | -4.4% | -5.6% | (1.62) | |
| 5/10/2018 | 823,158 | $5.83 | 2.2% | 1.8% | 0.53 | |
| 5/15/2018 | 1,126,926 | $6.04 | -2.4% | -2.2% | (0.63) | |
| 5/17/2018 | 987,899 | $5.10 | -7.4% | -7.8% | (2.26) | Y |
| 5/18/2018 | 816,920 | $5.36 | 5.1% | 4.6% | 1.34 | |
| 5/21/2018 | 425,731 | $5.45 | 1.7% | 2.0% | 0.59 | |
| 6/11/2018 | 707,119 | $5.30 | -2.2% | -2.5% | (0.71) | |
| 6/12/2018 | 919,716 | $5.39 | 1.7% | 0.9% | 0.25 | |
| 6/26/2018 | 1,885,218 | $6.19 | 9.0% | 8.8% | 2.54 | Y |
| 6/27/2018 | 1,271,235 | $6.38 | 3.1% | 3.9% | 1.12 | |
| 7/2/2018 | 824,912 | $6.47 | 1.3% | 0.4% | 0.11 | |
| 7/16/2018 | 421,723 | $6.71 | 0.0% | 0.0% | 0.01 | |
| 7/20/2018 | 1,048,628 | $6.60 | -0.5% | -0.7% | (0.22) | |
| 7/30/2018 | 630,245 | $6.64 | -2.1% | -1.9% | (0.54) | |
| 8/2/2018 | 315,957 | $6.94 | -0.3% | -1.1% | (0.32) | |
| 8/7/2018 | 1,543,734 | $7.23 | 6.6% | 5.6% | 1.62 | |
| 8/17/2018 | 5,626,560 | $6.56 | -12.6% | -12.9% | (3.74) | Y |
| 8/22/2018 | 1,150,992 | $7.48 | 5.2% | 4.4% | 1.27 | |
| 8/30/2018 | 2,742,456 | $8.39 | 10.8% | 10.2% | 2.96 | Y |
| 9/12/2018 | 1,125,950 | $7.94 | -4.5% | -4.9% | (1.40) | |
| 9/17/2018 | 1,326,156 | $7.44 | -1.5% | -1.1% | (0.31) | |
| 9/25/2018 | 1,537,885 | $8.32 | 3.9% | 3.4% | 0.99 | |
| 9/27/2018 | 890,265 | $8.03 | 2.7% | 1.8% | 0.52 | |
| 10/3/2018 | 1,041,144 | $7.85 | 6.7% | 5.9% | 1.69 | |
| 10/15/2018 | 1,045,947 | $7.47 | -3.0% | -2.8% | (0.81) | |
| 10/19/2018 | 1,267,893 | $7.54 | -3.3% | -2.8% | (0.82) | |
| 10/23/2018 | 1,045,597 | $7.21 | -3.4% | -3.5% | (1.01) | |
| 10/30/2018 | 696,762 | $7.41 | 4.5% | 3.5% | 1.02 | |
| 11/8/2018 | 366,083 | $7.32 | -1.2% | -1.0% | (0.30) | |
| 11/14/2018 | 6,619,545 | $4.14 | -29.8% | -29.1% | (8.40) | Y |
| 11/30/2018 | 991,443 | $4.94 | 2.7% | 1.5% | 0.44 | |
| 12/3/2018 | 991,711 | $4.83 | -2.2% | -3.3% | (0.96) | |
| 12/4/2018 | 3,179,956 | $4.21 | -12.8% | -11.3% | (3.25) | Y |
| 12/7/2018 | 2,660,186 | $4.34 | 4.1% | 5.5% | 1.59 | |
| 12/10/2018 | 1,027,338 | $4.42 | 1.8% | 1.2% | 0.35 | |
| 12/12/2018 | 615,782 | $4.35 | 0.0% | -1.1% | (0.32) | |
| 12/31/2018 | 2,686,265 | $3.34 | -5.4% | -6.8% | (1.97) | Y |
| 2/5/2019 | 54,105,749 | $5.47 | 73.1% | 72.8% | 21.03 | Y |
| 2/11/2019 | 5,084,520 | $5.01 | -12.1% | -12.8% | (3.69) | Y |
| 2/12/2019 | 3,677,138 | $4.90 | -2.2% | -3.1% | (0.90) | |
| 3/5/2019 | 984,940 | $4.72 | -1.7% | -1.8% | (0.51) | |
| 3/12/2019 | 1,401,234 | $4.66 | 5.9% | 5.1% | 1.48 | |
| 3/19/2019 | 5,011,396 | $3.88 | 1.8% | 1.5% | 0.43 | |

**No-News Days**

| Date | Volume | Price | Return % | Abnormal Return % | T-stat | Stat. Sig. |
|---|---|---|---|---|---|---|
| 3/15/2018 | 812,247 | $5.58 | -2.6% | -2.4% | (0.70) | |
| 3/19/2018 | 1,228,170 | $6.74 | 5.3% | 6.0% | 1.75 | |
| 3/20/2018 | 969,968 | $6.76 | 0.3% | -0.1% | (0.03) | |
| 3/21/2018 | 842,568 | $6.74 | -0.3% | -0.7% | (0.21) | |
| 3/22/2018 | 599,086 | $6.75 | 0.1% | 1.1% | 0.31 | |
| 3/23/2018 | 423,706 | $6.80 | 0.7% | 1.8% | 0.51 | |
| 3/26/2018 | 332,449 | $6.81 | 0.1% | -1.7% | (0.50) | |
| 3/27/2018 | 338,303 | $6.75 | -0.9% | 0.3% | 0.08 | |
| 3/28/2018 | 373,444 | $6.54 | -3.1% | -3.9% | (1.14) | |
| 3/29/2018 | 456,119 | $6.69 | 2.3% | 1.5% | 0.45 | |
| 4/2/2018 | 305,136 | $6.62 | -1.0% | 0.8% | 0.22 | |
| 4/4/2018 | 1,130,418 | $6.97 | 2.5% | 0.5% | 0.16 | |
| 4/5/2018 | 1,113,206 | $7.06 | 1.3% | 1.8% | 0.52 | |
| 4/6/2018 | 561,783 | $6.79 | -3.8% | -2.5% | (0.73) | |
| 4/9/2018 | 354,071 | $6.81 | 0.3% | -1.1% | (0.31) | |
| 4/10/2018 | 304,072 | $6.90 | 1.3% | -0.6% | (0.19) | |
| 4/11/2018 | 291,912 | $6.93 | 0.4% | 0.3% | 0.08 | |
| 4/12/2018 | 591,257 | $6.80 | -1.9% | -3.0% | (0.85) | |
| 4/13/2018 | 624,092 | $6.69 | -1.6% | -1.6% | (0.45) | |
| 4/16/2018 | 664,098 | $6.45 | -3.6% | -3.6% | (1.05) | |
| 4/17/2018 | 897,046 | $6.62 | 2.6% | 1.2% | 0.34 | |
| 4/18/2018 | 590,566 | $6.42 | -3.0% | -3.4% | (0.99) | |
| 4/19/2018 | 715,833 | $6.30 | -1.9% | -1.5% | (0.43) | |
| 4/20/2018 | 474,037 | $6.34 | 0.6% | 0.7% | 0.21 | |
| 4/23/2018 | 496,000 | $6.53 | 3.0% | 2.7% | 0.79 | |
| 4/24/2018 | 300,559 | $6.60 | 1.1% | 1.5% | 0.44 | |
| 4/25/2018 | 867,992 | $6.69 | 1.4% | 1.0% | 0.29 | |
| 4/26/2018 | 404,190 | $6.64 | -0.7% | -2.3% | (0.66) | |
| 4/27/2018 | 785,166 | $6.61 | -0.5% | -1.0% | (0.28) | |
| 4/30/2018 | 376,802 | $6.61 | 0.0% | 0.7% | 0.21 | |
| 5/1/2018 | 505,613 | $6.74 | 2.0% | 1.3% | 0.38 | |
| 5/2/2018 | 336,931 | $6.76 | 0.3% | 0.7% | 0.19 | |
| 5/4/2018 | 542,104 | $6.73 | -1.2% | -2.2% | (0.63) | |
| 5/7/2018 | 876,265 | $6.43 | -4.5% | -5.2% | (1.49) | |
| 5/11/2018 | 651,283 | $5.84 | 0.2% | -1.7% | (0.49) | |
| 5/14/2018 | 991,908 | $6.19 | 6.0% | 5.0% | 1.45 | |
| 5/16/2018 | 1,404,692 | $5.51 | -8.8% | -9.7% | (2.79) | Y |
| 5/22/2018 | 451,222 | $5.31 | -2.6% | -3.2% | (0.92) | |
| 5/23/2018 | 653,955 | $5.19 | -2.3% | -2.9% | (0.84) | |
| 5/24/2018 | 394,644 | $5.18 | -0.2% | -0.6% | (0.16) | |
| 5/25/2018 | 670,852 | $5.03 | -2.9% | -3.4% | (0.98) | |
| 5/29/2018 | 506,240 | $5.08 | 1.0% | 0.9% | 0.26 | |
| 5/30/2018 | 426,512 | $5.11 | 0.6% | -0.6% | (0.16) | |
| 5/31/2018 | 572,509 | $5.17 | 1.2% | 0.8% | 0.25 | |
| 6/1/2018 | 440,499 | $5.11 | -1.2% | -2.2% | (0.65) | |
| 6/4/2018 | 393,825 | $5.22 | 2.2% | 2.1% | 0.62 | |
| 6/5/2018 | 583,119 | $5.26 | 0.8% | 0.4% | 0.10 | |
| 6/6/2018 | 828,351 | $5.45 | 3.6% | 2.5% | 0.73 | |
| 6/7/2018 | 562,591 | $5.54 | 1.7% | 1.7% | 0.50 | |
| 6/8/2018 | 545,881 | $5.42 | -2.2% | -2.8% | (0.82) | |
| 6/13/2018 | 556,004 | $5.33 | -1.1% | -1.3% | (0.37) | |
| 6/14/2018 | 374,033 | $5.42 | 1.7% | 0.9% | 0.25 | |
| 6/15/2018 | 1,062,642 | $5.43 | 0.2% | -0.1% | (0.03) | |
| 6/18/2018 | 518,715 | $5.37 | -1.1% | -1.1% | (0.31) | |
| 6/19/2018 | 467,018 | $5.50 | 2.4% | 1.2% | 0.35 | |
| 6/20/2018 | 737,598 | $5.60 | 1.8% | 0.6% | 0.16 | |
| 6/21/2018 | 692,614 | $5.50 | -1.8% | -1.5% | (0.44) | |
| 6/22/2018 | 3,231,103 | $5.59 | 1.6% | 1.4% | 0.41 | |
| 6/25/2018 | 484,452 | $5.68 | 1.6% | 2.3% | 0.65 | |
| 6/28/2018 | 686,576 | $6.46 | 1.3% | 0.5% | 0.16 | |
| 6/29/2018 | 768,894 | $6.39 | -1.1% | -2.4% | (0.69) | |
| 7/3/2018 | 300,770 | $6.23 | -3.7% | -4.1% | (1.19) | |
| 7/5/2018 | 420,177 | $6.12 | -1.8% | -2.7% | (0.79) | |
| 7/6/2018 | 549,819 | $6.29 | 2.8% | 0.3% | 0.10 | |
| 7/9/2018 | 591,859 | $6.63 | 5.4% | 4.7% | 1.36 | |
| 7/10/2018 | 572,934 | $6.63 | 0.0% | -0.3% | (0.08) | |
| 7/11/2018 | 334,306 | $6.66 | 0.5% | 0.2% | 0.06 | |
| 7/12/2018 | 455,627 | $6.80 | 2.1% | 0.9% | 0.25 | |
| 7/13/2018 | 284,091 | $6.71 | -1.3% | -1.8% | (0.51) | |
| 7/17/2018 | 251,680 | $6.77 | 0.9% | 0.1% | 0.04 | |
| 7/18/2018 | 285,847 | $6.67 | -1.5% | -1.8% | (0.52) | |
| 7/19/2018 | 263,819 | $6.63 | -0.6% | -1.0% | (0.30) | |
| 7/23/2018 | 545,047 | $6.72 | 1.8% | 1.5% | 0.42 | |
| 7/24/2018 | 978,978 | $6.71 | -0.1% | -0.4% | (0.12) | |
| 7/25/2018 | 396,624 | $6.87 | 2.4% | 1.4% | 0.40 | |
| 7/26/2018 | 343,090 | $6.92 | 0.7% | 1.0% | 0.30 | |
| 7/27/2018 | 536,633 | $6.78 | -2.0% | -1.2% | (0.36) | |

**EXHIBIT NO. 11**
**Amyris, Inc.**
**Analysis of Abnormal Returns on "News Days" and "No-News Days"**

**News Days**

| Date | Volume | Price | Return % | Abnormal Return % | T-stat | Stat. Sig. |
|------|--------|-------|----------|-------------------|--------|------------|

**No-News Days**

| Date | Volume | Price | Return % | Abnormal Return % | T-stat | Stat. Sig. |
|------|--------|-------|----------|-------------------|--------|------------|
| 7/31/2018 | 468,447 | $6.87 | 3.5% | 2.0% | 0.57 | |
| 8/1/2018 | 350,841 | $6.96 | 1.3% | 0.6% | 0.18 | |
| 8/3/2018 | 355,823 | $6.87 | -1.0% | -0.9% | (0.25) | |
| 8/6/2018 | 349,207 | $6.78 | -1.3% | -1.7% | (0.48) | |
| 8/8/2018 | 1,962,624 | $7.62 | 5.4% | 5.4% | 1.57 | |
| 8/9/2018 | 965,305 | $7.84 | 2.9% | 2.6% | 0.75 | |
| 8/10/2018 | 748,619 | $7.73 | -1.4% | -1.5% | (0.44) | |
| 8/13/2018 | 669,030 | $7.67 | -0.8% | -1.0% | (0.29) | |
| 8/14/2018 | 479,064 | $7.82 | 2.0% | 1.2% | 0.36 | |
| 8/15/2018 | 747,028 | $7.43 | -5.0% | -4.4% | (1.27) | |
| 8/16/2018 | 760,948 | $7.50 | 0.9% | 0.1% | 0.02 | |
| 8/20/2018 | 1,093,860 | $6.79 | 3.5% | 3.2% | 0.94 | |
| 8/21/2018 | 1,008,178 | $7.11 | 4.8% | 3.8% | 1.11 | |
| 8/23/2018 | 908,836 | $7.60 | 1.6% | 1.6% | 0.46 | |
| 8/24/2018 | 580,019 | $7.60 | 0.0% | -0.5% | (0.13) | |
| 8/27/2018 | 634,812 | $7.60 | 0.0% | -1.3% | (0.39) | |
| 8/28/2018 | 454,643 | $7.59 | -0.1% | -0.7% | (0.20) | |
| 8/29/2018 | 461,314 | $7.57 | -0.3% | -1.4% | (0.40) | |
| 8/31/2018 | 1,716,983 | $8.97 | 6.9% | 6.5% | 1.88 | |
| 9/4/2018 | 2,009,296 | $8.77 | -2.2% | -2.1% | (0.59) | |
| 9/5/2018 | 925,671 | $8.44 | -3.8% | -4.0% | (1.15) | |
| 9/6/2018 | 862,755 | $8.29 | -1.8% | -1.1% | (0.32) | |
| 9/7/2018 | 807,234 | $8.22 | -0.8% | -0.9% | (0.27) | |
| 9/10/2018 | 700,489 | $8.39 | 2.1% | 1.6% | 0.45 | |
| 9/11/2018 | 735,588 | $8.31 | -1.0% | -1.1% | (0.32) | |
| 9/13/2018 | 1,253,634 | $8.06 | 1.5% | 0.8% | 0.22 | |
| 9/14/2018 | 1,678,203 | $7.55 | -6.3% | -6.4% | (1.84) | |
| 9/18/2018 | 537,202 | $7.36 | -1.1% | -2.1% | (0.61) | |
| 9/19/2018 | 941,554 | $7.39 | 0.4% | 0.0% | 0.00 | |
| 9/20/2018 | 1,407,010 | $7.97 | 7.8% | 6.7% | 1.93 | |
| 9/21/2018 | 1,752,167 | $7.95 | -0.3% | -0.3% | (0.09) | |
| 9/24/2018 | 800,778 | $8.01 | 0.8% | -0.2% | (0.07) | |
| 9/26/2018 | 959,290 | $7.82 | -6.0% | -6.6% | (1.91) | |
| 9/28/2018 | 769,325 | $7.94 | -1.1% | -1.6% | (0.45) | |
| 10/1/2018 | 1,559,477 | $7.49 | -5.7% | -5.6% | (1.61) | |
| 10/2/2018 | 696,859 | $7.36 | -1.7% | -1.8% | (0.52) | |
| 10/4/2018 | 1,160,233 | $7.74 | -1.4% | -0.2% | (0.05) | |
| 10/5/2018 | 1,205,312 | $8.41 | 8.7% | 8.8% | 2.55 | Y |
| 10/8/2018 | 1,351,881 | $8.63 | 2.6% | 2.7% | 0.78 | |
| 10/9/2018 | 2,073,886 | $9.20 | 6.6% | 6.4% | 1.86 | |
| 10/10/2018 | 1,836,435 | $8.86 | -3.7% | -2.2% | (0.63) | |
| 10/11/2018 | 1,614,283 | $8.05 | -9.1% | -8.4% | (2.43) | Y |
| 10/12/2018 | 1,567,282 | $7.70 | -4.3% | -5.9% | (1.69) | |
| 10/16/2018 | 808,692 | $7.56 | 1.2% | -1.6% | (0.45) | |
| 10/17/2018 | 790,097 | $7.37 | -2.5% | -2.8% | (0.81) | |
| 10/18/2018 | 1,128,507 | $7.80 | 5.8% | 6.3% | 1.83 | |
| 10/22/2018 | 537,278 | $7.46 | -1.1% | -0.6% | (0.19) | |
| 10/24/2018 | 638,141 | $7.09 | -1.7% | 1.4% | 0.42 | |
| 10/25/2018 | 587,259 | $7.29 | 2.8% | 1.5% | 0.43 | |
| 10/26/2018 | 724,168 | $7.00 | -4.0% | -4.1% | (1.19) | |
| 10/29/2018 | 730,921 | $7.09 | 1.3% | 1.5% | 0.43 | |
| 10/31/2018 | 625,965 | $7.45 | 0.5% | -0.1% | (0.03) | |
| 11/1/2018 | 722,075 | $7.53 | 1.1% | -1.6% | (0.45) | |
| 11/2/2018 | 669,156 | $7.17 | -4.8% | -5.0% | (1.45) | |
| 11/5/2018 | 423,272 | $7.26 | 1.3% | 0.9% | 0.26 | |
| 11/6/2018 | 499,105 | $7.37 | 1.5% | 0.9% | 0.27 | |
| 11/7/2018 | 990,636 | $7.41 | 0.5% | -1.2% | (0.34) | |
| 11/9/2018 | 2,466,871 | $6.34 | -13.4% | -12.6% | (3.64) | Y |
| 11/12/2018 | 1,183,472 | $5.86 | -7.6% | -6.2% | (1.80) | |
| 11/13/2018 | 1,550,709 | $5.90 | 0.7% | 0.5% | 0.15 | |
| 11/15/2018 | 1,912,807 | $3.87 | -6.6% | -8.3% | (2.39) | Y |
| 11/16/2018 | 5,678,533 | $3.98 | 3.0% | 2.2% | 0.63 | |
| 11/19/2018 | 2,438,883 | $3.68 | -7.5% | -6.7% | (1.93) | |
| 11/20/2018 | 1,655,127 | $3.56 | -3.4% | -3.4% | (0.99) | |
| 11/21/2018 | 952,925 | $3.93 | 10.5% | 9.8% | 2.82 | Y |
| 11/23/2018 | 608,975 | $3.94 | 0.3% | -0.4% | (0.11) | |
| 11/26/2018 | 2,443,628 | $4.36 | 10.7% | 9.4% | 2.71 | Y |
| 11/27/2018 | 1,477,691 | $4.41 | 1.1% | 1.0% | 0.28 | |
| 11/28/2018 | 1,471,878 | $4.75 | 7.7% | 5.8% | 1.67 | |
| 11/29/2018 | 854,139 | $4.81 | 1.3% | 1.0% | 0.28 | |
| 12/6/2018 | 1,612,514 | $4.17 | -1.0% | -1.5% | (0.44) | |
| 12/11/2018 | 761,282 | $4.35 | -1.6% | -2.0% | (0.59) | |
| 12/13/2018 | 562,127 | $4.21 | -3.2% | -2.7% | (0.78) | |
| 12/14/2018 | 1,075,233 | $4.09 | -2.9% | -2.2% | (0.64) | |
| 12/17/2018 | 1,173,725 | $3.99 | -2.4% | -1.8% | (0.53) | |
| 12/18/2018 | 1,222,877 | $3.75 | -6.0% | -5.4% | (1.55) | |
| 12/19/2018 | 797,881 | $3.58 | -4.5% | -3.8% | (1.09) | |

**EXHIBIT NO. 11**
**Amyris, Inc.**
**Analysis of Abnormal Returns on "News Days" and "No-News Days"**

**News Days**

| Date | Volume | Price | Return % | Abnormal Return % | T-stat | Stat. Sig. |
|------|--------|-------|----------|-------------------|--------|------------|

**No-News Days**

| Date | Volume | Price | Return % | Abnormal Return % | T-stat | Stat. Sig. |
|------|--------|-------|----------|-------------------|--------|------------|
| 12/20/2018 | 1,135,627 | $3.40 | -5.0% | -4.4% | (1.26) | |
| 12/21/2018 | 3,567,931 | $3.02 | -11.2% | -9.3% | (2.69) | Y |
| 12/24/2018 | 387,309 | $3.16 | 4.6% | 4.9% | 1.42 | |
| 12/26/2018 | 795,835 | $3.07 | -2.8% | -6.6% | (1.92) | |
| 12/27/2018 | 1,119,993 | $3.46 | 12.7% | 12.4% | 3.57 | Y |
| 12/28/2018 | 1,643,932 | $3.53 | 2.0% | 1.7% | 0.49 | |
| 1/2/2019 | 1,122,429 | $3.78 | 13.2% | 12.5% | 3.60 | Y |
| 1/3/2019 | 842,392 | $3.86 | 2.1% | 1.6% | 0.45 | |
| 1/4/2019 | 867,701 | $3.93 | 1.8% | -1.4% | (0.40) | |
| 1/7/2019 | 663,054 | $4.05 | 3.1% | 0.8% | 0.25 | |
| 1/8/2019 | 801,525 | $4.01 | -1.0% | -1.7% | (0.50) | |
| 1/9/2019 | 692,379 | $4.04 | 0.7% | 0.0% | 0.00 | |
| 1/10/2019 | 613,483 | $3.94 | -2.5% | -3.6% | (1.04) | |
| 1/11/2019 | 447,327 | $3.83 | -2.8% | -3.2% | (0.93) | |
| 1/14/2019 | 819,506 | $3.74 | -2.3% | -1.8% | (0.51) | |
| 1/15/2019 | 759,119 | $3.81 | 1.9% | 0.4% | 0.12 | |
| 1/16/2019 | 818,734 | $3.68 | -3.4% | -3.5% | (1.00) | |
| 1/17/2019 | 623,648 | $3.66 | -0.5% | -1.5% | (0.44) | |
| 1/18/2019 | 939,468 | $3.59 | -1.9% | -2.6% | (0.76) | |
| 1/22/2019 | 632,716 | $3.44 | -4.2% | -3.6% | (1.04) | |
| 1/23/2019 | 511,253 | $3.38 | -1.7% | -1.7% | (0.49) | |
| 1/24/2019 | 740,592 | $3.33 | -1.5% | -1.9% | (0.54) | |
| 1/25/2019 | 746,433 | $3.19 | -4.2% | -5.4% | (1.56) | |
| 1/28/2019 | 988,205 | $2.94 | -7.8% | -7.1% | (2.05) | Y |
| 1/29/2019 | 1,335,601 | $2.80 | -4.8% | -5.3% | (1.52) | |
| 1/30/2019 | 1,334,293 | $3.12 | 11.4% | 10.6% | 3.08 | Y |
| 1/31/2019 | 1,317,250 | $3.39 | 8.7% | 7.5% | 2.16 | Y |
| 2/1/2019 | 628,442 | $3.19 | -5.9% | -6.6% | (1.90) | |
| 2/4/2019 | 376,938 | $3.16 | -0.9% | -1.3% | (0.37) | |
| 2/6/2019 | 14,027,268 | $5.48 | 0.2% | -0.1% | (0.02) | |
| 2/7/2019 | 6,227,047 | $5.45 | -0.5% | 0.5% | 0.13 | |
| 2/8/2019 | 9,432,132 | $5.70 | 4.6% | 3.9% | 1.12 | |
| 2/13/2019 | 3,311,783 | $4.64 | -5.3% | -5.8% | (1.68) | |
| 2/14/2019 | 2,266,424 | $4.59 | -1.1% | -1.6% | (0.47) | |
| 2/15/2019 | 3,291,417 | $4.96 | 8.1% | 6.8% | 1.95 | |
| 2/19/2019 | 3,115,012 | $4.53 | -8.7% | -8.7% | (2.52) | Y |
| 2/20/2019 | 1,982,545 | $4.47 | -1.3% | -1.6% | (0.45) | |
| 2/21/2019 | 1,462,286 | $4.63 | 3.6% | 4.2% | 1.22 | |
| 2/22/2019 | 1,775,211 | $4.93 | 6.5% | 5.2% | 1.51 | |
| 2/25/2019 | 1,447,701 | $4.90 | -0.6% | -2.1% | (0.60) | |
| 2/26/2019 | 1,794,201 | $4.60 | -6.1% | -6.3% | (1.81) | |
| 2/27/2019 | 1,566,672 | $4.66 | 1.3% | 0.1% | 0.03 | |
| 2/28/2019 | 1,480,950 | $4.74 | 1.7% | 2.1% | 0.60 | |
| 3/1/2019 | 908,985 | $4.65 | -1.9% | -3.5% | (1.00) | |
| 3/4/2019 | 1,557,739 | $4.80 | 3.2% | 3.4% | 0.98 | |
| 3/6/2019 | 1,013,974 | $4.56 | -3.4% | -2.0% | (0.58) | |
| 3/7/2019 | 1,016,841 | $4.37 | -4.2% | -4.2% | (1.20) | |
| 3/8/2019 | 1,346,576 | $4.27 | -2.3% | -2.4% | (0.69) | |
| 3/11/2019 | 1,341,639 | $4.40 | 3.0% | 1.5% | 0.42 | |
| 3/13/2019 | 1,101,879 | $4.40 | -5.6% | -6.7% | (1.94) | |
| 3/14/2019 | 1,035,722 | $4.15 | -5.7% | -5.8% | (1.68) | |
| 3/15/2019 | 1,799,159 | $3.93 | -5.3% | -6.3% | (1.82) | |
| 3/18/2019 | 3,922,636 | $3.81 | -3.1% | -3.3% | (0.95) | |

**News Days**

| | |
|---|---|
| Count: | 47 |
| Statistically Significant: | 11 |
| Percentage Significant: | 23.4% |

**No-News Days**

| | |
|---|---|
| Count: | 207 |
| Statistically Significant: | 14 |
| Percentage Significant: | 6.8% |

**EXHIBIT NO. 12**
**Amyris, Inc.**
**Comparison of Abnormal Returns on "News Days" and "No-News Days"**

| Days with News | | | Days without News | | | Total Days | | | Difference Between News and W/O News | S.E. of Difference Between News and W/O News | Z Score | P-Value on Difference | Confidence in Sample Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Number | Number With Significant Reaction | Percent Significant | Total Number | Number With Significant Reaction | Percent Significant | Total Number | Number With Significant Reaction | Percent Significant | | | | | |
| (1) | (2) | (3) = (2) / (1) | (4) | (5) | (6) = (5) / (4) | (7) | (8) | (9) = (8) / (7) | (10) = (3) - (6) | (11) see a below | (12) = (10) / 11 | (13) see b below | (14) = 1 - (13) |
| 47 | 11 | 23.4% | 207 | 14 | 6.8% | 254 | 25 | 9.8% | 16.6% | 4.8% | 3.457 | 0.03% | 99.97% |

a =((9)*(1-(9))/(1)+(9)*(1-(9))/(4))^0.5
b =Excel Function: 1-NORMDIST((12),0,1,TRUE)