UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MULDERRIG, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMYRIS, INC., ET AL.,<br><br>　　　　Defendants. | Case No.: 19-CV-1765-YGR<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE AND GRANTING REQUEST TO EXTEND DEADLINES |

　　The Court has reviewed the docket in this action and notes the pending motion for class certification. Accordingly, until the Court has resolved the motion, the Court finds that a further case management conference in this matter is premature and will reset it at a later date. This order is not intended to be an indication as to the merits of the motion.

　　Further, the parties' joint request to extend discovery and other deadlines in their Joint Case Management Statement is **GRANTED**. (Dkt. No. 88.) Accordingly, the deadline to amend pleadings is continued to **September 10, 2021**; the close of fact discovery is continued to **March 1, 2022**; the deadline to exchange expert report on issues where party has burden of proof is continued to **April 12, 2022**; the deadline to exchange responsive expert reports is continued to **May 24, 2022**; the deadline to exchange rebuttal expert reports is **June 24, 2022**; the expert discovery cut-off is continued to **August 23, 2022**; the deadline for filing of summary judgment motions is continued to **October 12, 2022**; the deadline for filing for oppositions is continued to **December 7, 2022**; and the deadline for filing of replies is continued to **January 18, 2023**.

　　**IT IS SO ORDERED**.

Date: August 27, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE