UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, Individually and on Behalf of All Others Similarly Situated, | CASE NO. 4:19-cv-01765 |
| Plaintiffs, | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | Action Filed: April 3, 2019 |
| AMYRIS, INC. JOHN G. MELO, and KATHLEEN VALIASEK, | |
| Defendants. | |

Gibson, Dunn &
Crutcher LLP

After consideration of the briefs, the arguments of counsel, and all other matters presented to the Court, Plaintiffs' motion for class certification is denied.  Plaintiffs Rob Jansen and Vincent Carbone, the proposed class representatives, are atypical and inadequate.  *See* Fed. R. Civ. P. 23(a).  Further, questions of law or fact common to class members do not predominate over any questions affecting only individual members.  *See* Fed. R. Civ. P. 23(b)(3).

**IT IS SO ORDERED.**

Dated:  _____          _____
                                                                  YVONNE GONZALEZ ROGERS
                                                                  United States District Court Judge

Gibson, Dunn &
Crutcher LLP

2

[PROPOSED] ORDER DENYING PLS.' MOTION FOR CLASS CERTIFICATION– CASE NO. 4:19-CV-01765