MICHAEL D. CELIO, SBN 197998
mcelio@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

ALEXANDER K. MIRCHEFF, SBN 245074
amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ELIZABETH AISLINN DOOLEY, SBN 292358
edooley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants AMYRIS, INC. and JOHN G. MELO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>Defendants. | CASE NO. 4:19-cv-01765-YGR<br><br>**DECLARATION OF ALEXANDER K. MIRCHEFF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Hearing:**<br>Date:       November 22, 2021<br>Time:       2:00 p.m.<br>Place:      Courtroom 1 (via Zoom)<br>Judge:     Hon. Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

MIRCHEFF DECL. ISO DEFS.' OPP'N MOT. CLASS CERTIFICATION – CASE NO. 4:19-CV-01765-YGR

I, Alexander K. Mircheff, declare and state as follows:

1.      I am an attorney licensed to practice law in the State of California and admitted to practice in the Northern District of California.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Amyris, Inc. and John G. Melo (collectively, "Defendants") in the above-captioned matter.  I make this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of Amyris Inc.'s ("Amyris") March 18, 2019 press release titled "Amyris Reports Fourth Quarter and Fiscal Year 2018 Financial Results and Announces Signing of $300 Million Definitive Cannabinoid Agreement."  A true and correct copy of this document was obtained by accessing the U.S. Security and Exchange Commission's Electronic Data Gathering, Analysis and Retrieval system on June 3, 2019.

3.      Attached hereto as Exhibit B is a publicly available transcript of Amyris's November 13, 2018 earnings call, which was obtained from the website Seeking Alpha on August 25, 2021.

4.      Attached hereto as Exhibit C is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Rob Jansen, dated September 8, 2021.

5.      Attached hereto as Exhibit D is a true and correct copy of excerpts from the documents produced by Plaintiff Jansen in the above-captioned action beginning at Bates No. JANSEN000131.

6.      Attached hereto as Exhibit E is a true and correct copy of a publicly available document dated November 16, 2018, which was obtained from the website Stocktwits on September 8, 2021.

7.      Attached hereto as Exhibit F is a true and correct copy of a document produced by Plaintiff Jansen in the above-captioned action beginning at Bates No. JANSEN000005.

8.      Attached hereto as Exhibit G is a true and correct copy of an e-mail chain produced by Plaintiff Jansen in the above-captioned action beginning at Bates No. JANSEN000056.

9.      Attached hereto as Exhibit H is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Vincent Carbone, dated August 27, 2021.

Gibson, Dunn &
Crutcher LLP

1

MIRCHEFF DECL. ISO DEFS.' OPP'N MOT. CLASS CERTIFICATION – CASE NO. 4:19-CV-01765-YGR

10.    Attached hereto as Exhibit I is a true and correct copy of excerpts from the transcript of the deposition of Cynthia L. Jones, dated September 14, 2021.

11.    I declare under the penalty of perjury that the foregoing is true and correct and that this Declaration was executed on September 24, 2021 in Palo Alto, California.


By:    /s/  *Alexander K. Mircheff*
　　　　　　　　　　Alexander K. Mircheff