# EXHIBIT C

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Confidential

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--------------------------------X

SHANE MULDERRIG and RONY

DEVORAH, Individually and on        CASE NO.

Behalf of All Others         4:19-cv-01765-YGR

Similarly Situated,

            Plaintiffs,

        vs.

AMYRIS, INC., et al.,

            Defendants.

--------------------------------X

            CONFIDENTIAL

    REMOTE DEPOSITION OF ROB JANSEN

            September 8, 2021

Reported by:

MARY F. BOWMAN, RPR, CRR

JOB NO. 199149

3

Confidential

Page 28

Confidential

Confidential

Page 31

Confidential

Page 32

Confidential

Page 62





Confidential



Confidential





Page 116



Confidential

Page 134

Confidential

Confidential

Page 140





Confidential

Page 166

Confidential

Page 234



Confidential

Page 235



Page 249





Confidential

Page 251



Confidential

Page 255



Confidential

Page 256



Confidential

Page 257

Confidential

Page 258

