# EXHIBIT D

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

CONFIDENTIAL

JANSEN000132

Kent (Rubber) Industries



CONFIDENTIAL

JANSEN000295



CONFIDENTIAL

JANSEN000296



**CONFIDENTIAL**                                                                 **JANSEN000341**

CONFIDENTIAL

JANSEN000342

CONFIDENTIAL

JANSEN000348

**CONFIDENTIAL**

**JANSEN000349**



**CONFIDENTIAL**

**JANSEN000350**



CONFIDENTIAL

JANSEN000351



**CONFIDENTIAL**

**JANSEN000357**

CONFIDENTIAL

JANSEN000384

**CONFIDENTIAL**

**JANSEN000388**

CONFIDENTIAL

CONFIDENTIAL

JANSEN000439

CONFIDENTIAL

JANSEN000459

**CONFIDENTIAL**

**JANSEN000463**