# EXHIBIT E



**FinalThought** 11/15/18, 09:27 PM

$AMRS Recent article about China new regulation on chemical producers and the substential health problem they have today: chinadialogue.net/article/s...

e the Communist Party Central Committee clarifie

on on soil pollution, saying that the risks associate

armful chemicals in the environment should be

sed, with strict restrictions on the manufacture, us

t of high-risk chemicals, which should be gradually

ated and replaced. This new authority will be a furt

to management of environmentally-harmful chemi

💬 45          🔁          ♡ 1          ⬆          🔍



**FinalThought** 11/16/18, 12:13 AM

@RubberJ You can also see the quote show maximum Vit E price(50%) was 130 yuan/kg, which is 18$/kg.Melo said price went to 30$/kg. 30$/kg is

💬          🔁          ♡          ⬆



**RubberJ** 11/16/18, 12:15 AM

@FinalThought as you can see 4.375M was paid royalty based on price above 8,5 the rest is accounting based on expectations

ble presents the amounts by which revenue is affected in the current reporting period by the application of ASC 60 lat was in effect before the accounting change. No other consolidated statements of operations financial statem on of ASC 606.

| | Three Months Ended September 30, 2018 | | | Nine Months Ended September 30, | | |
|---|---|---|---|---|---|---|
| | As Reported | Adjustments | Amounts Without the Adoption of ASC 606 | As Reported | Adjustments | Amounts the Ado ASC |
| :ts | $ 9,639 | $ — | $ 9,639 | $ 21,467 | $ — | $ |
| lties | 142 | 1,656 | 1,798 | 18,466 | (14,091) | |
| >rations | 5,085 | (1,555) | 3,530 | 21,125 | (3,820) | |
| n all customers | $ 14,866 | $ 101 | $ 14,967 | $ 61,058 | $ (17,911) | $ |

nents In January 2016, the Financial Accounting Standards Board (FASB) issued ASU 2016-01, *Financial :ognition and Measurement of Financial Assets and Financial Liabilities*, which changes the accounting for ler the fair value option, and the presentation and disclosure requirements for financial instruments. The Company ind, as a result, has changed its accounting policy to account for investments in equity securities (other than those accounting) at fair value with changes in fair value recognized in net income. The Company applied the me