# EXHIBIT F

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



Mr. R Jansen

███████████

███████████



CONFIDENTIAL

JANSEN000005

CONFIDENTIAL

JANSEN000006

CONFIDENTIAL

JANSEN000007



CONFIDENTIAL

JANSEN000008

CONFIDENTIAL

JANSEN000009

CONFIDENTIAL

JANSEN000010

CONFIDENTIAL

JANSEN000011



CONFIDENTIAL

JANSEN000012

CONFIDENTIAL

JANSEN000013

CONFIDENTIAL

JANSEN000014

CONFIDENTIAL

JANSEN000015



CONFIDENTIAL

JANSEN000016

CONFIDENTIAL

JANSEN000017

CONFIDENTIAL

JANSEN000018

CONFIDENTIAL

JANSEN000019



CONFIDENTIAL

JANSEN000020

CONFIDENTIAL

JANSEN000021

CONFIDENTIAL

JANSEN000022

CONFIDENTIAL

JANSEN000023

CONFIDENTIAL

JANSEN000024

CONFIDENTIAL

JANSEN000025

CONFIDENTIAL

JANSEN000026

CONFIDENTIAL

JANSEN000027

CONFIDENTIAL

JANSEN000028



CONFIDENTIAL

JANSEN000029

CONFIDENTIAL

JANSEN000030

CONFIDENTIAL

JANSEN000031

CONFIDENTIAL

JANSEN000032

CONFIDENTIAL

JANSEN000033

CONFIDENTIAL

JANSEN000034

CONFIDENTIAL

JANSEN000035

CONFIDENTIAL

JANSEN000036

CONFIDENTIAL

JANSEN000037

CONFIDENTIAL

JANSEN000038

CONFIDENTIAL

JANSEN000039

CONFIDENTIAL

JANSEN000040

CONFIDENTIAL

JANSEN000041

CONFIDENTIAL

JANSEN000042



CONFIDENTIAL

JANSEN000043

CONFIDENTIAL

JANSEN000044

CONFIDENTIAL

JANSEN000045



CONFIDENTIAL

JANSEN000046



CONFIDENTIAL

JANSEN000047