# EXHIBIT G

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



CONFIDENTIAL

JANSEN 000056



CONFIDENTIAL

JANSEN 000057

CONFIDENTIAL

JANSEN 000058



CONFIDENTIAL                                                                                                    JANSEN 000059

CONFIDENTIAL

JANSEN 000060

CONFIDENTIAL

JANSEN 000061

CONFIDENTIAL

JANSEN 000062