Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

William B. Federman (admitted *pro hac vice*)
A. Brooke Murphy (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com
abm@federmanlaw.com

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>Defendants. | Case No.:  4:19-cv-01765-YGR<br><br>**DECLARATION OF A. BROOKE MURPHY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:  November 16, 2021<br>Time:  2:00 p.m.<br>Location: Courtroom 1 (via Zoom)<br>Judge:  Hon. Yvonne Gonzalez Rogers |

I, A. Brooke Murphy, declare under penalty of perjury as follows:

1.    I am an attorney admitted to the Bar of the state of Oklahoma, and I am admitted *pro hac vice* in this case.  I am a member of the law firm Federman & Sherwood, counsel for plaintiffs Rob Jansen and Vincent Carbone and Lead Counsel for Plaintiffs in the above referenced action.  I submit this declaration in further support of Plaintiffs' Motion for Class Certification.

2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Vincent Carbone, dated August 27, 2021.

3.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Rob Jansen, dated September 8, 2021.

4.    Attached hereto as Exhibit 3 is a true and correct copy of Plaintiff Rob Jansen's loss analysis, previously filed with this Court on June 3, 2019 (ECF No. 12-2), with relevant highlighting added by Lead Counsel for Plaintiffs.

5.    Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff Rob Jansen's Responses to Defendant Amyris, Inc. and John Melo's First Set of Interrogatories to Plaintiffs, with relevant highlighting added by Lead Counsel for Plaintiffs.

6.    Attached hereto as Exhibit 5 is a true and correct copy of the Rebuttal Report of Cynthia L. Jones, CFA.

7.    Attached hereto as Exhibit 6 is a true and correct copy of the Order Instituting Cease-and-Desist Proceedings Pursuant to Section 21C of the Securities Exchange Act of 1934, Making Findings, and Imposing a Cease-and-Desist Order, entered by the SEC on October 15, 2021, in *In the Matter of Amyris, Inc.*, Administrative Proceeding File No. 3-20624.

Dated: November 2, 2021                     Respectfully submitted,

                                            */s/A. Brooke Murphy*
                                            A. Brooke Murphy (admitted *pro hac vice*)
                                            William B. Federman (admitted *pro hac vice*)
                                            FEDERMAN & SHERWOOD
                                            10205 North Pennsylvania Avenue

Oklahoma City, Oklahoma 73120
Tel: (405) 235-1560
Fax: (405) 239-2112
-and-
212 W. Spring Valley Road
Richardson, TX  75081
abm@federmanlaw.com
wbf@federmanlaw.com

*Lead Counsel for Plaintiffs and Proposed Class Counsel*


Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700/Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, CA 90804
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Tuesday, November 2, 2021.

/s/A. Brooke Murphy
A. Brooke Murphy

Declaration of A. Brooke Murphy
In Support of Motion for Class Certification          2          Case No. 4:19-cv-01765-YGR