# EXHIBIT 3

**Amyris, Inc. Plantiff R. Jansen's Loss Calculation**
Loss Analysis
First-In First-Out ("FIFO") Gain (Loss) Analysis
Class Period 3/15/2018 - 3/19/2019

**Class Period Purchases**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained | Loss (Gain) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/15/2018 | $ 6.900 | 1,000 | $ 6,900.00 | Sale | 03/29/2018 | $ 6.500 | 1,000 | $ 6,500.00 | 0 | $ 400.00 |
| Purchase | 04/04/2018 | $ 6.898 | 4,000 | $ 27,592.82 | Sale | 10/23/2018 | $ 7.004 | 4,000 | $ 28,016.77 | 0 | $ (423.95) |
| Purchase | 04/04/2018 | $ 7.048 | 11,000 | $ 77,523.95 | Sale | 10/23/2018 | $ 7.004 | 11,000 | $ 77,046.13 | 0 | $ 477.82 |
| Purchase | 04/04/2018 | $ 6.792 | 3,000 | $ 20,376.34 | Sale | 10/23/2018 | $ 7.004 | 3,000 | $ 21,012.58 | 0 | $ (636.24) |
| Purchase | 04/04/2018 | $ 6.850 | 2,000 | $ 13,699.71 | Sale | 10/23/2018 | $ 7.004 | 2,000 | $ 14,008.39 | 0 | $ (308.67) |
| Purchase | 04/04/2018 | $ 6.850 | 5,000 | $ 34,249.29 | Sale | 10/23/2018 | $ 7.081 | 5,000 | $ 35,403.76 | 0 | $ (1,154.48) |
| Purchase | 04/26/2018 | $ 6.700 | 5,000 | $ 33,500.00 | Sale | 10/23/2018 | $ 7.081 | 5,000 | $ 35,403.76 | 0 | $ (1,903.76) |
| Purchase | 05/07/2018 | $ 6.500 | 5,000 | $ 32,500.00 | Sale | 10/23/2018 | $ 7.081 | 5,000 | $ 35,403.76 | 0 | $ (2,903.76) |
| Purchase | 05/08/2018 | $ 6.000 | 2,500 | $ 15,000.00 | Sale | 10/23/2018 | $ 7.081 | 2,500 | $ 17,701.88 | 0 | $ (2,701.88) |
| Purchase | 05/09/2018 | $ 5.390 | 1,100 | $ 5,928.78 | Sale | 10/23/2018 | $ 7.081 | 1,100 | $ 7,788.83 | 0 | $ (1,860.05) |
| Purchase | 05/09/2018 | $ 5.390 | 1,400 | $ 7,545.72 | Sale | 10/23/2018 | $ 7.160 | 1,400 | $ 10,024.00 | 0 | $ (2,478.28) |
| Purchase | 05/10/2018 | $ 5.540 | 10,000 | $ 55,400.00 | Sale | 11/12/2018 | $ 6.101 | 10,000 | $ 61,006.47 | 0 | $ (5,606.47) |
| Purchase | 05/16/2018 | $ 5.490 | 1,600 | $ 8,784.00 | Sale | 11/12/2018 | $ 6.101 | 1,600 | $ 9,761.04 | 0 | $ (977.04) |
| Purchase | 05/16/2018 | $ 5.470 | 1,057 | $ 5,781.55 | Sale | 11/12/2018 | $ 6.101 | 1,057 | $ 6,448.38 | 0 | $ (666.83) |
| Purchase | 05/16/2018 | $ 5.470 | 7,343 | $ 40,164.58 | Sale | 11/12/2018 | $ 6.100 | 7,343 | $ 44,792.69 | 0 | $ (4,628.11) |
| Purchase | 06/07/2018 | $ 5.550 | 2,040 | $ 11,322.00 | Sale | 11/12/2018 | $ 6.100 | 2,040 | $ 12,444.11 | 0 | $ (1,122.11) |
| Purchase | 06/07/2018 | $ 5.600 | 10,617 | $ 59,454.90 | Sale | 11/12/2018 | $ 6.100 | 10,617 | $ 64,764.26 | 0 | $ (5,309.35) |
| Purchase | 06/07/2018 | $ 5.600 | 1,243 | $ 6,960.77 | Sale | 11/12/2018 | $ 6.246 | 1,243 | $ 7,763.60 | 0 | $ (802.83) |
| Purchase | 06/07/2018 | $ 5.600 | 6,100 | $ 34,159.83 | Sale | 11/12/2018 | $ 6.165 | 6,100 | $ 37,606.80 | 0 | $ (3,446.97) |
| Purchase | 06/07/2018 | $ 5.500 | 165 | $ 907.50 | Sale | 11/13/2018 | $ 4.570 | 165 | $ 754.00 | 0 | $ 153.50 |
| Purchase | 06/07/2018 | $ 5.500 | 910 | $ 5,005.00 | Sale | 11/13/2018 | $ 5.600 | 910 | $ 5,096.22 | 0 | $ (91.22) |
| Purchase | 06/07/2018 | $ 5.549 | 2,982 | $ 16,547.58 | Sale | 11/13/2018 | $ 5.600 | 2,982 | $ 16,699.93 | 0 | $ (152.35) |
| Purchase | 06/07/2018 | $ 5.549 | 5,000 | $ 27,745.77 | Sale | 11/14/2018 | $ 4.203 | 5,000 | $ 21,015.00 | 0 | $ 6,730.77 |
| Purchase | 06/07/2018 | $ 5.549 | 4,400 | $ 24,416.28 | Sale | 11/14/2018 | $ 4.401 | 4,400 | $ 19,365.28 | 0 | $ 5,051.00 |
| Purchase | 06/07/2018 | $ 5.549 | 5,000 | $ 27,745.77 | Sale | 11/14/2018 | $ 4.250 | 5,000 | $ 21,250.00 | 0 | $ 6,495.77 |
| Purchase | 06/07/2018 | $ 5.549 | 1,543 | $ 8,562.35 | Sale | 11/14/2018 | $ 4.207 | 1,543 | $ 6,491.63 | 0 | $ 2,070.72 |
| Purchase | 06/11/2018 | $ 5.606 | 100 | $ 560.60 | Sale | 11/14/2018 | $ 4.207 | 100 | $ 420.71 | 0 | $ 139.89 |
| Purchase | 08/14/2018 | $ 7.749 | 900 | $ 6,973.75 | Sale | 11/14/2018 | $ 4.207 | 900 | $ 3,786.43 | 0 | $ 3,187.32 |
| Purchase | 08/14/2018 | $ 7.739 | 3,800 | $ 29,406.75 | Sale | 11/14/2018 | $ 4.207 | 3,800 | $ 15,987.16 | 0 | $ 13,419.59 |
| Purchase | 08/23/2018 | $ 7.550 | 3,557 | $ 26,855.35 | Sale | 11/14/2018 | $ 4.207 | 3,557 | $ 14,964.82 | 0 | $ 11,890.53 |
| Purchase | 08/23/2018 | $ 7.550 | 100 | $ 755.00 | Sale | 11/14/2018 | $ 4.300 | 100 | $ 430.00 | 0 | $ 325.00 |
| Purchase | 08/23/2018 | $ 7.550 | 1,343 | $ 10,139.65 | Sale | 11/14/2018 | $ 4.450 | 1,343 | $ 5,976.63 | 0 | $ 4,163.02 |
| Purchase | 08/31/2018 | $ 8.900 | 1,057 | $ 9,407.30 | Sale | 11/14/2018 | $ 4.450 | 1,057 | $ 4,703.87 | 0 | $ 4,703.43 |
| Purchase | 08/31/2018 | $ 8.900 | 3,943 | $ 35,092.70 | Sale | 11/14/2018 | $ 4.450 | 3,943 | $ 17,546.35 | 0 | $ 17,546.35 |
| Purchase | 09/21/2018 | $ 7.890 | 557 | $ 4,394.62 | Sale | 11/14/2018 | $ 4.450 | 557 | $ 2,478.65 | 0 | $ 1,915.97 |
| Purchase | 09/21/2018 | $ 7.890 | 500 | $ 3,944.90 | Sale | 11/14/2018 | $ 4.540 | 500 | $ 2,270.00 | 0 | $ 1,674.90 |
| Purchase | 09/21/2018 | $ 7.890 | 1,443 | $ 11,384.98 | Sale | 11/14/2018 | $ 4.590 | 1,443 | $ 6,623.37 | 0 | $ 4,761.61 |
| Purchase | 09/27/2018 | $ 8.053 | 1,565 | $ 12,602.95 | Sale | 11/14/2018 | $ 4.590 | 1,565 | $ 7,183.35 | 0 | $ 5,419.60 |
| Purchase | 09/27/2018 | $ 8.053 | 435 | $ 3,503.06 | Sale | 11/14/2018 | $ 4.578 | 435 | $ 1,991.29 | 0 | $ 1,511.76 |
| Purchase | 09/27/2018 | $ 8.050 | 500 | $ 4,025.00 | Sale | 11/14/2018 | $ 4.578 | 500 | $ 2,288.84 | 0 | $ 1,736.16 |
| Purchase | 10/04/2018 | $ 7.948 | 2,265 | $ 18,001.44 | Sale | 11/14/2018 | $ 4.578 | 2,265 | $ 10,368.46 | 0 | $ 7,632.98 |
| Purchase | 10/04/2018 | $ 7.948 | 627 | $ 4,983.18 | Sale | 11/14/2018 | $ 4.550 | 627 | $ 2,853.09 | 0 | $ 2,130.09 |
| Purchase | 10/04/2018 | $ 7.919 | 2,108 | $ 16,693.69 | Sale | 11/14/2018 | $ 4.550 | 2,108 | $ 9,592.20 | 0 | $ 7,101.49 |
| Purchase | 10/08/2018 | $ 8.700 | 5,000 | $ 43,500.00 | Sale | 11/14/2018 | $ 4.550 | 5,000 | $ 22,751.89 | 0 | $ 20,748.11 |
| Purchase | 10/08/2018 | $ 8.317 | 200 | $ 1,663.49 | Sale | 11/14/2018 | $ 4.550 | 200 | $ 910.08 | 0 | $ 753.41 |
| Purchase | 10/08/2018 | $ 8.317 | 4,800 | $ 39,923.67 | Sale | 11/16/2018 | $ 3.467 | 4,800 | $ 16,642.41 | 0 | $ 23,281.27 |
| Purchase | 10/09/2018 | $ 9.023 | 2,500 | $ 22,556.42 | Sale | 11/16/2018 | $ 3.467 | 2,500 | $ 8,667.92 | 0 | $ 13,888.50 |
| Purchase | 10/19/2018 | $ 7.632 | 5,000 | $ 38,159.92 | Sale | 11/16/2018 | $ 3.467 | 5,000 | $ 17,335.84 | 0 | $ 20,824.08 |
| Purchase | 10/25/2018 | $ 7.189 | 7,700 | $ 55,357.61 | Sale | 11/16/2018 | $ 3.467 | 7,700 | $ 26,697.19 | 0 | $ 28,660.42 |
| Purchase | 10/26/2018 | $ 7.030 | 5,000 | $ 35,150.00 | Sale | 11/16/2018 | $ 3.467 | 5,000 | $ 17,335.84 | 0 | $ 17,814.16 |
| Purchase | 10/26/2018 | $ 7.030 | 5,000 | $ 35,150.00 | Sale | 11/16/2018 | $ 3.518 | 5,000 | $ 17,592.48 | 0 | $ 17,557.52 |
| Purchase | 10/30/2018 | $ 7.438 | 5,000 | $ 37,191.09 | Sale | 11/16/2018 | $ 3.518 | 5,000 | $ 17,592.48 | 0 | $ 19,598.61 |
| Purchase | 10/30/2018 | $ 7.438 | 3,900 | $ 29,009.05 | Sale | 11/16/2018 | $ 3.650 | 3,900 | $ 14,235.00 | 0 | $ 14,774.05 |
| Purchase | 10/30/2018 | $ 7.400 | 1,100 | $ 8,139.55 | Sale | 11/16/2018 | $ 3.650 | 1,100 | $ 4,015.00 | 0 | $ 4,124.55 |
| Purchase | 10/30/2018 | $ 7.381 | 10,000 | $ 73,814.77 | Sale | 11/16/2018 | $ 3.650 | 10,000 | $ 36,500.00 | 0 | $ 37,314.77 |
| Purchase | 11/16/2018 | $ 3.930 | 450 | $ 1,768.33 | Sale | 11/19/2018 | $ 3.760 | 450 | $ 1,692.00 | 0 | $ 76.33 |
| Purchase | 11/16/2018 | $ 3.930 | 10,000 | $ 39,296.27 | Sale | 11/20/2018 | $ 3.341 | 10,000 | $ 33,413.94 | 0 | $ 5,882.33 |
| Purchase | 11/16/2018 | $ 3.930 | 5,000 | $ 19,648.14 | Sale | 12/04/2018 | $ 4.341 | 5,000 | $ 21,704.05 | 0 | $ (2,055.91) |
| Purchase | 11/16/2018 | $ 3.930 | 5,000 | $ 19,648.14 | Sale | 12/04/2018 | $ 4.300 | 5,000 | $ 21,500.00 | 0 | $ (1,851.86) |
| Purchase | 11/16/2018 | $ 3.930 | 1,100 | $ 4,322.59 | Sale | 12/04/2018 | $ 4.400 | 1,100 | $ 4,840.00 | 0 | $ (517.41) |
| Purchase | 11/16/2018 | $ 3.930 | 3,900 | $ 15,325.55 | Sale | 12/04/2018 | $ 4.371 | 3,900 | $ 17,047.05 | 0 | $ (1,721.50) |
| Purchase | 11/16/2018 | $ 3.930 | 100 | $ 392.96 | Sale | 12/14/2018 | $ 4.130 | 100 | $ 413.00 | 0 | $ (20.04) |
| Purchase | 11/16/2018 | $ 3.930 | 250 | $ 982.41 | Sale | 12/14/2018 | $ 4.125 | 250 | $ 1,031.20 | 0 | $ (48.79) |
| Purchase | 11/16/2018 | $ 3.930 | 2,900 | $ 11,395.92 | Sale | 12/14/2018 | $ 4.129 | 2,900 | $ 11,972.78 | 0 | $ (576.86) |
| Purchase | 11/16/2018 | $ 3.930 | 119 | $ 467.63 | Sale | 12/17/2018 | $ 3.960 | 119 | $ 471.24 | 0 | $ (3.61) |
| Purchase | 11/16/2018 | $ 3.930 | 27 | $ 106.10 | Sale | 12/17/2018 | $ 3.960 | 27 | $ 106.92 | 0 | $ (0.82) |

| Transaction Type | Trade Date | Price | | Shares | Total Cost | | Transaction Type | Trade Date | Price | | Shares | Total Proceeds | | Shares Retained | | Loss (Gain) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/16/2018 | $ | 3.930 | 7 | $ | 27.51 | Sale | 12/17/2018 | $ | 3.960 | 7 | $ | 27.72 | 0 | $ | (0.21) | | |
| Purchase | 11/16/2018 | $ | 3.930 | 10 | $ | 39.30 | Sale | 12/17/2018 | $ | 3.930 | 10 | $ | 39.30 | 0 | $ | (0.00) | | |
| Purchase | 11/16/2018 | $ | 3.930 | 17 | $ | 66.80 | Sale | 12/17/2018 | $ | 3.950 | 17 | $ | 67.15 | 0 | $ | (0.35) | | |
| Purchase | 11/16/2018 | $ | 3.930 | 5 | $ | 19.65 | Sale | 12/17/2018 | $ | 3.950 | 5 | $ | 19.75 | 0 | $ | (0.10) | | |
| Purchase | 11/16/2018 | $ | 3.930 | 41 | $ | 161.11 | Sale | 12/17/2018 | $ | 3.930 | 41 | $ | 161.13 | 0 | $ | (0.02) | | |
| Purchase | 11/16/2018 | $ | 3.930 | 4,465 | $ | 17,545.79 | Sale | 01/04/2019 | $ | 5.204 | 4,465 | $ | 23,234.50 | 0 | $ | (5,688.71) | | |
| Purchase | 11/16/2018 | $ | 3.930 | 3 | $ | 11.79 | Sale | 02/07/2019 | $ | 3.962 | 3 | $ | 11.88 | 0 | $ | (0.10) | | |
| Purchase | 11/16/2018 | $ | 3.930 | 1,735 | $ | 6,817.90 | Sale | 02/12/2019 | $ | 5.250 | 1,735 | $ | 9,108.75 | 0 | $ | (2,290.85) | | |
| Purchase | 11/16/2018 | $ | 3.930 | 3,800 | $ | 14,932.58 | Sale | 02/12/2019 | $ | 5.253 | 3,800 | $ | 19,962.00 | 0 | $ | (5,029.42) | | |
| Purchase | 11/16/2018 | $ | 3.930 | 5,571 | $ | 21,891.95 | Sale | 02/12/2019 | $ | 5.450 | 5,571 | $ | 30,361.95 | 0 | $ | (8,470.00) | | |
| Purchase | 11/16/2018 | $ | 3.740 | 5,100 | $ | 19,073.00 | Sale | 02/12/2019 | $ | 5.450 | 5,100 | $ | 27,795.00 | 0 | $ | (8,722.00) | | |
| Purchase | 11/26/2018 | $ | 4.608 | 7,500 | $ | 34,560.42 | Sale | 02/12/2019 | $ | 5.450 | 7,500 | $ | 40,875.00 | 0 | $ | (6,314.58) | | |
| Purchase | 03/11/2019 | $ | 4.348 | 8,968 | $ | 38,991.80 | Sale | 03/18/2019 | $ | 3.850 | 8,968 | $ | 34,526.80 | 0 | $ | 4,465.00 | | |
| Purchase | 03/11/2019 | $ | 4.348 | 7,832 | $ | 34,052.61 | Sale | 03/18/2019 | $ | 3.862 | 7,832 | $ | 30,250.92 | 0 | $ | 3,801.68 | | |
| Purchase | 03/11/2019 | $ | 4.437 | 8,200 | $ | 36,385.00 | Sale | 03/18/2019 | $ | 3.862 | 8,200 | $ | 31,672.32 | 0 | $ | 4,712.68 | | |
| Purchase | 03/12/2019 | $ | 4.598 | 3,968 | $ | 18,242.91 | Sale | 03/18/2019 | $ | 3.862 | 3,968 | $ | 15,326.31 | 0 | $ | 2,916.60 | | |
| Purchase | 03/12/2019 | $ | 4.598 | 12,905 | $ | 59,330.84 | | | $ | 3.763 | | $ | 48,565.82 | 12,905 | * | $ | 10,765.02 | | |
| Purchase | 03/12/2019 | $ | 4.635 | 8,127 | $ | 37,670.11 | | | $ | 3.763 | | $ | 30,584.61 | 8,127 | * | $ | 7,085.50 | | |
| Purchase | 03/12/2019 | $ | 4.491 | 11,516 | $ | 51,719.12 | | | $ | 3.763 | | $ | 43,338.55 | 11,516 | * | $ | 8,380.57 | | |
| Purchase | 03/12/2019 | $ | 4.497 | 13,486 | $ | 60,642.24 | | | $ | 3.763 | | $ | 50,752.31 | 13,486 | * | $ | 9,889.93 | | |
| Purchase | 03/19/2019 | $ | 4.000 | 10,000 | $ | 39,997.00 | | | $ | 3.763 | | $ | 37,633.33 | 10,000 | * | $ | 2,363.67 | | |
| **Total Class Period Purchases** | | | | **323,102** | **$** | **1,831,648.43** | | | | | **267,068** | **$** | **1,521,817.92** | **56,034** | | **$** | **309,830.51** | | |

\* For purchases where shares were retained through the end of the Class Period, the average closing price from 3/20/2019-5/28/2019 was used to get a value of retained shares

**Post Class Period Purchases and Sales (Short) (Offset)**

| Transaction Type | Trade Date | Price | | Shares | Total Cost | | Transaction Type | Trade Date | Price | | Shares | Total Proceeds | | Shares Retained | Loss (Gain) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/07/2019 | $ | 4.420 | 5,000 | $ | 22,100.00 | Sale | 02/13/2019 | $ | 4.700 | 5,000 | $ | 23,500.88 | 0 | $ | (1,400.88) |
| Purchase | 03/11/2019 | $ | 4.431 | 10,000 | $ | 44,308.28 | Sale | 02/13/2019 | $ | 4.700 | 10,000 | $ | 47,001.76 | 0 | $ | (2,693.48) |
| Purchase | 03/11/2019 | $ | 4.431 | 5,200 | $ | 23,040.30 | Sale | 02/13/2019 | $ | 4.706 | 5,200 | $ | 24,472.02 | 0 | $ | (1,431.72) |
| Purchase | 03/11/2019 | $ | 4.431 | 14,800 | $ | 65,576.25 | Sale | 02/13/2019 | $ | 4.660 | 14,800 | $ | 68,972.55 | 0 | $ | (3,396.30) |
| Purchase | 04/10/2019 | $ | 3.898 | 5,000 | $ | 19,491.99 | Sale | 03/20/2019 | $ | 3.306 | 5,000 | $ | 16,529.47 | 0 | $ | 2,962.52 |
| Purchase | 04/12/2019 | $ | 2.493 | 25,000 | $ | 62,323.98 | Sale | 03/20/2019 | $ | 3.306 | 25,000 | $ | 82,647.37 | 0 | $ | (20,323.39) |
| **Total** | | | | **65,000** | **$** | **236,840.80** | | | | | **65,000** | **$** | **263,124.06** | **0** | **$** | **(26,283.26)** |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Loss** | | | | | | | | | | | | | | | **$** | **283,547.25** |

**Amyris, Inc. Plantiff R. Jansen's Loss Calculation**
**Loss Analysis**
**Last-In First-Out ("LIFO") Gain (Loss) Analysis**
Class Period 3/15/2018 - 3/19/2019

**Class Period Purchases**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained | Loss (Gain) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/15/2018 | $ 6.900 | 1,000 | $ 6,900.00 | Sale | 03/29/2018 | $ 6.500 | 1,000 | $ 6,500.00 | 0 | $ 400.00 |
| Purchase | 04/04/2018 | $ 6.792 | 3,000 | $ 20,376.34 | Sale | 02/12/2019 | $ 5.450 | 3,000 | $ 16,350.00 | 0 | $ 4,026.34 |
| Purchase | 04/04/2018 | $ 6.850 | 1,291 | $ 8,843.17 | Sale | 01/04/2019 | $ 5.204 | 1,291 | $ 6,717.97 | 0 | $ 2,125.19 |
| Purchase | 04/04/2018 | $ 6.850 | 3 | $ 20.55 | Sale | 02/07/2019 | $ 3.962 | 3 | $ 11.88 | 0 | $ 8.66 |
| Purchase | 04/04/2018 | $ 6.850 | 1,735 | $ 11,884.50 | Sale | 02/12/2019 | $ 5.250 | 1,735 | $ 9,108.75 | 0 | $ 2,775.75 |
| Purchase | 04/04/2018 | $ 6.850 | 3,800 | $ 26,029.46 | Sale | 02/12/2019 | $ 5.253 | 3,800 | $ 19,962.00 | 0 | $ 6,067.46 |
| Purchase | 04/04/2018 | $ 6.850 | 171 | $ 1,171.33 | Sale | 02/12/2019 | $ 5.450 | 171 | $ 931.95 | 0 | $ 239.38 |
| Purchase | 04/04/2018 | $ 6.898 | 4,000 | $ 27,592.82 | Sale | 02/12/2019 | $ 5.450 | 4,000 | $ 21,800.00 | 0 | $ 5,792.82 |
| Purchase | 04/04/2018 | $ 7.048 | 11,000 | $ 77,523.95 | Sale | 02/12/2019 | $ 5.450 | 11,000 | $ 59,950.00 | 0 | $ 17,573.95 |
| Purchase | 04/26/2018 | $ 6.700 | 1,600 | $ 10,720.00 | Sale | 12/14/2018 | $ 4.129 | 1,600 | $ 6,605.67 | 0 | $ 4,114.33 |
| Purchase | 04/26/2018 | $ 6.700 | 119 | $ 797.30 | Sale | 12/17/2018 | $ 3.960 | 119 | $ 471.24 | 0 | $ 326.06 |
| Purchase | 04/26/2018 | $ 6.700 | 27 | $ 180.90 | Sale | 12/17/2018 | $ 3.960 | 27 | $ 106.92 | 0 | $ 73.98 |
| Purchase | 04/26/2018 | $ 6.700 | 7 | $ 46.90 | Sale | 12/17/2018 | $ 3.960 | 7 | $ 27.72 | 0 | $ 19.18 |
| Purchase | 04/26/2018 | $ 6.700 | 10 | $ 67.00 | Sale | 12/17/2018 | $ 3.930 | 10 | $ 39.30 | 0 | $ 27.70 |
| Purchase | 04/26/2018 | $ 6.700 | 17 | $ 113.90 | Sale | 12/17/2018 | $ 3.950 | 17 | $ 67.15 | 0 | $ 46.75 |
| Purchase | 04/26/2018 | $ 6.700 | 5 | $ 33.50 | Sale | 12/17/2018 | $ 3.950 | 5 | $ 19.75 | 0 | $ 13.75 |
| Purchase | 04/26/2018 | $ 6.700 | 41 | $ 274.70 | Sale | 12/17/2018 | $ 3.930 | 41 | $ 161.13 | 0 | $ 113.57 |
| Purchase | 04/26/2018 | $ 6.700 | 3,174 | $ 21,265.80 | Sale | 01/04/2019 | $ 5.204 | 3,174 | $ 16,516.53 | 0 | $ 4,749.27 |
| Purchase | 05/07/2018 | $ 6.500 | 3,350 | $ 21,775.00 | Sale | 12/04/2018 | $ 4.371 | 3,350 | $ 14,642.98 | 0 | $ 7,132.02 |
| Purchase | 05/07/2018 | $ 6.500 | 100 | $ 650.00 | Sale | 12/14/2018 | $ 4.130 | 100 | $ 413.00 | 0 | $ 237.00 |
| Purchase | 05/07/2018 | $ 6.500 | 250 | $ 1,625.00 | Sale | 12/14/2018 | $ 4.125 | 250 | $ 1,031.20 | 0 | $ 593.80 |
| Purchase | 05/07/2018 | $ 6.500 | 1,300 | $ 8,450.00 | Sale | 12/14/2018 | $ 4.129 | 1,300 | $ 5,367.11 | 0 | $ 3,082.89 |
| Purchase | 05/08/2018 | $ 6.000 | 850 | $ 5,100.00 | Sale | 12/04/2018 | $ 4.300 | 850 | $ 3,655.00 | 0 | $ 1,445.00 |
| Purchase | 05/08/2018 | $ 6.000 | 1,100 | $ 6,600.00 | Sale | 12/04/2018 | $ 4.400 | 1,100 | $ 4,840.00 | 0 | $ 1,760.00 |
| Purchase | 05/08/2018 | $ 6.000 | 550 | $ 3,300.00 | Sale | 12/04/2018 | $ 4.371 | 550 | $ 2,404.07 | 0 | $ 895.93 |
| Purchase | 05/09/2018 | $ 5.390 | 850 | $ 4,581.33 | Sale | 11/20/2018 | $ 3.341 | 850 | $ 2,840.18 | 0 | $ 1,741.15 |
| Purchase | 05/09/2018 | $ 5.390 | 1,650 | $ 8,893.17 | Sale | 12/04/2018 | $ 4.300 | 1,650 | $ 7,095.00 | 0 | $ 1,798.17 |
| Purchase | 05/10/2018 | $ 5.540 | 400 | $ 2,216.00 | Sale | 11/16/2018 | $ 3.650 | 400 | $ 1,460.00 | 0 | $ 756.00 |
| Purchase | 05/10/2018 | $ 5.540 | 450 | $ 2,493.00 | Sale | 11/19/2018 | $ 3.760 | 450 | $ 1,692.00 | 0 | $ 801.00 |
| Purchase | 05/10/2018 | $ 5.540 | 9,150 | $ 50,691.00 | Sale | 11/20/2018 | $ 3.341 | 9,150 | $ 30,573.76 | 0 | $ 20,117.24 |
| Purchase | 05/16/2018 | $ 5.470 | 2,065 | $ 11,295.09 | Sale | 11/14/2018 | $ 4.578 | 2,065 | $ 9,452.92 | 0 | $ 1,842.17 |
| Purchase | 05/16/2018 | $ 5.470 | 6,335 | $ 34,651.04 | Sale | 11/14/2018 | $ 4.550 | 6,335 | $ 28,826.65 | 0 | $ 5,824.39 |
| Purchase | 05/16/2018 | $ 5.490 | 1,600 | $ 8,784.00 | Sale | 11/14/2018 | $ 4.550 | 1,600 | $ 7,280.60 | 0 | $ 1,503.40 |
| Purchase | 06/07/2018 | $ 5.500 | 1,075 | $ 5,912.50 | Sale | 11/14/2018 | $ 4.207 | 1,075 | $ 4,522.68 | 0 | $ 1,389.82 |
| Purchase | 06/07/2018 | $ 5.549 | 165 | $ 915.61 | Sale | 11/13/2018 | $ 4.570 | 165 | $ 754.00 | 0 | $ 161.61 |
| Purchase | 06/07/2018 | $ 5.549 | 3,892 | $ 21,597.31 | Sale | 11/13/2018 | $ 5.600 | 3,892 | $ 21,796.15 | 0 | $ (198.84) |
| Purchase | 06/07/2018 | $ 5.549 | 5,000 | $ 27,745.77 | Sale | 11/14/2018 | $ 4.203 | 5,000 | $ 21,015.00 | 0 | $ 6,730.77 |
| Purchase | 06/07/2018 | $ 5.549 | 4,400 | $ 24,416.28 | Sale | 11/14/2018 | $ 4.401 | 4,400 | $ 19,365.28 | 0 | $ 5,051.00 |
| Purchase | 06/07/2018 | $ 5.549 | 5,000 | $ 27,745.77 | Sale | 11/14/2018 | $ 4.250 | 5,000 | $ 21,250.00 | 0 | $ 6,495.77 |
| Purchase | 06/07/2018 | $ 5.549 | 468 | $ 2,597.00 | Sale | 11/14/2018 | $ 4.207 | 468 | $ 1,968.95 | 0 | $ 628.06 |
| Purchase | 06/07/2018 | $ 5.550 | 905 | $ 5,022.75 | Sale | 11/14/2018 | $ 4.590 | 905 | $ 4,153.95 | 0 | $ 868.80 |
| Purchase | 06/07/2018 | $ 5.550 | 1,135 | $ 6,299.25 | Sale | 11/14/2018 | $ 4.578 | 1,135 | $ 5,195.68 | 0 | $ 1,103.57 |
| Purchase | 06/07/2018 | $ 5.600 | 8,357 | $ 46,798.97 | Sale | 11/14/2018 | $ 4.207 | 8,357 | $ 35,159.13 | 0 | $ 11,639.84 |
| Purchase | 06/07/2018 | $ 5.600 | 100 | $ 560.00 | Sale | 11/14/2018 | $ 4.300 | 100 | $ 430.00 | 0 | $ 130.00 |
| Purchase | 06/07/2018 | $ 5.600 | 2,400 | $ 13,439.93 | Sale | 11/14/2018 | $ 4.450 | 2,400 | $ 10,680.50 | 0 | $ 2,759.43 |
| Purchase | 06/07/2018 | $ 5.600 | 4,500 | $ 25,199.87 | Sale | 11/14/2018 | $ 4.450 | 4,500 | $ 20,025.00 | 0 | $ 5,174.87 |
| Purchase | 06/07/2018 | $ 5.600 | 500 | $ 2,799.99 | Sale | 11/14/2018 | $ 4.540 | 500 | $ 2,270.00 | 0 | $ 529.99 |
| Purchase | 06/07/2018 | $ 5.600 | 2,103 | $ 11,776.74 | Sale | 11/14/2018 | $ 4.590 | 2,103 | $ 9,652.77 | 0 | $ 2,123.97 |
| Purchase | 06/11/2018 | $ 5.606 | 100 | $ 560.60 | Sale | 11/12/2018 | $ 6.165 | 100 | $ 616.50 | 0 | $ (55.90) |
| Purchase | 08/14/2018 | $ 7.739 | 1,100 | $ 8,512.48 | Sale | 10/23/2018 | $ 7.081 | 1,100 | $ 7,788.83 | 0 | $ 723.65 |
| Purchase | 08/14/2018 | $ 7.739 | 1,400 | $ 10,834.07 | Sale | 10/23/2018 | $ 7.160 | 1,400 | $ 10,024.00 | 0 | $ 810.07 |
| Purchase | 08/14/2018 | $ 7.739 | 1,300 | $ 10,060.20 | Sale | 11/12/2018 | $ 6.165 | 1,300 | $ 8,014.56 | 0 | $ 2,045.64 |
| Purchase | 08/14/2018 | $ 7.749 | 900 | $ 6,973.75 | Sale | 11/12/2018 | $ 6.165 | 900 | $ 5,548.54 | 0 | $ 1,425.21 |
| Purchase | 08/23/2018 | $ 7.550 | 5,000 | $ 37,750.00 | Sale | 10/23/2018 | $ 7.081 | 5,000 | $ 35,403.76 | 0 | $ 2,346.24 |
| Purchase | 08/31/2018 | $ 8.900 | 5,000 | $ 44,500.00 | Sale | 10/23/2018 | $ 7.081 | 5,000 | $ 35,403.76 | 0 | $ 9,096.24 |
| Purchase | 09/21/2018 | $ 7.890 | 2,500 | $ 19,724.50 | Sale | 10/23/2018 | $ 7.081 | 2,500 | $ 17,701.88 | 0 | $ 2,022.62 |
| Purchase | 09/27/2018 | $ 8.050 | 500 | $ 4,025.00 | Sale | 10/23/2018 | $ 7.081 | 500 | $ 3,540.38 | 0 | $ 484.62 |
| Purchase | 09/27/2018 | $ 8.053 | 2,000 | $ 16,106.00 | Sale | 10/23/2018 | $ 7.081 | 2,000 | $ 14,161.51 | 0 | $ 1,944.49 |
| Purchase | 10/04/2018 | $ 7.919 | 2,108 | $ 16,693.69 | Sale | 10/23/2018 | $ 7.004 | 2,108 | $ 14,764.84 | 0 | $ 1,928.85 |
| Purchase | 10/04/2018 | $ 7.948 | 392 | $ 3,115.48 | Sale | 10/23/2018 | $ 7.004 | 392 | $ 2,745.64 | 0 | $ 369.84 |
| Purchase | 10/04/2018 | $ 7.948 | 2,500 | $ 19,869.14 | Sale | 10/23/2018 | $ 7.081 | 2,500 | $ 17,701.88 | 0 | $ 2,167.26 |
| Purchase | 10/08/2018 | $ 8.317 | 5,000 | $ 41,587.16 | Sale | 10/23/2018 | $ 7.004 | 5,000 | $ 35,020.97 | 0 | $ 6,566.19 |
| Purchase | 10/08/2018 | $ 8.700 | 5,000 | $ 43,500.00 | Sale | 10/23/2018 | $ 7.004 | 5,000 | $ 35,020.97 | 0 | $ 8,479.03 |
| Purchase | 10/09/2018 | $ 9.023 | 2,500 | $ 22,556.42 | Sale | 10/23/2018 | $ 7.004 | 2,500 | $ 17,510.48 | 0 | $ 5,045.94 |
| Purchase | 10/19/2018 | $ 7.632 | 5,000 | $ 38,159.92 | Sale | 10/23/2018 | $ 7.004 | 5,000 | $ 35,020.97 | 0 | $ 3,138.95 |

| Transaction Type | Trade Date | | Price | Shares | | Total Cost | Transaction Type | Trade Date | | Price | Shares | | Total Proceeds | Shares Retained | | | Loss (Gain) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 10/25/2018 | $ | 7.189 | 2,657 | $ | 19,101.97 | Sale | 11/12/2018 | $ | 6.100 | 2,657 | $ | 16,207.84 | 0 | | $ | 2,894.13 |
| Purchase | 10/25/2018 | $ | 7.189 | 1,243 | $ | 8,936.30 | Sale | 11/12/2018 | $ | 6.246 | 1,243 | $ | 7,763.60 | 0 | | $ | 1,172.70 |
| Purchase | 10/25/2018 | $ | 7.189 | 3,800 | $ | 27,319.34 | Sale | 11/12/2018 | $ | 6.165 | 3,800 | $ | 23,427.19 | 0 | | $ | 3,892.15 |
| Purchase | 10/26/2018 | $ | 7.030 | 10,000 | $ | 70,300.00 | Sale | 11/12/2018 | $ | 6.100 | 10,000 | $ | 61,000.53 | 0 | | $ | 9,299.48 |
| Purchase | 10/30/2018 | $ | 7.381 | 10,000 | $ | 73,814.77 | Sale | 11/12/2018 | $ | 6.101 | 10,000 | $ | 61,006.47 | 0 | | $ | 12,808.29 |
| Purchase | 10/30/2018 | $ | 7.400 | 1,100 | $ | 8,139.55 | Sale | 11/12/2018 | $ | 6.101 | 1,100 | $ | 6,710.71 | 0 | | $ | 1,428.84 |
| Purchase | 10/30/2018 | $ | 7.438 | 1,557 | $ | 11,581.31 | Sale | 11/12/2018 | $ | 6.101 | 1,557 | $ | 9,498.71 | 0 | | $ | 2,082.60 |
| Purchase | 10/30/2018 | $ | 7.438 | 7,343 | $ | 54,618.83 | Sale | 11/12/2018 | $ | 6.100 | 7,343 | $ | 44,792.69 | 0 | | $ | 9,826.15 |
| Purchase | 11/16/2018 | $ | 3.740 | 5,100 | $ | 19,073.00 | Sale | 11/16/2018 | $ | 3.467 | 5,100 | $ | 17,682.56 | 0 | | $ | 1,390.44 |
| Purchase | 11/16/2018 | $ | 3.930 | 19,900 | $ | 78,199.58 | Sale | 11/16/2018 | $ | 3.467 | 19,900 | $ | 68,996.64 | 0 | | $ | 9,202.94 |
| Purchase | 11/16/2018 | $ | 3.930 | 10,000 | $ | 39,296.27 | Sale | 11/16/2018 | $ | 3.518 | 10,000 | $ | 35,184.96 | 0 | | $ | 4,111.31 |
| Purchase | 11/16/2018 | $ | 3.930 | 14,600 | $ | 57,372.56 | Sale | 11/16/2018 | $ | 3.650 | 14,600 | $ | 53,290.00 | 0 | | $ | 4,082.56 |
| Purchase | 11/26/2018 | $ | 4.608 | 5,000 | $ | 23,040.28 | Sale | 12/04/2018 | $ | 4.341 | 5,000 | $ | 21,704.05 | 0 | | $ | 1,336.23 |
| Purchase | 11/26/2018 | $ | 4.608 | 2,500 | $ | 11,520.14 | Sale | 12/04/2018 | $ | 4.300 | 2,500 | $ | 10,750.00 | 0 | | $ | 770.14 |
| Purchase | 03/11/2019 | $ | 4.437 | 8,200 | $ | 36,385.00 | | | $ | 3.763 | | $ | 30,859.33 | 8,200 | * | $ | 5,525.67 |
| Purchase | 03/11/2019 | $ | 4.348 | 16,800 | $ | 73,044.41 | | | $ | 3.763 | | $ | 63,224.00 | 16,800 | * | $ | 9,820.41 |
| Purchase | 03/12/2019 | $ | 4.491 | 11,516 | $ | 51,719.12 | Sale | 03/18/2019 | $ | 3.862 | 11,516 | $ | 44,480.29 | 0 | | $ | 7,238.83 |
| Purchase | 03/12/2019 | $ | 4.497 | 8,968 | $ | 40,326.24 | Sale | 03/18/2019 | $ | 3.850 | 8,968 | $ | 34,526.80 | 0 | | $ | 5,799.44 |
| Purchase | 03/12/2019 | $ | 4.497 | 4,518 | $ | 20,316.01 | Sale | 03/18/2019 | $ | 3.862 | 4,518 | $ | 17,450.67 | 0 | | $ | 2,865.33 |
| Purchase | 03/12/2019 | $ | 4.598 | 16,873 | $ | 77,573.75 | | | $ | 3.763 | | $ | 63,498.72 | 16,873 | * | $ | 14,075.03 |
| Purchase | 03/12/2019 | $ | 4.635 | 3,966 | $ | 18,383.13 | Sale | 03/18/2019 | $ | 3.862 | 3,966 | $ | 15,318.59 | 0 | | $ | 3,064.54 |
| Purchase | 03/12/2019 | $ | 4.635 | 4,161 | $ | 19,286.99 | | | $ | 3.763 | | $ | 15,659.23 | 4,161 | * | $ | 3,627.76 |
| Purchase | 03/19/2019 | $ | 4.000 | 10,000 | $ | 39,997.00 | | | $ | 3.763 | | $ | 37,633.33 | 10,000 | * | $ | 2,363.67 |
| **Total Class Period Purchases** | | | | **323,102** | **$** | **1,831,648.43** | | | | | **267,068** | **$** | **1,521,817.92** | **56,034** | | | **$ 309,830.51** |

* For purchases where shares were retained through the end of the Class Period, the average closing price from 3/20/2019-5/28/2019 was used to get a value of retained shares

**Post Class Period Purchases and Sales (Short) (Offset)**

| Transaction Type | Trade Date | | Price | Shares | | Total Cost | Transaction Type | Trade Date | | Price | Shares | | Total Proceeds | Shares Retained | | Loss (Gain) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/07/2019 | $ | 4.420 | 5,000 | $ | 22,100.00 | Sale | 02/13/2019 | $ | 4.660 | 5,000 | $ | 23,301.54 | 0 | $ | (1,201.54) |
| Purchase | 03/11/2019 | $ | 4.431 | 9,800 | $ | 43,422.11 | Sale | 02/13/2019 | $ | 4.660 | 9,800 | $ | 45,671.01 | 0 | $ | (2,248.90) |
| Purchase | 03/11/2019 | $ | 4.431 | 15,000 | $ | 66,462.42 | Sale | 02/13/2019 | $ | 4.700 | 15,000 | $ | 70,502.64 | 0 | $ | (4,040.22) |
| Purchase | 03/11/2019 | $ | 4.431 | 5,200 | $ | 23,040.30 | Sale | 02/13/2019 | $ | 4.706 | 5,200 | $ | 24,472.02 | 0 | $ | (1,431.72) |
| Purchase | 04/10/2019 | $ | 3.898 | 5,000 | $ | 19,491.99 | Sale | 03/20/2019 | $ | 3.306 | 5,000 | $ | 16,529.64 | 0 | $ | 2,962.52 |
| Purchase | 04/12/2019 | $ | 2.493 | 25,000 | $ | 62,323.98 | Sale | 03/20/2019 | $ | 3.306 | 25,000 | $ | 82,647.37 | 0 | $ | (20,323.39) |
| **Total** | | | | **65,000** | **$** | **236,840.80** | | | | | **65,000** | **$** | **263,124.06** | **0** | | **$ (26,283.26)** |

| **Total Loss** | | | | | | | | | | | | | | | | **$ 283,547.25** |