# EXHIBIT 4

Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

William B. Federman (admitted *pro hac vice*)
A. Brooke Murphy (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com
abm@federmanlaw.com

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>        Defendants. | Case No.:  4:19-cv-01765-YGR<br><br><br>**PLAINTIFF ROB JANSEN'S RESPONSES TO DEFENDANT AMYRIS, INC. AND JOHN G. MELO'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS** |

Plaintiff's Responses to Defendants Amyris, Inc.
And John G. Melo's First Set of Interrogatories
to Plaintiffs                                                    FILE NO. 4:19-cv-01765-YGR

Plaintiff Rob Jansen ("Plaintiff") submits the following Responses to Defendants' Amyris, Inc. and John G. Melo's First Set of Interrogatories to Plaintiffs.

**GENERAL OBJECTIONS**

1.      Plaintiff objects to Defendants' discovery requests to the extent that they impose requirements, obligations and duties not prescribed by the Federal Rules of Civil Procedure or the Northern District of California Local Rules of the Court.

2.      Plaintiff objects to Defendants' discovery requests insofar as they seek information which is not relevant to Plaintiffs' claims or Defendants' defenses and are not reasonably calculated to lead to the discovery of admissible or relevant evidence, including discovery which seeks information concerning unrelated transactions that have no connection to the issues raised by the pleadings in this case.

3.      Plaintiff objects to the requests to the extent that they seek documents that are not in Plaintiffs' possession, custody, or control, and to the extent that they seek documents that are publicly available or as equally accessible to Defendants.  Plaintiff will only produce documents that are within their possession, custody, or control.

4.      Plaintiff objects to the disclosure of information which is not discoverable due to attorney-client privilege, trial preparation and/or attorney work product privileges and doctrines.

5.      Plaintiff objects to Defendants' discovery requests to the extent that they seek the disclosure of private and confidential information relating to third parties not the subject of this suit.

6.      Plaintiff objects to Defendants' discovery requests to the extent they call for legal conclusions.

7.      Plaintiff objects to Defendants' discovery requests to the extent that compliance with the requests would be burdensome, impose an extreme hardship or result in the expenditure of excessive time and resources.

8.      Plaintiff objects to the disclosure of any information falling within any of the general objections herein or the specific objections set forth below and, in the event any

1

Plaintiff's Responses to Defendants Amyris, Inc.
And John G. Melo's First Set of Interrogatories
to Plaintiffs                                                                      FILE NO. 4:19-cv-01765-YGR

information falling within one or more of such objections is disclosed in any of the following responses, such disclosure is inadvertent and shall not constitute a waiver of the objection and/or privilege.

9.    Without waiving its objections, Plaintiff may offer responses which provide Defendants with the information which they might have been able to obtain by discovery had they submitted appropriate and proper requests.  By any such voluntary response, Plaintiff neither waives the objections to such requests, nor limit Plaintiff's rights to produce other relevant information or facts at trial.

10.    These responses are based on the information presently available to Plaintiff. These responses cannot set forth all information upon which Plaintiffs may ultimately rely after discovery is completed.  All responses contained herein are to the best of Plaintiff's current knowledge, information and belief, after reasonable inquiry.  There may be other information not now recognized by Plaintiff as information which is responsive to the interrogatories and/or document requests herein, and not subject to an objection. Plaintiff will supplement these responses if he becomes aware of any such information.

11.    Plaintiff further states that his responses to any of the Defendants' requests do not constitute an agreement to the form of the requests or the facts set forth in the requests, or to the relevance, discoverability, or admissibility of any request or response.

**ANSWERS TO INTERROGATORIES**

**INTERROGATORY NO. 1:**

IDENTIFY the CONFIDENTIAL WITNESSES.

**RESPONSE TO INTERRGATORY NO.  1:**

Plaintiff reasserts all General Objections.  Plaintiff specifically objects to this request as seeking information protected by the attorney-client privilege and work-product privilege.

Subject to and without waiving any of the foregoing general or specific objections, Plaintiff states that descriptions of the Confidential Witnesses were provided in the Amended Class Action Complaint (Dkt. No. 43) ("Complaint") at paragraphs 34-41, and states that the

2

Plaintiff's Responses to Defendants Amyris, Inc.
And John G. Melo's First Set of Interrogatories
to Plaintiffs                                                      FILE NO. 4:19-cv-01765-YGR

names of the Confidential Witnesses were disclosed in Plaintiffs' Initial Disclosures, which Plaintiffs served on Defendants on November 10, 2020.

**INTERROGATORY NO. 2:**

DESCRIBE each of YOUR purchases of AMYRIS SECURITIES, INCLUDING when YOU purchased each SECURITY, how many SECURITIES YOU purchased, the prices at which YOU purchased each SECURITY, how YOU purchased each SECURITY, and from whom YOU purchased each SECURITY.

**RESPONSE TO INTERRGATORY NO.  2:**

Plaintiff reasserts all General Objections as if fully set forth herein.  Plaintiff specifically objects to this request as vague, overbroad, unduly burdensome, and as seeking information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence, particularly as no timeframe is provided for this request.

Subject to and without waiving any of the foregoing general and specific objections, Plaintiff refers Defendants to Plaintiff's Certification of Investment and to Plaintiff's loss analysis, which were filed in this action on June 3, 2019 (Dkt. Nos. 12-1 and 12-2) and are attached hereto.  Plaintiff also states that he purchased his securities over the Nasdaq exchange via his account with Lynx Beleggen Met Een Voorsprong ("Lynx").

**INTERROGATORY NO. 3:**

DESCRIBE each of YOUR sales of AMYRIS SECURITIES, INCLUDING when YOU sold each SECURITY, how many SECURITIES YOU sold, the prices at which YOU sold each SECURITY, how YOU sold each SECURITY, and to whom YOU sold each SECURITY.

**RESPONSE TO INTERRGATORY NO.  3:**

Plaintiff reasserts all General Objections as if fully set forth herein.  Plaintiff specifically objects to this request as vague, overbroad, unduly burdensome, and as seeking information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence, particularly as no timeframe is provided for this request.

3

Plaintiff's Responses to Defendants Amyris, Inc.
And John G. Melo's First Set of Interrogatories
to Plaintiffs                                                                    FILE NO. 4:19-cv-01765-YGR

Subject to and without waiving any of the foregoing general and specific objections, Plaintiff refers Defendants to Plaintiff's Certification of Investment and to Plaintiff's loss analysis, which were filed in this action on June 3, 2019 (Dkt. Nos. 12-1 and 12-2) and are attached hereto. Plaintiff also states that he sold his securities over the Nasdaq exchange via his account with Lynx.

**INTERROGATORY NO. 4:**

IDENTIFY any PERSON involved in YOUR TRANSACTIONS in AMYRIS SECURITIES, INCLUDING any PERSON who helped YOU consider whether to invest in AMYRIS, helped YOU perform diligence on AMYRIS prior to YOUR purchase(s) of AMYRIS SECURITIES, helped YOU monitor YOUR investment in AMYRIS after YOUR purchase(s) of AMYRIS SECURITIES, sold YOU any AMYRIS SECURITIES, purchased any AMYRIS SECURITIES from YOU, or facilitated YOUR sale or purchase of any AMYRIS SECURITIES.

**RESPONSE TO INTERRGATORY NO. 4:**

Plaintiff reasserts all General Objections as if fully set forth herein. Plaintiff specifically objects to this request as vague, overbroad, and unduly burdensome, particularly as no timeframe is provided for this request.

Subject to and without waiving any of the foregoing general and specific objections, Plaintiff states that he purchased and sold Amyris securities using Plaintiff's account with Lynx. No broker, investment advisor, or other person advised Plaintiff in any way with regard to Plaintiff's investment in Amyris. Plaintiff conducted his own research and made his own trading decisions regarding his investment in Amyris. Plaintiff personally monitored his Amyris investment.

**INTERROGATORY NO. 5:**

IDENTIFY each statement that YOU allege in THIS ACTION to be false and/or misleading.

4

Plaintiff's Responses to Defendants Amyris, Inc.
And John G. Melo's First Set of Interrogatories
to Plaintiffs                                                          FILE NO. 4:19-cv-01765-YGR

**RESPONSE TO INTERRGATORY NO.  5:**

Plaintiff reasserts all General Objections as if fully set forth herein. Plaintiff specifically objects to this request as unduly burdensome and harassing. Plaintiff also objects to this request as the requested information is publicly available and in the possession of Defendants.  Plaintiff objects to this request in that it is a contention interrogatory that is premature at this early stage of discovery, wherein Defendants have yet to provide any information or documents to Plaintiffs.

Subject to and without waiving any of the foregoing general and specific objections, Plaintiff states that the statements presently alleged to be false and/or misleading are set out in paragraphs 42-71 of the Complaint along with explanations for why those statements are alleged to be false and/or misleading.

**INTERROGATORY NO. 6:**

IDENTIFY all allegedly material adverse non-public information that Defendants in THIS ACTION allegedly possessed from December 1, 2017 to May 1, 2019.

**RESPONSE TO INTERRGATORY NO. 6:**

Plaintiff reasserts all General Objections as if fully set forth herein. Plaintiff specifically objects to this request as overbroad, unduly burdensome and harassing. Plaintiff also objects to this request as the requested information is publicly available and in the possession of Defendants. Plaintiff objects to this request in that it is a contention interrogatory that is premature at this early stage of discovery, wherein Defendants have yet to provide any information or documents to Plaintiffs.

Subject to and without waiving any of the foregoing general and specific objections, Plaintiff states that Defendants may find a comprehensive description of what Plaintiffs presently allege was material adverse non-public information that Defendants possessed from December 1, 2017 to May 1, 2019 in the Complaint, particularly at paragraphs 3-10, 21-77, and 84-89.  Plaintiff further states that Defendants are presently alleged to have possessed material adverse non-public information from December 1, 2017 through May 1, 2019 concerning, in summation: (1) Amyris's artificially inflated revenues, including royalty revenues; (2) Amyris's improper

5

Plaintiff's Responses to Defendants Amyris, Inc.
And John G. Melo's First Set of Interrogatories
to Plaintiffs                                              FILE NO. 4:19-cv-01765-YGR

recognition of revenue in violation of Generally Accepted Accounting Principles ("GAAP") requirements; (3) the significance of ASC 606 on Amyris's financial reporting and financial results; (4) the lack of certainly behind Amyris's reported financial results; (5) that Amyris's financial projections were premised on improper accounting and overstated revenue estimations; (6) the severity of Amyris's unfavorable financial condition; (7) undisclosed deficiencies and material weaknesses in Amyris's internal control over financial reporting and (8) that Defendants had issued, and/or were issuing, false and/or misleading statements to the public.

**INTERROGATORY NO. 7:**

From December 1, 2017 to May 1, 2019, DESCRIBE how YOU made each and every decision regarding investing or not investing in AMYRIS SECURITIES.

**RESPONSE TO INTERRGATORY NO. 7:**

Plaintiff reasserts all General Objections as if fully set forth herein.  Plaintiff specifically objects to this request as vague, overbroad, unduly burdensome, harassing, and as seeking information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any of the foregoing general and specific objections, Plaintiff states that he made his investment decisions based on information provided by Amyris and Defendants, including Amyris's SEC filings and press releases that Plaintiff would find on the Company's website, webcasts of Amyris presentations that Plaintiff would find on the Company's website, and Amyris quarterly earnings call transcripts that Plaintiff would locate on the Seeking Alpha website. Plaintiff further states that, in making his investment decisions, he reviewed information about Amyris from news sources such as Seeking Alpha, Yahoo Finance, and other places where he found articles about Amyris. Plaintiff also states that he made investment decisions based on the prices at which Amyris stock was trading and based on the integrity of the price of Amyris stock.

6

Plaintiff's Responses to Defendants Amyris, Inc.
And John G. Melo's First Set of Interrogatories
to Plaintiffs                                                                FILE NO. 4:19-cv-01765-YGR

**INTERROGATORY NO. 8:**

IDENTIFY all DOCUMENTS or other sources of information on which you relied in making each and every decision regarding investing or not investing in any AMYRIS SECURITY.

**RESPONSE TO INTERRGATORY NO. 8:**

Plaintiff reasserts all General Objections as if fully set forth herein. Plaintiff specifically objects to this request as vague, overbroad, unduly burdensome, harassing, and as seeking information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence, particularly as no timeframe is provided for this request.

Subject to and without waiving any of the foregoing general and specific objections, Plaintiff states that he made his investment decisions based on information provided by Amyris and Defendants, including information in Amyris's SEC filings, press releases, earnings calls, and investor presentations. Plaintiff further states that he relied upon information about Amyris from news sources such as Seeking Alpha, Yahoo Finance, and other media outlets. Plaintiff also relied on the integrity of the price of Amyris stock.

Dated: December 10, 2020                    Respectfully submitted,

                                            */s/A. Brooke Murphy*
                                            A. Brooke Murphy (admitted *pro hac vice*)
                                            William B. Federman (admitted *pro hac vice*)
                                            FEDERMAN & SHERWOOD
                                            10205 North Pennsylvania Avenue
                                            Oklahoma City, Oklahoma 73120
                                            Tel: (405) 235-1560/Fax: (405) 239-2112
                                            -and-
                                            212 W. Spring Valley Road
                                            Richardson, TX  75081
                                            abm@federmanlaw.com
                                            wbf@federmanlaw.com

                                            *Lead Counsel for Plaintiffs*

7

Plaintiff's Responses to Defendants Amyris, Inc.
And John G. Melo's First Set of Interrogatories
to Plaintiffs                                    FILE NO. 4:19-cv-01765-YGR

Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700/Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, CA 90804
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

8

Plaintiff's Responses to Defendants Amyris, Inc.
And John G. Melo's First Set of Interrogatories
to Plaintiffs

FILE NO. 4:19-cv-01765-YGR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was mailed December 10, 2020, by Electronic Mail, to the following:

GIBSON, DUNN & CRUTCHER LLP

MICHAEL D. CELIO, SBN 197998
mcelio@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

SHIREEN A. BARDAY, (*pro hac vice*)
sbarday@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2621
Facsimile: 212.817.9421

ELIZABETH A. DOOLEY, SBN 292358
edooley@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8342
Facsimile: 415.393.8469

*Attorneys for Amyris, Inc. and John Melo*

ORRICK, HERRINGTON & SUTCLIFFE LLP

JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MOLLY MCCAFFERTY (SBN 325439)
mmccafferty@orrick.com
The Orrick Building 405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

*Attorneys for Defendant Kathleen Valiasek*

/s/A. Brooke Murphy
A. Brooke Murphy

9

Plaintiff's Responses to Defendants Amyris, Inc.
And John G. Melo's First Set of Interrogatories
to Plaintiffs                                                    FILE NO. 4:19-cv-01765-YGR

## Verification To Responses To Interrogatories, First Set

I, Rob Jansen, have reviewed Plaintiff Rob Jansen's Responses to Defendant

Amyris, Inc. and John G. Melo's First Set of Interrogatories and state that they are

true and correct to the best of my knowledge, information and belief, subject to the

objections set forth therein.

I declare under penalty of perjury, under the laws of the United States, that

the foregoing is true and correct.

Date: 9 December 2020

By: _____
Rob Jansen

Case 4:19-cv-01765-YGR   Document 52   Filed 06/03/19   Page 4 of 22

# EXHIBIT A

## Plaintiffs Certification of Investment of
## Amyris, Inc. [NASDAQ: AMRS]

I, Rob Jahsen _____, hereby certify that the following information is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the Complaint in this action and authorize the filing of this Certification as an exhibit to the Complaint, or any substantively similar complaint or amended complaint to be filed in the future. I retain the law office of Federman & Sherwood, and any other counsel with whom Federman & Sherwood deems appropriate to associate with, to pursue this action on my behalf on a contingency fee basis.

2. If chosen, I am willing to serve as a representative party on behalf of the class (the "Class"), either individually or as part of a group on behalf of the Class as defined in the Complaint, including providing testimony at deposition or trial (if necessary). I am also willing to participate on an executive committee of shareholders.

3. I have made the following transaction(s) during the Class Period in Amyris, Inc. [NASDAQ: AMRS] securities (which are the subject of this action) as follows:

| # SHARES PURCHASED | DATE OF PURCHASE | PRICE PAID PER SHARE | CLASS OF STOCK (e.g. COMMON) | IF SOLD, # OF SHARES SOLD | DATE SOLD (if sold) | PER SHARE SELLING PRICE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

(continue list on blank piece of paper, if necessary)

4. I did not purchase these securities at the direction of my attorney or in order to participate in a lawsuit under the Securities Act of 1933 or the Securities Exchange Act of 1934.

5. During the 3-year period preceding the date of this Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Act of 1933 or the Securities Exchange Act of 1934.

6. I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court, except for such reasonable costs and expenses directly relating to my service as a representative of the Class and as ordered and approved by the Court.

Signed under penalty of perjury, under the laws of the United States of America, this 29 day of MAY _____, 2019.

_____
Investor Signature

_____
Home Address

_____
Print Name

_____
City            State            Zip

_____
Home Telephone Number

_____
E-Mail Address

_____
Cell Telephone Number

_____
Secondary Email Address (if any)

**Return this completed form by e-mail or fax to:**
Robin Hester @ FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560/Fax (405) 239-2112
Email: rkh@federmanlaw.com
Website: www.federmanlaw.com

Case 4:19-cv-01765-YGR Document 95-2 Filed 06/03/19 Page 6 of 22

| | | | | | |
|---|---|---|---|---|---|
| Jansen | H | | | 2000 | |
| Jansen | B | 3/15/2018 | 6.9 | 1000 | 6900 |
| Jansen | S | 3/29/2018 | 6.5 | 3000 | 19500 |
| Jansen | B | 4/4/2018 | 6.79211 | 3000 | 20376.34 |
| Jansen | B | 4/4/2018 | 6.84986 | 7000 | 47949 |
| Jansen | B | 4/4/2018 | 6.89821 | 4000 | 27592.82 |
| Jansen | B | 4/4/2018 | 7.04763 | 11000 | 77523.95 |
| Jansen | B | 4/26/2018 | 6.7 | 5000 | 33500 |
| Jansen | B | 5/7/2018 | 6.5 | 5000 | 32500 |
| Jansen | B | 5/8/2018 | 6 | 2500 | 15000 |
| Jansen | B | 5/9/2018 | 5.3898 | 2500 | 13474.5 |
| Jansen | B | 5/10/2018 | 5.54 | 10000 | 55400 |
| Jansen | B | 5/16/2018 | 5.46978 | 8400 | 45946.13 |
| Jansen | B | 5/16/2018 | 5.49 | 1600 | 8784 |
| Jansen | B | 6/7/2018 | 5.5 | 1075 | 5912.5 |
| Jansen | B | 6/7/2018 | 5.54915 | 18925 | 105017.8 |
| Jansen | B | 6/7/2018 | 5.55 | 2040 | 11322 |
| Jansen | B | 6/7/2018 | 5.59997 | 17960 | 100575.5 |
| Jansen | B | 6/11/2018 | 5.606 | 100 | 560.6 |
| Jansen | B | 8/14/2018 | 7.73862 | 3800 | 29406.75 |
| Jansen | B | 8/14/2018 | 7.74861 | 900 | 6973.75 |
| Jansen | B | 8/23/2018 | 7.55 | 5000 | 37750 |
| Jansen | B | 8/31/2018 | 8.9 | 5000 | 44500 |
| Jansen | B | 9/21/2018 | 7.8898 | 2500 | 19724.5 |
| Jansen | B | 9/27/2018 | 8.05 | 500 | 4025 |
| Jansen | B | 9/27/2018 | 8.053 | 2000 | 16106 |
| Jansen | B | 10/4/2018 | 7.91921 | 2108 | 16693.69 |
| Jansen | B | 10/4/2018 | 7.94766 | 2892 | 22984.62 |
| Jansen | B | 10/8/2018 | 8.31743 | 5000 | 41587.16 |
| Jansen | B | 10/8/2018 | 8.7 | 5000 | 43500 |
| Jansen | B | 10/9/2018 | 9.02257 | 2500 | 22556.42 |
| Jansen | B | 10/19/2018 | 7.63198 | 5000 | 38159.92 |
| Jansen | S | 10/23/2018 | 7.16 | 1400 | 10024 |
| Jansen | S | 10/23/2018 | 7.08075 | 18600 | 131702 |
| Jansen | S | 10/23/2018 | 7.00419 | 20000 | 140083.9 |
| Jansen | B | 10/25/2018 | 7.1893 | 7700 | 55357.61 |
| Jansen | B | 10/26/2018 | 7.03 | 10000 | 70300 |
| Jansen | B | 10/30/2018 | 7.38148 | 10000 | 73814.77 |
| Jansen | B | 10/30/2018 | 7.39959 | 1100 | 8139.55 |
| Jansen | B | 10/30/2018 | 7.43822 | 8900 | 66200.14 |
| Jansen | S | 11/12/2018 | 6.24586 | 1243 | 7763.6 |
| Jansen | S | 11/12/2018 | 6.16505 | 6100 | 37606.8 |
| Jansen | S | 11/12/2018 | 6.10065 | 12657 | 77215.89 |
| Jansen | S | 11/12/2018 | 6.10005 | 20000 | 122001.1 |

| Jansen | S | 11/13/2018 | 5.60024 | 3892 | 21796.15 |
|---|---|---|---|---|---|
| Jansen | S | 11/13/2018 | 4.5697 | 165 | 754 |
| Jansen | S | 11/14/2018 | 4.54 | 500 | 2270 |
| Jansen | S | 11/14/2018 | 4.45 | 4500 | 20025 |
| Jansen | S | 11/14/2018 | 4.59 | 3008 | 13806.72 |
| Jansen | S | 11/14/2018 | 4.55038 | 7935 | 36107.25 |
| Jansen | S | 11/14/2018 | 4.57769 | 3200 | 14648.6 |
| Jansen | S | 11/14/2018 | 4.45021 | 2400 | 10680.5 |
| Jansen | S | 11/14/2018 | 4.4012 | 4400 | 19365.28 |
| Jansen | S | 11/14/2018 | 4.203 | 5000 | 21015 |
| Jansen | S | 11/14/2018 | 4.25 | 5000 | 21250 |
| Jansen | S | 11/14/2018 | 4.3 | 100 | 430 |
| Jansen | S | 11/14/2018 | 4.20715 | 9900 | 41650.76 |
| Jansen | S | 11/16/2018 | 3.65 | 15000 | 54750 |
| Jansen | S | 11/16/2018 | 3.5185 | 10000 | 35184.96 |
| Jansen | S | 11/16/2018 | 3.46717 | 25000 | 86679.2 |
| Jansen | B | 11/16/2018 | 3.7398 | 5100 | 19073 |
| Jansen | B | 11/16/2018 | 3.92963 | 44500 | 174868.4 |
| Jansen | S | 11/19/2018 | 3.76 | 450 | 1692 |
| Jansen | S | 11/20/2018 | 3.34139 | 10000 | 33413.94 |
| Jansen | B | 11/26/2018 | 4.60806 | 7500 | 34560.42 |
| Jansen | S | 12/4/2018 | 4.4 | 1100 | 4840 |
| Jansen | S | 12/4/2018 | 4.37104 | 3900 | 17047.05 |
| Jansen | S | 12/4/2018 | 4.34081 | 5000 | 21704.05 |
| Jansen | S | 12/4/2018 | 4.3 | 5000 | 21500 |
| Jansen | S | 12/14/2018 | 4.12854 | 2900 | 11972.78 |
| Jansen | S | 12/14/2018 | 4.1248 | 250 | 1031.2 |
| Jansen | S | 12/14/2018 | 4.13 | 100 | 413 |
| Jansen | S | 12/17/2018 | 3.95 | 17 | 67.15 |
| Jansen | S | 12/17/2018 | 3.95 | 5 | 19.75 |
| Jansen | S | 12/17/2018 | 3.93 | 41 | 161.13 |
| Jansen | S | 12/17/2018 | 3.93 | 10 | 39.3 |
| Jansen | S | 12/17/2018 | 3.96 | 119 | 471.24 |
| Jansen | S | 12/17/2018 | 3.96 | 27 | 106.92 |
| Jansen | S | 12/17/2018 | 3.96 | 7 | 27.72 |
| Jansen | S | 1/4/2019 | 5.2037 | 4465 | 23234.5 |
| Jansen | S | 2/7/2019 | 3.9616 | 3 | 11.8848 |
| Jansen | S | 2/12/2019 | 5.45 | 18171 | 99031.95 |
| Jansen | S | 2/12/2019 | 5.25316 | 3800 | 19962 |
| Jansen | S | 2/12/2019 | 5.25 | 1735 | 9108.75 |
| Jansen | B | 3/11/2019 | 4.4372 | 8200 | 36385 |
| Jansen | B | 3/11/2019 | 4.34788 | 16800 | 73044.41 |
| Jansen | B | 3/12/2019 | 4.49107 | 11516 | 51719.12 |
| Jansen | B | 3/12/2019 | 4.49668 | 13486 | 60642.24 |

| | | | | | |
|---|---|---|---|---|---|
| Jansen | B | 3/12/2019 | 4.59751 | 16873 | 77573.75 |
| Jansen | B | 3/12/2019 | 4.63518 | 8127 | 37670.11 |
| Jansen | S | 3/18/2019 | 3.86248 | 20000 | 77249.55 |
| Jansen | S | 3/18/2019 | 3.85 | 8968 | 34526.8 |
| Jansen | B | 3/19/2019 | 3.9997 | 10000 | 39997 |

END_DATA

Case 4:19-cv-01765-YGR   Document 52   Filed 06/03/19   Page 18 of 22

# EXHIBIT B

Case 4:19-cv-01765-YGR   Document 52   Filed 06/03/19   Page 18 of 22

**Amyris, Inc. Plantiff R. Jansen's Loss Calculation**
Loss Analysis
First-In First-Out ("FIFO") Gain (Loss) Analysis
Class Period 3/15/2018 - 3/19/2019

**Class Period Purchases**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained | Loss (Gain) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/15/2018 | $ 6.900 | 1,000 | $ 6,900.00 | Sale | 03/29/2018 | $ 6.500 | 1,000 | $ 6,500.00 | 0 | $ 400.00 |
| Purchase | 04/04/2018 | $ 6.898 | 4,000 | $ 27,592.82 | Sale | 10/23/2018 | $ 7.004 | 4,000 | $ 28,016.77 | 0 | $ (423.95) |
| Purchase | 04/04/2018 | $ 7.048 | 11,000 | $ 77,523.95 | Sale | 10/23/2018 | $ 7.004 | 11,000 | $ 77,046.13 | 0 | $ 477.82 |
| Purchase | 04/04/2018 | $ 6.792 | 3,000 | $ 20,376.34 | Sale | 10/23/2018 | $ 7.004 | 3,000 | $ 21,012.58 | 0 | $ (636.24) |
| Purchase | 04/04/2018 | $ 6.850 | 2,000 | $ 13,699.71 | Sale | 10/23/2018 | $ 7.004 | 2,000 | $ 14,008.39 | 0 | $ (308.67) |
| Purchase | 04/04/2018 | $ 6.850 | 5,000 | $ 34,249.29 | Sale | 10/23/2018 | $ 7.081 | 5,000 | $ 35,403.76 | 0 | $ (1,154.48) |
| Purchase | 04/26/2018 | $ 6.700 | 5,000 | $ 33,500.00 | Sale | 10/23/2018 | $ 7.081 | 5,000 | $ 35,403.76 | 0 | $ (1,903.76) |
| Purchase | 05/07/2018 | $ 6.500 | 5,000 | $ 32,500.00 | Sale | 10/23/2018 | $ 7.081 | 5,000 | $ 35,403.76 | 0 | $ (2,903.76) |
| Purchase | 05/08/2018 | $ 6.000 | 2,500 | $ 15,000.00 | Sale | 10/23/2018 | $ 7.081 | 2,500 | $ 17,701.88 | 0 | $ (2,701.88) |
| Purchase | 05/09/2018 | $ 5.390 | 1,100 | $ 5,928.78 | Sale | 10/23/2018 | $ 7.081 | 1,100 | $ 7,788.83 | 0 | $ (1,860.05) |
| Purchase | 05/09/2018 | $ 5.390 | 1,400 | $ 7,545.72 | Sale | 10/23/2018 | $ 7.160 | 1,400 | $ 10,024.00 | 0 | $ (2,478.28) |
| Purchase | 05/10/2018 | $ 5.540 | 10,000 | $ 55,400.00 | Sale | 11/12/2018 | $ 6.101 | 10,000 | $ 61,006.47 | 0 | $ (5,606.47) |
| Purchase | 05/16/2018 | $ 5.490 | 1,600 | $ 8,784.00 | Sale | 11/12/2018 | $ 6.101 | 1,600 | $ 9,761.04 | 0 | $ (977.04) |
| Purchase | 05/16/2018 | $ 5.470 | 1,057 | $ 5,781.55 | Sale | 11/12/2018 | $ 6.101 | 1,057 | $ 6,448.38 | 0 | $ (666.83) |
| Purchase | 05/16/2018 | $ 5.470 | 7,343 | $ 40,164.58 | Sale | 11/12/2018 | $ 6.100 | 7,343 | $ 44,792.69 | 0 | $ (4,628.11) |
| Purchase | 06/07/2018 | $ 5.550 | 2,040 | $ 11,322.00 | Sale | 11/12/2018 | $ 6.100 | 2,040 | $ 12,444.11 | 0 | $ (1,122.11) |
| Purchase | 06/07/2018 | $ 5.600 | 10,617 | $ 59,454.90 | Sale | 11/12/2018 | $ 6.100 | 10,617 | $ 64,764.26 | 0 | $ (5,309.35) |
| Purchase | 06/07/2018 | $ 5.600 | 1,243 | $ 6,960.77 | Sale | 11/12/2018 | $ 6.246 | 1,243 | $ 7,763.60 | 0 | $ (802.83) |
| Purchase | 06/07/2018 | $ 5.600 | 6,100 | $ 34,159.83 | Sale | 11/12/2018 | $ 6.165 | 6,100 | $ 37,606.80 | 0 | $ (3,446.97) |
| Purchase | 06/07/2018 | $ 5.500 | 165 | $ 907.50 | Sale | 11/13/2018 | $ 4.570 | 165 | $ 754.00 | 0 | $ 153.50 |
| Purchase | 06/07/2018 | $ 5.500 | 910 | $ 5,005.00 | Sale | 11/13/2018 | $ 5.600 | 910 | $ 5,096.22 | 0 | $ (91.22) |
| Purchase | 06/07/2018 | $ 5.549 | 2,982 | $ 16,547.58 | Sale | 11/13/2018 | $ 5.600 | 2,982 | $ 16,699.93 | 0 | $ (152.35) |
| Purchase | 06/07/2018 | $ 5.549 | 5,000 | $ 27,745.77 | Sale | 11/14/2018 | $ 4.203 | 5,000 | $ 21,015.00 | 0 | $ 6,730.77 |
| Purchase | 06/07/2018 | $ 5.549 | 4,400 | $ 24,416.28 | Sale | 11/14/2018 | $ 4.401 | 4,400 | $ 19,365.28 | 0 | $ 5,051.00 |
| Purchase | 06/07/2018 | $ 5.549 | 5,000 | $ 27,745.77 | Sale | 11/14/2018 | $ 4.250 | 5,000 | $ 21,250.00 | 0 | $ 6,495.77 |
| Purchase | 06/07/2018 | $ 5.549 | 1,543 | $ 8,562.35 | Sale | 11/14/2018 | $ 4.207 | 1,543 | $ 6,491.63 | 0 | $ 2,070.72 |
| Purchase | 06/11/2018 | $ 5.606 | 100 | $ 560.60 | Sale | 11/14/2018 | $ 4.207 | 100 | $ 420.71 | 0 | $ 139.89 |
| Purchase | 08/14/2018 | $ 7.749 | 900 | $ 6,973.75 | Sale | 11/14/2018 | $ 4.207 | 900 | $ 3,786.43 | 0 | $ 3,187.32 |
| Purchase | 08/14/2018 | $ 7.739 | 3,800 | $ 29,406.75 | Sale | 11/14/2018 | $ 4.207 | 3,800 | $ 15,987.16 | 0 | $ 13,419.59 |
| Purchase | 08/23/2018 | $ 7.550 | 3,557 | $ 26,855.35 | Sale | 11/14/2018 | $ 4.207 | 3,557 | $ 14,964.82 | 0 | $ 11,890.53 |
| Purchase | 08/23/2018 | $ 7.550 | 100 | $ 755.00 | Sale | 11/14/2018 | $ 4.300 | 100 | $ 430.00 | 0 | $ 325.00 |
| Purchase | 08/23/2018 | $ 7.550 | 1,343 | $ 10,139.65 | Sale | 11/14/2018 | $ 4.450 | 1,343 | $ 5,976.63 | 0 | $ 4,163.02 |
| Purchase | 08/31/2018 | $ 8.900 | 1,057 | $ 9,407.30 | Sale | 11/14/2018 | $ 4.450 | 1,057 | $ 4,703.87 | 0 | $ 4,703.43 |
| Purchase | 08/31/2018 | $ 8.900 | 3,943 | $ 35,092.70 | Sale | 11/14/2018 | $ 4.450 | 3,943 | $ 17,546.35 | 0 | $ 17,546.35 |
| Purchase | 09/21/2018 | $ 7.890 | 557 | $ 4,394.62 | Sale | 11/14/2018 | $ 4.450 | 557 | $ 2,478.65 | 0 | $ 1,915.97 |
| Purchase | 09/21/2018 | $ 7.890 | 500 | $ 3,944.90 | Sale | 11/14/2018 | $ 4.540 | 500 | $ 2,270.00 | 0 | $ 1,674.90 |
| Purchase | 09/21/2018 | $ 7.890 | 1,443 | $ 11,384.98 | Sale | 11/14/2018 | $ 4.590 | 1,443 | $ 6,623.37 | 0 | $ 4,761.61 |
| Purchase | 09/27/2018 | $ 8.053 | 1,565 | $ 12,602.95 | Sale | 11/14/2018 | $ 4.590 | 1,565 | $ 7,183.35 | 0 | $ 5,419.60 |
| Purchase | 09/27/2018 | $ 8.053 | 435 | $ 3,503.06 | Sale | 11/14/2018 | $ 4.578 | 435 | $ 1,991.29 | 0 | $ 1,511.76 |
| Purchase | 09/27/2018 | $ 8.050 | 500 | $ 4,025.00 | Sale | 11/14/2018 | $ 4.578 | 500 | $ 2,288.84 | 0 | $ 1,736.16 |
| Purchase | 10/04/2018 | $ 7.948 | 2,265 | $ 18,001.44 | Sale | 11/14/2018 | $ 4.578 | 2,265 | $ 10,368.46 | 0 | $ 7,632.98 |
| Purchase | 10/04/2018 | $ 7.948 | 627 | $ 4,983.18 | Sale | 11/14/2018 | $ 4.550 | 627 | $ 2,853.09 | 0 | $ 2,130.09 |
| Purchase | 10/04/2018 | $ 7.919 | 2,108 | $ 16,693.69 | Sale | 11/14/2018 | $ 4.550 | 2,108 | $ 9,592.20 | 0 | $ 7,101.49 |
| Purchase | 10/08/2018 | $ 8.700 | 5,000 | $ 43,500.00 | Sale | 11/14/2018 | $ 4.550 | 5,000 | $ 22,751.89 | 0 | $ 20,748.11 |
| Purchase | 10/08/2018 | $ 8.317 | 200 | $ 1,663.49 | Sale | 11/14/2018 | $ 4.550 | 200 | $ 910.08 | 0 | $ 753.41 |
| Purchase | 10/08/2018 | $ 8.317 | 4,800 | $ 39,923.67 | Sale | 11/16/2018 | $ 3.467 | 4,800 | $ 16,642.41 | 0 | $ 23,281.27 |
| Purchase | 10/09/2018 | $ 9.023 | 2,500 | $ 22,556.42 | Sale | 11/16/2018 | $ 3.467 | 2,500 | $ 8,667.92 | 0 | $ 13,888.50 |
| Purchase | 10/19/2018 | $ 7.632 | 5,000 | $ 38,159.92 | Sale | 11/16/2018 | $ 3.467 | 5,000 | $ 17,335.84 | 0 | $ 20,824.08 |
| Purchase | 10/25/2018 | $ 7.189 | 7,700 | $ 55,357.61 | Sale | 11/16/2018 | $ 3.467 | 7,700 | $ 26,697.19 | 0 | $ 28,660.42 |
| Purchase | 10/26/2018 | $ 7.030 | 5,000 | $ 35,150.00 | Sale | 11/16/2018 | $ 3.467 | 5,000 | $ 17,335.84 | 0 | $ 17,814.16 |
| Purchase | 10/26/2018 | $ 7.030 | 5,000 | $ 35,150.00 | Sale | 11/16/2018 | $ 3.518 | 5,000 | $ 17,592.48 | 0 | $ 17,557.52 |
| Purchase | 10/30/2018 | $ 7.438 | 5,000 | $ 37,191.09 | Sale | 11/16/2018 | $ 3.518 | 5,000 | $ 17,592.48 | 0 | $ 19,598.61 |
| Purchase | 10/30/2018 | $ 7.438 | 3,900 | $ 29,009.05 | Sale | 11/16/2018 | $ 3.650 | 3,900 | $ 14,235.00 | 0 | $ 14,774.05 |
| Purchase | 10/30/2018 | $ 7.400 | 1,100 | $ 8,139.55 | Sale | 11/16/2018 | $ 3.650 | 1,100 | $ 4,015.00 | 0 | $ 4,124.55 |
| Purchase | 10/30/2018 | $ 7.381 | 10,000 | $ 73,814.77 | Sale | 11/16/2018 | $ 3.650 | 10,000 | $ 36,500.00 | 0 | $ 37,314.77 |
| Purchase | 11/16/2018 | $ 3.930 | 450 | $ 1,768.33 | Sale | 11/19/2018 | $ 3.760 | 450 | $ 1,692.00 | 0 | $ 76.33 |
| Purchase | 11/16/2018 | $ 3.930 | 10,000 | $ 39,296.27 | Sale | 11/20/2018 | $ 3.341 | 10,000 | $ 33,413.94 | 0 | $ 5,882.33 |
| Purchase | 11/16/2018 | $ 3.930 | 5,000 | $ 19,648.14 | Sale | 12/04/2018 | $ 4.341 | 5,000 | $ 21,704.05 | 0 | $ (2,055.91) |
| Purchase | 11/16/2018 | $ 3.930 | 5,000 | $ 19,648.14 | Sale | 12/04/2018 | $ 4.300 | 5,000 | $ 21,500.00 | 0 | $ (1,851.86) |
| Purchase | 11/16/2018 | $ 3.930 | 1,100 | $ 4,322.59 | Sale | 12/04/2018 | $ 4.400 | 1,100 | $ 4,840.00 | 0 | $ (517.41) |
| Purchase | 11/16/2018 | $ 3.930 | 3,900 | $ 15,325.55 | Sale | 12/04/2018 | $ 4.371 | 3,900 | $ 17,047.05 | 0 | $ (1,721.50) |
| Purchase | 11/16/2018 | $ 3.930 | 100 | $ 392.96 | Sale | 12/14/2018 | $ 4.130 | 100 | $ 413.00 | 0 | $ (20.04) |
| Purchase | 11/16/2018 | $ 3.930 | 250 | $ 982.41 | Sale | 12/14/2018 | $ 4.125 | 250 | $ 1,031.20 | 0 | $ (48.79) |
| Purchase | 11/16/2018 | $ 3.930 | 2,900 | $ 11,395.92 | Sale | 12/14/2018 | $ 4.129 | 2,900 | $ 11,972.78 | 0 | $ (576.86) |
| Purchase | 11/16/2018 | $ 3.930 | 119 | $ 467.63 | Sale | 12/17/2018 | $ 3.960 | 119 | $ 471.24 | 0 | $ (3.61) |
| Purchase | 11/16/2018 | $ 3.930 | 27 | $ 106.10 | Sale | 12/17/2018 | $ 3.960 | 27 | $ 106.92 | 0 | $ (0.82) |

| Purchase | 11/16/2018 | $ | 3.930 | 7 | $ | 27.51 | Sale | 12/17/2018 | $ | 3.960 | 7 | $ | 27.72 | 0 | | $ | (0.21) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/16/2018 | $ | 3.930 | 10 | $ | 39.30 | Sale | 12/17/2018 | $ | 3.930 | 10 | $ | 39.30 | 0 | | $ | (0.00) |
| Purchase | 11/16/2018 | $ | 3.930 | 17 | $ | 66.80 | Sale | 12/17/2018 | $ | 3.950 | 17 | $ | 67.15 | 0 | | $ | (0.35) |
| Purchase | 11/16/2018 | $ | 3.930 | 5 | $ | 19.65 | Sale | 12/17/2018 | $ | 3.950 | 5 | $ | 19.75 | 0 | | $ | (0.10) |
| Purchase | 11/16/2018 | $ | 3.930 | 41 | $ | 161.11 | Sale | 12/17/2018 | $ | 3.930 | 41 | $ | 161.13 | 0 | | $ | (0.02) |
| Purchase | 11/16/2018 | $ | 3.930 | 4,465 | $ | 17,545.79 | Sale | 01/04/2019 | $ | 5.204 | 4,465 | $ | 23,234.50 | 0 | | $ | (5,688.71) |
| Purchase | 11/16/2018 | $ | 3.930 | 3 | $ | 11.79 | Sale | 02/07/2019 | $ | 3.962 | 3 | $ | 11.88 | 0 | | $ | (0.10) |
| Purchase | 11/16/2018 | $ | 3.930 | 1,735 | $ | 6,817.90 | Sale | 02/12/2019 | $ | 5.250 | 1,735 | $ | 9,108.75 | 0 | | $ | (2,290.85) |
| Purchase | 11/16/2018 | $ | 3.930 | 3,800 | $ | 14,932.58 | Sale | 02/12/2019 | $ | 5.253 | 3,800 | $ | 19,962.00 | 0 | | $ | (5,029.42) |
| Purchase | 11/16/2018 | $ | 3.930 | 5,571 | $ | 21,891.95 | Sale | 02/12/2019 | $ | 5.450 | 5,571 | $ | 30,361.95 | 0 | | $ | (8,470.00) |
| Purchase | 11/16/2018 | $ | 3.740 | 5,100 | $ | 19,073.00 | Sale | 02/12/2019 | $ | 5.450 | 5,100 | $ | 27,795.00 | 0 | | $ | (8,722.00) |
| Purchase | 11/26/2018 | $ | 4.608 | 7,500 | $ | 34,560.42 | Sale | 02/12/2019 | $ | 5.450 | 7,500 | $ | 40,875.00 | 0 | | $ | (6,314.58) |
| Purchase | 03/11/2019 | $ | 4.348 | 8,968 | $ | 38,991.80 | Sale | 03/18/2019 | $ | 3.850 | 8,968 | $ | 34,526.80 | 0 | | $ | 4,465.00 |
| Purchase | 03/11/2019 | $ | 4.348 | 7,832 | $ | 34,052.61 | Sale | 03/18/2019 | $ | 3.862 | 7,832 | $ | 30,250.92 | 0 | | $ | 3,801.68 |
| Purchase | 03/11/2019 | $ | 4.437 | 8,200 | $ | 36,385.00 | Sale | 03/18/2019 | $ | 3.862 | 8,200 | $ | 31,672.32 | 0 | | $ | 4,712.68 |
| Purchase | 03/12/2019 | $ | 4.598 | 3,968 | $ | 18,242.91 | Sale | 03/18/2019 | $ | 3.862 | 3,968 | $ | 15,326.31 | 0 | | $ | 2,916.60 |
| Purchase | 03/12/2019 | $ | 4.598 | 12,905 | $ | 59,330.84 | | | $ | 3.763 | | $ | 48,565.82 | 12,905 | * | $ | 10,765.02 |
| Purchase | 03/12/2019 | $ | 4.635 | 8,127 | $ | 37,670.11 | | | $ | 3.763 | | $ | 30,584.61 | 8,127 | * | $ | 7,085.50 |
| Purchase | 03/12/2019 | $ | 4.491 | 11,516 | $ | 51,719.12 | | | $ | 3.763 | | $ | 43,338.55 | 11,516 | * | $ | 8,380.57 |
| Purchase | 03/12/2019 | $ | 4.497 | 13,486 | $ | 60,642.24 | | | $ | 3.763 | | $ | 50,752.31 | 13,486 | * | $ | 9,889.93 |
| Purchase | 03/19/2019 | $ | 4.000 | 10,000 | $ | 39,997.00 | | | $ | 3.763 | | $ | 37,633.33 | 10,000 | * | $ | 2,363.67 |
| **Total Class Period Purchases** | | | | **323,102** | **$** | **1,831,648.43** | | | | | **267,068** | **$** | **1,521,817.92** | **56,034** | | **$** | **309,830.51** |

* For purchases where shares were retained through the end of the Class Period, the average closing price from 3/20/2019-5/28/2019 was used to get a value of retained shares

**Post Class Period Purchases and Sales (Short) (Offset)**

| Transaction Type | Trade Date | | Price | Shares | | Total Cost | Transaction Type | Trade Date | | Price | Shares | | Total Proceeds | Shares Retained | | Loss (Gain) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/07/2019 | $ | 4.420 | 5,000 | $ | 22,100.00 | Sale | 02/13/2019 | $ | 4.700 | 5,000 | $ | 23,500.88 | 0 | $ | (1,400.88) |
| Purchase | 03/11/2019 | $ | 4.431 | 10,000 | $ | 44,308.28 | Sale | 02/13/2019 | $ | 4.700 | 10,000 | $ | 47,001.76 | 0 | $ | (2,693.48) |
| Purchase | 03/11/2019 | $ | 4.431 | 5,200 | $ | 23,040.30 | Sale | 02/13/2019 | $ | 4.706 | 5,200 | $ | 24,472.02 | 0 | $ | (1,431.72) |
| Purchase | 03/11/2019 | $ | 4.431 | 14,800 | $ | 65,576.25 | Sale | 02/13/2019 | $ | 4.660 | 14,800 | $ | 68,972.55 | 0 | $ | (3,396.30) |
| Purchase | 04/10/2019 | $ | 3.898 | 5,000 | $ | 19,491.99 | Sale | 03/20/2019 | $ | 3.306 | 5,000 | $ | 16,529.47 | 0 | $ | 2,962.52 |
| Purchase | 04/12/2019 | $ | 2.493 | 25,000 | $ | 62,323.98 | Sale | 03/20/2019 | $ | 3.306 | 25,000 | $ | 82,647.37 | 0 | $ | (20,323.39) |
| **Total** | | | | **65,000** | **$** | **236,840.80** | | | | | **65,000** | **$** | **263,124.06** | **0** | **$** | **(26,283.26)** |

| **Total Loss** | | | | | | | | | | | | | | | **$** | **283,547.25** |

**Amyris, Inc. Plantiff R. Jansen's Loss Calculation**
**Loss Analysis**
**Last-In First-Out ("LIFO") Gain (Loss) Analysis**
Class Period 3/15/2018 - 3/19/2019

**Class Period Purchases**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained | Loss (Gain) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/15/2018 | $ 6.900 | 1,000 | $ 6,900.00 | Sale | 03/29/2018 | $ 6.500 | 1,000 | $ 6,500.00 | 0 | $ 400.00 |
| Purchase | 04/04/2018 | $ 6.792 | 3,000 | $ 20,376.34 | Sale | 02/12/2019 | $ 5.450 | 3,000 | $ 16,350.00 | 0 | $ 4,026.34 |
| Purchase | 04/04/2018 | $ 6.850 | 1,291 | $ 8,843.17 | Sale | 01/04/2019 | $ 5.204 | 1,291 | $ 6,717.97 | 0 | $ 2,125.19 |
| Purchase | 04/04/2018 | $ 6.850 | 3 | $ 20.55 | Sale | 02/07/2019 | $ 3.962 | 3 | $ 11.88 | 0 | $ 8.66 |
| Purchase | 04/04/2018 | $ 6.850 | 1,735 | $ 11,884.50 | Sale | 02/12/2019 | $ 5.250 | 1,735 | $ 9,108.75 | 0 | $ 2,775.75 |
| Purchase | 04/04/2018 | $ 6.850 | 3,800 | $ 26,029.46 | Sale | 02/12/2019 | $ 5.253 | 3,800 | $ 19,962.00 | 0 | $ 6,067.46 |
| Purchase | 04/04/2018 | $ 6.850 | 171 | $ 1,171.33 | Sale | 02/12/2019 | $ 5.450 | 171 | $ 931.95 | 0 | $ 239.38 |
| Purchase | 04/04/2018 | $ 6.898 | 4,000 | $ 27,592.82 | Sale | 02/12/2019 | $ 5.450 | 4,000 | $ 21,800.00 | 0 | $ 5,792.82 |
| Purchase | 04/04/2018 | $ 7.048 | 11,000 | $ 77,523.95 | Sale | 02/12/2019 | $ 5.450 | 11,000 | $ 59,950.00 | 0 | $ 17,573.95 |
| Purchase | 04/26/2018 | $ 6.700 | 1,600 | $ 10,720.00 | Sale | 12/14/2018 | $ 4.129 | 1,600 | $ 6,605.67 | 0 | $ 4,114.33 |
| Purchase | 04/26/2018 | $ 6.700 | 119 | $ 797.30 | Sale | 12/17/2018 | $ 3.960 | 119 | $ 471.24 | 0 | $ 326.06 |
| Purchase | 04/26/2018 | $ 6.700 | 27 | $ 180.90 | Sale | 12/17/2018 | $ 3.960 | 27 | $ 106.92 | 0 | $ 73.98 |
| Purchase | 04/26/2018 | $ 6.700 | 7 | $ 46.90 | Sale | 12/17/2018 | $ 3.960 | 7 | $ 27.72 | 0 | $ 19.18 |
| Purchase | 04/26/2018 | $ 6.700 | 10 | $ 67.00 | Sale | 12/17/2018 | $ 3.930 | 10 | $ 39.30 | 0 | $ 27.70 |
| Purchase | 04/26/2018 | $ 6.700 | 17 | $ 113.90 | Sale | 12/17/2018 | $ 3.950 | 17 | $ 67.15 | 0 | $ 46.75 |
| Purchase | 04/26/2018 | $ 6.700 | 5 | $ 33.50 | Sale | 12/17/2018 | $ 3.950 | 5 | $ 19.75 | 0 | $ 13.75 |
| Purchase | 04/26/2018 | $ 6.700 | 41 | $ 274.70 | Sale | 12/17/2018 | $ 3.930 | 41 | $ 161.13 | 0 | $ 113.57 |
| Purchase | 04/26/2018 | $ 6.700 | 3,174 | $ 21,265.80 | Sale | 01/04/2019 | $ 5.204 | 3,174 | $ 16,516.53 | 0 | $ 4,749.27 |
| Purchase | 05/07/2018 | $ 6.500 | 3,350 | $ 21,775.00 | Sale | 12/04/2018 | $ 4.371 | 3,350 | $ 14,642.98 | 0 | $ 7,132.02 |
| Purchase | 05/07/2018 | $ 6.500 | 100 | $ 650.00 | Sale | 12/14/2018 | $ 4.130 | 100 | $ 413.00 | 0 | $ 237.00 |
| Purchase | 05/07/2018 | $ 6.500 | 250 | $ 1,625.00 | Sale | 12/14/2018 | $ 4.125 | 250 | $ 1,031.20 | 0 | $ 593.80 |
| Purchase | 05/07/2018 | $ 6.500 | 1,300 | $ 8,450.00 | Sale | 12/14/2018 | $ 4.129 | 1,300 | $ 5,367.11 | 0 | $ 3,082.89 |
| Purchase | 05/08/2018 | $ 6.000 | 850 | $ 5,100.00 | Sale | 12/04/2018 | $ 4.300 | 850 | $ 3,655.00 | 0 | $ 1,445.00 |
| Purchase | 05/08/2018 | $ 6.000 | 1,100 | $ 6,600.00 | Sale | 12/04/2018 | $ 4.400 | 1,100 | $ 4,840.00 | 0 | $ 1,760.00 |
| Purchase | 05/08/2018 | $ 6.000 | 550 | $ 3,300.00 | Sale | 12/04/2018 | $ 4.371 | 550 | $ 2,404.07 | 0 | $ 895.93 |
| Purchase | 05/09/2018 | $ 5.390 | 850 | $ 4,581.33 | Sale | 11/20/2018 | $ 3.341 | 850 | $ 2,840.18 | 0 | $ 1,741.15 |
| Purchase | 05/09/2018 | $ 5.390 | 1,650 | $ 8,893.17 | Sale | 12/04/2018 | $ 4.300 | 1,650 | $ 7,095.00 | 0 | $ 1,798.17 |
| Purchase | 05/10/2018 | $ 5.540 | 400 | $ 2,216.00 | Sale | 11/16/2018 | $ 3.650 | 400 | $ 1,460.00 | 0 | $ 756.00 |
| Purchase | 05/10/2018 | $ 5.540 | 450 | $ 2,493.00 | Sale | 11/19/2018 | $ 3.760 | 450 | $ 1,692.00 | 0 | $ 801.00 |
| Purchase | 05/10/2018 | $ 5.540 | 9,150 | $ 50,691.00 | Sale | 11/20/2018 | $ 3.341 | 9,150 | $ 30,573.76 | 0 | $ 20,117.24 |
| Purchase | 05/16/2018 | $ 5.470 | 2,065 | $ 11,295.09 | Sale | 11/14/2018 | $ 4.578 | 2,065 | $ 9,452.92 | 0 | $ 1,842.17 |
| Purchase | 05/16/2018 | $ 5.470 | 6,335 | $ 34,651.04 | Sale | 11/14/2018 | $ 4.550 | 6,335 | $ 28,826.65 | 0 | $ 5,824.39 |
| Purchase | 05/16/2018 | $ 5.490 | 1,600 | $ 8,784.00 | Sale | 11/14/2018 | $ 4.550 | 1,600 | $ 7,280.60 | 0 | $ 1,503.40 |
| Purchase | 06/07/2018 | $ 5.500 | 1,075 | $ 5,912.50 | Sale | 11/14/2018 | $ 4.207 | 1,075 | $ 4,522.68 | 0 | $ 1,389.82 |
| Purchase | 06/07/2018 | $ 5.549 | 165 | $ 915.61 | Sale | 11/13/2018 | $ 4.570 | 165 | $ 754.00 | 0 | $ 161.61 |
| Purchase | 06/07/2018 | $ 5.549 | 3,892 | $ 21,597.31 | Sale | 11/13/2018 | $ 5.600 | 3,892 | $ 21,796.15 | 0 | $ (198.84) |
| Purchase | 06/07/2018 | $ 5.549 | 5,000 | $ 27,745.77 | Sale | 11/14/2018 | $ 4.203 | 5,000 | $ 21,015.00 | 0 | $ 6,730.77 |
| Purchase | 06/07/2018 | $ 5.549 | 4,400 | $ 24,416.28 | Sale | 11/14/2018 | $ 4.401 | 4,400 | $ 19,365.28 | 0 | $ 5,051.00 |
| Purchase | 06/07/2018 | $ 5.549 | 5,000 | $ 27,745.77 | Sale | 11/14/2018 | $ 4.250 | 5,000 | $ 21,250.00 | 0 | $ 6,495.77 |
| Purchase | 06/07/2018 | $ 5.549 | 468 | $ 2,597.00 | Sale | 11/14/2018 | $ 4.207 | 468 | $ 1,968.95 | 0 | $ 628.06 |
| Purchase | 06/07/2018 | $ 5.550 | 905 | $ 5,022.75 | Sale | 11/14/2018 | $ 4.590 | 905 | $ 4,153.95 | 0 | $ 868.80 |
| Purchase | 06/07/2018 | $ 5.550 | 1,135 | $ 6,299.25 | Sale | 11/14/2018 | $ 4.578 | 1,135 | $ 5,195.68 | 0 | $ 1,103.57 |
| Purchase | 06/07/2018 | $ 5.600 | 8,357 | $ 46,798.97 | Sale | 11/14/2018 | $ 4.207 | 8,357 | $ 35,159.13 | 0 | $ 11,639.84 |
| Purchase | 06/07/2018 | $ 5.600 | 100 | $ 560.00 | Sale | 11/14/2018 | $ 4.300 | 100 | $ 430.00 | 0 | $ 130.00 |
| Purchase | 06/07/2018 | $ 5.600 | 2,400 | $ 13,439.93 | Sale | 11/14/2018 | $ 4.450 | 2,400 | $ 10,680.50 | 0 | $ 2,759.43 |
| Purchase | 06/07/2018 | $ 5.600 | 4,500 | $ 25,199.87 | Sale | 11/14/2018 | $ 4.450 | 4,500 | $ 20,025.00 | 0 | $ 5,174.87 |
| Purchase | 06/07/2018 | $ 5.600 | 500 | $ 2,799.99 | Sale | 11/14/2018 | $ 4.540 | 500 | $ 2,270.00 | 0 | $ 529.99 |
| Purchase | 06/07/2018 | $ 5.600 | 2,103 | $ 11,776.74 | Sale | 11/14/2018 | $ 4.590 | 2,103 | $ 9,652.77 | 0 | $ 2,123.97 |
| Purchase | 06/11/2018 | $ 5.606 | 100 | $ 560.60 | Sale | 11/12/2018 | $ 6.165 | 100 | $ 616.50 | 0 | $ (55.90) |
| Purchase | 08/14/2018 | $ 7.739 | 1,100 | $ 8,512.48 | Sale | 10/23/2018 | $ 7.081 | 1,100 | $ 7,788.83 | 0 | $ 723.65 |
| Purchase | 08/14/2018 | $ 7.739 | 1,400 | $ 10,834.07 | Sale | 10/23/2018 | $ 7.160 | 1,400 | $ 10,024.00 | 0 | $ 810.07 |
| Purchase | 08/14/2018 | $ 7.739 | 1,300 | $ 10,060.20 | Sale | 11/12/2018 | $ 6.165 | 1,300 | $ 8,014.56 | 0 | $ 2,045.64 |
| Purchase | 08/14/2018 | $ 7.749 | 900 | $ 6,973.75 | Sale | 11/12/2018 | $ 6.165 | 900 | $ 5,548.54 | 0 | $ 1,425.21 |
| Purchase | 08/23/2018 | $ 7.550 | 5,000 | $ 37,750.00 | Sale | 10/23/2018 | $ 7.081 | 5,000 | $ 35,403.76 | 0 | $ 2,346.24 |
| Purchase | 08/31/2018 | $ 8.900 | 5,000 | $ 44,500.00 | Sale | 10/23/2018 | $ 7.081 | 5,000 | $ 35,403.76 | 0 | $ 9,096.24 |
| Purchase | 09/21/2018 | $ 7.890 | 2,500 | $ 19,724.50 | Sale | 10/23/2018 | $ 7.081 | 2,500 | $ 17,701.88 | 0 | $ 2,022.62 |
| Purchase | 09/27/2018 | $ 8.050 | 500 | $ 4,025.00 | Sale | 10/23/2018 | $ 7.081 | 500 | $ 3,540.38 | 0 | $ 484.62 |
| Purchase | 09/27/2018 | $ 8.053 | 2,000 | $ 16,106.00 | Sale | 10/23/2018 | $ 7.081 | 2,000 | $ 14,161.51 | 0 | $ 1,944.49 |
| Purchase | 10/04/2018 | $ 7.919 | 2,108 | $ 16,693.69 | Sale | 10/23/2018 | $ 7.004 | 2,108 | $ 14,764.84 | 0 | $ 1,928.85 |
| Purchase | 10/04/2018 | $ 7.948 | 392 | $ 3,115.48 | Sale | 10/23/2018 | $ 7.004 | 392 | $ 2,745.64 | 0 | $ 369.84 |
| Purchase | 10/04/2018 | $ 7.948 | 2,500 | $ 19,869.14 | Sale | 10/23/2018 | $ 7.081 | 2,500 | $ 17,701.88 | 0 | $ 2,167.26 |
| Purchase | 10/08/2018 | $ 8.317 | 5,000 | $ 41,587.16 | Sale | 10/23/2018 | $ 7.004 | 5,000 | $ 35,020.97 | 0 | $ 6,566.19 |
| Purchase | 10/08/2018 | $ 8.700 | 5,000 | $ 43,500.00 | Sale | 10/23/2018 | $ 7.004 | 5,000 | $ 35,020.97 | 0 | $ 8,479.03 |
| Purchase | 10/09/2018 | $ 9.023 | 2,500 | $ 22,556.42 | Sale | 10/23/2018 | $ 7.004 | 2,500 | $ 17,510.48 | 0 | $ 5,045.94 |
| Purchase | 10/19/2018 | $ 7.632 | 5,000 | $ 38,159.92 | Sale | 10/23/2018 | $ 7.004 | 5,000 | $ 35,020.97 | 0 | $ 3,138.95 |

| Purchase | 10/25/2018 | $ | 7.189 | 2,657 | $ | 19,101.97 | Sale | 11/12/2018 | $ | 6.100 | 2,657 | $ | 16,207.84 | 0 | | $ | 2,894.13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 10/25/2018 | $ | 7.189 | 1,243 | $ | 8,936.30 | Sale | 11/12/2018 | $ | 6.246 | 1,243 | $ | 7,763.60 | 0 | | $ | 1,172.70 |
| Purchase | 10/25/2018 | $ | 7.189 | 3,800 | $ | 27,319.34 | Sale | 11/12/2018 | $ | 6.165 | 3,800 | $ | 23,427.19 | 0 | | $ | 3,892.15 |
| Purchase | 10/26/2018 | $ | 7.030 | 10,000 | $ | 70,300.00 | Sale | 11/12/2018 | $ | 6.100 | 10,000 | $ | 61,000.53 | 0 | | $ | 9,299.48 |
| Purchase | 10/30/2018 | $ | 7.381 | 10,000 | $ | 73,814.77 | Sale | 11/12/2018 | $ | 6.101 | 10,000 | $ | 61,006.47 | 0 | | $ | 12,808.29 |
| Purchase | 10/30/2018 | $ | 7.400 | 1,100 | $ | 8,139.55 | Sale | 11/12/2018 | $ | 6.101 | 1,100 | $ | 6,710.71 | 0 | | $ | 1,428.84 |
| Purchase | 10/30/2018 | $ | 7.438 | 1,557 | $ | 11,581.31 | Sale | 11/12/2018 | $ | 6.101 | 1,557 | $ | 9,498.71 | 0 | | $ | 2,082.60 |
| Purchase | 10/30/2018 | $ | 7.438 | 7,343 | $ | 54,618.83 | Sale | 11/12/2018 | $ | 6.100 | 7,343 | $ | 44,792.69 | 0 | | $ | 9,826.15 |
| Purchase | 11/16/2018 | $ | 3.740 | 5,100 | $ | 19,073.00 | Sale | 11/16/2018 | $ | 3.467 | 5,100 | $ | 17,682.56 | 0 | | $ | 1,390.44 |
| Purchase | 11/16/2018 | $ | 3.930 | 19,900 | $ | 78,199.58 | Sale | 11/16/2018 | $ | 3.467 | 19,900 | $ | 68,996.64 | 0 | | $ | 9,202.94 |
| Purchase | 11/16/2018 | $ | 3.930 | 10,000 | $ | 39,296.27 | Sale | 11/16/2018 | $ | 3.518 | 10,000 | $ | 35,184.96 | 0 | | $ | 4,111.31 |
| Purchase | 11/16/2018 | $ | 3.930 | 14,600 | $ | 57,372.56 | Sale | 11/16/2018 | $ | 3.650 | 14,600 | $ | 53,290.00 | 0 | | $ | 4,082.56 |
| Purchase | 11/26/2018 | $ | 4.608 | 5,000 | $ | 23,040.28 | Sale | 12/04/2018 | $ | 4.341 | 5,000 | $ | 21,704.05 | 0 | | $ | 1,336.23 |
| Purchase | 11/26/2018 | $ | 4.608 | 2,500 | $ | 11,520.14 | Sale | 12/04/2018 | $ | 4.300 | 2,500 | $ | 10,750.00 | 0 | | $ | 770.14 |
| Purchase | 03/11/2019 | $ | 4.437 | 8,200 | $ | 36,385.00 | | | $ | 3.763 | | $ | 30,859.33 | 8,200 | * | $ | 5,525.67 |
| Purchase | 03/11/2019 | $ | 4.348 | 16,800 | $ | 73,044.41 | | | $ | 3.763 | | $ | 63,224.00 | 16,800 | * | $ | 9,820.41 |
| Purchase | 03/12/2019 | $ | 4.491 | 11,516 | $ | 51,719.12 | Sale | 03/18/2019 | $ | 3.862 | 11,516 | $ | 44,480.29 | 0 | | $ | 7,238.83 |
| Purchase | 03/12/2019 | $ | 4.497 | 8,968 | $ | 40,326.24 | Sale | 03/18/2019 | $ | 3.850 | 8,968 | $ | 34,526.80 | 0 | | $ | 5,799.44 |
| Purchase | 03/12/2019 | $ | 4.497 | 4,518 | $ | 20,316.01 | Sale | 03/18/2019 | $ | 3.862 | 4,518 | $ | 17,450.67 | 0 | | $ | 2,865.33 |
| Purchase | 03/12/2019 | $ | 4.598 | 16,873 | $ | 77,573.75 | | | $ | 3.763 | | $ | 63,498.72 | 16,873 | * | $ | 14,075.03 |
| Purchase | 03/12/2019 | $ | 4.635 | 3,966 | $ | 18,383.13 | Sale | 03/18/2019 | $ | 3.862 | 3,966 | $ | 15,318.59 | 0 | | $ | 3,064.54 |
| Purchase | 03/12/2019 | $ | 4.635 | 4,161 | $ | 19,286.99 | | | $ | 3.763 | | $ | 15,659.23 | 4,161 | * | $ | 3,627.76 |
| Purchase | 03/19/2019 | $ | 4.000 | 10,000 | $ | 39,997.00 | | | $ | 3.763 | | $ | 37,633.33 | 10,000 | * | $ | 2,363.67 |
| **Total Class Period Purchases** | | | | **323,102** | **$** | **1,831,648.43** | | | | | **267,068** | **$** | **1,521,817.92** | **56,034** | | | **$ 309,830.51** |

* For purchases where shares were retained through the end of the Class Period, the average closing price from 3/20/2019-5/28/2019 was used to get a value of retained shares

**Post Class Period Purchases and Sales (Short) (Offset)**

| Transaction Type | Trade Date | | Price | Shares | | Total Cost | Transaction Type | Trade Date | | Price | Shares | | Total Proceeds | Shares Retained | Loss (Gain) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/07/2019 | $ | 4.420 | 5,000 | $ | 22,100.00 | Sale | 02/13/2019 | $ | 4.660 | 5,000 | $ | 23,301.54 | 0 | $ (1,201.54) |
| Purchase | 03/11/2019 | $ | 4.431 | 9,800 | $ | 43,422.11 | Sale | 02/13/2019 | $ | 4.660 | 9,800 | $ | 45,671.01 | 0 | $ (2,248.90) |
| Purchase | 03/11/2019 | $ | 4.431 | 15,000 | $ | 66,462.42 | Sale | 02/13/2019 | $ | 4.700 | 15,000 | $ | 70,502.64 | 0 | $ (4,040.22) |
| Purchase | 03/11/2019 | $ | 4.431 | 5,200 | $ | 23,040.30 | Sale | 02/13/2019 | $ | 4.706 | 5,200 | $ | 24,472.02 | 0 | $ (1,431.72) |
| Purchase | 04/10/2019 | $ | 3.898 | 5,000 | $ | 19,491.99 | Sale | 03/20/2019 | $ | 3.306 | 5,000 | $ | 16,529.47 | 0 | $ 2,962.52 |
| Purchase | 04/12/2019 | $ | 2.493 | 25,000 | $ | 62,323.98 | Sale | 03/20/2019 | $ | 3.306 | 25,000 | $ | 82,647.37 | 0 | $ (20,323.39) |
| **Total** | | | | **65,000** | **$** | **236,840.80** | | | | | **65,000** | **$** | **263,124.06** | **0** | **$ (26,283.26)** |

| **Total Loss** | | | | | | | | | | | | | | | **$ 283,547.25** |