FEDERMAN & SHERWOOD
William B. Federman (admitted *pro hac vice*)
wbf@federmanlaw.com
A. Brooke Murphy (admitted *pro hac vice*)
abm@federmanlaw.com
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone:  405.235.1560
Facsimile:  405.239.2112

*Lead Counsel for Plaintiffs*

GIBSON, DUNN & CRUTCHER LLP
Michael D. Celio, SBN 197998
mcelio@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone:  650.849.5326
Facsimile:  650.849.5026

Shireen A. Barday (admitted *pro hac vice*)
sbarday@gibsondunn.com
200 Park Avenue
New York, New York 10166-0193
Telephone:  212.351.2621
Facsimile:  212.817.9421

Elizabeth A. Dooley, SBN 292358
edooley@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8342
Facsimile: 415.393.8469

*Attorneys for Defendants Amyris Inc. and John
G. Melo*

[List of counsel continued on next page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

United States District Court
Northern District of California

| | |
|---|---|
| SHANE MULDERRIG and RONY DEVORAH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>Defendants. | Case No.:  4:19-cv-01765-YGR<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO STAY ALL DEADLINES** |

GREEN & NOBLIN, P.C.
Robert S. Green, SBN 136183
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Telephone: 415.477.6700
Facsimile: 415.477.6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Telephone: 562.391.2487
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

ORRICK, HERRINGTON & SUTCLIFFE LLP
James N. Kramer, SBN 154709
jkramer@orrick.com
Molly McCafferty, SBN 325439
mmccafferty@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  415.773.5700
Facsimile:   415.773.5759

*Attorneys for Defendant Kathleen Valiasek*

## NOTICE OF SETTLEMENT

Plaintiff and Class Representative Vincent Carbone ("Plaintiff") and Defendants Amyris, Inc., John G. Melo, and Kathleen Valiasek ("Defendants" and, together with Plaintiff, the "Parties") respectfully give the Court notice that they have reached a settlement in principle in the above-captioned matter, conditioned on approval of the settlement by the Court.

## STIPULATION TO STAY DEADLINES

In light of the settlement in principle, the Parties hereby stipulate and agree as follows:

WHEREAS, on February 4, 2022, as a result of a mediator's proposal presented by JAMS mediator Robert A. Meyer, Esq., the Parties reached a settlement in principle of all claims pending against Defendants.

WHEREAS, pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court must review and approve the proposed class settlement.

WHEREAS, the Parties are in the process of preparing mutually agreeable settlement papers.

WHEREAS, the Parties expect to be able to execute and file a settlement agreement, along with a motion for preliminary approval of the settlement, by March 24, 2022.

WHEREAS, maintaining existing deadlines in the above-captioned matter while the settlement approval process is ongoing would result in an unnecessary expenditure of time and funds by the Parties and the Court, and would be contrary to the policies of encouraging settlement and conserving judicial resources.

IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL OF THE COURT, that all deadlines in this action should be stayed pending completion of the settlement process, including the Court's determination whether to approve the proposed class settlement.

Respectfully submitted,

DATED: February 8, 2022

By: _____*/s/ William B. Federman*_____
William B. Federman

FEDERMAN & SHERWOOD

*Attorneys for Plaintiffs*

By: _____*/s/ Michael D. Celio*_____
Michael D. Celio

GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendants Amyris, Inc. and John G. Melo*

By: _____*s/ James N. Kramer*_____
James N. Kramer

ORRICK, HERRINGTON & SUTCLIFFE LLP

*Attorneys for Kathleen Valiasek*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Court hereby **SETS** a compliance deadline for **April 8, 2022**. **Five (5) business days** prior to the compliance deadline, the parties shall file a joint status update. If a motion for preliminary approval of class action settlement or joint status update is filed, the compliance deadline will be taken off calendar.

DATED: February 11, 2022

_____
Yvonne Gonzalez Rogers
United States District Court Judge

CASE NO. 4:19-CV-01765-YGR            4            NOTICE OF SETTLEMENT AND
STIPULATION AND [PROPOSED]
ORDER TO STAY ALL PROCEEDINGS

**DECLARATION OF FILER PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the signatories.

Dated: February 8, 2022

FEDERMAN & SHERWOOD


By: _____*/s/ William B. Federman*_____
                    William B. Federman