# EXHIBIT 3



## KCC Class Action Services Resume

KCC is an industry leader in class action settlement administration. We administer claims processes and distribute funds in a vast array of varying matters, ranging from small and simple settlements to multi-year complex settlements involving millions of claimants.

KCC's parent company, Computershare, is a publicly traded company which, among its many business lines, provides global financial services centering on communications with customers on behalf of our corporate clients. Computershare employs over 12,000 people and does business with more than 25,000 clients in more than 21 countries. KCC's operations are regulated by federal agencies, including both the SEC and OCC. KCC has the largest infrastructure in the class action industry, and is backed by superior data security, call center support and technology. In addition to the immense resources and capabilities brought to bear through Computershare, KCC can execute all operations in-house with zero outsourcing; a capacity which allows for full quality control over each aspect of service.

KCC has administered over 7,200 class action matters and handled thousands of distribution engagements in other contexts as well. Our call centers handle 13.9 million calls each year. Our domestic infrastructure can open and scan 200,000 claims in a single day, and we have document production capabilities that print and mail millions of documents annually. Last year, our disbursement services team distributed more than $1.6 billion (USD) across four million class payments.

### Locations
KCC has an administrative office in El Segundo, CA, operation offices in San Rafael, CA, and Louisville, KY, and presence in the East Coast, South and Midwest. In addition to these offices, KCC has the global support of Computershare. In the United States Computershare has more than 20 offices.

### KCC Personnel
KCC's experienced team of experts knows first-hand the intricacies contained in every aspect of settlement administration, and approach each matter with careful analysis and procedural integrity. Each client is assigned a team of experienced consultants, specialists and technology experts who serve as knowledgeable, reliable and accessible partners that have earned a reputation for exceeding clients' expectations. KCC's executive team – Gerry Mullins, President and Daniel Burke, Executive Vice President – are experienced industry leaders.

Our personnel have considerable experience which includes years of practice with KCC and related endeavors. KCC's professionals have extensive training, both on-the-job and formal, such as undergraduate and advanced business, information technology and law degrees, and they possess and/or have had licenses and certificates in disciplines that are relevant to class action administration.

### Recognition
Our settlement administration services have been recognized by *The National Law Journal*, *The New York Law Journal, The New Jersey Law Journal, The Recorder, Legal Intelligencer, Legal Times* and other leading publications. KCC has earned the trust and confidence of our clients with our track record as a highly-responsive partner.



| Settlement Value | |
|---|---|
| Case | Value |
| Fortis Settlement | $1,572,690,000 |
| Ramah Navajo Chapter v. Jewell | $940,000,000 |
| U.S.A. v. The Western Union Company | $586,000,000 |
| Vaccarino v. Midland National Life Ins. Co | $555,000,000 |
| In re Facebook Biometric Info. Privacy Litig. | $550,000,000 |
| Safeco v. AIG | $450,000,000 |
| Johnson v. Caremark Rx, LLC | $310,000,000 |
| In re Activision Blizzard, Inc. Stockholder Litigation | $275,000,000 |
| Harborview MBS | $275,000,000 |
| Dial Corp. v. News Corporation, et al. | $244,000,000 |
| In re Medical Capital Securities Litigation Settlement | $219,000,000 |
| In Re: NCAA Athletic Grant-In-Aid Antitrust Litigation | $208,664,445 |
| Gutierrez v. Wells Fargo Bank, N.A | $203,000,000 |
| Postmates Mass Arbitration Settlement | $179,000,000 |
| BlueCrest Capital Management Limited | $170,000,000 |
| Bell v. Farmers - Bell III | $170,000,000 |
| In Re Diamond Foods, Inc. Securities Litigation | $167,000,000 |
| In re JPMorgan Chase & Co. Securities Litigation | $150,000,000 |
| Haddock v. Nationwide Life Insurance Co. Settlement | $140,000,000 |
| In re Freeport-McMoran Copper & Gold Inc. Derivative Litigation Notice | $137,500,000 |
| Bank of America, et al. v. El Paso Natural Gas Company, et al. | $115,000,000 |
| In re Anthem, Inc. Data Breach Litigation | $115,000,000 |
| In re Medical Capital Securities Litigation Settlement | $114,000,000 |
| Drywall Acoustic Lathing v. SNC Lavalin | $110,000,000 |
| In re Automotive Parts Antitrust Litigation III | $103,000,000 |
| Rural/Metro Corporation Stockholders Litigation | $97,793,880 |
| J.C. Penney Securities Litigation | $97,500,000 |
| Smokeless Tobacco Cases | $96,000,000 |
| Oubre v. Louisiana Citizens | $92,865,000 |
| Ardon v. City of Los Angeles | $92,500,000 |
| Nishimura v. Gentry Homes, Ltd. II | $90,341,564 |
| In Re: Potash Antitrust Litigation (II) (Escrow) | $90,000,000 |
| Ormond, et al, v. Anthem, Inc. | $90,000,000 |
| In re DRAM Antitrust Litigation | $87,750,000 |
| In re: Morning Song Bird Food Litigation | $85,000,000 |
| Ideal v. Burlington Resources Oil & Gas Company LP | $85,000,000 |
| Willoughby v. DT Credit Corporation, et al. (Drivetime) | $78,000,000 |
| Bake v. Saint-Gobain Performance Plastics Corp. | $62,000,000 |
| Burdick v. Tonoga Inc. | $23,000,000 |



| Class Members | |
| --- | --- |
| **Case** | **Volume** |
| Edwards v. National Milk Producers Federation et al. | 90,000,000 |
| In re Anthem, Inc. Data Breach Litigation | 80,000,000 |
| Carrier IQ Inc. Consumer Privacy Litigation | 47,300,000 |
| The Home Depot, Inc. Customer Data Security Breach Litigation | 40,000,000 |
| In re Facebook Biometric Info. Privacy Litig. | 30,000,000 |
| In Re Midland Credit Management, Inc. TCPA Litigation | 30,000,000 |
| Golden v. ContextLogic Inc. d/b/a Wish.com | 29,222,936 |
| Cassese v. WashingtonMutual | 23,200,344 |
| In re Wawa, Inc. Data Security Litigation | 22,000,000 |
| Rael v. The Children's Place, Inc. | 22,000,000 |
| In Re Optical Disk Drive Antitrust Litigation | 20,000,000 |
| In re UltraMist Sunscreen Litigation | 20,000,000 |
| Torres v. Wendy's International, LLC | 18,000,000 |
| In Re Lithium Ion Batteries Antitrust Litigation | 16,000,000 |
| Gordon v. Verizon Communications, Inc. | 15,236,046 |
| Experian Data Breach Litigation | 15,000,000 |
| Opperman v. Kong Technologies, Inc. et al. | 13,279,377 |
| Lerma v Schiff Nutrition International, Inc. | 12,000,000 |
| Kolinek v. Walgreen Co. | 10,213,348 |
| Dunstan v. comScore, Inc. | 10,000,000 |
| Sprint Government Restitution Program | 9,500,000 |
| Steinfeld v. Discover Financial Services | 9,088,000 |
| Cohen, et al. v. FedEx Office and Print Services, Inc., et al. | 9,000,000 |
| Elvey v. TD Ameritrade, Inc. | 8,639,226 |
| In Re: Monitronics International, Inc. Telephone Consumer Protection Act Litigation | 7,789,972 |
| In re Portfolio Recovery Associates Telephone Consumer Protection Act Litigation | 7,395,511 |
| Morrow v. Ascena Retail Group, Inc. and Ann Inc. | 7,277,056 |
| Shames v. The Hertz Corporation | 7,271,238 |
| In Re Facebook Biometric Information Privacy Litigation | 7,000,000 |
| Roberts, et al. v. Electrolux Home Products, Inc. | 6,305,000 |
| Chambers v. Whirlpool Corporation, et al. | 5,788,410 |
| Martin v. Safeway Inc. | 5,610,739 |
| Morales v. Conopco Inc. dba Unilever (TRESemmé Naturals) | 5,000,000 |
| Murray v. Grocery Delivery E-Services USA Inc. bda Hello Fresh | 5,000,000 |