United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINCENT CARBONE, ET AL.,** on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> **vs.** <br><br> **AMYRIS, INC., ET AL.,** <br><br> Defendants. | Case No. 4:19-CV-1765-YGR <br><br> **MISCELLANEOUS ORDER RE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** <br><br> Re: Dkt. No. 111 |

Pending before this Court is a Motion for Preliminary Approval of Class Action Settlement which is set for hearing on July 26, 2022.  In preparation for the hearing, the Court notes various issues which require modification.  Changes in advance of the hearing will expedite resolution.  Thus, counsel shall provide the Court with the following information and revise documents accordingly as follows:

1.  Counsel shall file under seal the agreement with respect to the opt-out threshold.

2.  The parties have not provided the Court with all the information identified in this District's Procedural Guidance for Class Action Settlements. *See* https://cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements/. Counsel shall review and ensure that all requested information has been provided.  In particular the Court notes that it is lacking the following:

    a.  The number of administrators considered for retention and the law firm's history of engagements with the chosen administrator over the last two years;

    b.  The proposed language for accessing documents including on PACER should be used in the notice;

    c.  The proposed language *and process* for objections should be used in the notice;

United States District Court
Northern District of California

d.  Identify not only the number of members anticipated to participate but the percentage.

3.  Further explanation is required regarding propriety of the request to pay the administrator up to $250,000 while the bid amount is $125,000.

4.  The use of the word "relate" in a release is too broad.  It should be deleted. "Arising out of" and "based upon" should be sufficient for the parties' intent and purposes.

5.  Further explanation is required about whether social media and/or email will be used to contact the class members.

6.  On the Long Form Notice, move the chart on page 2 to page 1 before the bullet points.

The Court will be unavailable during the first two weeks of August.  Thus, to expedite resolution, revised submissions and supplemental information should be filed by July 21, 2022. Parties shall include redlined versions of the documents to expedite review.

**IT IS SO ORDERED.**
Dated: July 12, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2