United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| VINCENT CARBONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>Defendants. | Case No.:  4:19-cv-01765-YGR<br><br><br>**[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND REIMBURSEMENT AWARDS TO PLAINTIFFS** |

**WHEREAS:**

This matter having come before the Court on November 8, 2022, on Plaintiff's motion for an award of attorneys' fees, reimbursement of litigation expenses, and reimbursement awards to Class Representative and to lead plaintiff, and the Court having considered all papers filed and proceedings had herein, and otherwise being fully informed in the premises and good cause appearing therefore,

NOW, THEREFORE, after due deliberation, IT IS ORDERED, ADJUDGED AND DECREED that:

1.     All of the capitalized terms used herein shall have the same meaning as set forth in the Stipulation and Agreement of Settlement dated as of July 21, 2022 (the "Stipulation").

2.     The Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Members of the Class.

3.      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court finds and concludes that due and adequate notice of Plaintiffs' Counsel's motion for an award of attorneys' fees, reimbursement of litigation expenses, and reimbursement awards to Class Representative and lead plaintiff was directed to Class Members, including, individual notice to those who could be identified with reasonable effort, advising them of the application for fees, expenses, and reimbursement awards, and advising them of their right to object thereto, and a full and fair opportunity was accorded to all Class Members to be heard with respect to the motion for fees, expenses, and reimbursement awards.

4.      The Court hereby awards Plaintiffs' Counsel attorneys' fees of _____% of the Settlement Fund, including interest earned thereon at the same rate as earned on the Settlement Fund, and $_____ in reimbursement of litigation expenses.  The Court finds that the amount of fees and expenses awarded is fair and reasonable.  The awarded attorneys' fees and expenses shall be paid to Plaintiffs' Counsel from the Settlement Fund pursuant to the terms of the Stipulation, which terms, conditions, and obligations are incorporated herein.

5.      Pursuant to 15 U.S.C. §78u-4(a)(4), the Court awards Plaintiff and Court-appointed Class Representative, Vincent Carbone, $_____ for the time, expense, and effort he expended in representing the Class for more than three years.  The reimbursement award shall be paid to Class Representative from the Settlement Fund pursuant to the terms of the Stipulation.

6.      Pursuant to 15 U.S.C. §78u-4(a)(4), the Court awards Court-appointed lead plaintiff, Rob Jansen, $_____ for the time, expense, and effort he expended in furtherance of this Action on behalf of the Class for more than two years.  The reimbursement award shall be paid to plaintiff Jansen from the Settlement Fund pursuant to the terms of the Stipulation.

IT IS SO ORDERED.

DATED: _____          _____

Hon. Yvonne Gonzalez Rogers
United States District Court Judge

CASE NO. 4:19-CV-01765-YGR                    2                    [PROPOSED] ORDER AWARDING FEES,
REIMBURSEMENT OF EXPENSES, AND
AWARDS TO PLAINTIFFS