# EXHIBIT 3

# FEDERMAN & SHERWOOD

(An Association of Attorneys and Professional Corporations)

| | |
|---|---|
| 10205 N. Pennsylvania Avenue<br>Oklahoma City, Oklahoma 73120<br>Telephone: 405-235-1560<br>Facsimile: 405-239-2112 | 212 W. Spring Valley Road<br>Richardson, Texas 75081<br>Telephone: 214-696-1100<br>Facsimile: 214-740-0112 |

## FIRM RESUME

**WILLIAM B. FEDERMAN.** *Education*: Boston University (B.A., cum laude, 1979); University of Tulsa (J.D., 1982); Phi Alpha Delta (Treasurer, 1980-1982). *Admitted to practice*: United States District Courts for the following Districts: Western, Northern and Eastern, Oklahoma; Eastern and Southern, New York; Southern, Northern, Eastern and Western, Texas; Eastern and Western, Arkansas; District of Columbia; District of Colorado; Northern, Ohio; District of Nebraska; Eastern District of Michigan; Eastern District of Wisconsin; United States Court of Appeals for the following Circuits: First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh and Federal; and United States Supreme Court. *Lectures/Publications*: *"Class Actions, New Rules and Data Breach Cases,"* 40th Annual OCBA Winter Seminar 2019; *"A Case Study of Ethical Issues in Complex Litigation and Trends in Class Certification,"* 39th Annual OCBA Winter Seminar, 2018; *"Talkin' About Insurance Coverage and Complex Litigation: What Every Lawyer and Client Should Know,"* 38th Annual OCBA Winter Seminar, 2017; "*Securities Litigation: Using Data to Make the Case,"* by Bloomberg BNA, 2016; "*The Changing Landscape for Prosecution of Financial Claims Involving Insolvent Companies"* 37th Annual OCBA Winter Seminar, 2016; *"Current Status of Securities Class Actions: Where are the Courts Taking Us?"* Houston Bar Association, 2014. *"Class & Derivative Actions and Securities Litigation,"* 2013 Annual Meeting of the American Bar Association; *"Litigation and Employment Law Update,"* Securities Industry Association Compliance and Legal Division; "*Inside a Disclosure Crisis"*, 30th Annual Northwest Securities Institute Annual Meeting and sponsored by the Washington Bar Association; "*Managing Directors' Liability,"* 3rd Annual Energy Industry Directors Conference and sponsored by Rice University; "*Executive Liability - 2009 D & O Market Trends,"* Chartis Insurance; *"Derivative Actions and Protecting the Corporation – Critical Issues in Today's Banking,"* Oklahoma Bar Association and the Oklahoma Bankers Association; *"Arbitration - What Is It? Why Should a Lawyer Suggest or Use It?,"* Oklahoma Bar Association; *"The Attorney and Accountant as Targets in Failed Financial Institution Litigation,"* American Bar Association Trial Practice Committee; *"Effective Arbitration in the 1990's - Adapting to Build a Successful Practice,"* Oklahoma County Bar Association; *"Current Issues in Direct Investments and Limited Partnerships: The Litigation Scene From All Perspectives,"* American Bar Association Litigation Section; *"Stockbroker Litigation and Arbitration,"* Securities Arbitration Institute. Author: *"Who's Minding the Store: The Corporate Attorney-Client Privilege,"* 52 O.B.J. 1244, 1981; *"Potential Liability From Indirect Remuneration in Private Oil and Gas Offerings,"* 11 Sec. Reg. L.J. 135, 1983; *"Capitalism and Reality Meet in the Courts. . . Finally,"* 59 O.B.J. 3537, 1987; *"Class Actions, New Rules & Data Breach Cases,"* Annual OCBA Winter Seminar, 2019. *Membership*: Arbitration Panel, New York Stock Exchange; Federal Bar Association; Oklahoma County Bar Association (Committee on Professionalism, 1987-1990); Oklahoma Bar Association (Civil Procedure/Evidence Code, Lawyers Helping Lawyers Assistance Program and Rules of Professional Conduct Committees, 2017-2020); American Bar Association (Committee on Securities Litigation and Corporate Counsel); American Inns of Court (Barrister 1990-1993 and Master 2002-2004); inducted into the Outstanding Lawyers of America, 2003; received the Martindale-Hubbell peer review rating of AV Preeminent in both ethical standards and legal ability; recognized as one of the "Top Lawyers of 2013" for excellence and achievements in the legal community; Litigation Counsel of America (Trial Lawyer & Appellate Lawyer Honorary Society). *Awards/Honors*: Securities Litigation and Arbitration Law Firm of the Year in Oklahoma – 2018 (Global Law Experts Annual Awards); Securities Litigation and Arbitration Law Firm of the Year in Oklahoma – 2019, 2020 (Corporate INTL Magazine); Oklahoma Super Lawyers list by Thomson Reuters – 2019; Recognized for Exceptional Service and Outstanding Performance on behalf of the Federal Bar

FEDERMAN & SHERWOOD
Page 2

Association (Oklahoma City Chapter) Pro Bono Program – 2018-2019, 2020, Oklahoma Super Lawyer for 2022.

**STUART W. EMMONS.   (In Memoriam)** *Education*: University of Oklahoma (J.D., 1987, with distinction); University of Oklahoma (B.B.A., Accounting, 1984, with distinction).  *Admitted to practice*: 1987, Oklahoma; 1987, U.S. District Court for the Western District of Oklahoma; 1990, U.S. District Court for the Northern District of Oklahoma; 1992, U.S. Court of Appeals, Tenth Circuit; 1994, U.S. Court of Appeals, Eighth Circuit; U.S. Patent and Trademark Office; 2002, U.S. District Court for the District of Colorado; U.S. District Court for the Southern District of Texas; 2003, U.S. Court of Appeals, Second Circuit; 2004, U.S. District Court for the Northern District of Texas; U.S. Court of Appeals, Fifth Circuit; 2005, United States Supreme Court; 2005 U.S. Court of Appeals, Fourth Circuit; 2015, U.S. Court of Appeals, First Circuit; 2016, U.S. Court of Appeals, Ninth Circuit and U.S. Court of Appeals for the First Circuit.  1988-1989, Law Clerk to the Hon. Layn R. Phillips, U.S. District Court for the Western District of Oklahoma.  *Published Decisions:  American Fidelity Assurance Company v. The Bank of New York Mellon,* 810 F.3d 1234 (10th Cir. 2016); *Paul Spitzberg v. Houston American Energy Corporation, et al.*, 758 F.3d 676 (5th Cir. 2014); *Patipan Nakkhumpun v. Daniel J. Taylor, et al.,* 782 F.3d 1142 (10th Cir. 2015); *Membership*: Oklahoma County and Oklahoma Bar Associations.

**SARA E. COLLIER.**  *Education*:  Oklahoma Christian University (B.S. 2000); Oklahoma City University School of Law (J.D. 2004).  *Admitted to practice*:  2005, Oklahoma; 2005, U.S. District Courts for the Western, Eastern and Northern Districts of Oklahoma; 2007, U.S. District Court for the Southern District of Texas; and 2007, United States Court of Appeals for Veterans Claims in Washington, DC. *Membership*:  Oklahoma Bar Association, American Bar Association.

**A. BROOKE MURPHY.**  *Education*: Oklahoma City University (B.A. summa cum laude, 2005; Robert L. Jones Outstanding Senior Paper Award; Women's Leadership Award); University of Oklahoma College of Law (J.D. 2010, with honors; Dean's List; First Amendment Moot Court Team; Assistant Articles Editor of Oklahoma Law Review).  *Admitted to practice*: Oklahoma, 2010; U.S. District Court for the Western District of Oklahoma, 2010; U.S. District Court for the Northern District of Texas, 2010; Tenth Circuit Court of Appeals, 2014; First Circuit Court of Appeals and Ninth Circuit Court of Appeals, 2016; Second Circuit Court of Appeals, 2021.  *Published Decisions: Paul Spitzberg v. Houston American Energy Corporation, et al.*, 758 F.3d 676 (5th Cir. 2014); *Patipan Nakkhumpun v. Daniel J. Taylor, et al.,* 782 F.3d 1142 (10th Cir. 2015); *Angley v. UTi Worldwide Inc.*, 311 F. Supp. 3d 1117 (C.D. Cal. 2018); *Mulderrig v. Amyris, Inc.*, 492 F. Supp. 3d 999 (N.D. Cal. 2020); *McFarlane v. Altice USA, Inc.*, 524 F. Supp. 3d 264 (S.D.N.Y. 2021).  *Publication*: *Credit Rating Immunity? How the Hands-Off Approach Toward Credit Rating Agencies Led to the Subprime Credit Crisis and the Need for Greater Accountability*, 62 Okla. L. Rev. 735 (2010).  *Membership*: Oklahoma Bar Association. *Recognition: Oklahoma Super Lawyers*, "Rising Star," 2020, 2021, 2022.

**EMILY J. SEIKEL.** *Education:* University of Pennsylvania (B.A. cum laude, 2002, Honors Program-Benjamin Franklin Scholar); University of Texas School of Law (J.D. 2006); Editor, Texas Review of Entertainment and Sports Law 2004-2005; Development Chair, Board of Directors, Texas Law Fellowships 2003-2005; Treasurer and Fundraiser, Public Interest Lawyers Association 2003-2004. *Admitted to practice:* Oklahoma (2007), Texas (2010), U.S. District Court for the Northern District of Texas (2014), U.S. District Court for the Western District of Texas (2015), U.S. District Court for the Eastern District of Texas (2019); *Member*. Oklahoma Bar Association, Texas Bar Association, Member of the International Association of Privacy Professionals (IAPP).

**CARIN L. MARCUSSEN.**  *Education*: United States Air Force Academy (attended 1996-1997); Oklahoma State University (B.S., 2000); University of Oklahoma (J.D. *with honors*, 2003).  *Admitted to practice*: Supreme Court of Oklahoma, 2003; U. S. District Court for the Western District of Oklahoma,

FEDERMAN & SHERWOOD
Page 3

2003; U.S. District Court for the Northern District of Oklahoma, 2004; U.S. District Court for the Eastern District of Oklahoma, 2005;  U.S. Court of Appeals for the Tenth Circuit, 2006; U.S. Bankruptcy Court for the Western District of Oklahoma, 2012.  *Member*: Oklahoma Bar Association (Civil Procedure & Evidence Code Committee; Disaster Relief Committee); Oklahoma Association for Justice; American Association for Justice; National Association of Professional Women. *Publication*:  Democracy for Sale: The United States Supreme Court's Decision in Citizens United," *The Advocate*, Spring 2010.  *Honors*: Marquis Who's Who of American Women, 2007; Pro Bono Award, Oklahoma County Bar Association, 2010; President's Award, Oklahoma Association for Justice, 2013; "Rising Star", *Oklahoma Super Lawyers*, 2008, 2009, 2011, 2013, 2014, 2015, 2017.

**MOLLY E. BRANTLEY.** *Education:* University of Oklahoma (B.A., 2013); Oklahoma City University School of Law (J.D., 2017; Merit Scholar 2014-2017).  *Admitted to practice:* Oklahoma, 2017; United States District Court for the Northern District of Oklahoma; United States District Court for the Western District of Oklahoma, 2020. *Membership:* Oklahoma Bar Association; Federal Bar Association.

**D. COLBY ADDISON**. *Education*: University of Oklahoma (B.S., 2013); University of Oklahoma (J.D., 2016).  *Admitted to practice*: Oklahoma, U.S. District Courts for the Western, Eastern and Northern Districts of Oklahoma, 2016.  *Membership:* Oklahoma Bar Association; Federal Bar Association, Oklahoma Employment Lawyers Association, National Employment Lawyers Association. Mr. Addison is experienced in all aspects of complex litigation and has successfully litigated numerous class actions from inception through discovery and court approved settlement. Prior to joining Federman & Sherwood, Mr. Addison was a co-founder of a firm that specialized in wage and hour collective action and discrimination cases. Mr. Addison has earned the distinction of SuperLawyers for 2019, 2020, and 2021. He has been a featured speaker and lecturer on labor and employment law topics, including as a CLE educator. Mr. Addison has served as Lead or Co-Lead for Plaintiffs in multiple complex litigation cases.

**KENNEDY M. BRIAN**. *Education:* University of Central Oklahoma (Musical Theater and Real Estate Finance, 2018) University of Oklahoma (J.D. 2021). *Admitted to practice:* Oklahoma 2021. *Membership:* Oklahoma Bar Association and Oklahoma County Bar Association. Prior to joining Federman & Sherwood, Mrs. Brian was actively involved in litigation on various estate planning, probate and trust matters.


*OF COUNSEL:*

**JOHN CHARLES SHERWOOD.**  *Education*: Texas Christian University, (BBA, magna cum laude, 1981); Baylor School of Law (J.D., 1984). *Areas of Practice*:  Litigation. *Board Certified*: Civil Trial Law, Personal Injury Trial Law, Texas Board of Legal Specialization. *Organizations*:  Texas Trial Lawyers, Association of Trial Lawyers of America, Dallas Trial Lawyers Association, Dallas Bar Association, Former Chairperson of the Solo and Small Firm Section of the Dallas Bar Association (1999), Member of the College of the State Bar of Texas, and founding President of Citizens For a Fair Judiciary (Political Action Committee). *Licenses and Courts of Practice*: Member of the State Bar of Texas, National Board of Trial Advocacy, Licensed as a Certified Public Accountant by the Texas State Board of Public Accountancy, admitted to practice before the United States Tax Court, United States District Court, Northern District of Texas, United States Fifth Circuit Court of Appeals, and the United States Supreme Court.  *Papers Presented*: *Other People's Money,* Presented to the Dallas Bar Association, Solo and Small Firm Section; *Recognition*:  "Top Attorneys in Texas, Business Litigation," (2012).

FEDERMAN & SHERWOOD
Page 4

**JOSHUA D. WELLS.** *Education*: Oklahoma Baptist University (B.A. 2004); Oklahoma City University College of Law (J.D. 2008) (Dean's List, Faculty Honor Roll, OCU American Trial Lawyers Association Moot Court Team, 2008; Staff Member, Law Review, 2006-07; Executive Editor, Law Review, 2007-08). *Admitted to practice*: 2008, Oklahoma; Federal Bar Association; American Bar Association; U. S. District Court for the Western District of Oklahoma; 2009, U.S. District Court for the Eastern District of Oklahoma; 2011, U.S. District Court for the Northern District of Oklahoma; 2012, U.S. Court of Appeals for the Tenth Circuit; 2016, U.S. Court of Appeals, Fourth Circuit. *Member*: Oklahoma Bar Association. *Publication*: *Stuck in the Mire: The Incomprehensible Labor Law,* 34 Okla. City U.L. Rev. 131 (2009). *Experience*: Research Assistant to J. William Conger, General Counsel and Distinguished Lecturer of Law, Oklahoma City University and President of the Oklahoma Bar Association (2007-08). General Counsel for Reaching Souls International (2013-2016). Mr. Wells has significant experience in complex and class action litigation in various state and federal courts, with more than a decade of experience protecting consumer and shareholder rights. Mr. Wells knows how to efficiently prosecute complex cases to conclusion and practices in areas of estate planning, probate, and guardianships for both children and adults.  He is the recipient of the Federal Bar Association Pro Bono Exceptional Service Award (2019) and is a leader in his church.

### *PARALEGALS:*

**NANCY G. BEATTY.**  Mrs. Beatty has over thirty-five years of legal experience.  She primarily works on coordinating and administrating of class actions and other complex litigation.  Ms. Beatty has served on several professional advisory boards in Oklahoma and Tennessee.

**SHARON J. KING.**  Ms. King has worked in the legal community for over twenty years, after having worked in the securities and insurance industry for over fifteen years.  She primarily works on insurance and civil litigation.

**JANE E. ADAMS.** Mrs. Adams has over 25 years of Administrative and Finance experience focusing her career on Human Resources.  Additionally, she has first-hand experience with FEMA response as well as government contractual administration.

**TIFFANY R. PEINTNER.** Mrs. Peintner has worked in the legal community for over ten years. Before joining Federman & Sherwood, Mrs. Peintner worked in patent law, oil and gas, probate, banking and real estate, family law, personal injury and insurance defense. She works in securities and civil litigation for the firm.

**ALLICIA D. BOLTON**.  Ms. Bolton has worked in the legal profession since 2000.  She has experience in criminal defense, family law, probate, real estate and corporate law.  Ms. Bolton provides securities litigation support for our firm.

**FRANDELIND V. TRAYLOR.**  Mrs. Traylor has worked in the legal community for over fifteen years. She provides class action, securities and derivative litigation, and product liability support for the firm.

**LACRISTA A. BAGLEY.** Ms. Bagley has been in the legal field for twenty-one years. Before joining Federman & Sherwood, Ms. Bagley worked primarily in bankruptcy law that focused on Chapter 11's and corporate liquidations, as well as estate planning, family law, civil defense, personal injury and medical malpractice.

**SELECT CASES WHERE FEDERMAN & SHERWOOD HAS SERVED AS LEAD OR CO-LEAD COUNSEL**

| SHAREHOLDER DERIVATIVE CASES | COURT |
|---|---|
| Abercrombie & Fitch Company | USDC Southern District of Ohio |
| American Superconductor Corporation | Superior Court, Commonwealth of Massachusetts |
| Antares Pharma, Inc. | USDC District of New Jersey |
| Arrowhead Research Corporation | Superior Court, State of California, County of Los Angeles |
| Carrier Access Corporation | USDC District of Colorado |
| Catalina Marketing Corporation | Chancery Court of the State of Delaware |
| Cell Therapeutics, Inc. | USDC Western District of Washington |
| Computer Associates | USDC Eastern District of New York |
| Delcath Systems, Inc. | USDC Southern District of New York |
| Dendreon Corporation | USDC Western District of Washington |
| Digital Turbine, Inc. | USDC Western District of Texas |
| Doral Financial Corporation | USDC Southern District of New York |
| Dynavax Technologies Corporation | Superior Court of the State of California; county of Alameda |
| First BanCorp. | USDC District of Puerto Rico |
| Flowers Foods, Inc. | USDC Middle District of Georgia |
| Genta, Inc. | USDC District of New Jersey |
| GMX Resources, Inc. | District Court of Oklahoma County, Oklahoma |
| Great Lakes Dredge & Dock Corporation | Circuit Court of Illinois, Dupage County Chancery Division |
| Host America Corporation | USDC District of Connecticut |
| Motricity Inc. | USDC Western District of Washington |
| NutraCea | Superior Court of Maricopa County, Arizona |
| Nuverra Environmental Solutions, Inc. | Superior Court of Maricopa County, Arizona |
| Nyfix, Inc. | USDC District of Connecticut |
| OCA, Inc. | USDC Eastern District of Louisiana |
| ONEOK, Inc. | District Court of Tulsa County, Oklahoma |
| PainCareHoldings, Inc. | USDC Middle District of Florida |
| Seitel, Inc. | USDC Southern District of Texas |
| Spectrum Pharmaceuticals, Inc. | USDC District of Nevada |
| The Spectranetics Corporation | USDC District of Colorado |
| ValueClick, Inc. | USDC Central District of California |
| Zix Corporation | USDC Northern District of Texas |
| **SECURITIES CLASS ACTIONS** | |
| Amyris, Inc. | USDC, Northern District of California |
| Bellicum Pharmaceuticals, Inc. | USDC Southern District of Texas |
| Broadwind Energy, Inc. | USDC Northern District of Illinois |
| China Valves Technology, Inc. | USDC Southern District of New York |
| Cryo-Cell International, Inc. | USDC Middle District of Florida |
| Delta Petroleum, Inc. | USDC District of Colorado |
| Direxion Shares ETF Trust | USDC Southern District of New York |
| Ener1, Inc. | USDC Southern District of New York |
| Exide Technologies | USDC Central District of California |
| Galena Biopharma, Inc. | USDC, District of New Jersey |
| Houston American Energy Corp. | USDC Southern District of Texas |
| Image Innovations Holdings, Inc. | USDC Southern District of New York |
| IZEA, Inc. | USDC Central District of California |
| Motive, Inc. | USDC Western District of Texas |
| Quest Energy Partners LP | USDC Western District of Oklahoma |
| Secure Computing Corporation | USDC Northern District of California |
| Superconductor Technologies, Inc. | USDC Central District of California |
| UTi Worldwide, Inc. | USDC Central District of California |
| Unistar Financial Service Corp. | USDC Northern District of Texas |
| **MDL PROCEEDINGS** | |
| In re: Anthem, Inc. (Data Breach–Participating Counsel) | USDC, Northern District of California |
| In re: Equifax, Inc. (Data Breach–Participating Counsel) | USDC Northern District of Georgia |
| In re: Farmers Insurance Co. | USDC Western District of Oklahoma |
| In re: Home Depot, Inc. (Executive Committee) | USDC Northern District of Georgia |
| In re: Mednax Services Inc. (Data Breach – Co-Lead Counsel) | USDC Southern District of Florida |
| In re: Premera Blue Cross (Data Breach–Participating Counsel) | USC, District of Oregon |
| In re: Samsung Electronics America, Inc. | USDC Western District of Oklahoma |
| In re: Sonic Corp. | USDC Northern District of Ohio |
| **DEAL CASES (MERGERS)** | |
| Easylink Services International Corp. | Superior Court of Gwinnett County, Georgia |
| Genon Energy, Inc. | Chancery Court of the State of Delaware |
| Lawson Software, Inc. | Chancery Court of the State of Delaware |
| Network Engines, Inc. | Chancery Court of the State of Delaware |
| Paetec Holding Corp. Shareholder Litig. | Chancery Court of the State of Delaware |
| Williams Pipeline Partners, L.P. | District Court of Tulsa County, Oklahoma |
| Xeta Technologies, Inc. | District Court of Tulsa County, Oklahoma |
| **ERISA LITIGATION** | |
| Winn-Dixie Stores | USDC Middle District of Florida |

| CONSUMER CLASS ACTIONS | |
|---|---|
| Altice USA, Inc. (Data Breach) | USDC Southern District of New York |
| Artech, LLC (Data Breach) | USDC Northern District of California |
| AT&T Services Inc. (Class Action) | USDC Northern District of Texas |
| Brinker International, Inc. (Chili's) (Data Breach) | USDC Middle District of Florida |
| Burgerville, LLC (Data Breach) | Circuit Court, State of Oregon, Multnomah County |
| CentralSquare Technologies, LLC (Data Breach) | USDC Southern District of Florida |
| Christie Business Holdings Company PC (Data Breach) | USDC Central District of Illinois |
| Dakota Growers Pasta Company, Inc. (Food Mislabeling) | USDC District of Minnesota/District of New Jersey |
| Filters Fast, LLC (Data Breach) | USDC Western District of Wisconsin |
| Hy-Vee, Inc. (Data Breach) | USDC Central District of Illinois |
| LeafFilterNorth, LLC/LeafFilter North of Texas, LLC (Data Breach) | USDC Western District of Texas |
| Lime Crime, Inc. (Data Breach) | USDC Central District of California |
| Medical Review Institute of America, LLC (Data Breach) | USDC District of Utah |
| Mednax Services, Inc. (Data Breach) | USDC Southern District of Florida |
| OneTouchPoint | USDC Eastern District of Wisconsin |
| Smile Brands (Data Breach) | USDC Central District of California |
| Solara Medical Supplies, LLC (Data Breach) | USDC Southern District of California |
| Wichita State University (Data Breach) | USDC District of Kansas |

Page 2                                                                                    10/4/2022