# EXHIBIT 4



G R E E N & N O B L I N, P.C.

# FIRM RESUME

## Litigation Approach

The Firm's business strategy is to aggressively develop and pursue opportunities in the field of class action litigation.  The Firm's principals have many years of experience prosecuting class action claims relating to antitrust violations, consumer protection, truth in lending practices, financial services, securities offerings, accounting malpractice, breach of fiduciary duties of corporate officers and directors, and products liability.

The aggressive, result-oriented approach to client representation applied by the Firm and its principals has been demonstrated in the following litigation:

- *Wiseman Park v. Southern Wine & Spirits*, Superior Court of Los Angeles County Case No. BC548599.  The Firm is co-counsel in this class action alleging violation of California's regulations regarding late fees in the sale of liquor to retailers.  The Firm was instrumental in obtaining a ruling of first impression from the California Court of Appeals favoring plaintiffs' position.  *Wiseman Park, LLC v. Southern Glazer's Wine & Spirits, LLC*, 16 Cal.App.5th 132 (2017).

- *In re Lithium Ion Batteries Antitrust Litigation,* Case No. 13-md-2420 YGR.  The Firm was selected by the Court to serve on the Steering Committee for indirect purchasers' counsel following a litigated selection process.  These cases ultimately settled for in excess of $50 million.

- *In re Domestic Drywall Antitrust Litigation,* Case No. 13-md-2437.  The Firm was appointed Co-Lead Counsel for indirect purchasers in this multi-district litigation pending in Philadelphia.  These cases settled for approximately $17 million.

- *John Doe v. SuccessfulMatch.com*, Case No. 1-22-CV-21120, Superior Court of Santa Clara County.  Robert Green served as the Lead Trial Counsel in this class action asserting claims under California's UCL and CLRA statutes.  In October 2014, a jury awarded the plaintiffs approximately $1.5 million in compensatory damages and $15 million in punitive damages.  The Court entered judgment on the verdict and added injunctive and declaratory relief.  The case later settled as part of a nationwide class in which class members received over 100% of their asserted damages.

Page 2

---

- *Rutledge v. Hewlett-Packard,* Case No. 1-03-CV-817837, Superior Court of Santa Clara County.  The firm served as Lead Counsel of this nationwide consumer class action stemming from the failure of certain HP laptop computers.  We were successful in two appeals, resulting in published cases favoring plaintiffs in consumer class actions, *Hewlett-Packard Co. v. Superior Court,* 167 Cal. App. 4th 87 (2008), and *Rutledge v. Hewlett-Packard Co.,* 238 Cal. App. 4th 1164 (2015).  In 2018, the Court approved a settlement of $6.5 million.

- *In re TFT-LCD (Flat Panel) Antitrust Litigation*, Case No. 07-mdl-1827 SI.  The Firm served a critical role developing the evidence that lead to a $1.1 billion settlement in this indirect purchaser antitrust class action settled earlier this year.  Members of the Firm were involved in all phases of the litigation over a five-year period, including research and drafting of our initial complaint and later motions and pleadings, managing document review and deposition preparation teams, and identifying and organizing exhibits and other evidence for trial.

- *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation,* 02-mdl-1486 PJH.  The Firm worked extensively on this indirect purchaser antitrust action, both in San Francisco Superior Court in a coordinated action, and in the federal antitrust action.  Principals of the Firm were active in conducting depositions, such as Dell and Nanya executives among others, along with conducting legal and factual research, drafting significant pleadings and running document review teams.  The case settled for in excess of $300 million.

- *In re Static Random Access Memory (SRAM) Antitrust Litigation,* Case No. 07-mdl-1819 CW.  The Firm participated in all phases of this direct purchaser class action from researching and drafting complaints up through and including final trial preparations.  The case settled for approximately $75 million just days before trial.

- *In re Chase Bank USA, N.A. "Check Loan Litigation.*  The Firm served on the Executive Committee running this national MDL proceeding in which JPMorgan Chase & Co., the nation's largest issuer of credit cards, agreed to settle for $100 million.  The case is a class action lawsuit charging that the bank acted improperly when it more than doubled the minimum monthly payment requirement for over 1 million customers who entered into balance transfer loans with "fixed" interest rates. The Court approved the final settlement on November 19, 2012.  The Firm was active in prosecuting the action, from origination, through motions, fact discovery, expert discovery, summary judgment and trial preparation.  *See In re: Chase Bank, USA, N.A. "Check Loan" Contract Litigation*, 274 F.R.D. 286 (N.D. Cal. 2011).

- *Hellum v. Breyer (Prosper Marketplace, Inc.) Unregistered Securities Litigation.*  Green & Noblin served as counsel for the class in this action asserting the sale of unregistered securities.  The action settled for $10 million in 2014.  The court certified a class of approximately 50,000 purchasers of loan notes from Prosper Marketplace, Inc. and denied summary judgment.  At the time of settlement, we were preparing for an imminent trial. The Firm's work resulted in a ruling by the Court of Appeal clarifying the pleading requirements for controlling officers and directors under both California and federal securities laws. *See, Hellum v. Breyer*, 194 Cal.App.4th 1300 (2011).

Page 3

---

- *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, Case No. 07-5944 SC.  The Firm served on document review and deposition preparation teams for this indirect purchaser class action case in the Northern District of California.  The case settled for over $500 million.

- *In re Textainer Partnership Securities Litigation.*  Robert Green served as Lead Trial Counsel in these consolidated cases.  The cases settled for $10 million after Plaintiffs obtained a ruling in their favor at the conclusion of Phase 1 of the trial in San Francisco Superior Court.  The Plaintiffs asserted breach of fiduciary duty claims in connection with a sale of assets transaction that resulted in the dissolution of six limited partnerships.

- *McKesson Inc. Derivative Litigation.*  McKesson-HBOC, Inc. lost $9 billion in stock market capitalization in one day during April 1999 after announcing that prior financial statements would be restated due to accounting errors.  Rather than pursuing the individuals and companies who participated in the conduct that led to the accounting restatements, the company sued its own shareholders in a case that was promptly dismissed by the Ninth Circuit U.S. Court of Appeals.  As co-counsel for plaintiff shareholders seeking to recover money on behalf of the corporation from the wrongdoers, the Firm obtained an important decision from the Delaware Supreme Court expanding the rights of shareholders to obtain and inspect corporate documents where there is a proper purpose for investigating potential wrongdoing.  *See Saito v. McKesson HBOC, Inc.*, 806 A.2d 113 (Del. Supr. 2002).  A substantial settlement on behalf of the Company was approved by the Delaware Chancery Court on February 12, 2006.

- *In re Providian Credit Card Cases.*  Robert Green was appointed co-lead counsel in this national class action brought on behalf of Providian credit card customers who were improperly charged late fees, higher interest rates on balance transfers, and fees for add-on products, including Credit Protection, PricePro, Drive Pro, HealthPro, and credit line increases. The San Francisco Superior Court approved a settlement for $105 million, which covered restitution to Providian customers, "in-kind" payments to customers, and the costs and expenses of the litigation.

## <u>Attorneys</u>

**Robert S. Green** litigates cases of national import across a spectrum of subjects.  In antitrust litigation, Mr. Green was named to the Steering Committee of the Lithium Ion Batteries Indirect Purchaser Litigation, and served on important discovery and trial preparation roles in the SRAM, DRAM, and LCD-TFT Thin Film Transistor class actions.  In credit card class actions, Mr. Green was one of the Lead Counsel in the Chase Bank "Check Loans" Litigation which settled for $100 million in 2012 and in the Providian Credit Card Cases that settled for $75 million in 2001.  Mr. Green successfully argued the Ninth Circuit Appeal in *DeMando v. Capital One Bank*.  In securities litigation, Mr. Green has been named Lead Counsel by state and federal courts from California to New York, participated in or served as lead counsel in three trials, two of which lasted six months, and obtained settlements of $35.75 million for Securities Act claims in the STEC Securities Litigation, $10 million for unregistered securities claims in the Prosper Marketplace Litigation, and $10 million for limited partner claims in the Textainer Limited Partners Securities Litigation.  In consumer and defective product cases, Mr. Green was a key

member of the trial team in a three month trial against Ford Motor Company in connection with Ford Explorer/Firestone Tire Rollover Litigation that resulted in a substantial settlement at the conclusion of the trial.  Mr. Green also successfully prosecuted defective computer claims against HP and Toshiba, defective software claims against Sony, defective dashboard electronics claims against Audi and internet fraud claims against Webloyalty.com.

Mr. Green is AV Preeminent Peer Review Rated by Martindale-Hubbell and was named a finalist for Consumer Attorney of the Year in 2013 by the Consumer Attorneys of California in connection with his work on the Chase Bank "Check Loans" Litigation. Mr. Green is recognized as one of the "Super Lawyers" of Northern California. Mr. Green graduated with honors from the University of the Pacific, McGeorge School of Law in 1984. He received his Masters of Business Administration degree from California State University-Sacramento in 1989 and his undergraduate degree with distinction from Oregon State University in 1981. Mr. Green is an active member of the National Association of Consumer Attorneys (NACA). Mr. Green is an Editorial Advisor for the Consumer Financial Services Law Report and is on the Partners' Council for the National Consumer Law Center. Mr. Green also served on the Board of Marin AIDS Interfaith Network.  Publications by Mr. Green include Developments in Credit Card Litigation, published by the Review of Banking and Financial Services; and Litigating Credit Card Cases, published by the Consumer Advocate. Mr. Green is licensed to practice in California.

**James Robert Noblin** has practiced complex business litigation since 1984, focusing primarily on antitrust and unfair competition cases. Mr. Rob Noblin graduated from Harvard Law School *cum laude* in 1983. He received his undergraduate degree *summa cum laude* from the University of Southern California in 1980. After graduating from law school, Mr. Noblin was a law clerk for the Honorable William A. Norris of the United States Court of Appeals for the Ninth Circuit from 1983 - 1984.

Mr. Noblin has tried over 10 cases to a jury as either the lead or a principal trial lawyer, including the six-week trial resulting in a verdict of over $ 70 million that was upheld in *Image Tech. Services, Inc. v. Eastman Kodak Co.,* 125 F.3d 1195 (9th Cir. 1997).  His other representative cases include:  *In re Domestic Drywall Antitrust Litig.*, 163 F. Supp. 3d 175 (E.D. Pa. 2016), *Fun v. Leapfrog Enters.,* No. CV 09-916-GHK (VBXx), 2010 U.S. Dist. LEXIS 146641 (C.D. Cal. Sep. 10, 2010), *Newcal Indus., Inc. v. Ikon Office Solution*, 513 F.3d 1038 (9th Cir. 2008) *ABC Int'l Traders, Inc. v. Matsushita Elec. Corp.*, 14 Cal. 4th 1247 (1997); *Knevelbaard Dairies v. Kraft Foods, Inc.*, 232 F.3d 979 (9th Cir. 2000) *Brill Media Co., LLC v. TCW Group, Inc.*, 132 Cal. App. 4th 324 (2005); *Proctor v. Vishay Intertechnology Inc.*, 584 F.3d 1208 (9th Cir. 2009); *Am. Ad Mgmt., Inc. v. Gen. Tel. Co. of California*, 190 F.3d 1051 (9th Cir. 1999) *Consol. Credit Agency v. Equifax, Inc.*, CV-03-1229 CAS(CWX), 2005 WL 6218038 (C.D. Cal. Jan. 26, 2005); *Hanson v. Morgan Stanley Smith Barney, LLC*, 762 F. Supp. 2d 1201 (C.D. Cal. 2011); and *Lori Rubinstein Physical Therapy, Inc. v. PTPN, Inc*., 148 Cal. App. 4th 1130 (2007).

He also contributed to Chapter 20, *California Antitrust and Unfair Competition Law, Revised Edition*, published by the California State Bar Antitrust and Unfair Competition Section and has published articles on antitrust topics, including *United States v. AMR Corp. and Judicial Hostility Toward Predatory Pricing Cases,* Antitrust Report (Jan. 2002); *The Tumult in State*

Page 5

---

*Antitrust Law: Cel-Tech and the California Example in Little FTC Act Cases,* Antitrust Report (June 1999); and *The Confluence of Muddied Waters: Antitrust Consequential Damages and the Interplay of Proximate Cause, Antitrust Injury, Standing and Disaggregation*, 13 St. John's Journal of Legal Commentary 145 (1998).

**Evan Sumer** is an associate at Green & Noblin P.C. He enjoys representing plaintiffs on complex commercial litigation cases. As a former fintech entrepreneur and business executive, Mr. Sumer's areas of interest in law include consumer privacy, securities, and consumer privacy violations by businesses.

Mr. Sumer holds a JD from UC Davis School of Law and an MBA from McCombs School of Business at the University of Texas at Austin. He earned his Bachelor of Science degree in Mechanical Engineering from UC Berkeley.