# EXHIBIT 5

Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

William B. Federman (admitted *pro hac vice*)
A. Brooke Murphy (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com
abm@federmanlaw.com

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| VINCENT CARBONE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK, <br><br> Defendants. | Case No.:  4:19-cv-01765-YGR <br><br> **DECLARATION OF VINCENT CARBONE** |

I, Vincent Carbone, declare under penalty of perjury:

1. I am above the age of 18 and am fully competent to make this declaration. If called as a witness, I would testify as follows.

2. I am a resident of Chico, California.

3. I work as an insurance agent and am licensed in the state of California.

4. I hereby submit this declaration in support of the proposed Settlement of this Action, my application for an award to reimburse me for the time I spent as Class Representative on behalf of all similarly situated individuals, and Plaintiffs' Counsel's request for attorneys' fees and reimbursement of expenses.

5. On September 13, 2019, I was named as a Plaintiff in the Amended Class Action Complaint ("Amended Complaint") filed in this action.

6. On December 8, 2021, I was appointed as the sole Class Representative on behalf of all Class Members.

7. As Plaintiff and Class Representative, I have been extremely involved in the litigation. Throughout the Action, I have continued to supervise, monitor, and visit with Court-appointed Class Counsel, Federman & Sherwood, on the progress of the litigation and have actively participated in its prosecution to ensure that Class Members receive the best recovery possible given the particular circumstances and risks of this Action.

8. As Plaintiff and Class Representative, I have been kept apprised of all relevant developments in this case and news concerning Amyris, Inc. ("Amyris") as to satisfy my fiduciary obligations. I spent considerable time to satisfy these obligations including:

    a. Reading and discussing the initial complaint with Class Counsel.

    b. Considering and discussing allegations for the Amended Complaint with Class Counsel.

    c. Researching and reading articles about Amyris following my inclusion as Plaintiff in the Amended Complaint.

    d. Reviewing drafts of pleadings, including the Amended Complaint, the briefing in opposition to the motion to dismiss, the briefing in support of the motion for

class certification, and the briefing on defendants' petition to appeal the class certification order.

e.  Reviewing relevant filings, including defendants' motion to dismiss and Orders issued in the case.

f.  Gathering and producing documents in response to multiple sets of document requests issued by Defendants.

g.  Providing detailed answers to multiple sets of interrogatories issued by Defendants.

h.  Participating in settlement negotiations as part of the two full-day mediation sessions held in February and March 2021.

i.  Participating in and communicating with Class Counsel during the ongoing negotiations between counsel for the parties and the mediator.

j.  Preparing and sitting for a lengthy deposition conducted by Defendants.

k.  Communicating with Class Counsel throughout the litigation regarding the lawsuit, the arguments made by both sides, and the status of the case.

l.  Communicating with Class Counsel regarding renewed settlement negotiations following the Court's Order granting the motion for class certification.

m.  Discussing the mediator's proposal for settlement with Class Counsel and approving the proposed class Settlement.

n.  Reviewing the settlement papers, motions for approval, and documents in support thereof.

9.    I estimate that over the course of the litigation I have spent over 85 hours on these and other tasks I performed as Plaintiff and Class Representative on behalf of the Class.

10.    Had I not devoted this time to the active participation of the case as Plaintiff and Class Representative, I would have spent the time on other endeavors, including on my work as an insurance agent, which is my primary source of income.  Accordingly, the time I spent working on this litigation as Plaintiff and Class Representative amounts to lost income and opportunity.

11.    I support the Settlement in this Action as fair, adequate and reasonable under the circumstances.  I also support Plaintiffs' Counsel's request for attorneys' fees and reimbursement of litigation expenses.

12.     In sum, I respectfully request that the court approve the Settlement, reimburse me for the time I spent on this case serving as Class Representative, and approve Plaintiffs' Counsel's request for attorneys' fees.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __09/15/2022__                          _____

                                                               Vincent Carbone