# EXHIBIT 6

Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

William B. Federman (admitted *pro hac vice*)
A. Brooke Murphy (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com
abm@federmanlaw.com

*Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| VINCENT CARBONE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK, <br><br> Defendants. | Case No.:  4:19-cv-01765-YGR <br><br> **DECLARATION OF ROB JANSEN** |

I, Rob Jansen, declare under penalty of perjury:

1.      I am above the age of 18 and am fully competent to make this declaration. If called as a witness, I would testify as follows.

2.      I hereby submit this declaration in support of the proposed Settlement of this Action, my application for a reimbursement award for the time I spent as Lead Plaintiff representing all similarly situated individuals, and Plaintiffs' Counsel's request for attorneys' fees and reimbursement of expenses.

3.      On June 28, 2019, I was appointed as a Lead Plaintiff in this action.

4.      As Lead Plaintiff, I was extremely involved in the litigation and was kept abreast of developments in this case and news concerning Amyris, Inc. ("Amyris") as to satisfy my fiduciary obligations as Lead Plaintiff. I spent considerable time to satisfy these obligations including:

a.  Reading and discussing the initial complaint with my counsel.

b.  Reviewing and discussing the lead plaintiff motion and supporting papers with Class Counsel.

c.  Researching and reading articles about Amyris following my appointment as Lead Plaintiff.

d.  Considering and discussing allegations for the amended complaint with Class Counsel.

e.  Reviewing drafts of pleadings, including the amended complaint, the briefing in opposition to the motion to dismiss, and the briefing in support of the motion for class certification.

f.  Reviewing relevant filings, including defendants' motion to dismiss and Orders issued in the case.

g.  Gathering and producing documents in response to multiple sets of document requests issued by Defendants.

h.  Providing detailed answers to multiple sets of interrogatories issued by Defendants.

i.  Participating in settlement negotiations as part of the two full-day mediation sessions held in February and March 2021.

j.   Participating in and communicating with Class Counsel during the ongoing negotiations between counsel for the parties and the mediator.

k.   Preparing and sitting for a lengthy deposition conducted by Defendants.

l.   Coordinating with Class Counsel regarding the lawsuit, the arguments made by both sides, and the status of the case.

5.   I estimate that I spent over 75 hours on these and other tasks I performed as Lead Plaintiff on behalf of all similarly situated investors.

6.   Had I not devoted this time to the active participation of the case as Lead Plaintiff on behalf of all similarly situated individuals, I would have spent the time on other endeavors, including on work as an entrepreneur and investor. Accordingly, the time I spent working on this litigation as Lead Plaintiff amounts to lost income and opportunity.

7.   I support the Settlement in this Action as fair, adequate and reasonable under the circumstances. I also support Plaintiffs' Counsel's request for attorneys' fees and reimbursement of litigation expenses.

8.   In sum, I respectfully request that the court approve the Settlement, reimburse me for the time I spent on this case serving as Lead Plaintiff, and approve Plaintiffs' Counsel's request for attorneys' fees.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _9 March 2022_

_____

Rob Jansen

---

Declaration of Rob Jansen                                    2                                    Case No. 4:19-cv-01765-YGR