William B. Federman (admitted *pro hac vice*)
A. Brooke Murphy (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com
abm@federmanlaw.com

*Class Counsel for Plaintiffs*

Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| VINCENT CARBONE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK, <br><br> Defendants. | Case No.:  4:19-cv-01765-YGR <br><br> **PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND REIMBURSEMENT AWARDS** <br><br> Date:  November 8, 2022 <br> Time:  2:00 p.m. <br> Location: Via Zoom <br> Judge:  Hon. Yvonne Gonzalez Rogers |

Plaintiff and Class Representative Vincent Carbone ("Plaintiff" or "Class Representative"), individually and on behalf of all members of the Class, respectfully submits this Supplemental Memorandum in Support of his Motion for Final Approval of the Settlement (Dkt. No. 122) and his Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Reimbursement Awards to Plaintiffs (Dkt. No. 123). Plaintiff files this memorandum to update the Court on, and provide further legal authorities regarding, the status of the Settlement notice, claims, objections, and requests for exclusion, as set forth in the Supplemental Declaration of Lance Cavallo ("Cavallo Supp. Decl."), attached hereto as Exhibit 1.

Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement ("Preliminary Approval Order") (Dkt. No. 121), the Settlement Claims Administrator has mailed a total of 20,979 Postcard Notices and 287 Notice Packets to potential Class Members or their nominees. Cavallo Supp. Decl., ¶ 2. The deadline to submit a claim form was October 25, 2022. To date, 2,837 claims have been received by the Settlement Administrator, with 1,200 of those claims deemed preliminarily valid. *Id*., ¶ 3.

The deadline for Class Members to request exclusion from the proposed Settlement passed on October 18, 2022. Here, absolutely no requests for exclusion were submitted. *Id.*, ¶ 6. That no Class Member, out of the thousands who received notice, sought to exclude themselves favors approval of the Settlement. *See Hanlon* v. *Chrysler Corp.*, 150 F.3d 1011, 1027 (9th Cir. 1998) ("[T]he fact that the overwhelming majority of the class willingly approved the offer and stayed in the class presents at least some objective positive commentary as to its fairness."); *see also Chun-Hoon v. McKee Foods Corp.,* 716 F. Supp. 2d 848, 852 (N.D. Cal. 2010) (noting that the receipt of only 16 opt-outs from a class of roughly 329 members "strongly supports settlement"); *Destefano v. Zynga, Inc*., No. 12-CV-04007-JSC, 2016 WL 537946, at *14 (N.D. Cal. Feb. 11, 2016) (finding that "a low number of exclusions representing a small fraction of shares in the public float also supports the reasonableness of a securities class action settlement").

The deadline for Class Members to file objections to the Settlement, the Plan of Allocation, or the request for attorneys' fees, expenses, and reimbursement awards to Plaintiffs also passed on October 18, 2022. Not a single Class Members objected to any aspect of the

Settlement. Cavallo Supp. Decl., ¶ 7. "The complete absence of Class Member objections to the Proposed Settlement speaks volumes with respect to the overwhelming degree of support for the Proposed Settlement among the Class Members." *Nat'l Rural Telecommunications Coop. v. DIRECTV, Inc.*, 221 F.R.D. 523, 529 (C.D. Cal. 2004); *see also In re Omnivision Technologies Techs., Inc.*, 559 F. Supp. 2d 1036, 1043 (N.D. Cal. 2008) ("[T]he absence of a large number of objections to a proposed class action settlement raises a strong presumption that the terms of a proposed class settlement action are favorable to the class members.") (citation omitted). Moreover, not a single Class Member filed an objection to the request for attorneys' fees, reimbursement of expenses, or to the requested reimbursement awards to Plaintiffs. "The absence of objections or disapproval by class members to Class Counsel's fee request further supports finding the fee request reasonable." *In re Heritage Bond Litig.*, No. 02-ML-1475 DT, 2005 WL 1594403, at *21 (C.D. Cal. June 10, 2005); *see Bellinghausen v. Tractor Supply Co.*, 306 F.R.D. 245, 261 (N.D. Cal. 2015) (finding the "absence of objections or disapproval by class members" supported reasonableness of the requested fee).

Based on the overwhelmingly positive response from the Class, and the arguments presented in support of the pending motions (Dkt. Nos. 122-23), Plaintiff respectfully requests that the Court grant final approval to the Settlement and award Class Counsel attorneys' fees and expenses, and Plaintiffs' reimbursement awards, in the amounts requested.

Dated: November 1, 2022                Respectfully submitted,

*/s/William B. Federman*
William B. Federman (admitted *pro hac vice*)
A. Brooke Murphy (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Tel: (405) 235-1560/Fax: (405) 239-2112
-and-
212 W. Spring Valley Road
Richardson, TX  75081
wbf@federmanlaw.com
abm@federmanlaw.com

*Class Counsel for Plaintiffs*

Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700/Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, CA 90804
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Tuesday, November 1, 2022.

/s/William B. Federman
William B. Federman