# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT CARBONE, Individually and on Behalf of All Others Similarly Situated,<br>                    Plaintiff,<br>          v.<br>AMYRIS, INC., et al.,<br>                    Defendants. | Case No. 4:19-cv-01765-YGR |

**SUPPLEMENTAL DECLARATION OF LANCE CAVALLO REGARDING (A) UPDATE ON MAILING OF POSTCARD NOTICE AND NOTICE PACKET; (B) UPDATE ON TELEPHONE HOTLINE AND SETTLEMENT WEBSITE; AND (C) REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

I, Lance Cavallo, declare and state as follows:

1.      I am a Vice President of Class Actions at Kurtzman Carson Consultants LLC ("KCC"). Pursuant to the Court's July 22, 2022 Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement (the "Preliminary Approval Order"), the Court approved the retention of KCC as Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[1] I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

**UPDATE ON MAILING OF POSTCARD NOTICE AND NOTICE PACKET**

2.      As set forth in the Initial Mailing Declaration, KCC had mailed 19,079 Postcard Notices and 282 Notice Packets to potential Class Members as of September 30, 2022. Since the execution of the Initial Mailing Declaration, KCC has continued to receive requests from potential Class Members and nominees for copies of the Postcard Notice and Notice Packet. As a result, an additional 1,900 Postcard Notices and 5 Notice Packets have been mailed such that as of October 31, 2022, KCC has mailed a total of 20,979 Postcard Notices and 287 Notice Packets to potential Class Members or their nominees.

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated July 21, 2022 (the "Stipulation") and/or the Declaration of Lance Cavallo Regarding (A) Mailing of Postcard Notice and Notice Packet; (B) Publication of Summary Notice; (C) Establishment of the Telephone Hotline; (D) Establishment of the Settlement Website; and (E) Report on Requests for Exclusion Received to Date, dated October 3, 2022 (the "Initial Mailing Declaration").

3. To date, KCC has received 2,837 claims. Of these, 1,200 are preliminarily valid. As noted in the Initial Mailing Declaration, all received claims will be processed and evaluated in the normal course of the administration. KCC will continue to process and evaluate all claim submissions.

**UPDATE ON TELEPHONE HOTLINE AND SETTLEMENT WEBSITE**

4. The Initial Mailing Declaration noted that KCC maintains a toll-free telephone number (1-855-917-0546) for Class Members to call and obtain information about the Settlement as well as request a Notice Packet. KCC has promptly responded to each telephone inquiry and will continue to respond to Class Member inquiries via the toll-free telephone number.

5. The Initial Mailing Declaration also noted that KCC maintains a website dedicated to the Settlement (www.AmyrisSecuritiesLitigation.com). KCC posted to the Settlement Website relevant information, including copies of the Notices, Claim Form, Stipulation and Agreement of Settlement, Order Granting Preliminary Approval of Class Action Settlement, and the papers filed in support of Class Counsel's motion for attorneys' fees, reimbursement of litigation expenses, and reimbursement awards to Plaintiffs. KCC will continue to maintain and, as appropriate, update the Settlement Website until the conclusion of the administration.

**REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

6. The Notice, Summary Notice, and Settlement Website inform potential Class Members that requests for exclusion from the Class must be addressed to Amyris Securities Litigation, c/o KCC LLC, EXCLUSIONS, P.O. Box 5100, Larkspur, CA 94977-5100, such that they are received no later than October 18, 2022. The Notice also sets forth the information that must be included in each request for exclusion. As of the date of this declaration, KCC can confirm that it has not received any exclusion requests.

7. The postmark deadline for Class Members to object to the settlement was October 18, 2022. As of the date of this declaration, KCC has received zero objections to any aspect of the settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

Executed in New York, New York on October 31, 2022.

_____
Lance Cavallo