**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VINCENT CARBONE,** on behalf of himself and all others similarly situated**,**<br><br>Plaintiffs,<br><br>**vs.**<br><br>**AMYRIS, INC., ET AL.,**<br><br>Defendants. | Case No. 4:19-CV-1765-YGR<br><br>**ORDER RE SUPPLEMENTAL INFORMATION ON MOTION FOR FINAL APPROVAL OF SETTLEMENT AND MOTION FOR ATTORNEY FEES**<br><br>Re: Dkt. Nos. 122, 123 |

Pending before this Court are motions for final approval of a class action settlement and for attorney fees, which are set for hearing on November 8, 2022. In preparation for the hearing, the Court requests the following additional information, which shall be provided to the Court by **Thursday, November 3, 2022**.

1. The motion for attorney fees provides the lodestar multiplier for 25% of the settlement amount. (Dkt. No. 124, Federman Decl. at ¶ 29.) However, counsel seeks 25% of the settlement amount plus interest. Counsel shall provide the Court with an estimate of the total amount of attorney fees they will receive if 25% plus interest is granted, and the multiplier of the lodestar for that amount.

2. Under the Class Action Fairness Act, 28 U.S.C. § 1715, defendants must provide CAFA notice per sections § 1715(b) and (d) within ten (10) days of the filing of the motion for preliminary approval and at least ninety (90) days before an order for final approval may be issued. The parties shall confirm to the Court when this notice was provided.

3. Counsel has only provided the total number of hours billed per attorney and each attorney's billing rate. As stated in the Procedural Guidance for Class Action Settlements, Class Counsel shall provide billing records or declarations as to the number

of hours spent on various categories of activities related to the action by each biller, together with hourly billing rate information.

**IT IS SO ORDERED.**

Dated:  **November 1, 2022**

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**