GIBSON, DUNN & CRUTCHER LLP
Michael D. Celio, SBN 197998
mcelio@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5326
Facsimile:   650.849.5026

Alexander K. Mircheff, SBN 245074
amircheff@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Elizabeth A. Dooley, SBN 292358
edooley@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8342
Facsimile: 415.393.8469

Attorneys for Defendants AMYRIS, INC.
and JOHN G. MELO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VINCENT CARBONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>Defendants. | CASE NO. 4:19-cv-01765-YGR<br><br>**DEFENDANTS' SUPPLEMENTAL INFORMATION PURSUANT TO COURT'S ORDER DATED NOVEMBER 1, 2022** |

Gibson, Dunn &
Crutcher LLP

DEFS.' SUPPLEMENTAL INFORMATION – CASE NO. 4:19-CV-01765-YGR

In its Order dated November 1, 2022, the Court raised three questions seeking additional information relating to Plaintiffs' Motions for Final Approval of Class Action Settlement and Attorneys' Fees.  In response to the Court's second question, directed to Defendants, notice pursuant to 28 U.S.C. § 1715 was provided on March 31, 2022.  The Declaration of Kevin J. White Regarding Service of Notice of Settlement Pursuant to 28 U.S.C. § 1715 is being filed herewith.

Respectfully submitted,

DATED: November 2, 2022

By:  _____ */s/ Michael D. Celio* _____
Michael D. Celio

GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendants Amyris, Inc. and John G. Melo*

Gibson, Dunn &
Crutcher LLP

DEFS.' SUPPLEMENTAL INFORMATION – CASE NO. 4:19-CV-01765-YGR