William B. Federman (admitted *pro hac vice*)
A. Brooke Murphy (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com
abm@federmanlaw.com

*Class Counsel for Plaintiffs*

Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| VINCENT CARBONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>Defendants. | Case No.:  4:19-cv-01765-YGR<br><br>**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR FINAL APPROVAL AND MOTION FOR ATTORNEYS' FEES**<br><br>Date:  November 8, 2022<br>Time:  2:00 p.m.<br>Location: via Zoom<br>Judge:  Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's Order of November 1, 2022 (Dkt. No. 127), Plaintiff and Class Representative Vincent Carbone ("Plaintiff," "Class Representative," or "Carbone"), individually and on behalf of the other members of the Class (collectively, "Plaintiffs"), respectfully submits this Supplemental Memorandum in Further Support of his Motion for Final Approval of the Settlement (Dkt. No. 122) and his Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Reimbursement Awards to Plaintiffs ("Fee Motion") (Dkt. No. 123).

<strong>SUPPLEMENTAL INFORMATION</strong>

### 1.  Interest Incurred on the Settlement Fund

Pursuant to the Court's request, Plaintiff advises that the total amount in the Settlement Fund, including interest incurred thereon, is $13,503,003.59, with interest accrued totaling $3,003.59.  Accordingly, Class Counsel's fee request of 25% of the Settlement Fund, including interest incurred thereon, equals $3,375,750.90.  This results in a multiplier of 2.28, the same multiplier represented in Plaintiffs' Fee Motion, excluding the time spent by Class Counsel to prepare the Fee Motion and excluding time spent by Class Counsel since the filing of the Fee Motion.  In further response to the Court's inquiry, Class Counsel are willing to modify the fee request to 25% of the Settlement Fund without the inclusion of interest ($3,375,000).

### 2.  Confirmation of CAFA Notice

Defendants have submitted a separate filing to confirm that they provided timely notice of the Settlement to Attorneys General as required by the Class Action Fairness Act, 28 U.S.C. § 1715(d). *See* Defendants' Supplemental Information Pursuant to Court's Order Dated November 1, 2022 (Dkt. No. 128).

### 3.  Detailed Descriptions of Actions Taken by Each Biller

Pursuant to the Court's instruction and the Procedural Guidance for Class Action Settlements, Class Counsel present the Supplemental Declaration of William B. Federman, attached hereto, which provides a detailed breakdown of the hours spent and tasks performed by each biller for Plaintiffs' Counsel.

**CONCLUSION**

Plaintiff and Class Counsel appreciate the opportunity to provide the foregoing information to the Court prior to the upcoming hearing on November 8, 2022. Plaintiff respectfully requests that the Court grant final approval of the Settlement and award Class Counsel attorneys' fees and expenses, and Plaintiffs' reimbursement awards.

Dated: November 3, 2022                    Respectfully submitted,


                                           */s/William B. Federman*
                                           William B. Federman (admitted *pro hac vice*)
                                           A. Brooke Murphy (admitted *pro hac vice*)
                                           FEDERMAN & SHERWOOD
                                           10205 North Pennsylvania Avenue
                                           Oklahoma City, Oklahoma 73120
                                           Tel: (405) 235-1560/Fax: (405) 239-2112
                                           -and-
                                           212 W. Spring Valley Road
                                           Richardson, TX  75081
                                           wbf@federmanlaw.com
                                           abm@federmanlaw.com

                                           *Class Counsel for Plaintiffs*


                                           Robert S. Green
                                           GREEN & NOBLIN, P.C.
                                           2200 Larkspur Landing Circle, Ste. 101
                                           Larkspur, California 94939
                                           Tel: (415) 477-6700/Fax: (415) 477-6710
                                           -and-
                                           4500 East Pacific Coast Highway
                                           Fourth Floor
                                           Long Beach, CA 90804
                                           rsg@classcounsel.com

                                           *Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Thursday, November 3, 2022.

*/s/William B. Federman*
William B. Federman