William B. Federman (admitted *pro hac vice*)
A. Brooke Murphy (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com
abm@federmanlaw.com

*Class Counsel for Plaintiffs*

Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| VINCENT CARBONE, Individually and on Behalf of All Others Similarly Situated, | Case No.:  4:19-cv-01765-YGR |
| Plaintiff, | **DECLARATION OF WILLIAM B. FEDERMAN IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS** |
| v. | |
| AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK, | |
| Defendants. | Date:    November 8, 2022 Time:    2:00 p.m. Location:  Via Zoom Judge:  Hon. Yvonne Gonzalez Rogers |

Declaration of William B. Federman                                    Case No. 4:19-cv-01765-YGR

I, William B. Federman, declare under penalty of perjury as follows:

1. I am an attorney duly admitted to the Bars of several states, including Oklahoma, Texas, and New York, and I am admitted *pro hac vice* in this case. I am a founder and member of the law firm Federman & Sherwood, Class Counsel in this Action.

2. I submit this supplemental declaration in support of Plaintiff's Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Reimbursement Awards to Plaintiffs. The supplemental declaration provides additional information and details the tasks performed by each biller for Plaintiffs' Counsel,[1] pursuant to the Order of November 1, 2022 (Dkt. No. 127) and the Procedural Guidance for Class Action Settlements.

3. As set forth in the declaration submitted on October 4, 2022 (Dkt. No. 124) at paragraphs 23-27, Plaintiffs' Counsel aggressively prosecuted this Action and performed a variety of tasks on behalf of Plaintiff and the Class.

4. In performing those tasks (*id.*) and prosecuting this Action over the course of more than three years, Plaintiffs' Counsel committed more than 2,440 hours, resulting in a lodestar of $1,480,242.00, as of October 3, 2022, not including time spent in drafting the motion for attorneys' fees and expenses and not including time that has been, and will be spent, by Plaintiffs' Counsel on continuing services to the Class, including supervising the Claims Administrator in the review and processing of claims, attending the final Settlement hearing, and overseeing the distribution of Settlement checks to Class Members.

5. The specific tasks and time spent by Plaintiffs' Counsel are detailed in Tables 1 and 2, attached hereto as **Exhibit 1**, based on the contemporaneous billing records of counsel.

6. Additional information concerning the tasks performed and the positions of each biller can be found in my October 4, 2022 declaration (Dkt. No. 124) at paragraphs 20-30.

---

[1] All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement (Dkt No. 119-1) (the "Stipulation" or "Stipulation of Settlement"). Accordingly, "Plaintiffs' Counsel" refers to Class Counsel, Federman & Sherwood, and Liaison Counsel, Green & Noblin, P.C.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 3, 2022                    Respectfully submitted,


                                           */s/William B. Federman*
                                           William B. Federman (admitted *pro hac vice*)
                                           A. Brooke Murphy (admitted *pro hac vice*)
                                           FEDERMAN & SHERWOOD
                                           10205 North Pennsylvania Avenue
                                           Oklahoma City, Oklahoma 73120
                                           Tel: (405) 235-1560/Fax: (405) 239-2112
                                           -and-
                                           212 W. Spring Valley Road
                                           Richardson, TX  75081
                                           wbf@federmanlaw.com
                                           abm@federmanlaw.com

                                           *Class Counsel for Plaintiffs*


                                           Robert S. Green
                                           GREEN & NOBLIN, P.C.
                                           2200 Larkspur Landing Circle, Ste. 101
                                           Larkspur, California 94939
                                           Tel: (415) 477-6700/Fax: (415) 477-6710
                                           rsg@classcounsel.com

                                           *Liaison Counsel for Plaintiffs*



                            **CERTIFICATE OF SERVICE**

       I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Thursday, November 3, 2022.

                                           */s/William B. Federman*
                                           William B. Federman


---

Declaration of William B. Federman                          Case No. 4:19-cv-01765-YGR

# EXHIBIT 1

**Table 1**

| Task Description | Task Code |
|---|---|
| Legal research, factual investigation, and case strategy | 1 |
| Draft and revise pleadings, motions, briefs, and other filings | 2 |
| Review/proofread pleadings, motions, briefs, and other filings | 3 |
| Document/exhibit preparation, formatting, and filing | 4 |
| Deposition preparation, defending, and transcript review | 5 |
| Expert consultation and management | 6 |
| Mediation preparation, participation, and settlement negotiations | 7 |
| Draft discovery requests, responses, subpoenas, and dispute correspondence; review discovery responses and objections | 8 |
| Discovery meet and confers; conferences with opposing counsel | 9 |
| Document collection, production, and review | 10 |
| Court appearance and preparation | 11 |
| Plaintiff and class member communications | 12 |
| Case management, attorney support, and notebook preparation | 13 |
| Draft settlement agreement and exhibits; oversee settlement administration | 14 |

**Table 2**

| Name | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| William Federman | 37.55 | 5.4 | 8.2 | | 12.25 | 27.2 | 49.7 | 11 | 12.95 | 5 | 7.6 | 18.45 | | 1.8 | **197.1** | **$900** | **$177,390.00** |
| Stuart W. Emmons | 29.85 | 15.25 | | | | 1.5 | | | | | | | | | **46.6** | **$675** | **$31,455.00** |
| A. Brooke Murphy | 486.1 | 554.5 | 29.5 | | 46.25 | 71.25 | 69 | 212.8 | 24.5 | 378.4 | 40.2 | 27 | | 64.85 | **2,004.35** | **$600** | **$1,202,610.00** |
| Emily J. Seikel | | | 7.4 | | | | | | | | | | | | **7.4** | **$500** | **$3,700.00** |
| Carin L. Marcussen | 2.5 | | | | | | | | | | | | | | **2.5** | **$450** | **$1,125.00** |
| Molly E. Brantley | | | 5.7 | | | | | | | | | | | | **5.7** | **$450** | **$2,565.00** |
| Seth A. Schwenn | 12 | | | | | | | | | | | | | | **12** | **$185** | **$2,220.00** |
| Priscilla Scoggins | | | | 1.3 | | | | | | 25.2 | | 0.7 | 21.8 | | **49** | **$250** | **$12,250.00** |
| Robin K. Hester | | | | 1.5 | | | | | | 0.4 | | 1.2 | 39.7 | | **42.8** | **$250** | **$10,700.00** |
| Lacrista A. Bagley | | | | 0.9 | | | | | | | | | 2.8 | | **3.7** | **$250** | **$925.00** |
| Tiffany R. Peintner | | | | | | | | | | | | | 2.8 | | **2.8** | **$250** | **$700.00** |
| Allicia D. Bolton | | | | 7.7 | | | | | | | | | | | **7.7** | **$250** | **$1,925.00** |
| Jordan K. Medaris | 7 | | | | | | | | | | | | | | **7** | **$175** | **$1,225.00** |
| Asher P. Ang | 10.8 | | | | | | | | | 4.75 | | | | | **15.55** | **$150** | **$2,332.00** |
| Reed C. Trechter | 2.6 | | | | | | | | | | | | | | **2.6** | **$150** | **$390.00** |
| Robert S. Green* | 13.8 | 9.9 | 3.5 | | | | | 1 | | | 4.6 | | | 1 | **33.80** | **$850** | **$28,730.00** |
| TOTAL | | | | | | | | | | | | | | | **2,440.60** | | **$1,480,242.00** |

\* Liaison Counsel