# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California


### CIVIL MINUTES


**Date:** November 8, 2022        **Time:** 3:15 – 3:31        **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 19-cv-01765-YGR      **Case Name:** Carbone et al v. Amyris, Inc. et al


**Attorneys for Plaintiffs: Brooke Murphy, William Federman**
**Attorneys for Defendants: Michael Celio, James Kramer, Molly McCafferty**


**Deputy Clerk:** Aris Garcia                    **Reported by:** Irene Rodriguez

### PROCEEDINGS

[122] Motion for Settlement; [123] Motion for Attorney Fees hearing held via Zoom and Submitted.

Compliance Deadline set for 7/28/2023 at 9:01 a.m.

**Order to be prepared by:**
( )    Plaintiff              ( )    Defendant              (x )    Court